IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBAK EMAMIAN, NEW ANGEL CAPITAL, LLC, GEORGE INVESTMENT PARTNERS LP, DEVON GEORGE and HASSAN EMAMIAN, by and through their seller representative and attorney-in-fact, SHAREHOLDER REPRESENTATIVE SERVICES LLC,<br><br>      Plaintiffs,<br><br> v.<br><br>ADAM NEUMANN, ARTHUR MINSON and ROHIT DAVE,<br><br>      Defendants. | Civil Action No. 1:21-cv-00414-LPS |

## DECLARATION OF THOMAS E. REDBURN, JR.

THOMAS E. REDBURN, JR., under penalty of perjury and pursuant to the provisions of 28 U.S.C. § 1746, hereby declares as follows:

1.    I am an attorney with the law firm of Lowenstein Sandler LLP, which is counsel to BOBAK EMAMIAN, NEW ANGEL CAPITAL, LLC, GEORGE INVESTMENT PARTNERS LP, DEVON GEORGE and HASSAN EMAMIAN, by and through their seller representative and attorney-in-fact, SHAREHOLDER REPRESENTATIVE SERVICES LLC (collectively, "Plaintiffs"), in the above-captioned proceedings.

2.    I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint, filed simultaneously herewith.

3.    Attached hereto as **Exhibit A** is a true and correct copy of an article by Ben Dooley, *SoftBank Takes a $4.6 Billion Hit from WeWork. Its C.E.O. Remains Defiant.*, N.Y.

Times (Nov. 6, 2019), available at https://www.nytimes.com/2019/11/06/business/softbank-loss-wework.html.

4. Attached hereto as **Exhibit B** is a true and correct copy of an article by Eliot Brown, *How Adam Neumann's Over-the-Top Style Built WeWork. 'This Is Not the Way Everybody Behaves.'*, Wall St. J.: Bus. (Sept. 18, 2019), available at https://www.wsj.com/articles/this-is-not-the-way-everybody-behaves-how-adam-neumanns-over-the-top-style-built-wework-11568823827.

5. Attached hereto as **Exhibit C** is a true and correct copy of an article by Eliot Brown, *WeWork Employee Options Underwater as Ex-CEO Reaps*, Wall St. J.: Bus. (Oct. 23, 2019), available at https://www.wsj.com/articles/wework-employees-feel-sting-as-ex-ceo-stands-to-reap-11571870011.

6. Attached hereto as **Exhibit D** is a true and correct copy of an article by Dan Primack, *WeWork Discloses Earnings, CEO Discloses Why it Might Go Public*, Axios (May 15, 2019), available at https://www.axios.com/wework-discloses-earnings-ceo-discloses-why-it-might-go-public-ac423fe1-5beb-45ab-a263-589bf3c9d0d0.html.

7. Attached hereto as **Exhibit E** is a true and correct copy of an article by Richard Feloni & Alyson Shontell, *WeWork's CEO Explains Why He Thinks His $47 Billion Company is Recession Proof and How He Keeps His Ego in Check as a Young Billionaire*, Bus. Insider (May 15, 2019), available at https://www.businessinsider.in/weworks-ceo-explains-why-he-thinks-his-47-billion-company-is-recession-proof-and-how-he-keeps-his-ego-in-check-as-a-young-billionaire/articleshow/69349995.cms.

8. Attached hereto as **Exhibit F** is a true and correct copy of an article by Eliot Brown et al., *WeWork Co-Founder Has Cashed Out at Least $700 Million Via Sales, Loans*,

Wall St. J.: Bus. (July 18, 2019), available at https://www.wsj.com/articles/wework-co-founder-has-cashed-out-at-least-700-million-from-the-company-11563481395.

9. Attached hereto as **Exhibit G** is a true and correct copy of an article by Jean Eaglesham & Eliot Brown, *WeWork Investors Turned Off by 'Sloppy' IPO Filings*, Wall St. J.: Markets (Oct. 7, 2019), available at https://www.wsj.com/articles/wework-investors-turned-off-by-sloppy-ipo-filings-11570440674.

10. Attached hereto as **Exhibit H** is a true and correct copy of an article by Meghan Morris, *Wework is Selling the Company's $60 Million Luxurious Private Jet that Adam Neumann and His Family Personalized and Used to Fly All Over the World*, Bus. Insider (Sept. 26, 2019), available at https://www.businessinsider.com/wework-is-putting-neumanns-60-million-jet-up-for-sale-2019-9.

11. Attached hereto as **Exhibit I** is a true and correct copy of an article by Maureen Farrell et al., *The Fall of WeWork: How a Startup Darling Came Unglued*, Wall St. J.: Bus. (Oct. 24, 2019), available at https://www.wsj.com/articles/the-fall-of-wework-how-a-startup-darling-came-unglued-11571946003.

12. Attached hereto as **Exhibit J** is a true and correct copy of an article by Matt Robinson et al., *WeWork Is Said to Face SEC Inquiry Into Possible Rule Violations*, Bloomberg News (Nov. 15, 2019), available at https://www.bloomberg.com/news/articles/2019-11-15/wework-is-said-to-face-sec-inquiry-into-possible-rule-violations.

13. Attached hereto as **Exhibit K** is a true and correct copy of an article by Jean Eaglesham & Eliot Brown, *WeWork Was Wrestling With SEC Over Key Financial Metric Just Before It Scrapped IPO*, Wall St. J. (Nov. 10, 2019), available at

https://www.wsj.com/articles/wework-was-wrestling-with-sec-over-key-financial-metric-just-before-it-scrapped-ipo-11573381800.

14. Attached hereto as **Exhibit L** is a true and correct copy of an article by Maureen Farrell & Konrad Putzier, *WeWork in Talks to Combine With SPAC or Raise Money Privately*, Wall St. J.: Markets (Jan. 28, 2021), available at https://www.wsj.com/articles/wework-in-talks-to-combine-with-spac-or-raise-money-privately-11611857306.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2021, in New York, New York.

Thomas E. Redburn, Jr.