# Exhibit A

SoftBank Takes a $4.6 Billion Hit From WeWork. Its C.E.O. Remains Defiant. - The New York Times

**The New York Times** | https://www.nytimes.com/2019/11/06/business/softbank-loss-wework.html

# SoftBank Takes a $4.6 Billion Hit From WeWork. Its C.E.O. Remains Defiant.

Masayoshi Son defended the Japanese company's investment, while admitting he misjudged the American firm's founder, Adam Neumann.

 **By Ben Dooley**

Nov. 6, 2019

TOKYO — Masayoshi Son makes big bets. Over nearly four decades, the chief executive of SoftBank Group of Japan has spent vast amounts of money to build an investment empire that spans countries and industries and that has increasingly shaken up the technology world.

On Wednesday, Mr. Son, 62, defended that legacy in the face of his biggest setback in years. SoftBank reported that it had taken a nearly $4.6 billion hit from its investment in WeWork, the troubled office-space company that has come to symbolize the excesses of start-up culture.

"In the case of WeWork, I made a mistake," he told investors at a news conference in Tokyo. "I won't make any excuses. It was a very harsh lesson."

Still, Mr. Son vowed to press on with his grand plan to make major bets on ambitious companies and their founders, hoping to find visionaries whose companies will go on to dominate entire industries.

"From my perspective, there is no change in our journey," he said. "No change in our vision. No strategic change. All we will do is to just keep going, keep moving forward."

SoftBank Group is the world's largest tech investor, and it has used its $100 billion Vision Fund — backed with SoftBank's own money as well as major stakes from Saudi Arabia's Public Investment Fund and others — to become a kingmaker in the space.

But the company and Mr. Son have come under increasing pressure to rein in their stable of potential unicorns — start-ups worth $1 billion or more — after the spectacular implosion of WeWork's plans for an initial public offering in late September.

---

**Daily business updates**  The latest coverage of business, markets and the economy, sent by email each weekday. Get it sent to your inbox.

---

On Wednesday, SoftBank said its profit for the six months that ended in September totaled 421 billion yen, or nearly $3.9 billion, about half the level of the same period a year earlier. The figures imply that SoftBank lost more than $6.4 billion in the most recent three-month period.

SoftBank cited the nearly $4.6 billion write-down in the value of its investment in WeWork, plus write-downs in other investments, including in Uber, the American ride-hailing company.

SoftBank also owns Yahoo Japan, the chip design firm ARM and the phone carrier Sprint in the United States.

But WeWork's fall had the biggest impact on the Japanese company's results. WeWork's $47 billion valuation plummeted virtually overnight after its effort to sell shares to the public revealed deep governance issues, including questionable financial arrangements involving the company's founder and former leader, Adam Neumann. He was criticized for leasing buildings he partly owned back to the company, and charging it almost $6 million for its use of the word "We," which he tried to trademark.

SoftBank now values WeWork at $7.8 billion. Mr. Neumann resigned as the company's chief executive at the end of September.

SoftBank Group bet big on Mr. Neumann's vision even as cracks began to appear. While its partners in the Vision Fund balked at throwing more money at the loss-making WeWork, Mr. Son's company continued pouring funds into the venture, eventually investing $10.5 billion in the tech firm ahead of its planned offering.



"In the case of WeWork, I made a mistake," said Masayoshi Son, the chief executive of SoftBank.   Kazuhiro Nogi/Agence France-Presse — Getty Images

The meltdown forced SoftBank Group to pump an additional $9.5 billion into the company, leaving it with an 80 percent stake but no majority voting rights. Mr. Neumann walked away with more than a billion-dollar payout.

**Daily Business Briefing**

**Latest Updates ›**

Updated Aug. 30, 2021

- The S.E.C. head is considering banning a key way Robinhood makes money.

- A new plant was supposed to help keep New Orleans's lights on. It didn't.

- N.J. will end pandemic unemployment benefits this weekend.

Is this helpful?  

In his remarks, Mr. Son shook off criticism of his investment in WeWork, which has become a symbol of his overall strategy of feeding potential unicorns with enormous quantities of cash so they can quickly grow large enough to overwhelm their competitors.

Over more than 40 minutes, he defended his investment in the company, praised the quality of its product and insisted that SoftBank's bailout of the company was "not a rescue."

Rather, he said, it was an opportunity to buy up extra shares in the company at a discount, reducing the average cost of SoftBank's stake by a quarter.

"We may not be able to make a big gain, but at least we may be able to get back our investment," he said.

The biggest mistake he had made was misjudging Mr. Neumann, Mr. Son said.

"I overestimated Adam's good side," he said, adding that as for "his negative side, in many cases, I turned a blind eye, especially when it comes to governance."

Mr. Son said he had taken several lessons from the experience with WeWork, including the importance of not allowing founders to dominate a company's board and voting rights.

"Are there any other similar concerns? In fact, yes, there are," he said, mentioning Softbank's investment in the dog-walking company Wag, which has come under scrutiny in recent weeks as it has lost ground to competitors.

"We may see similar problems surfacing," he said.

The WeWork fiasco has increased scrutiny of Mr. Son's role in shaping the Vision Fund's investment portfolio. The notoriously exuberant founder is famous for making snap decisions about companies based on intuition as much as overall strategy.

The missteps at WeWork have shaken investors' confidence in Mr. Son, according to Mitsunobu Tsuruo, an analyst at Citigroup Global Markets Japan.

"He's supposed to be a good judge for picking winning entrepreneurs," but that was not the case with Mr. Neumann, Mr. Tsuruo said. He added that Mr. Son would need to convince his shareholders that SoftBank's exposure to WeWork would not compromise their interests.

In some cases, Mr. Son's bets have paid off spectacularly. An early gamble on Alibaba, the Chinese e-commerce company, grew to more than $100 billion. But other investments have not fared as well. Large stakes in Uber and Slack have begun to look more nearsighted than visionary as the companies' share prices have fallen in the months after their public offerings.

Mr. Son is trying to raise funds for a second $100 billion-plus fund aimed at making investments in artificial intelligence, which SoftBank announced in July. The company planned to finance the fund with $38 billion of its own money and said it expected backing from some of the tech industry's top names, including Apple and Microsoft, as well as several major Japanese financial institutions.

Critics of Mr. Son say his investment strategies have undermined financial discipline at the companies that benefit from the fund's largess, and the experience of companies like Uber — which spent billions on buying market share but has yet to turn a profit — has given investors second thoughts about that model.

But at the news conference, Mr. Son dismissed broader doubts about his investment strategy, urging investors to take the long view on his plays on companies like Uber. Alibaba, which has become SoftBank's golden goose, and other investments took time to pay off, he pointed out.

Twenty years ago, "when I invested in internet companies, people said it was a bubble," he said. But now "seven out of the top 10 companies by market value are internet companies."

# Exhibit B

Case 1:21-cv-00414-RTD   Document 23-1   Filed 09/03/21   Page 6 of 90   PageID #: 703

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/this-is-not-the-way-everybody-behaves-how-adam-neumanns-over-the-top-style-built-wework-11568823827

## BUSINESS

# How Adam Neumann's Over-the-Top Style Built WeWork. 'This Is Not the Way Everybody Behaves.'

The skills that helped fuel We Co.'s breakneck growth are piling up as potential liabilities as the company prepares to go public

*By* *Eliot Brown*

Sept. 18, 2019 12:23 pm ET

Adam Neumann was flying high. Literally.

His office-rental giant WeWork was months away from being valued at $47 billion. Revenue was doubling annually. And Mr. Neumann was zipping across the Atlantic Ocean in a Gulfstream G650 private jet with friends last summer, smoking marijuana.

After the group landed in Israel and left the plane, the flight crew found a sizable chunk of the drug stuffed in a cereal box for the return flight, according to people familiar with the incident. The jet's owner, upset and fearing repercussions of trans-border marijuana transport, recalled the plane, leaving Mr. Neumann to find his own way back to New York, these people said.

Since Mr. Neumann co-founded WeWork—recently renamed We Co.—with Miguel McKelvey nine years ago, he has led with unusual exuberance and excess. His combination of entrepreneurial vision, personal charisma and brash risk-taking helped the company surpass $2 billion in annual revenue, and made it the country's most valuable startup.

Now many of the same qualities that helped fuel his company's breakneck growth in the private market are piling up as potential liabilities as the company prepares to go public— helmed by a CEO who looks little like a typical public-company chief.

Mr. Neumann muses about the implausible: becoming leader of the world, living forever, amassing more than $1 trillion in wealth. Partying has long been a feature of his work life,

Case 1:21-cv-00414-RTD Document 24-1 Filed 09/03/21 Page 7 of 90 PageID #: 704

heavy on the tequila.

Public investors are increasingly skeptical of the formula that has worked for Mr. Neumann so far: his pitch that We is far more than a real-estate company. With its rapid growth and use of technology, he argued, the company deserves rich valuations normally reserved for tech companies.

Instead, many potential investors now see a fast-growing office subleasing company with losses of more than $1.6 billion last year.



Mr. Neumann, center, at the opening bell ceremony at Nasdaq in New York in January 2018.
**PHOTO:** MARK LENNIHAN/ASSOCIATED PRESS

Since We filed the prospectus for its initial public offering last month, it has been besieged with criticism over its governance, business model and ability to turn a profit. It is now expecting an IPO valuation as low as a third of the $47 billion sticker price it garnered in a January funding round—a drop without recent precedent. This week, We postponed the offering until October at the earliest.

Wall Street and Silicon Valley investors have been dismayed by the number of potential conflicts of interest disclosed in the "S-1" IPO prospectus, including Mr. Neumann leasing properties he owns back to the company and borrowing heavily against his stock. Even some of We's private investors said they were angered to learn that an entity Mr. Neumann controls sold the rights to the word "We" to the company for almost $6 million —before public pressure led him to unwind the deal.



**Value Drop**

We now expects an IPO valuation far lower than the $47 billion price it got in a January funding round.



We's IPO valuation

Source: Dow Jones VentureSource

"This is not the way everybody behaves," said Dick Costolo, former CEO of Twitter Inc., who led the company through one of the larger tech IPOs of the past decade. "The degree of self-dealing in the S-1 is so egregious, and it comes at a time when you've got regulators and politicians and folks across the country looking out at Silicon Valley and wondering if there's the appropriate level of self-awareness."

Given the prominence of the IPO, he added, "that is a big problem."

Mr. Neumann, 40, declined to comment through a spokesman, who cited rules surrounding the planned IPO. Mr. Neumann told We employees Tuesday the process had been humbling and he would learn from it, say people who heard him. We executives have previously said he is strongly devoted to the company, and many of his personal transactions were made with the company's best interests at heart.

This account is based on interviews with current and former employees, investors and friends who interacted with Mr. Neumann as he built We.

This Is Not the Way Everybody Behaves. How Adam Neumann's Over-the-Top Style Built WeWork - WSJ

For startup investors, the 6-foot-5 Mr. Neumann has always had the qualities they crave in Silicon Valley founders, despite being based in New York. He is intensely ambitious and a masterful storyteller with a magnetic personality who can inspire and sell.



Mr. Neumann and WeWork co-founder Miguel McKelvey in 2015.

**PHOTO:** DAVE BENETT/GETTY IMAGES FOR WEWORK

Raised in Israel on a kibbutz, Mr. Neumann moved to the U.S. when he was 22, where he attended Baruch College and tried to start businesses. One was a collapsible heel on women's shoes that didn't get off the ground. Working out of his Tribeca apartment, he started Krawlers, which sought to make baby clothes with knee pads to make crawling more comfortable. The slogan, he has said: "Just because they don't tell you, doesn't mean they don't hurt." It never gained traction.

He and Mr. McKelvey started a small co-working space on the side during the recession that followed the financial crisis and were amazed by the demand.

---

SHARE YOUR THOUGHTS

---

*Is Adam Neumann the right person to lead WeWork? Join the conversation below.*

---

By 2010, they had started WeWork, with essentially the same core business model that exists today: They lease an office long-term, renovate it to make it hip and inviting, and sublease smaller desks and offices short-term.

Early on, Mr. Neumann painted a picture of how WeWork was connecting entrepreneurs and others who in the past would have worked from home or in coffee shops; how the

Case 1:21-cv-09414-RTD　Document 34-1　Filed 09/03/21　Page 10 of 90 PageID #: 707

company would bring a new way of working to a changing world.

The founders planned for the "We" brand to expand beyond office space into other categories such as housing and finance. Mr. Neumann ramped up its image as a tech company as it grew.

It introduced a mobile app for network members, meant to facilitate a "physical social network." The company emphasized its data and how it was using artificial intelligence to glean insights about buildings.



Mr. Neumann, right, with Rebekah Paltrow, second from left, in 2010.
**PHOTO:** DAVID PRUTTING/PMC

Past funders and employees tell stories of how an animated Mr. Neumann convinced them within minutes to believe in the company's epic future.

"When I met him, after a couple of minutes, I wanted to invest," said Joey Low, whose Star Farm Ventures put money into the company in 2013 and multiple subsequent funding rounds. "He was hungry for success—that was for sure."

Even former executives who disliked Mr. Neumann give him credit for an extraordinary ability to motivate employees and push the company.

