IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBAK EMAMIAN, NEW ANGEL CAPITAL, LLC, GEORGE INVESTMENT PARTNERS, LP, DEVON GEORGE and HASSAN EMAMIAN, by and through their seller representative and attorney-in-fact SHAREHOLDER REPRESENTATIVE SERVICES, LLC<br><br>                Plaintiffs,<br><br>   -against-<br><br>ADAM NEUMANN, ARTHUR MINSON and ROHIT DAVE,<br><br>                Defendants. | Case No. 1:21-CV-00414-GBW |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADINGS**

WHEREAS, on March 22, 2021, Plaintiffs filed their Complaint in the above-captioned action (the "Complaint");

WHEREAS, on December 23, 2022, the Court entered an order granting in part and denying in part Defendants' Motion to Dismiss and setting the deadline to file an amended complaint by January 17, 2023;

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agreed upon an extension for Plaintiffs to file their Amended Complaint;

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agreed upon an extension to the briefing deadlines relating to the Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that:

1. The deadline for Plaintiffs to file an Amended Complaint is extended to February 7, 2023.

2. The deadline for Defendants to move, answer, or otherwise respond to Plaintiffs' Amended Complaint is extended to April 17, 2023.

3. The deadline for Plaintiffs to file an opposition to a motion to dismiss the Amended Complaint is extended to June 16, 2023.

4. The deadline for Defendants to file a reply in further support of a motion to dismiss the Amended Complaint is extended to July 17, 2023.

5. The parties reserve their rights to seek to amend the above deadlines as needed.

| POTTER ANDERSON & CORROON LP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ John A. Sensing*<br>Christopher Samis (#4909)<br>John A. Sensing (#5232)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>csamis@potteranderson.com<br>jsensing@potteranderson.com<br><br>*Counsel for Plaintiffs* | */s/ Sara Barry*<br>William M. Lafferty (#2755)<br>Kevin M. Coen (#4775)<br>Sara Barry (#6703)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>wlafferty@morrisnichols.com<br>kcoen@morrisnichols.com<br>stoscano@morrisnichols.com<br><br>*Counsel for Defendants Adam Neumann, Arthur Minson and Rohit Dave* |
| OF COUNSEL:<br><br>Thomas E. Redburn, Jr.<br>Maya Ginsburg<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 419-5899<br>tredburn@lowenstein.com<br>mginsburg@lowenstein.com | OF COUNSEL:<br><br>Eric Seiler<br>Jamuna D. Kelley<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>7 Times Square<br>New York, NY 10036-6156<br>(212) 833-1100<br>eseiler@fklaw.com<br>jkelley@fklaw.com |

-3-

*Counsel for Defendant Adam Neumann*

Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, #7110
New York, NY 10019-6023
(212) 763-0883
shecker@kaplanhecker.com

Dated:  January 12, 2023

*Counsel for Defendants Arthur Minson and Rohit Dave*

**SO ORDERED this \_\_\_ day of _____, 2023.**

_____
**The Honorable Gregory B. Williams**