He forgoes many conventions of the standard, buttoned-up CEO. He pushed for rowdy parties in the early days. He often walks barefoot around the office. In an earlier office, he blared songs by pop-star Rihanna while a trainer held a punching bag for him, and then walked around afterward while still sweaty from the exertion.

Like some high-profile CEOs in tech, he hopes to live forever, according to three people who heard him say this, and has invested in life-extension startup Life Biosciences LLC.

It says its mission is "to create a future where age-related decline is not a fact of life."

As WeWork grew, Mr. Neumann took on ever more investment, bringing in tens of millions of dollars from venture capitalists, then hundreds of millions from mutual funds T. Rowe Price and Fidelity Investments. Crucially, he secured full control of the company in 2014 when investor demand was high—getting shares with 10 times the votes of others.



A WeWork space in Tokyo.
PHOTO: KEITH BEDFORD/BLOOMBERG NEWS

Ultimately he found a kindred spirit in Masayoshi Son, CEO of SoftBank Group Corp., who, like Mr. Neumann, is a risk-taker who respects giant bets. Mr. Son, a telecom veteran who raised the world's largest tech fund in 2017, met Mr. Neumann in India in 2016 and pondered an investment.

SoftBank first committed $3.1 billion in new funding in 2017. Mr. Neumann has told others that Mr. Son appreciated how he was crazy—but thought that he needed to be crazier. A SoftBank spokeswoman declined to comment.

Many former employees said they didn't always know how seriously to take some of Mr. Neumann's pronouncements. Early on, he would throw out seemingly random ideas, like adding a pool in the basement of the company's headquarters or starting an airline.

He told at least one person directly that his ambitions included becoming Israel's prime minister. More recently, he said that if he ran for anything, it would be president of the world, according to another person who spoke with him.

"The influence and impact that we are going to have on this Earth is going to be so big," he said last year at a "summer camp" southeast of London, where the company's staff were all flown for a music festival-like event. One day, he proposed, the company could "solve the problem of children without parents," and from there go onto other causes such as eradicating world hunger.

Alcohol flowed in great quantities; bartenders handed out free rosé by the bottle. Employees from around the globe posed for photos with the CEO. Some seminars had a spiritual component, including one with holistic health expert Deepak Chopra, who advocates regular meditation and yoga.

Mr. Neumann has told several people over the past two years that a personal goal is to become the world's first trillionaire.

He relishes trips in private jets. Last year, We bought one for more than $60 million, people familiar with the sale said. Mr. Neumann has borrowed more than $740 million against his stock and has sold multiple hundred million dollars of shares, people familiar with those sales say, eliciting widespread criticism from analysts and Silicon Valley investors. These share sales weren't disclosed in the IPO prospectus.



Mr. Neumann, center, and Mr. McKelvey in 2016.

PHOTO: MISHA FRIEDMAN/BLOOMBERG NEWS

In a 2015 investment round, Mr. Neumann sold tens of millions of dollars of shares. Soon after, the company launched a buyback program offering to purchase employees' shares too. But the company gave employees a different arrangement, giving them a payout per share worth substantially less than what Mr. Neumann was paid, people familiar with the sale said. Mr. Neumann's sale wasn't publicized within the company.

We executives have said the buyback price couldn't be higher for tax reasons. More recent stock sales have been more equitable.

A recent change to the company's corporate structure puts Mr. Neumann and a group of executives in a position to have a lower tax rate on some of their stock compensation than the rest of the employees in the company. We said the new structure was created in part to make it easier to expand into new businesses beyond co-working, according to IPO filings.

### Up and Down
We's losses have increased along with its revenue.

**Quarterly total revenue**



**Quarterly net loss attributable to We Co.**



Source: the company

In private, Mr. Neumann often talks about the company's valuation, according to people involved with the conversations. He has insisted that We's valuation will eventually be many times what it was earlier this year, when it reached $47 billion, the people said.

For Mr. Neumann and the investors, the premise has always been that the market would look at We as more than real estate. The high valuation—twice that of <u>United Airlines Holdings</u> Inc. —has enabled the company to continue to raise money to fund new desks and offices and keep growing, even as losses persisted.

He has created a distinct culture in his mold. T-shirts and signs sport slogans such as "hustle harder" and "Thank God it's Monday." Employees are often big company boosters, creating a work-hard, play-hard office, with a millennial hipster vibe.

Alcohol has been a big part of the culture, particularly in We's first half-decade. Mr. Neumann has told people he likes how it brings people together, and tequila, his favorite, flows freely. Executive retreats sport numerous cases of Don Julio 1942, with a retail price of more than $110 a bottle, and pours sometimes start in the morning.

A few weeks after Mr. Neumann fired 7% of the staff in 2016, he somberly addressed the issue at an evening all-hands meeting at headquarters, telling attendees the move was tough but necessary to cut costs, and the company would be better because of it.

Then employees carrying trays of plastic shot glasses filled with tequila came into the room, followed by toasts and drinks.

Soon after, Darryl McDaniels of hip-hop group Run-DMC entered the room, embraced Mr. Neumann and played a set for the staff. Workers danced to the 1980s hit "It's Tricky" as the tequila trays made more rounds; some others, still focused on the firings, say they were stunned and confused.



Mr. Neumann with a group including Ashton Kutcher, Guy Oseary and G-Eazy backstage during the Nashville Creator Awards hosted by WeWork in 2018.

PHOTO: TERRY WYATT/GETTY IMAGES FOR THE WEWORK CREATOR AWARDS

Mr. Neumann also enjoys marijuana, his friends and former executives say. As with the Israel trip, multiple people who have been on planes with him say he often smokes while airborne.

Much of this culture has been pared back as the company has matured. The summer camp was canceled this year.

Mr. Neumann has mellowed some too, friends say. He sometimes stays away from alcohol for weeks or months at a time, and raucous parties are less frequent. His wife, Rebekah Neumann, has helped pare back the partying, former executives say.

Ms. Neumann, a first cousin of actress and wellness guru Gwyneth Paltrow, has said she and Mr. Neumann clicked when they first met, when Mr. Neumann was broke and struggling to make a business.

"It felt like time stopped," she told a podcast interviewer last year. "I just knew he was the man that was, hopefully, going to help save the world."

Former employees who worked with her say she pushes to infuse spiritualism in We— which has a mission statement to "elevate the world's consciousness"—and enjoys broad

autonomy at the company. She is the chief brand officer and head of WeGrow—the private company's preschool and elementary school that costs up to $42,000 a year and is open to anyone. She is an important counsel for Mr. Neumann, and he has told staff they often make decisions together.



Mr. Neumann and his wife, Rebekah Neumann, in 2018.

**PHOTO:** EVAN AGOSTINI/INVISION/ASSOCIATED PRESS

The two split time between some of their many homes—they have at least five—including a 60-acre Tudor-style estate north of New York City. They have told staff they started WeGrow after they were dissatisfied with schooling options for their five children.

The two have committed giving $1 billion to charity over the next decade.

Ms. Neumann had been slated to play a large role in choosing Mr. Neumann's successor if he were ever incapacitated, but was recently removed from that position amid pushback from investors.

Both Neumanns could be impulsive at times, former executives say. Ms. Neumann has ordered multiple employees fired after meeting them for just minutes, telling staff she didn't like their energy. She and Mr. Neumann have sent maintenance and IT staff to their homes to fix various items.

When Mr. Neumann announced in July 2018 via video call from Israel that the company was banning meat, executives in New York were caught off guard. With little explanation from Mr. Neumann, a group huddled to determine a rationale—they settled on sustainability—and the mechanics of what would be banned and how.

They determined employees couldn't expense meals with meat, but they could eat it in company offices, so long as the company didn't pay. Former employees say they have since seen Mr. Neumann eat meat.

He previously has instructed staff to fire 20% of employees a year, bemoaning the number of "B" players hired amid rapid growth. Managers were unable to hit the target even when they included attrition.

Still, former executives believe his outlandish targets for items such as reducing construction costs have forced better results than more realistic goals—and are a driver of the company's continued growth.

That growth has remained remarkably consistent, roughly doubling every year for most of We's history, and remains the main selling point to investors.

"This guy is pushing hard, but he's all in," said John Cadeddu, managing director at early We investor DAG Ventures. Building something as big as We, he said, "requires extraordinary devotion and focus and will and a lot of the things that throw some people off."

Mr. Neumann had been expecting the revenue growth rate would also be well received by the public markets. Companies such as Netflix Inc. and Amazon.com Inc. were growing at slower rates nearly a decade in, though they were losing far less money.

Case 1:21-cv-09414-RTD    Document 34-1    Filed 09/03/21    Page 18 of 90 PageID #: 715

Instead, after the IPO prospectus was released in mid-August, the company became the butt of jokes in Silicon Valley and among Wall Street crowds. Analysts and competitors critiqued its lack of detail around the economics of its offices. Corporate governance proponents were aghast at the long list of potential conflicts. Some observers noted the irony of personally profiting off the trademark for the word "we."



Mr. Neumann at his desk in New York in 2014.
PHOTO: CASSANDRA GIRALDO FOR THE WALL STREET JOURNAL

Years leading a private company left Mr. Neumann unprepared for the negative reaction, people familiar with the IPO discussions have said. Every time he raised money—often at in-person meetings where check-writers could see Mr. Neumann's charm—the valuation went up, money rolled in, and the business expanded.

Some investors said when they raised concerns about Mr. Neumann's self-dealings, he brushed the issues aside. Despite We's growing size, its losses have been increasing at the same rate as revenue, creating a constant need for fresh investments. That is contrary to earlier projections from Mr. Neumann, who said the company wouldn't need more money.

Meanwhile, numerous other business lines, including a residential arm, a gym and an office design and management arm, have all been scaled back or failed to deliver the high profit margins once expected, people familiar with the businesses said.

In a videoconference with the whole company Tuesday, Mr. Neumann, dressed uncharacteristically in a gray suit and a white button-down shirt, told the staff it has "played the private market game to perfection," listeners said.

As for the public markets, he said, the company was still learning the rules of the game.

*—Maureen Farrell contributed to this article.*

**Write to** Eliot Brown at eliot.brown@wsj.com

### Corrections & Amplifications

The last name of John Cadeddu was incorrectly given as Caddedu in an earlier version of this article. (Sept. 19)

---

RELATED READING

- WeWork Parent Postpones IPO
- Why WeWork Is Struggling to Sell Its Story to Investors
- WeWork Wants to Be More Than Office Space. It Hasn't Had Much Success.

---

*Appeared in the September 19, 2019, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Exhibit C

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/wework-employees-feel-sting-as-ex-ceo-stands-to-reap-11571870011

BUSINESS

# WeWork Employee Options Underwater as Ex-CEO Reaps

Adam Neumann is poised to receive up to $1.7 billion as part of deal with SoftBank



The exit deal for Adam Neumann has led to frustration inside the company, according to current and former employees.
**PHOTO:** JACKAL PAN/REUTERS

*By* *Eliot Brown*
Oct. 23, 2019 6:33 pm ET

Adam Neumann stands to receive up to $1.7 billion as part of a deal with **SoftBank Group** Corp. to step away from office-space startup WeWork. The company's employees aren't doing so well.

Thousands of staff are slated to be laid off soon as the company rapidly tries to cut costs and steer the money-losing company toward a path to profit, according to people familiar with the strategy.

For more than 90% of current and former employees, the share price of the SoftBank deal, which values WeWork at about $8 billion, is below the grant price for stock awards and options they hold, former executives said. That means the vast majority of employees would get nothing if they sold their holdings today.

The rich exit deal for Mr. Neumann as SoftBank <u>wrested control</u> of the company from the former chief executive officer this week has led to frustration, current and former employees said.

The Japanese conglomerate agreed to provide a multibillion-dollar rescue financing package to ease WeWork's cash crunch after the company decided to pull a planned initial public offering last month.

As part of the package, SoftBank will give Mr. Neumann a $185 million consulting fee, let him sell up to $970 million of his stock as part of a larger offering to investors and employees and extend a $500 million credit line to him that replaces one from a set of banks.

The deal, which removes Mr. Neumann from the board, calls for SoftBank to buy WeWork's private shares from investors and some employees at $19.19 each, a fraction of the $110 a share price reached in January, when WeWork was valued at $47 billion.

At a meeting with employees Wednesday morning, Marcelo Claure, a top SoftBank official and WeWork's new executive chairman, said that some of the payout to Mr. Neumann was necessary to persuade him to give up his substantial control over the company, according to a person who heard the remarks.

Mr. Claure said he understood the plight of employees and was looking at improving their financial situation but didn't yet have specifics.

"You have my commitment to do something," he said. "I don't know what it is yet."

Numerous employees on the company's internal Slack messaging service expressed frustration with Mr. Neumann's exit package, with some noting the irony of an individual benefiting so much at a company known as We.

At startups, a large share of compensation is often in the form of stock options, which allow the purchase of stock at a price set when employees are hired.

When a startup turns into a successful large company, the options can prove hugely lucrative because they allow early employees to buy stock at a cheap price and cash out at a much higher one.

But with We, the share price for options has been above $20 a share since January 2016, when the company had just 1,000 employees.

Employee options after that date wouldn't have any value if exercised now at SoftBank's new price of $19.19. As of June, the company had more than 12,000 employees.

Mr. Claure indicated in his remarks to staff he may reprice options, although such a move could take a while, and it is unclear if it would apply to former employees or those laid off.

Mr. Neumann's situation differs from most of the employees because he owns most of his stock outright, as is typical of company founders.

---

MORE WEWORK COVERAGE

---

SoftBank to Boost Stake in WeWork in Deal That Cuts Most Ties With Neumann

Heard on the Street: What Will History Make of WeWork's Meltdown?

Founder Mixed Spiritual Group With Business

WeWork Investors Turned Off by 'Sloppy' IPO Filings

---

The prospect of We's continued growth in valuation was tempting for many employees. The company, founded in 2010, had rocketed higher almost every year since then, with revenue consistently doubling.

Mr. Neumann, when recruiting executives and trying to acquire companies, would emphasize his belief that stock awards would in a few years be worth many times what he was offering these people given the trajectory of the company, former employees familiar with the discussions said.

Former employees have privately expressed frustration that they exercised stock options when they left the company in the past few years, meaning they bought the stock at the grant price thinking that the stock's value was worth much more, only to see it plummet recently.

Often executives and early employees spent tens or hundreds of thousands of dollars.

"I know employees who went out of pocket to exercise those options—so those people have the most to lose in this type of situation," said Zach Aarons, co-founder of venture-capital firm MetaProp and a We shareholder. "They would have been better off by not buying in the first place."

Case 1:21-cv-00414-RTD Document 34-1 Filed 09/03/21 Page 24 of 90 PageID #: 721

Numerous former employees and executives said they were angered by not just Mr. Neumann's ability to sell so much stock but also his $185 million consulting fee.

That consulting agreement, which has a four-year term and prevents Mr. Neumann from working for competitors, is among the largest publicly known agreements for a departing executive and comes as investors are increasingly questioning the scale of severance and compensation arrangements.

SHARE YOUR THOUGHTS

*What should WeWork employees do with their shares in the company? Join the conversation below.*

At public companies, consulting agreements with outgoing CEOs aren't the norm but aren't unheard of, according to pay consultants.

In some cases, companies need advice or guidance from a founder or longtime CEO and might give the departing executive a vice-chairmanship or another key board role, said Robin Ferracone, CEO of compensation consulting firm Farient Advisors LLC.

In other cases, the agreement can amount to little more than a salve for the departing executive's ego.

"It's part of the buyout, essentially," Ms. Ferracone said. "If it's really hard psychologically for the CEO to give up the post, it could soften the blow compared to just having a severance agreement."

Big severance packages and executive consulting agreements have become less common at public companies after years of criticism from investors.

"There used to be crazy departure packages in the past, and shareholders really objected," said Nell Minow, vice chairwoman of ValueEdge Advisors, a corporate-governance consulting firm for investors. "We haven't seen anything that bad in a while."

*—Theo Francis and Maureen Farrell contributed to this article.*

**Write to** Eliot Brown at <u>eliot.brown@wsj.com</u>

*Appeared in the October 24, 2019, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Exhibit D



May 15, 2019 - Economy & Business

# WeWork discloses earnings, CEO discloses why it might go public

 Dan Primack, author of _Pro Rata_





Illustration: Sarah Grillo/Axios

WeWork on Wednesday disclosed another quarter of rapid growth and large losses, its first earnings report since confidentially filing for an IPO, with co-founder and CEO Adam Neumann telling Axios that his company has a much different story to tell than Uber or Lyft.

**Why it matters:** WeWork has revolutionized commercial office space globally, but some investors are skeptical that it can ever turn a profit, let alone justify a valuation that venture capitalists last put at $47 billion.

**WeWork reported $728.43 million** in Q1 2019 revenue, which represents 113% year-over-year growth and a $3.02 billion revenue run-rate.

- It also showed $264 million of net loss, a slight improvement over $274 million in Q1 2018.

- Year-over-year membership rose from 220,000 to 466,000.

- "Community-adjusted EBITDA," a metric WeWork devised to approximate unit economics, rose by 78% year-over-year to $169.5 million.

- WeWork CFO Artie Minson tells Axios that seasonality doesn't significantly affect the company's quarterly results.

- The company also disclosed that an affiliated real estate investment fund, which buys buildings that either already have or will have WeWork as a tenant, so far has raised $2.8 billion (of which around $1 billion is invested).

WeWork quarterly financials

| | TOTAL REVENUE | ADJUSTED EBITDA | COMMUNITY ADJ. EBITDA |
|---|---|---|---|
| $800m | | | |
| | $728m | | |

Skip to main content



Data: WeWork; Chart: Axios Visuals

**Axios met with Neumann at WeWork headquarters** in New York last Thursday. His enthusiasm for his company's mission and prospects seems sincere, not forced, although he was careful not to say anything that he felt would violate the so-called "quiet period" that started when WeWork filed confidentially for its IPO.

*What follows is an edited transcript of the conversation:*

## Why go public

"I don't know that we're going to go public. Every decision here gets made at the time of the decision. We have lots of cash in the bank and access to debt, so we're in no rush."

## Why get the IPO paperwork ready?

"You have some of the information on this, but the first reason is we could do it last December when it was still confidential. Second, we were about to potentially do a very large deal with

[SoftBank] and we know that always in deals like this there's optionality and that was buying us a lot of optionality to do it before, so it was done before the deal got canceled.

At the end of the day, even though we have pockets as large as SoftBank, public markets still offer substantially larger access to capital…. There is a cost to building out the infrastructure we want to build, no matter how efficient my numbers are, no matter how much landlords and third-parties pay for it. The costs are high so we need access to a lot of cash.

Also, when we choose to go public, we'd like to ensure that the public has room to grow with us rather than keeping all of the growth while we're private."

## Profitability, in light of investor reaction to Lyft and Uber

"Every $1 billion we spend creates 236,000 desks at an average of $6,000 and a contribution margin of 27%. What that means is the $1 billion over the next 15 years will generate $24 billion in revenue and $7 billion in contribution margin.

When those other companies spend that billion, they're not building a pipe, a global physical platform. It's very different. We're building something that generates cash-flow, not giving salaries or discounts in a pricing war.

I don't think [getting closer to profitability] is a good reason to scale back growth. If our employees can handle it and the business has the right finances to back it up with enough safety to protect our investors, and the experience members are getting is better and better, then great. If by growing that fast we're starting to hurt one of those things, then we're growing too fast."

## Love/hate reputation among investors

"I'm more of a love it or hate it kind of person because I wear my heart on my sleeve… But whoever thinks [our outcome is binary] must not understand the basics of the business. This global platform has such earnings potential. If we chose to stop growth we'd immediately go EBITDA and cash-flow positive, just based on what we already have.

Plus, we only have 0.09% of penetration in the top 260 global cities, in terms of total employees we could have — so not including things like factory workers or retail workers.

If we penetrated 1.5%, that would be $50 billion in annual revenue. Even if we just got to 1% in the 105 cities we're in today, that would be $16 billion from just the basic platform, before including any services. For example, we're huge in London but still at only 0.6% penetration. We're still so early."

"By having more control there's a higher chance over time that we'll be able to deploy our long-term vision regularly, including when times get tough. I'm very respectful of how others, like Mr. Bezos, have executed on their long-term vision differently but, for us, this dual-class allows us to execute and put member experience and employees at the forefront.

I don't know Mark [Zuckerberg] personally, but it's a fact that when you grow that fast something is going to break. In his case he's touching so many people that when something breaks it's tougher than when WeWork is growing really fast and something breaks — because it only affects our nearly half a million members, and probably not even that many because it's just something breaking in one city or one location."

## On being a public company CEO

"We talk a lot at WeWork about superpowers and say everybody has them. And when people ask about mine, I say it's change.

Acting like a public CEO, I think, means being more responsible with my words, more careful with my promises, more respectful with my actions, more thoughtful with how I communicate opinions, and more methodical if possible with my fiduciary duties. Those all sound positive. So I think the sooner I can take on those traits, the more feedback I can get about how to be a better version of myself. And that will help the organization try to fulfill our mission."

*[Editor's note: Neumann's comments about contribution margin were mis-transcribed in an earlier version of this story.]*



Go deeper

Skip to main content

# Exhibit E

**WeWork's CEO explains why he thinks his $47 billion company is recession-proof and how he keeps his ego in check as a young billionaire**

Richard Feloni and Alyson Shontell

2019-05-15T20:02:13Z



Adam Neumann, 40, is the cofounder and CEO of WeWork, the global coworking space company valued at $47 billion.

- WeWork, under its umbrella The We Company, filed for an initial public offering in December. Analysts are concerned with last year's $1.8 billion in revenue compared with its $1.9 billion in losses.

- Neumann told Business Insider that WeWork was capable of being profitable but had chosen to invest in rapid global expansion. He said that the company was well-positioned in case of an economic downturn in the US and that he would no longer personally lease properties to WeWork.

- He argued that last year's $6 billion investment from SoftBank fell below expectations of a $20 billion investment but was misreported and turned out to be beneficial for both parties.

- Neumann also said he had grown as a leader over the past nine years through inviting criticism and adopting the weekly practice of Shabbat. He has also learned a lot from SoftBank CEO Masayoshi Son, whom he calls "Yoda," after the "Star Wars" character.

- [Visit Business Insider's homepage for more stories.](#)

WeWork's cofounder and CEO, Adam Neumann, feels ready to take his company to the next level. Now he has to prove it to everyone else.

The Israeli-born entrepreneur launched WeWork in 2010 with his wife, Rebekah, and his business partner Miguel McKelvey as a way to transform coworking office space. And they've succeeded. WeWork has 466,000 members across 28 countries, and it is valued at $47 billion.

In December, the company [confidentially filed for an initial public offering](#) under the We Company umbrella, which also includes its [WeLive](#) communal-living startup and its [WeGrow](#) school for children.

Revenue doubled last year to $1.8 billion — but losses also grew to $1.9 billion. In the wake of [disappointing IPOs from Lyft](#) and [Uber,](#) there's the natural question of whether WeWork will ever be able to become profitable.

Especially with [fears that a recession is imminent](#).

Neumann, whose casual demeanor offsets his imposing stature, opened up about this concern with us at WeWork's Manhattan headquarters. He explained why he thought people had the wrong impression of the unexpectedly low investment from SoftBank that followed the IPO filing, and he also discussed the company's response to his personal ownership of properties that had been leased out to WeWork — while netting him millions.

Building a $47 billion business in nine years isn't easy. It also requires some serious ego management; Neumann, 40, went from broke to a billionaire in under a decade. He also is a father to five children. He discussed how his perspective on success had drastically changed in that time and why he thinks adopting the Jewish practice of Shabbat made him a better leader.

*The following interview has been edited for length and clarity.*

**Richard Feloni:** You cofounded the company nine years ago. You've got a valuation of $47 billion and you've filed for an IPO. How do you wrap your brain around that, in terms of the tremendous scale the company has built over this time? What were some of the strategies you used?

**Adam Neumann:** About 10 years ago, I met my cofounder in life and in business, Rebekah. I met Miguel a little before that. It was always about creating something bigger than ourselves. It was always about doing something meaningful.

I grew as a leader because I surround myself with people who give me honest feedback.

It's by creating a group of leaders around me that are encouraged to speak their mind, to disagree, to communicate, and to collaborate. If one of us thinks that one of us is approaching something wrong, then it's our job to really push, correct, and bring up things even when they feel really uncomfortable.



Neumann with WeWork's cofounder and chief creative officer, Miguel McKelvey. Both grew up in close-knit communities — Neumann on a kibbutz in Israel and McKelvey on a commune in Oregon. Scott Legato/Getty

That's one of the biggest things we've deployed here at WeWork and it's been working very well for us. That's one.

Two: Realizing the world is global. Whatever is New York culture is not Boston culture, let alone Singapore, Berlin, Shanghai, or Mumbai. You have to understand that culture is a local thing. There is a global culture, but we like to say, "Global playbook; local execution."

One of the things you've seen us do a lot over the past six months is empowering regional leaders more and more.

By being less centralized and by believing in our partners, I'm able to become a better leader and they're able to succeed.

**How WeWork's CEO grew a $10 billion relationship with SoftBank CEO Masayoshi Son, whom he calls 'Yoda'**

**Feloni:** Key to that growth was also building relationships with investors like SoftBank CEO Masayoshi Son. What was it like meeting with him? How do you develop a relationship where you can get someone to invest so heavily in the vision you have?

**Neumann:** By the time Masa came, it was easier because we had a lot of execution behind us. There were seven consecutive years of 100% growth year-over-year, of all our numbers being ahead, of cost per adding another member going down.

Masa still saw a bigger picture than others and went heavier than other people.

I'm usually the person who thinks very large in the room. But with Masa, it doesn't matter how big you're thinking — he's going to outthink you. He'll go bigger. I learned a lot from that. I still learn every time I interact with him.

But I actually think it's some of those earlier investors that wrote those big checks: Wellington [Management Company], T. Rowe Price, Fidelity [Investments]. They did not listen to their peers or say, "This can't work," and they really trusted their gut. If it were Henry [Ellenbogen] at T. Rowe Price, or Michael Carmen at Wellington, or Will Danoff at Fidelity, each one of them on their own had to establish this understanding, and they have been great supporters throughout.

I think that those relationships were very important. Part of it was to let them criticize me when they didn't agree with me.

**Feloni:** Is that how you built those relationships in the first place?

**Neumann:** We talk about superpowers here — one of mine is people. Building a relationship is natural in this organization. It's how we do anything here. We do it physically, not virtually.

**Feloni:** What does that mean? If you're sitting down with one of these investors, how would your "superpower" emerge?

**Neumann:** You feel it right now! The reason you're feeling it is because I'm talking to you. It's coming from the heart. The way you build a relationship is authenticity, with really connecting to the person. And listening.

I develop a relationship in a real way. I'm there for my investors just like I'm there for my friends, just like they're there for me. Not just when things are good but when things are bad. I call in advance when there's a problem. I try not to let them hear about it in the press.

When I'm about to do something in their wheelhouse, something that they're better at than me, I will call for advice.

In Masa's case, he does very well face-to-face. I'll get on the plane and go to Tokyo, even if it's not always easy, and develop a personal relationship.

Rebekah and I are going to have dinner with Masa together, for example, next Sunday in San Francisco, so it will become more personal.

Masa and Rebekah get along very well, which is fascinating, because she's very picky. She likes him a lot. She calls him Yoda. He *is* Yoda. He has the force with him.



SoftBank's founder and CEO, Masayoshi Son, has a close relationship with Neumann. Tomohiro Ohsumi/Getty Images

**What really happened when the $20 billion SoftBank investment went south**

**Feloni:** Last December, there were reports that there was going to be an investment from SoftBank upward of $16 billion. It was cut down significantly.

**Neumann:** It ended up being $6 billion. Everyone thinks it was $5 billion at $110 share — [but it's] plus another billion of secondary, so a total of six, which is important to know.

*Editor's note: "Secondary" here refers to the purchase of shares from existing shareholders, rather than directly from the company.*

I think that was a testimony to our relationship. We actually filed [for an IPO] before, to keep optionality open and because we knew the deal with Masa was not 100% guaranteed.

We were supposed to do the deal and then I get a phone call from Masa saying that it's not going to work out.

If you look at the stock market at the time, it was a deal directly from SoftBank, not its Vision Fund. Therefore, SoftBank's own financial position was part of it. If you look at the exact date, December 24, it

was traded in Japan — it was Christmas Eve but markets were open — SoftBank was down between 54 to 60% from when the deal was agreed upon verbally.

That day, if they would've done the deal and after the money that they would've spent, WeWork might have had a higher valuation. But SoftBank had a bad day.

When Masa called and told me that was the case, he also told me that he was going to invest $4 billion at $110 a share and that he believed in this.

I actually went to see him and I said, "I would feel more comfortable if it's $5 billion as opposed to $4 billion."

He said, "I would like you to do a little secondary."

I said, "Well, that's actually great, because employees and investors thought that they were getting an event." We agreed together on $6 billion, which was very beneficial for all parties.

Relationships get measured when a challenge comes, not when everything is perfect. He called me personally, and he was very straightforward. He told me exactly why.

Not only did I understand — I talk a lot about believing in something greater than yourself and a lot about the fact that if we always muscle everything through, we don't give a chance for the universe to enter.

When I got that phone call, I was with my family on vacation. I didn't even tell my wife about it for hours, and I didn't call any of my executives who were all starting to celebrate Christmas.

My wife asked me later that night, "Why didn't you tell me?"

I said, "I didn't want to ruin the day for anyone."

And she goes: "Why would you ruin the day? It was what was meant to happen. There would have been no problem."

I said, "Well, of course. I agree with you, but I thought maybe--"

"Oh, no. Not a problem."

We're now in May, five months later. Only hindsight will tell, but it seems like we're doing amazing. Our employees are very happy. What I learned afterwards, our investors didn't really want to sell, which I didn't know at the time.

They would have, because it was a fair price and was negotiated in a way that things legally work, but it's not what they wanted.

Now that I've had a chance to talk to all of them after they told me how much they love the company and how they see themselves as long-term holders, I feel very happy with how things went the way they did. Masa's still a huge shareholder. He's invested over $10 billion.

**Alyson Shontell:** Would you have filed the paperwork to go public if that deal hadn't come down?

**Neumann:** I filed before. The day I filed is important. The day I filed, as far as I knew, I was either doing the full deal — which was actually $20 billion, not $16 billion.

I filed because I wanted optionality. A: The fact that we agreed on a deal doesn't mean the deal is done — which ended up being the case, because it wasn't signed yet. B: Until that moment of signature, I would still have to impose such a big move not just for myself but for the employees, for the investors, for our members. I would've really taken that last look once it was all said and done. What's better for all of our employees and members?

But I'm very happy that we stand where we stand today. I think it's a great example of an event that, in the moment, you might think, "Oh, no." Then you look back five or six months later and you're happy. Masa's very happy, also. He owns almost 29% of the company.

**Silicon Valley's Saudi Arabia problem**

**Shontell:** I notice that you said you raised from SoftBank, not the Vision Fund. That has not always been the case.

Saudi Arabia is a huge investor in the Vision Fund. There are human-rights issues there. There's corruption there. There's what happened with the journalist [Jamal Khashoggi's assassination] there.

Was that a purposeful decision? Because there are a lot of tech companies that are taking money from the Vision Fund. It seems to me that Silicon Valley has a Saudi Arabia problem because they need a lot of cash. What do you think about that?

**Neumann:** That's a very complex question.

**Shontell:** Yes.

**Neumann:** I'll hover around it.

Only our first investment came from there. All of the follow-up investments that you know of are SoftBank investments, not the Vision Fund, which is just a fact with us. The first one happened in 2016.

This is going into politics, but I'll go with you a little. The world still uses fossil fuels. You want to take their cash. You want to take their oil. You buy the plastic. It's in the system. It's not just Saudi Arabia. It's of all the countries in the Middle East.

Being an Israeli myself, my biggest wish is a direction towards peace. Any country from the Middle East that wants to change money that's generated just from harvesting natural resources to investing in what could be futuristic technologies that not only could make financial returns but could maybe bring their country into positive things, I'm supportive of.

I think Uber — [cofounder] Travis Kalanick — doesn't get enough credit for the fact that when Uber took money from Saudi Arabia, part of the deal was that women would be allowed to drive. That is a huge shift.



Saudi Crown Prince Mohammed bin Salman has close ties to Silicon Valley, and his country is the largest funder of SoftBank's Vision Fund. G20 Argentina via AP

I think the world has a global problem of extremists, together with a huge shift in what different countries can allow their citizens to do or not. I think the only way we're going to solve it is if we come together and agree on a certain level of moral standards, that there are a few things and behaviors we don't accept no matter what.

If that means we can't get money because of it, then I agree with you. But if we don't find a way to come together and see the best in each other and find ways to collaborate even if it's hard in the beginning, then I think things will only get worse.

I hope that there will be a way for Silicon Valley to partner with all of the Middle East. I think that they should go from there to Africa.

Then, I think there are problems. I think there are still a lot of problems in Latin America. A lot of problems right here in the US that we can deal with. I think Silicon Valley needs to do that. I also think we can go as simple as the homeless problem in San Francisco.

I don't mean to touch it too much, but I do think global companies need to start taking a stand on what's right and wrong, not just for the sake of paying less taxes or getting in favor with the government of the country they want to enter; actually, for the sake of humanity.

**Feloni:** So you take that for your business as well?

**Neumann:** We 100% take that for our business, regularly. We just came out with an impact report. The numbers are amazing — audited by external parties. We increased GDP in cities. We increased employment with our refugee program, with our veteran program.

When the day does come for us to go public, part of it will have to do with that, also. The reason to go public in the future is to be able to effect more change.

**What will happen to WeWork in a recession**

**Feloni:** You're starting to have this impact. You're still growing rapidly. If you were going to talk to investors, some are still wary of how the company's losing money and that's been growing over time, too. What would you tell them?

**Neumann:** Excellent question. Let me show you something. [He brings out a printed slide from an investor presentation showing a version of the following chart.]



WeWork shows and example of how its investments in real estate can grow significantly over time. WeWork

*Editor's note: The chart has the following assumptions.*

- *Drawing from Q1 2019, it estimates 82,000 annual desks added, at an average membership value of $6,340.*

- *WeWork uses its own metric called community-adjusted EBITDA. It is defined as "Equal to Membership and Services Revenue, less Adjusted Rent, Tenancy Costs, and Adjusted Building and Community Operating Expenses."*

- *It has an implied annual community-adjusted EBITDA margin of 27%.*

- *It has average revenue per membership growing 2% a year over a 15-year lease, based on the average lease term.*

- *It assumes full occupancy.*

A lot of other companies spend $1 billion and that goes toward paying employees or discounting a service.

When we spend $1 billion, [taking a look at] 2018, that would have been able to add 236,000 members. I would've paid you an average of $6,000 per year. At a 27% contribution margin, so a full-on margin, what does that mean?

That same $1 billion on a 15-year lease would generate $24 billion in revenue, $7 billion in contribution margin. We do not lose money; we invest money in the future. We're building a global physical platform. To build that, you have to build the infrastructure.

It's very different from other companies who spend $1 billion and it's gone, or whatever discount it gave in the market. Our $1 billion, when it's gone, it's going to pay itself back this many times. That's crazy.

**Shontell:** Well, what happens if the economy crashes sometime in here [points to the middle of the chart]?

**Neumann:** Number one: We're a 50% discount than any other service. Let's say you are IBM, any enterprise you want to be, and you want to compare an office in Manhattan that you have to one membership — a dedicated space at WeWork. We're at least 50% cheaper than what it'll cost you [for your office]. So in a downturn, if you want to spend less, you would really like us.

**Feloni:** So you think you could actually have a benefit if there's a downturn in the next few years?

**Neumann:** The last thing think I wish for is a downturn, but I will give you the math. Then, you decide if that's a benefit or not.

I know it's a fact that I'm 50% cheaper than the average [office] in New York City.

In other cities, I'm 60 or 70% cheaper. I'm half the cost. So if you're the CFO, that must be very attractive.

I'm not a new balance sheet. As of 2020, all leases need to be on a balance sheet. I'm a membership agreement and I'm off your balance sheet. That's very attractive.

For many CEOs, they feel that our space is better designed, has great energy, and gives them a lot of flexibility. They think that their employees like it more. So, CEO: Employees like it more. CFO: It's costing him or her half the amount. Head of HR: Higher retention.

On top of all of that, we can offer flexibility and mobility. These are all things that will work very well in a market that's slowing down. Point number one.

Point number two, and a very interesting one — 51% of our members do business with each other. For small businesses, the downturns end being even tougher than for the larger businesses, who have a balance sheet. We're going to be able to offer a lot of internal business — that we already do — that will help them a lot.

Number three. Businesses are flexible. You want to get smaller, you want to get bigger. Some will want to get bigger in the downturn, some will get smaller — space is fixed. We give that flexibility.

Number four. As we speak, we're already in an experience with Buenos Aires after a downturn, São Paulo after a downturn, China, what people would consider 50% down, Brexit — every one of those markets I just said, memberships never grew faster [than] when the market went down.

And, here's the good one: Cost of construction went down by 20 to 30%. That's huge for us. For the cost of leasing, either the lease itself went down 15 to 30% [or we got] access to management deals.

A management deal is when the landlord is willing to give us no lease, pay 100% for the construction, and share the upside with us. Get above market returns. When there are no other tenants because the market is slower, everyone is rushing to give us that deal. More management deals, cheaper leases, and lower construction all work amazingly for us.

On top of that, because enterprise today is 40% of our business, an average stay at WeWork is north of 14 months. All those numbers that used to be in the past, of month-to-month, are just not our truth anymore.

*Editor's note: WeWork defines an enterprise client as one with 500 or more full-time employees.*

So because of all of those reasons, I'm saying that we have proven in markets where it has occurred already. We're stronger while [a downturn] happens and come out much stronger.

Saying that, I'm not wishing for a downturn for the obvious reason of the WeWork company first and foremost puts human beings first. The last thing I want to hear is a husband or a wife going to their partner back home and saying, "I'm sorry to tell you, but I lost job and I'm not sure how I am going to take care of my responsibility in the household." That's a bad thing.

**Shontell:** WeWork is a 9-year-old company. It has only been around during the boom.

**Neumann:** In America.

**Shontell:** In America. Yes.

**Neumann:** I'm less than 50% in America these days. I'm a global company with only 45% of my members in the United States, and [that's] getting smaller.



WeWork's Weihai Lu office in Shanghai. Courtesy of WeWork

**Shontell:** How do you avoid getting stuck paying long-term leases [if memberships were to go down]?

**Neumann:** So enterprise today is 40% of our business and we expect to see it higher in the future, substantially higher. For an enterprise business that's only 2 1/2 years old, we're already at 37% of all Fortune 500 companies, which is fascinating in such a short time. For those large companies, the average long-term lease would be 18 months. That's number one.

Number two. The examples I gave you are real examples in countries where we're quite big. The numbers speak for themselves. On top of that, you're sitting on a lot of cash. This is part of the reason why it's important to be very well funded. You have a lot of optionality.

Remember that if you ever needed to stop growth or slow down, you will immediately start having free cash flow and your margins are so high that you have a lot of room.

And our committed backlog — which means signed deals, unbreakable, that are either started or about to start, but enterprise-quality credit — is larger than our revenue. I should've started with that!

After our bond earnings, you will hear our April run rate of $3 billion and you will hear our committed backlog of $3.4 billion. And 80% of it is 12 months forward, so guaranteed. That number's only going to grow. You're going to have a lot of transparency in the next 16 months, going into 24 months, and then going to 36 months, which is very unique. We're the only space-as-a-service membership model that's able to show that for that much ahead and with that level of signatures.

And penetration — because we're so small, you're not looking for 80% of the market. You're not even looking for 8% of the market. We're .09% of the market today going to 1%. There's a lot of room.

**Why WeWork's CEO says investors should trust him, even though he made millions in a controversial way**

**Feloni:** The other thing I've been seeing from potential investors is that they are concerned that you would still be the landlord of some properties. What would you say to them?

*Editor's note: [The Wall Street Journal reported in January](link) that Neumann had leased some properties he owned back to WeWork and pocketed millions through rent.*

**Neumann:** In 2013, when I acquired some of these properties, no one was buying anything from us. Landlords didn't believe in the WeWork tenancy. So, I had to set an example.

We have not only raised money, we have $2.8 billion under management. But there's $1 billion that was just raised from [Ivanhoé Cambridge](link), which is very well respected in global institutions, very good at real estate. It is now all under The We Company.

The other thing is that moving forward, whatever I own that has any WeWork tenancy in it is moving to WeWork. I'll lose money on that transaction, but the reason that's not a problem is because I'm a large shareholder of WeWork. WeWork is me; I am WeWork. If it's good for WeWork, it's good for me. The only vision moving forward is one aligned strategy.

Now that people believe in us and are willing to give us money to buy, we're very happy to have LPs [limited partners] like Ivanhoé Cambridge. We have some of the largest institutions of the world and we will not let them down. We're going to be very careful shepherds of their capital.

And the last thing I need is to diversify into more properties. I'm much happier in WeWork, and letting ARK, the company that's going to be doing it under The We Company, focus on it.

Also, the real-estate side will not report in to me. ARK is a separate company that reports to another chairman, Steven Langman. And they have fiduciary duties toward the people they raise money from. It's their job to buy real estate that is going to make a return for their investors.

**How to manage your ego when you go from broke to a billionaire in under 10 years**

**Shontell:** I was listening to [a speech you gave](link) [at the United Jewish Appeal Federation's annual dinner last December] and you were saying that within 30 days of meeting your wife, you proposed to her. In your first talk, she was like, "You don't get it."

**Neumann:** "You don't get it. You don't get the game of life."

**Shontell:** Right. So what did you think success was back then, when you were a hard-partying guy with a supermodel sister going out all the time, versus now?

**Neumann:** First of all, I think you nailed it. You have most of the answer in the question. I think the interesting thing about that first conversation with Rebekah was that no one has ever used those words with me.

When she presented it to me that way, I was so impressed I said, "Well, I want to know this game of life." I told her what success is and I defined it in a very boring way, maybe influenced by Hollywood.

She told me she thought success was being surrounded by people who you care for and who care for you, actually creating an impact on this planet, enjoying the ride, and really enjoy every moment of it. Otherwise, it's not worth doing.

I think her definition is more true today than it ever was. As we've started to grow toward this word called "success," I know today that Rebekah was right more than I could have imagined.

When Rebekah told me that, we were living at 166 2nd Avenue in an apartment smaller than this office.



Neumann and his wife, Rebekah, in 2009, shortly after they began dating. Rebekah is WeWork's chief brand officer and the founder and CEO of WeGrow. Theo Wargo/Getty Images

**Shontell:** In your same speech, you were talking about ego management. You said around WeWork's $5 billion valuation mark, you had to keep your ego in check. You got all this success so quickly. Your family

is suddenly in a whole different financial situation. I don't know if you were a billionaire then or not, but you were certainly on the way.

How do you keep your ego in check? How did you come to terms with yourself and your new life when it was happening so fast?

**Neumann:** The answer is quite consistent. It's really Rebekah. I think her contribution to my life can not be overstated. I would not be able to keep it in check without her.

Therefore, WeWork wouldn't exist. If I don't keep [myself] in check, you can't be the "We" Company and a "me" person. Which was why the moment the company was ready to buy real estate, I was like, take my real estate at cost. I don't need anything. We're all together. And if anything, this was always towards a "we" mission.

Rebekah's maniacal focus on always doing the right thing by others, not just by us, doesn't really leave a lot of room for that.

When I don't have my ego in check and I come home at night, she looks at my face. She doesn't even need to talk to me. She's like, "Ugh, again? I thought we had that one covered! Sit down."

She'll do whatever it takes just to make sure I snap right back. Go hang out with the kids, go do this, go do that, and come back in an hour. You come back indoors and you remember where you came from and where you're going.

The other thing is that I practice the spiritual practice of Shabbat. For me, Shabbat — and I've been recommending it to a lot of people — is the opportunity to disconnect from technology for 25 hours, connect to your family, connect to your friends, connect to something greater than yourself.

It's almost more relevant today than 3,300 years ago. I'm so grateful that in my heritage that there was that practice. But no one has a monopoly on that practice. I recommend it to everyone. I do believe that because once a week I stop for 24 hours and really focus on what's most important, that stays in my head for the rest of the week and helps me, in a real way, manage myself and my behavior.

When Friday night comes, one of the things we do right after the candle lighting is sing a song. The song is about what were all the good deeds I did this week, and what were all the bad deeds I did this week. If they were weighed, what would be heavier, the good or the bad?

You wish every week that the good is bigger than the bad, and the next week you'll do better. Repeating that kind of practice and now sharing it with my kids in a world that's so connected, disconnecting has never been more important.

# Exhibit F

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/wework-co-founder-has-cashed-out-at-least-700-million-from-the-company-11563481395

BUSINESS

# WeWork Co-Founder Has Cashed Out at Least $700 Million Via Sales, Loans

Adam Neumann has sold some of his WeWork stake and borrowed against some of his holdings, investing the proceeds in real estate and startups



WeWork's CEO Adam Neumann, the shared office-space giant's co-founder and single largest shareholder, has cashed out or borrowed against some of his holdings in the company ahead of its IPO.

**PHOTO:** MICHAEL KOVAC/GETTY IMAGES FOR WEWORK

*By Eliot Brown, Maureen Farrell and Anupreeta Das*
Updated July 18, 2019 5:15 pm ET

WeWork Cos. co-founder Adam Neumann has cashed out more than $700 million from the company ahead of its initial public offering through a mix of stock sales and debt, people familiar with the matter said—an unusually large sum given that startup founders typically wait for the IPO to monetize their holdings.

Mr. Neumann, who is chief executive of the shared office-space giant and remains its single largest shareholder, over several years has sold some of his stake in the company and borrowed against some of his holdings, the people said.

The exact size of Mr. Neumann's current ownership in WeWork couldn't be learned. He recently set up a family office to invest the proceeds and has begun to hire financial professionals to run it, they said.

Investors in startups have generally frowned upon founders who cash out large chunks of shares ahead of a public-markets debut, because it raises questions about their confidence in the company. On the other hand, people close to Mr. Neumann say, his borrowings against some of his WeWork shares indicate that he is bullish on the company's long-term prospects.



WeWork was valued at $47 billion in its latest investment round, in January; it filed confidentially for an initial public offering of shares late last year.

PHOTO: JUSTIN LANE/EPA/SHUTTERSTOCK

Since WeWork was founded nine years ago, Mr. Neumann has invested heavily in real estate, spending more than $80 million for at least five homes, according to public records and people familiar with his home purchases. His other investments include commercial properties and stakes in startups, including a medical cannabis company. He has also given away more than $100 million, according to people familiar with his finances who declined to name specific recipients.

---

SHARE YOUR THOUGHTS

*When do you think is the right time for startup CEOs to cash in on the wealth tied up in their companies? Join the conversation below.*

---

Private companies rarely publicize disposals of stock by their top executives before making their IPO filings public. But among known instances of share sales by top executives of a U.S. startup, Mr. Neumann's transactions collectively rank among the largest in dollar terms.

WeWork was valued at $47 billion in its latest investment round in January. It has said it filed confidentially late last year for an initial public offering of shares. The company plans to move ahead with the listing later this year or early next, people familiar with WeWork's timing have said.

Mr. Neumann, 40 years old, has sold shares during most of the investment rounds since 2014, although he didn't take money out in the round this past January, according to people familiar with the matter. He has also taken out loans of several hundred million dollars backed by his WeWork shares, people familiar with his finances said.

He has used some of the proceeds to purchase more WeWork shares by exercising his stock options early, some of the people said. By doing so, Mr. Neumann is betting that the value of WeWork's shares will rise while also minimizing his taxes, the people added. The majority of his wealth remains connected to WeWork, the people said.

Mr. Neumann declined to comment through a WeWork spokesman.

JPMorgan Chase & Co. has been the main bank helping Mr. Neumann borrow against his WeWork stake, people familiar with those loans said. The bank has separately been working with WeWork to structure a debt deal that would raise as much as $3 billion to $4 billion ahead of its IPO, The Wall Street Journal has reported.



Adam Neumann and his wife, Rebekah Neumann, in New York City in 2018. We Holdings LLC, which Mr. Neumann controls, held about 30% of WeWork at the end of 2017, according to 2018 securities filings.

PHOTO: TAYLOR HILL/FILMMAGIC/GETTY IMAGES

Historically, venture capitalists have been skeptical of sales by founders and executives of the startups they back, preferring these insiders keep their wealth tied to the company's fortunes until it goes public. Bill Gurley, a partner at Benchmark, a WeWork investor, criticized such sales last year, calling them a sign of froth in the markets.

Speaking at an event, Mr. Gurley said the practice is driven by investors who "come in at the late stage and they beg the founders to take liquidity because they're trying to get more ownership." In an email this week, Mr. Gurley said he was speaking generally and not about WeWork.

WSJ PODCAST

WeWork Co-Founder Has Cashed Out at Least $700 Million Ahead of IPO, Ahead of Sales, of a BK - WSJ



🎧 WHAT'S NEWS



## WeWork Co-Founder Cashes Out Over $700 Million Ahead of IPO



▶           00:00   1x   

SUBSCRIBE

Later-stage investors often are willing to provide more money to startups than traditional venture capitalists, enabling companies to stay private for much longer. That has made it more acceptable for founders to sell small stakes—typically ranging from a few million to tens of millions of dollars—to these bigger investors, especially if a company has remained private for nearly a decade. Sometimes, venture capitalists also sell some of their stakes in these later rounds.

"Over the last five years there's been a growing level of comfort among the VC community to let founders sell," said Andrea Walne, a partner at Manhattan Venture Partners, a firm that helps arrange such sales.

Some of the other largest publicly-known sales of stock before an IPO include Zynga Inc. founder and CEO Mark Pincus's deal to take more than $109 million off the table before the social-gaming company's 2011 IPO. Eric Lefkofsky, as executive chairman and co-founder of Groupon Inc., sold more than $300 million in Groupon stock before the 2011 IPO. Both deals attracted criticism at the time, particularly after the companies' stocks later traded at lower valuations.



The skyline of downtown San Jose, Calif., in 2015. Mr. Neumann has used some of his WeWork proceeds to invest in commercial real estate in San Jose, where the company is planning an urban campus.

PHOTO: KARL MONDON/TNS/ZUMA PRESS

More recently, <u>Snap</u> Inc. disclosed that co-founder Evan Spiegel sold roughly $8 million in stock and borrowed $20 million from the company before its 2017 IPO. <u>Slack Technologies</u> Inc. disclosed CEO Stewart Butterfield sold $3.2 million of stock between September 2016 and Slack's June public listing.

While WeWork hasn't disclosed Mr. Neumann's precise stake, a company he controls that includes his co-founder's stake—We Holdings LLC—held about 30% of WeWork at the end of 2017, according to securities documents related to a bond sale last year. Those shares have 10 times the votes of standard common stock, giving Mr. Neumann voting control.

He recently hired Ilan Stern, a former employee of Soros Fund Management, who also worked at venture-capital firm General Catalyst, to set up a family office to manage his wealth, including the more than $700 million from WeWork. The office is named 166 2nd Financial Services—after an apartment where he lived with his wife, Rebekah Paltrow Neumann, WeWork's chief brand officer.

Since 2013, Mr. Neumann has bought four homes in and around New York City and last year paid $21 million for a 13,000-square-foot house in the Bay Area with a guitar-shaped room.

He has used some of the proceeds from his WeWork loan to invest tens of millions of dollars in commercial real estate, including several properties in downtown San Jose, Calif., where WeWork has been planning an urban campus, and in New York City, people

familiar with the deals said. Four of his properties are leased to WeWork—a controversial practice given that WeWork is paying him millions a year in rent. WeWork recently said Mr. Neumann intends to transfer his property holdings to a WeWork-run fund at cost.

*—Corrie Driebusch contributed to this article.*

**Write to** Eliot Brown at eliot.brown@wsj.com, Maureen Farrell at maureen.farrell@wsj.com and Anupreeta Das at anupreeta.das@wsj.com

*Appeared in the July 19, 2019, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Exhibit G

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/wework-investors-turned-off-by-sloppy-ipo-filings-11570440674

IPOS

# WeWork Investors Turned Off by 'Sloppy' IPO Filings

Details that were wrong or omitted from its financial disclosures may have soured investors



WeWork omitted information about its governance, including that its then-Chief Executive Adam Neumann had been on the board's compensation committee.
**PHOTO:** JACKAL PAN/VISUAL CHINA GROUP/GETTY IMAGES

*By [Jean Eaglesham](#) and [Eliot Brown](#)*
Oct. 7, 2019 5:31 am ET

The more investors learned about WeWork, the less they liked it. The details that were wrong or omitted from its <u>financial disclosures</u> played a part in weakening investor appetite and will pose risks if the company ever tries to go public again.

WeWork parent We Co. misstated the number and cost of the working desks it set up in the first half of the year when it first filed in August to go public. The company also omitted information about its governance, including that its then-Chief Executive Adam Neumann had been on the board's compensation committee.

"Their whole approach is at best sloppy, because a lot of the important numbers don't tick and tie, and at worst it could be obfuscation," said Nori Gerardo Lietz, a senior lecturer at Harvard Business School who recently published an analysis of We. "I prefer to think it's just sloppy."

We <u>canceled its initial public offering</u> last month after concerns grew among potential investors about its finances and Mr. Neumann's behavior—leading existing investors to <u>force him out as CEO</u>.

We had been valued at $47 billion earlier this year but in the weeks before the scheduled IPO last month, investors scrutinized the company's financial filings and grew skeptical of We's business and its governance. The company lowered its expected valuation to between $15 billion and $20 billion before pulling the offering.

With <u>the IPO shelved</u>, We's incomplete financial data makes it harder to assess the company's prospects as it tries to adapt to a future without an expected injection of $9 billion from the IPO and bank lending tied to the offering.

The information gaps in the prospectus also mean New York-based We likely faces tougher scrutiny by the Securities and Exchange Commission, should the company —as it says it intends—try to go public again in the future.

"WeWork would be under a microscope with regulators in its next IPO go-round," said Erik Gerding, a law professor at the University of Colorado.

We said in a statement that "as is ordinary course for all potential U.S. public companies, The We Company underwent an iterative process of amendments to its registration statement with the SEC." An SEC spokesman declined to comment.

A prospectus is a crucial document for IPO investors. It is typically their first chance to see audited financial statements for the company, as well as details of its business model and corporate governance.

Numerous current and former We employees believe the IPO prospectus was poorly written and delivered a muddled message about their business. They cite the document's dedication, "to the energy of we—greater than any one of us but inside each of us."

Wall Street banks, as well as top-tier law firms Skadden Arps Meagher & Flom LLP and Simpson Thacher & Bartlett LLP, were involved in preparing the prospectus. But Mr. Neumann often rejected the recommendations of bankers—he only selected lead book-runners <u>JPMorgan Chase</u> & Co. and <u>Goldman Sachs Group</u> Inc. in the run-up to the planned IPO.

A spokeswoman for Mr. Neumann said the prospectus was "prepared and carefully reviewed by experienced outside counsel...the company hired the best lawyers and bankers in the world to manage the filing." She added that "as is often the case, Adam, as the CEO, had many comments on particular drafts."

The document leaves unanswered some basic questions about the company's finances. For example: How many new workstations did We deliver in the first half of this year? The prospectus filed in August said 273,000. Barely a month later, an amended version said 106,000. What was the total gross cost? In August, We said $1.3 billion. In September: $800 million. The reason for the dramatic changes is that the first version was wrong, people familiar with the matter said.

Several metrics that analysts and investors said were crucial to assessing how the company's breakneck growth is affecting its profitability and cash burn weren't disclosed in the prospectus. For example: What does it take for an individual location to be profitable? How much future revenue is the company committed to sharing with landlords?

The prospectus makes no mention of the company's Gulfstream G650ER, a top-of-the-line private jet it bought last year for more than $60 million, which The Wall Street Journal has reported is now slated for the auction block.

---

RELATED

Fear Overtakes Greed in IPO Market After WeWork Debacle (Oct. 6, 2019)

WeWork Cleans House, Looks to Trim Staff Close to Ex-CEO (Sept. 27, 2019)

How Adam Neumann's Over-the-Top Style Built WeWork. 'This Is Not the Way Everybody Behaves.' (Sept. 18, 2019)

WeWork Parent Postpones IPO (Sept. 17, 2019)

Old-School Landlords Trying to Copy WeWork (Sept. 10, 2019)

---

There is also "no disclosure to the effect that if the IPO doesn't go through, the company is in trouble," said Sandra Peters, head of financial-reporting policy for the CFA Institute, a Charlottesville, Va.-based association that represents chartered financial analysts. We expected its IPO would raise at least $3 billion and unlock a further $6 billion in bank financing. Now, the company is bleeding cash and anticipates difficult decisions ahead, the Journal has reported.

It isn't only the financial picture that is incomplete in the prospectus. There is no mention that Mr. Neumann sold hundreds of millions of dollars of stock since WeWork was formed in 2010, as the Journal has reported.

Under SEC rules, a prospectus doesn't necessarily have to disclose stock sales by executives. "But the market doesn't respond well to being surprised about these sorts of transactions," Mr. Gerding said.

The document also wasn't clear on some important governance issues. A draft prospectus filed last year said Mr. Neumann was on the We compensation committee in 2017, meaning he would have a say in his own compensation. The August prospectus never stated that Mr. Neumann was on the committee in 2018.

The only disclosure about whether any We executive served on the compensation committee was a line referring to boards of companies associated with We. The filing said that no executive served on the compensation committee "of any entity that has one or more executive officers who served on our board of directors … during the year ended December 31, 2018." Mr. Neumann was on the committee last year, according to people familiar with the matter.

The SEC, which oversees company filings, vets every prospectus and often requests changes. A company can't go public until the final version of its prospectus gets the green light from the regulator. We hadn't reached this point; the company was preparing to file another amended prospectus when it pulled its IPO plans last month. We said in its statement it looks "forward to restarting the IPO process in the future."

The SEC pushed back on the We prospectus, requesting multiple changes in a monthslong back-and-forth with company, according to people close to the process.

The regulator's comment letters won't be published unless We goes public. But the company made some marked changes to its original prospectus in the revised version published last month.

A section headed "illustrative annual economics" that assumed 100% workstation utilization vanished, for example, as did two graphs portraying a typical location going from "-$" to "+$," with no y-axis showing the actual dollar amounts being depicted.

**Write to** Jean Eaglesham at <u>jean.eaglesham@wsj.com</u> and Eliot Brown at <u>eliot.brown@wsj.com</u>

Case 1:21-cv-00414-RTD   Document 24-1   Filed 09/03/21   Page 59 of 90 PageID #: 756

*Appeared in the October 8, 2019, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Exhibit H

# WeWork is selling the company's $60 million luxurious private jet that Adam Neumann and his family personalized and used to fly all over the world

Meghan Morris Sep 26, 2019, 11:38 AM
Business Insider



Jackal Pan/Getty Images; Jacqueline Larma/AP Images; Samantha Lee/Business Insider

WeWork is selling the luxurious plane that its cofounder Adam Neumann used to travel the world — a symbol of the company's corporate-governance issues that have in part derailed its initial public offering.

The company bought the Gulfstream G650 for $60 million last year. Some investors said the private plane was a corporate-governance red flag in the lead-up to the company's IPO, according to a source familiar with the matter.

**See more:** *WeWork details CEO Adam Neumann's web of loans, real-estate deals, and family involvement with the company*

On Tuesday, Neumann said he would step down as WeWork's CEO, saying the intense public scrutiny of him was a "distraction."

The company's two new CEOs, Artie Minson and Sebastian Gunningham, are looking to offload three businesses it has purchased in recent years: Managed by Q, Conductor, and Meetup.

Multiple employees told Business Insider in recent weeks that staff members were frustrated by the company spending so much on the plane and lavish parties while managers cited a lack of resources when they denied promised bonuses and salary raises.

"The company was spending $60 million on an airplane, and I can't get a decent raise? It felt like it was 'We over me,' unless me was Adam. And We was Adam," one midlevel employee said.

**See more:** *Now WeWork wants to be a manufacturer. The coworking company is opening a 200,000-square-foot New Jersey plant to make its signature aluminum and glass walls.*

Another employee who worked on the plane's renovations said two bedrooms were added. The jet has multiple televisions and Apple TVs, as well as a central computer to run all media. Staff members "had to download thousands of TV shows and movies on it for the kids to watch," the employee said. "We literally sat at work for three days straight doing this."

The other modifications were cosmetic, the employee said.

A third employee said the plane functioned as a meeting space for Neumann. Because of Neumann's busy schedule, employees struggled to meet him in the office, so he often hosted meetings on the jet.

"I know of instances where people got on the plane, flew across the country, and flew commercial home," the executive said.

The Gulfstream G650 is considered one of the most luxurious and popular private jets available. The plane has a range of more than 8,000 miles — at top speed, it can fly from London to New York or Beijing, while at a slower, more fuel-efficient rate, it can get to Buenos Aires or Los Angeles, Business Insider previously reported.

It's a popular jet among the rich and famous, as well as the executives of global corporations. Tesla CEO Elon Musk and former Starbucks CEO Howard Schultz are among the jet's owners, as was the Apple CEO Steve Jobs. More than 350 G650 planes have been built.

**Got a tip?** *Contact this reporter via encrypted messaging app Signal at +1 (646) 768-1627 using a non-work phone, email at* mmorris@businessinsider.com*, or Twitter DM at* @MeghanEMorris*. (PR pitches by email only, please.) You can also* contact Business Insider securely via SecureDrop*.*

# Exhibit I

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/the-fall-of-wework-how-a-startup-darling-came-unglued-11571946003

# The Fall of WeWork: How a Startup Darling Came Unglued

**The cliff dive has little precedent, even in the boom-and-bust world of venture capital**

*By* Maureen Farrell, Liz Hoffman, Eliot Brown *and* David Benoit

Oct. 24, 2019 3:40 pm ET

Just months before the spectacular fall of WeWork, one of the country's most gilded startups, chief executive Adam Neumann summoned the heads of the New York Stock Exchange and Nasdaq to one of his homes in the Hamptons.

WeWork was going public and each executive wanted Mr. Neumann to list on their exchange. In return, he wanted their support for a cause he had championed—environmental sustainability—and asked them to ban meat or single-use plastic products in their cafeterias, according to people familiar with the matter.

NYSE President Stacey Cunningham offered to eliminate plastic cups and utensils but drew the line at meat. Nasdaq's Adena Friedman offered to create a new index, the We 50, of companies committed to sustainability. Nasdaq won.

The IPO never happened. In the weeks that followed, We Co., as the WeWork parent is now known, scrapped its plans to list, pushed out Mr. Neumann and was bailed out by SoftBank Group Corp. Forty billion was lost, as WeWork's valuation plunged from $47 billion in January to less than $8 billion this week. The deal, which keeps WeWork from running out of cash in the next few weeks, strips Mr. Neumann of his remaining title, chairman of the board.

The cliff dive by WeWork and its quixotic founder has little precedent, even in the boom-and-bust world of startups. It's especially stark given Mr. Neumann's boundless ambitions: He said WeWork's mission was to "elevate the world's consciousness" and he told people he hoped to be its first trillionaire.

Little had changed in WeWork's business between the Hamptons audition and the company's bailout by SoftBank. But by <u>filing to go public</u>, WeWork put its inner workings on display. Investors blanched at its ballooning losses and its entanglements with Mr. Neumann, who had hired family members in key roles, and bought buildings and leased them to WeWork. He even had the company pay him $5.9 million for the rights to its own name after he trademarked it.



**Public Performance**

Some big consumer-focused startups have struggled since their IPOs in recent years.

Lyft (March 2019)
Uber (May 2019)
Peloton (Sept. 2019)
Snap (March 2017)
Smile Direct Club (Sept. 2019)

Source: FactSet

The air has been leaking out of the unicorn balloon for some time now. Highly anticipated public-market debuts have fizzled, including those of <u>Uber Technologies</u> Inc. and <u>Lyft</u> Inc. WeWork's precipitous decline suggests a new hard limit to the giddy optimism that long puffed up startup valuations and egos.

One person emerges in good shape. Mr. Neumann is getting a $185 million four-year consulting contract and can sell up to $970 million of his shares to SoftBank.

Mr. Neumann co-founded WeWork, which sublets office space, in 2010 after failed business ventures including a collapsible high heel and a line of baby clothes. It attracted money from Benchmark Capital, a blue-chip venture-capital firm that was an early backer of <u>Twitter</u> Inc. and <u>eBay</u> Inc.

By the beginning of this year, WeWork was the largest private tenant in New York City and had raised more than $10 billion from investors. New money from SoftBank in January crowned the money-losing company as one of the world's most valuable startups, worth $47 billion.



Adam Neumann and his wife, Rebekah Neumann, in 2018.

PHOTO: TAYLOR HILL/FILMMAGIC/GETTY IMAGES

As preparations for the IPO kicked into gear, WeWork hoped to persuade prospective investors it was worth even more. The company aimed to raise as much as $10 billion between the offering and a related loan.

As he was preparing for an IPO that would make him a billionaire many times over, Mr. Neumann was surfing in the Maldives when executives in New York called to go over the all-important document that would be released to investors. Reluctant to cut his trip short, Mr. Neumann summoned a WeWork underling to the Maldives for an in-person briefing, according to people familiar with the episode.

Back in New York, Mr. Neumann spent much of the summer working on the document, known as an S-1, in the Hamptons, regularly helicoptering employees out from the city to help. His wife, Rebekah Neumann, WeWork's chief brand officer, insisted it be printed on recycled paper, then rejected early printings as low-quality, according to people familiar with the matter. The process was set back by days and the printing shop originally hired

for the job refused to work with the company. WeWork gave part of the job to a small New York paper company that rents space in one of its offices.

## Building Losses

Quarterly net loss attributable to We Co.



Source: the company

The document detailed a company with <u>swelling losses, no clear path to turning a profit</u> and a <u>history of self-dealing by its CEO</u>.

Investment bankers on the project kept cutting the price they figured investors in the IPO might be willing to pay. Mr. Neumann jetted to London, Boston and Toronto to court fund managers, to no avail. The company <u>delayed the IPO roadshow</u> set for the week of Sept. 15.

Mr. Neumann told employees that the delay was temporary. Some board members and investors were increasingly convinced the company could never go public with Mr. Neumann at the helm, according to people familiar with the matter.

Concerns were acute at SoftBank, which had already invested $9 billion in WeWork, partly through its $100 billion Vision Fund, and had two representatives on its board. SoftBank executives had been working to raise a second Vision Fund, and were on a fundraising swing through the Middle East just as headlines of the startup's collapse started to pile up.



Masayoshi Son, chairman and CEO of SoftBank, in August.
PHOTO: ALESSANDRO DI CIOMMO/NURPHOTO/GETTY IMAGES

The same week WeWork postponed its IPO, SoftBank's CEO, Masayoshi Son, was hosting a three-day meeting at the Langham resort in Pasadena, Calif. John Legend was set to perform for Vision Fund investors and executives from dozens of its portfolio companies.

Mr. Neumann was expected to attend but didn't. Mr. Son, an early and vocal backer whose firm was WeWork's biggest outside shareholder, never mentioned the company on stage, attendees said. In private discussions on the sidelines, some investors and founders told Mr. Son that Mr. Neumann had to go, according to people briefed on the discussions.

Mr. Neumann spent that Sunday conferring with allies. He spent the afternoon at JPMorgan Chase & Co.'s headquarters with CEO James Dimon, whose bank had invested in WeWork and lent to Mr. Neumann personally, then dined in a private room at a Midtown Manhattan restaurant with three longtime allies: Israel-based Michael Eisenberg; Bruce Dunlevie from Benchmark; and Steven Langman of Rhone Group, the private-equity firm.



JPMorgan CEO James Dimon in April.

PHOTO: MARK KAUZLARICH/BLOOMBERG NEWS

From there, he talked with WeWork's directors about his options, people familiar with the matter said. Given that he controlled the company, he could fire the directors and stay on as CEO—but doing so might fuel a spiral that could cost him everything. Or he could step away, keep his financial stake and help ensure the company's survival.

Mr. Neumann spent the next two days huddled with advisers in the carriage house adjoining his Gramercy Park apartment, working through the details of his departure as CEO, which was announced that Tuesday.

After the announcement, workers converted Mr. Neumann's office suite, which included a sauna and an ice-bath plunge, into a conference room, taking down his surf photos. Pink couches in Ms. Neumann's office were removed. Internal Slack messaging channels lit up, with some employees wondering how he let things get so bad.

While WeWork executives had boasted about their impressive cash pile as recently as this spring, the reality was more troubling. The company could run out of funds as soon as November, more than five months more quickly than analysts had projected.



Artie Minson, now co-CEO of WeWork, in 2016.

PHOTO: PATRICK T. FALLON/BLOOMBERG NEWS

Artie Minson and Sebastian Gunningham, the two WeWork officials who jointly replaced Mr. Neumann as CEO, spent much of their time away from headquarters, hunkered down in JPMorgan's offices or elsewhere as they worked on plans for layoffs and hunted for financing. The cash situation was so dire that the company had to delay the layoffs until it raised enough money to afford the severance.

The ethos Mr. Neumann had long preached—that WeWork was more than an office-space business and would connect people in all walks of life—was out. Almost every company it had acquired in the past two years, from event-planning website Meetup.com to a search engine optimization company, was on the selling block. WeWork was now only in the business of renting desks.

SoftBank executives were alarmed by what they found looking deeper into the company's financials, people familiar with the matter said. In China, WeWork was stuck with buildings with high vacancy and big discounts. Smaller U.S. cities were surprisingly expensive. SoftBank figured that WeWork needed to cut $500 million in annual costs to survive.

SHARE YOUR THOUGHTS

*Where will WeWork go from here?* Join the conversation below.

Among its operational problems, the company had to shut more than 2,000 privacy booths in its workspaces after users complained of scratchy eyes and an odd smell, according to employees. Some were found to have unsafe levels of formaldehyde.

The board turned to Wall Street for help, but banks that had been eager to court the company had quickly grown wary.

<u>Goldman Sachs Group</u> Inc., one of the banks leading the scrapped IPO, was willing to lend, but only if WeWork could bring in new investors to shore up its finances and validate its business plan. There wasn't time, or seemingly much interest from investors.

On a Sunday in late September, JPMorgan's bankers told WeWork's board the bank would try to raise $5 billion from investors, but wouldn't commit its own money without first gauging demand.



A WeWork co-working space in Tokyo in 2018.
**PHOTO:** KEITH BEDFORD/BLOOMBERG NEWS

The board assembled a special committee, which included Benchmark's Mr. Dunlevie and former Coach Inc. CEO Lew Frankfort, to weigh potential rescue offers. They hired boutique bank Perella Weinberg Partners LP and the law firm Wilson, Sonsini, Goodrich & Rosati.

JPMorgan pitched selling bonds backed by WeWork's assets. Even the furniture—the mark of the company's industrial-chic style—was considered as potential collateral.

Barry Sternlicht's Starwood Capital Group agreed to buy about $1 billion of bonds, but JPMorgan hadn't sold the rest. On Monday evening, hours before the deadline to submit bids, the bank agreed to backstop a full $5 billion, meaning it would be forced to fund the loan itself if it couldn't find buyers.



Marcelo Claure of SoftBank in April.
**PHOTO:** NOAH BERGER/BLOOMBERG NEWS

SoftBank was under its own pressures. Top executives were scheduled to fly to Saudi Arabia for the kingdom's financial conference where they were seeking to secure large commitments for a second Vision Fund. Executives said a clean resolution to WeWork— even a bailout—was key.

Neither offer was perfect. JPMorgan's was expensive and didn't resolve Mr. Neumann's role at the company or allow investors and employees to sell shares. Going with

SoftBank's would mean ceding majority ownership and taking a punishing cut in valuation that would hit existing investors.

Mr. Neumann was no longer CEO—his keycard access to his office had been deactivated—but he remained board chairman. He was also in a bind: He was in danger of defaulting on a $500 million loan that needed to be paid back or renegotiated within a few weeks.

### WeWork's Fall
The company's valuation has lost billions since January.



*Expected valuation range
Sources: Dow Jones Venture Capital (valuations by funding rounds); WSJ reports (Sept. and Oct.)

He attended several board meetings hosted in WeWork spaces. Mr. Neumann said he loved the company and would help any way he could.

SoftBank won. Marcelo Claure, a senior lieutenant of Mr. Son, negotiated directly with Mr. Neumann over his exit package, which the special committee wasn't asked to vote on.

Board members privately grumbled over the ex-CEO's windfall, which includes a new loan from SoftBank, but said nothing to Mr. Neumann, simply thanking him for what he built. The full board signed off on the deal.

On Wednesday, Mr. Claure introduced himself at an all-hands meeting and made clear that he would be in charge, working in WeWork's New York headquarters from Tuesday through Friday while spending Mondays on SoftBank projects.

Mr. Claure was joined onstage by WeWork's co-CEOs and when asked about their future roles, he said that the arrangement is unusual. Neither Mr. Minson nor Mr. Gunningham spoke.

Employees cheered when one of them asked why Mr. Neumann was getting paid so much to leave the company. Mr. Claure replied that SoftBank needed to take control away from Mr. Neumann, and that came at a price. No one clapped.

*—Julie Steinberg contributed to this article.*

---

### RELATED READING

How Adam Neumann's Over-the-Top Style Built WeWork. 'This Is Not the Way Everybody Behaves.'

WeWork Employee Options Underwater as Ex-CEO Reaps

SoftBank to Boost Stake in WeWork in Deal That Cuts Most Ties With Neumann

Heard on the Street: What Will History Make of WeWork's Meltdown?

---

**Write to** Maureen Farrell at maureen.farrell@wsj.com, Liz Hoffman at liz.hoffman@wsj.com, Eliot Brown at eliot.brown@wsj.com and David Benoit at david.benoit@wsj.com

*Appeared in the October 25, 2019, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Exhibit J

# Bloomberg

News Story

11/15/2019    11:46:57 [BN] Bloomberg News

## WeWork Is Said to Face SEC Inquiry Into Possible Rule Violations

- **SEC is examining disclosures to investors, WeWork's business**
- **Agency review is preliminary, may not lead to enforcement case**

By Matt Robinson, Robert Schmidt and Ellen Huet

(Bloomberg) –– WeWork is drawing scrutiny from the U.S. Securities and Exchange Commission over whether the co-working company violated financial rules in the run-up to its failed initial public offering, according to two people with knowledge of the matter.

The agency's enforcement division is reviewing WeWork's business and its disclosures to investors amid a number of news articles that highlighted potential conflicts of interest and the company's aggressive fundraising, the people said. WeWork has retained Andrew Ceresney, a top Wall Street lawyer who previously headed the SEC enforcement unit, according to the people.

The SEC's inquiry is preliminary and may not lead to any allegations of wrongdoing, said the people who asked not to be named because the review isn't public.

A WeWork spokeswoman declined to comment, as did Ceresney, who's now a partner at Debevoise & Plimpton in New York. An SEC spokeswoman also declined to comment.

**Tumultuous Year**

The scrutiny adds to what has been a tumultuous year for WeWork. The company at one point was worth an eye-popping $47 billion before it fell out of favor with investors and needed a bailout from Softbank Group Corp., the Japanese conglomerate that has a majority stake. In September, WeWork ousted charismatic Chief Executive Officer Adam Neumann and withdrew its IPO. The company is now valued at less than $8 billion.

A spokeswoman for Neumann declined to comment.

It's not unusual for the SEC to kick the tires when corporations endure public and high-profile meltdowns. The agency is often quick to reach out to a company to make sure potential evidence, such as emails and documents, are preserved.

It couldn't be determined whether specific WeWork business decisions or transactions prompted the review. Still, much about the company has raised eyebrows on Wall Street.

**Perceived Conflicts**

When WeWork issued its S-1 –– a regulatory filing that precedes an IPO –– the company disclosed heavy losses that were growing in lockstep with its sales, or sometimes faster. Investors also say they were concerned by a long list of perceived conflicts laid out in the filing.

For instance, Neumann profited as a private landlord by leasing space in his buildings to WeWork. When the company changed its name to We Co., it bought a related trademark for "we" for $5.9 million from We Holdings

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

# Bloomberg

LLC, an entity that Neumann controlled. And WeWork's corporate governance was unusual. For the company's succession plan, WeWork listed Neumann's wife, Rebekah as one of three people on a committee with power to pick a replacement CEO.

WeWork also is known for using unconventional accounting metrics, such as "community–adjusted Ebitda," which the company says captures the profitability of an individual WeWork location. The benchmark, widely questioned by analysts, first came up in financial documents tied to a 2018 bond sale and was included in early drafts of the company's S–1 before being pulled from the final version.

WeWork told bondholders this week that it had $2 billion of cash at the end of September. But the company had accelerated spending earlier in the year as a way to show potential investors in the IPO that its growth was strong, according to people with knowledge of the matter. As a result, WeWork was poised to run out of money as soon as November, which prompted the Softbank rescue.

## Probing Unicorns

Being private doesn't shield companies or executives from penalties if the SEC concludes that investors were misled, and the agency has stepped up scrutiny of unlisted firms in recent years amid the emergence of several Silicon Valley unicorns.

In April, Daniel Mattes, the former CEO of Jumio, agreed to pay more than $17 million to settle SEC claims that he overstated the private mobile payment company's revenue. Mattes didn't admit or deny the allegations. Perhaps the most well–known SEC case tied to a private company involved ex–Theranos Inc. CEO Elizabeth Holmes. She paid $500,000 in 2018 to settle SEC allegations that she raised hundreds of millions of dollars while lying about the blood–testing company's technology. She didn't admit or deny the claims.

Related ticker:
WE US (Wework Inc)

––With assistance from Ben Bain and Gillian Tan.

To contact the reporters on this story:
Matt Robinson in New York at mrobinson55@bloomberg.net;
Robert Schmidt in Washington at rschmidt5@bloomberg.net;
Ellen Huet in San Francisco at ehuet4@bloomberg.net

To contact the editors responsible for this story:
Jesse Westbrook at jwestbrook1@bloomberg.net
Gregory Mott

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

# Exhibit K

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/wework-was-wrestling-with-sec-over-key-financial-metric-just-before-it-scrapped-ipo-11573381800

◆ WSJ NEWS EXCLUSIVE | BUSINESS

# WeWork Was Wrestling With SEC Over Key Financial Metric Just Before It Scrapped IPO

Regulator raised numerous concerns about a metric WeWork called 'contribution margin' as it was trying to court investors, documents show



WeWork was scrambling to reassure regulators at the SEC about its financial reporting just weeks before its planned IPO; a WeWork co-working space in Brooklyn.
PHOTO: SPENCER PLATT/GETTY IMAGES

*By Jean Eaglesham and Eliot Brown*
Nov. 10, 2019 5:30 am ET

Just weeks before WeWork expected its stock to begin trading publicly, the startup was still wrangling with the Securities and Exchange Commission over a controversial key financial metric and a litany of other concerns about its planned multibillion-dollar IPO.

On Sept. 11—after the initial public offering prospectus had been public for nearly a month, and after the SEC had already made dozens of demands about the document—the regulator sent the shared-workspace company a list of 13 still-unresolved concerns, according to previously unpublished correspondence reviewed by The Wall Street Journal.

The back-and-forth shows that WeWork was scrambling to clean up big problems as its IPO was crumbling. The timing was indicative of the chaotic management that gave investors pause and ultimately led the company to pull the offering and Chief Executive Adam Neumann to step down under pressure.

We Co., as the WeWork parent is known, had filed its draft prospectus confidentially with the SEC for review in December 2018, giving the company months to negotiate with the agency behind closed doors about its contents before unveiling it to the public.

Contribution Margin, page 70

13.   We note that you evaluate the performance of your business using the non-GAAP measure "Contribution Margin." As currently calculated and presented, we believe that your measure could be misleading based on the following:

The SEC told WeWork parent company We Co. in an August letter that it was concerned a profitability measure in the company's prospectus could be misleading.

But as the IPO loomed, the SEC zeroed in on how WeWork framed its heavy losses, particularly through a bespoke profitability metric called "contribution margin," a version of which had formerly been known as "community-adjusted Ebitda." The agency had first ordered WeWork to remove the measure, before the company offered to substantially change it.

In mid-September, the day before WeWork had hoped to start the roadshow to peddle its IPO to investors, the metric was still mentioned in its revised prospectus more than 100 times. The company planned to amend the filing before starting the roadshow, according to a person close to WeWork—but instead shelved the IPO, as investors questioned the company's worth and its corporate governance.

"It's highly unusual to have issues that are so important still being disputed while they are out there marketing the stock to investors," said Minor Myers, a law professor at the University of Connecticut who reviewed the correspondence at the Journal's request. As WeWork was battling the SEC over its metrics, its advisers were "figuring what they can sell using these numbers," Mr. Myers added.

Case 1:21-cv-00414-RTD Document 84-1 Filed 09/03/21 Page 82 of 90 PageID #: 779



Securities and Exchange Commission Chairman Jay Clayton testifying before a House committee in September.

PHOTO: JIM LO SCALZO/EPA/SHUTTERSTOCK

WeWork deployed a battalion of Wall Street lawyers to try to win over the regulator, according to people close to the tumultuous process.

The SEC sent Mr. Neumann a nine-page letter on Aug. 30, telling WeWork to remove mentions of contribution margin. "As currently calculated and presented, we believe that your [contribution margin] measure could be misleading," the letter said. "Please remove disclosure of this measure throughout your registration statement."

The letter also questioned forecasts that assumed 100% occupancy of offices leased out by WeWork, and pushed for greater clarity on a $5.9 million payment WeWork made—and later reversed—to a company controlled by Mr. Neumann for rights to the word "We," which he had trademarked.

A spokeswoman for Mr. Neumann said he and the company "disclosed related-party transactions in the [prospectus] in accordance with applicable law and good governance."

WeWork fought back hard, especially on contribution margin, the correspondence shows. One version of the metric, which previously WeWork had called community-adjusted Ebitda, was widely derided because it excludes costs to such an extent that it flipped WeWork's bottom line for 2018 from a net loss of about $1.9 billion using standard accounting, to a $467 million profit.

WeWork's resistance to removing the metric was directed by Mr. Neumann, people familiar with the discussions said. Mr. Neumann had previously boasted about the metric to reporters and investors, to show how the company's core business was profitable.

WeWork Was Wrestling With SEC Over Key Financial Metric Just Before It Scrapped IPO - WSJ

Illustrative Annual Economics, page 80

14.    Please explain to readers and tell us how your assumed workstation utilization rate of
100% is realistic.  Describe for us your actual workstation utilization rates for mature
locations and explain to us your consideration of providing illustrative metrics prepared
on a historical or a budgeted basis.

The SEC asked We Co. in a letter sent in August to explain how an "illustrative" section of the company's prospectus assuming a 100% utilization rate of workstations was realistic.

Within five days of receiving the SEC's Aug. 30 letter, WeWork's advisers at two top-tier Wall Street law firms, Cravath Swaine & Moore LLP and Skadden, Arps, Slate, Meagher & Flom LLP, sent responses totaling 45 pages, including a letter focused solely on two financial metrics, and filed a revised, 223-page prospectus.

The Cravath letter, from former senior SEC official John White, said WeWork still believed its metrics were fair but was willing to ax those the SEC most objected to—excluding certain lease costs—to try to "find a course forward." Mr. White and a Skadden spokeswoman didn't respond to requests for comment.

Many of the SEC's comments to WeWork "went straight to the heart of the issues that ultimately caused the IPO to unravel," said Erik Gerding, a law professor at the University of Colorado, who reviewed the correspondence for the Journal. "The SEC staff shined a laser light on many of the business metrics and spotted a number of the conflicts of interest and holes in the prospectus," he said.

An SEC spokeswoman said the agency doesn't comment on individual companies' filings.

Among other issues the SEC targeted was what the WeWork prospectus called "illustrative annual economics." The agency questioned how the company had arrived at some rosy numbers. "Please explain to readers and tell us how your assumed workstation utilization rate of 100% is realistic," its letter said. In reply, WeWork agreed to drop the illustrative economics section from the prospectus.

RELATED READING

As WeWork Grew, Wall Street Lent It Money and Credibility (Nov. 8)

SoftBank Founder Calls His Judgment 'Really Bad' After $4.7 Billion WeWork Hit (Nov. 6)

The Fall of WeWork: How a Startup Darling Came Unglued (Oct. 24)

How Adam Neumann's Over-the-Top Style Built WeWork (Sept. 18)

Read More of WSJ's WeWork Reporting

WeWork's liberal use of customized metrics that don't comply with generally accepted accounting principles, or GAAP, was central to its wrangling with the SEC, according to people close to the process. The draft prospectus WeWork filed in December cited at least six non-GAAP metrics; by the time it issued the prospectus in August, the tally had fallen.

Despite going through several revisions, the prospectus WeWork made public in August contained significant errors and omissions, the Journal has reported.

This past Friday, after markets closed, WeWork published a slide deck from Oct. 11—after Mr. Neumann resigned—that showed financial results including a "location contribution margin" that appeared to be a renamed version of the metric at the center of its dispute with the SEC.

SHARE YOUR THOUGHTS

*Which parts of the correspondence between WeWork and the SEC should have set off alarms for all parties involved? Join the conversation below.*

The SEC is stepping up scrutiny of creative financial measures, lawyers said. Nearly all big companies now use at least one non-GAAP financial metric. Last year, 97% of S&P 500 companies used non-GAAP metrics, up from 59% in 1996, according to an analysis for the Journal by research firm Audit Analytics.

It isn't unusual for companies to go through several rounds of comments with the SEC in the run-up to an IPO. The stock can't be sold until the agency gives the green light to the prospectus, and SEC officials will nitpick details of the disclosure until they are happy, lawyers say.

Case 1:21-cv-00414-RTD   Document 84-1   Filed 09/03/21   Page 85 of 90 PageID #: 782

**Write to** Jean Eaglesham at <u>jean.eaglesham@wsj.com</u> and Eliot Brown at <u>eliot.brown@wsj.com</u>

*Appeared in the November 11, 2019, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Exhibit L

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/wework-in-talks-to-combine-with-spac-or-raise-money-privately-11611857306

◆ WSJ NEWS EXCLUSIVE | MARKETS

# WeWork in Talks to Combine With SPAC or Raise Money Privately

A deal could value the company at some $10 billion



If WeWork opts for a private investment round, the company would stay private and use the money to support its growth initiatives.
PHOTO: WANG ZHAO/AGENCE FRANCE-PRESSE/GETTY IMAGES

*By Maureen Farrell and Konrad Putzier*
Updated Jan. 28, 2021 1:54 pm ET

WeWork is in talks to combine with a special-purpose acquisition company, according to people familiar with the matter, a deal that would usher the office-leasing company into the public markets more than a year after its high-profile failure to stage a traditional initial public offering.

WeWork's board and its Chief Executive Sandeep Mathrani have been weighing offers from a SPAC affiliated with Bow Capital Management LLC and at least one other unidentified acquisition vehicle for several weeks, the people said. A deal could value WeWork at some $10 billion, some of the people said. It couldn't be learned whether that includes debt.

The company also has received separate offers for a new private investment round, and it may well take that route instead, one of the people said. If it were to do so, WeWork would stay private and use the money to support its growth initiatives.

The talks are complicated and there is no guarantee WeWork will end up striking any dealsoon, the people cautioned.

"Over the past year, WeWork has remained focused on executing our plans for achieving profitability," Lauren Fritts, WeWork's chief communication officer, said. "Our significant progress combined with the increased market demand for flexible space, shows positive signs for our business. We will continue to explore opportunities that help us move closer towards our goals."

WeWork is a big player in the market for flexible office space. It signs long-term leases with landlords, then after renovating a space and furnishing it, subleases small offices or even whole buildings to tenants for as little as a month at a time.

Should WeWork make its public debut through a SPAC, it would cap what had been a long and bumpy road toward a listing. WeWork's attempt to tap the public markets in 2019 failed when investors rejected the money-losing company and its visionary yet erratic leader, Adam Neumann, who subsequently resigned as chairman and CEO.

It also would be one of the brightest markers in a craze surrounding SPACs, or blank-check companies as they are also known. SPACs go public as empty vehicles without a business and then hunt for one to latch onto. The transaction transforms the target into a public company in a deal that can be less time-consuming and cumbersome than a traditional IPO.

This year alone, more than 80 new SPACs have debuted, nearly five per business day, according to data provider SPAC Research.

Bow Capital Management is run by Vivek Ranadivé, owner of the NBA's Sacramento Kings and founder of Tibco Software Inc. The SPAC raised $420 million last year. The venture firm lists basketball great Shaquille O'Neal as an adviser.

Mr. Mathrani is nearly a year into his tenure as WeWork CEO, a time in which he faced not only a company that was bleeding cash but also a pandemic that forced people to stay away from offices.

While the commercial office-space market was pummeled by the virus, WeWork had an ample cash cushion thanks to a late-2019 rescue financing from <u>SoftBank Group</u> Corp. At the start of the pandemic, WeWork had already begun to close numerous locations, renegotiate leases and sell noncore businesses and had cut thousands of jobs in a bid to slash expenses.

The company wasn't seeking capital and doesn't have an immediate need for cash, some of the people said. WeWork, which had been in danger of running out of cash when the IPO fell apart, had more than $3 billion on its balance sheet as of the third quarter, when it last reported results. Mr. Mathrani has said WeWork is expected to become profitable by the end of 2021.

WeWork had negative free cash flow of $517 million in the third quarter on $811 million in revenue, which was down 8% from the second quarter.

SoftBank has majority ownership of WeWork and the Japanese technology conglomerate's future role will be a key factor in negotiations with potential merger partners or new investors.

A $10 billion valuation would still be a far cry from WeWork's peak valuation in early 2019, when a SoftBank funding round pegged it at $47 billion.

SoftBank and other investors were attracted to WeWork's rapid growth—doubling in revenue each year. But that growth was fueled by extraordinary levels of spending, resulting in similarly fast increases in losses. After the failed IPO, WeWork scaled back Mr. Neumann's grand vision of providing a slew of 21st-century services around the world.

As stocks plunged last spring, SoftBank marked down its valuation for the company to $2.9 billion.

*—Eliot Brown contributed to this article.*

**Write to** Maureen Farrell at <u>maureen.farrell@wsj.com</u> and Konrad Putzier at <u>konrad.putzier@wsj.com</u>

*Appeared in the January 29, 2021, print edition as 'WeWork In Deal Talks for Listing.'*

Copyright © 2021 Dow Jones & Company. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.