# EXHIBIT 5

SoftBank Explores Taking Majority Stake in WeWork - WSJ

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/softbank-discusses-taking-majority-stake-in-wework-1539127641

TECH

# SoftBank Explores Taking Majority Stake in WeWork

Investment could total between $15 billion and $20 billion and would likely come from SoftBank's Vision Fund



A pedestrian passes a WeWork co-working space in London.
PHOTO: LUKE MACGREGOR/BLOOMBERG NEWS

*By Eliot Brown, Dana Mattioli and Maureen Farrell*
Updated Oct. 9, 2018 8:28 pm ET

SoftBank Group Corp. 9984 **-3.51%** ▼ is in discussions to take a majority stake in WeWork Cos., in what would be a giant bet on the eight-year-old provider of shared office space, according to people familiar with the talks.

The investment could total between $15 billion and $20 billion and would likely come from SoftBank's Vision Fund, some of the people said. The $92 billion Vision Fund, which is backed largely by Saudi Arabia and Abu Dhabi wealth funds as well as by SoftBank, already owns nearly 20% of WeWork after last year committing $4.4 billion in equity funding at a $20 billion valuation.

https://www.wsj.com/articles/softbank-discusses-taking-majority-stake-in-wework-1539127641

SoftBank Explores Taking Majority Stake in WeWork - WSJ

RELATED

Heard on the Street  SoftBank   WeWork Bet Won t Work Out Any Time Soon

WeWork Raises $1 Billion in Debt From SoftBank as Revenue Doubles (Aug. 9)

WeWork in Talks With SoftBank to Double Valuation to as Much as $40 Billion (June 13)

A Look at WeWork's Books: Revenue Is Doubling but Losses Are Mounting (April 25)

SoftBank Finalize  $4 4 Billion WeWork Inve tment (Aug 25, 2017)

Talks are fluid and there is no guarantee there will be a deal, some of the people said.

SoftBank and WeWork this summer were discussing a smaller investment that would value WeWork at up to $40 billion, The Wall Street Journal reported in June.

If a deal is completed, it would be one of the largest and more momentous deals of the past decade's startup boom. SoftBank in January completed the biggest investment in a venture-backed startup, paying $7.7 billion for a 15% stake in Uber Technologies Inc. More than 160 private companies backed by venture capital have valuations of more than $1 billion, up from just a handful in 2010.

In eight years, New York-based WeWork has grown from a single office in Lower Manhattan to a workspace giant that rents more than 265,000 desks in 287 buildings, as of midyear. WeWork now occupies more Manhattan office space than any other company, renting 5.3 million feet there, according to real-estate-services firm Cushman & Wakefield.

That growth has been enabled by more than $6 billion in investment. Aside from SoftBank, investors include venture-capital firm Benchmark, China-based Hony Capital and JPMorgan Chase & Co.'s asset-management arm.

WeWork's core business is office leasing: It takes on long-term leases for raw office space and builds out the interior with flexible spaces and modern design that it then subleases for terms as short as a month.

Advertisement - Scroll to Continue

Despite the real estate focus, it has always marketed itself more like a tech company, as Chief Executive Adam Neumann has promised a lofty vision of connecting people and building community.

Mr. Neumann has recently described office space for WeWork as books were for Amazon.com Inc. —just a sliver of what it will become. His grand ambitions include developing entire neighborhoods full of not just its offices, but also WeWork-run apartments, gyms and even schools. Last month, it launched an elementary school, and it has bought a search engine optimization company, a software-coding school and even a stake in a wave-pool business.

WeWork's valuation has long baffled real estate landlords as well as veterans of the serviced-office business, which offers a similar product—rental offices—though generally with a less-hip vibe. The leading company in that business, IWG PLC, had nearly twice as many desks for rent as WeWork as of June, but roughly one-fifth its valuation.

WeWork has also been racking up losses amid its investment in rapid growth, and recently those losses have begun to accelerate. In the first six months of the year, it posted losses of $723 million, wider than $154 million in the same period last year, according to numbers it provided to debt investors. In the same period, revenue more than doubled to $763 million.

WeWork has said its losses reflect its investment in growth, and its locations have healthy profit margins once they are open and fully leased. Fueling the growth are midsize and large companies that put divisions or groups of workers in offices for one to three years. Many of these companies like the flexibility of short-term leases, while WeWork absorbs the risk of paying the rent long-term, for 10 to 15 years.

Skeptics say WeWork's investors who have given WeWork its billions don't fully appreciate the risks of the business. Its client list still includes a big share of startups that may not be around for long, as well as larger companies that could leave in a recession. WeWork is on the hook for the long-term leases.

"They're spending a lot of other people's money very rapidly," said Frank Cottle, who runs a network of serviced-office companies and sold a large portfolio of serviced offices to

IWG's predecessor, Regus, two decades ago. "The people investing in WeWork are looking at its story," he said. "They're ignoring its profitability."

The potential deal also speaks to how SoftBank is shaking up the norms of startup investing. Its monstrous Vision Fund, which has focused mostly on startups, boasts a pool of money that is larger than the entire sum deployed by the venture-capital industry in U.S. companies last year.

Since it launched in 2017, the Vision Fund has showered its billions on companies ranging from younger startups like delivery company DoorDash Inc. and home-flipping firm Opendoor Labs Inc. to publicly traded companies such as chip designer ARM Holdings and auto maker General Motors Co.

SoftBank's chairman Masayoshi Son has become a fixture of the Valley. He told investors in August that "most advanced" large startups will "join us as our family," according to a transcript.

Mr. Son often makes gut-instinct decisions on investments at lofty valuations. At the company's shareholder meeting in June, he said: "Feeling is more important than just looking at the numbers. You have to feel the force, like Star Wars."

He has also made a strategy out of playing matchmaker to boost the prospects of SoftBank's portfolio companies. A large share of WeWork desks in Tokyo, for instance, are occupied by SoftBank and its investment companies.

WeWork was a controversial investment within Softbank from the start, as multiple executives at the firm objected to it, saying it was an overvalued real-estate company, people familiar with those discussions have said. Mr. Son overruled them.

**Write to** Eliot Brown at eliot.brown@wsj.com, Dana Mattioli at dana.mattioli@wsj.com and Maureen Farrell at maureen.farrell@wsj.com

*Appeared in the October 10, 2018, print edition as '.'*

### UPCOMING EVENTS

| | |
|---|---|
| June | **11:00 AM - 5:00 PM EDT**<br>Global Food Forum |

# EXHIBIT 6

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/softbank-boosts-wework-valuation-to-45-billion-1542121203

TECH

# SoftBank Boosts WeWork Valuation to $45 Billion

If completed, the deal would make WeWork the second-most valuable U.S. startup behind Uber



Office workers use a break area in a WeWork space in London.
**PHOTO:** LUKE MACGREGOR/BLOOMBERG NEWS

*By* *Eliot Brown*
Updated Nov. 13, 2018 2:36 pm ET

WeWork Cos. said Tuesday that its largest investor, Japanese conglomerate **SoftBank Group** Corp. 9984 **-3.51%** ▼ , has committed an additional $3 billion to the shared-office company, valuing it at about $45 billion

If completed, the deal would make New York-based WeWork—which was last valued in a 2017 fundraising at $20 billion—the second-most valuable U.S. startup behind Uber Technologies Inc., and ahead of Airbnb Inc., according to Dow Jones VentureSource.

Michael Gross, WeWork's vice chairman, said the decision to take on additional money reflects the "confidence and conviction we have in the size of the market opportunity."

The Wall Street Journal had reported discussions about a far larger investment in which SoftBank would spend $15 billion to $20 billion to buy a majority of WeWork. It is unclear exactly how the latest cash commitment relates to the larger deal, which continues to be under discussion, according to people familiar with the matter.

SoftBank last year committed to invest $4.4 billion in the eight-year-old company through its $92 billion Vision Fund, backed largely by Saudi Arabia, giving the Japanese company a nearly 20% stake. That marked the second-largest fundraising round by a U.S. venture capital-backed private company, behind a $5.6 billion investment round for Uber, according to PitchBook. The latest SoftBank-WeWork deal would be the third-largest round.

WeWork said SoftBank's commitment was in the form of a warrant in which SoftBank would buy the additional stake in the first half of 2019.

The commitment came from SoftBank's balance sheet, not the Vision Fund, said Artie Minson, WeWork's president and chief financial officer. The conglomerate previously transferred a stake in WeWork from its balance sheet to the Vision Fund, which is backed with $45 billion from Saudi Arabia, and could transfer more in the future, people familiar with the matter have said. A SoftBank spokesman declined to comment.

Asked about calls for companies to reject Saudi money amid the controversy over the murder of journalist Jamal Khashoggi, Mr. Minson said the question was "irrelevant," because the deal was struck with SoftBank at the corporate level.

Advertisement - Scroll to Continue

The deal shows WeWork's unending thirst for capital, as the company has plowed billions into a rapid expansion.

While many startups ease the pace of fundraising as they age and strive for profits, WeWork's core business model—renovating office space that it subleases short-term to startups and divisions of large companies—is a cash-heavy exercise. Since the company

was founded in 2010, it has taken in more than $6.5 billion in cash from investors and banks. Spending has been far faster: It had $2.8 billion in cash as of last month.

WeWork also said Tuesday that its revenue in the first nine months of the year grew to $1.2 billion, double the $603 million generated in the same period last year. As of September, its annualized revenue had reached $2 billion and its occupancy was 84%.

With its number of rented desks more than doubling from a year earlier to 297,000, the results highlight how demand for its space has risen as the company has rapidly boosted supply. Still, the expansion comes at a cost, and losses are piling up even faster than revenue—a trend that has stirred concerns among industry players.

The company's adjusted earnings, which exclude costs such as depreciation, interest payments and adjustments for rent incentives, registered at a loss of $415 million in the first nine months of the year, compared with a year-earlier loss of $108 million. The company released select financial measures but not its net loss, unlike its prior report. A WeWork spokesman declined to comment on the change.

WeWork said the increased losses were expected, and come as the company is planning to add a record 100,000 new desks in the fourth quarter. It called the extra spending "a function of our view on profitable growth."

One of the biggest areas of increased spending was in sales and marketing, which totaled $244 million in the first nine months. That was nearly triple year-earlier spending of $84 million—which itself was triple the amount in the same period in 2016.

WeWork said the rise stems in part from its signing longer tenant contracts, which entail higher upfront sales costs. The company has also offered considerable discounts to some new tenants.

The company also showed strength in its push to lease more desks to large businesses. In total, 29% of the company's desks are leased to large businesses, up from 20% a year earlier.

**Write to** Eliot Brown at <u>eliot.brown@wsj.com</u>

# EXHIBIT 7

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/softbank-finds-limits-to-its-love-for-wework-as-investors-push-back-11545225988

TECH

# SoftBank's Biggest Backers Balk at Planned $16 Billion Acquisition of WeWork

Saudi and Abu Dhabi funds question SoftBank's plan to take a majority stake in provider of shared office space



SoftBank's Vision Fund is already a major investor in WeWork after acquiring nearly a fifth of the company with a $4 4 billion investment last year

PHOTO: RICHARD B. LEVINE/NEWSCOM/ZUMA PRESS

*By* [Liz Hoffman](#), [Eliot Brown](#) *and* [Maureen Farrell](#)
Dec. 19, 2018 8:26 am ET

Key investors in <u>SoftBank Group</u> Corp.'s 9984 **-3.51%** ▼ giant tech fund have balked at a planned $16 billion <u>investment in co-working startup WeWork</u> Cos., leaving SoftBank Chief Executive Masayoshi Son to find an alternative as his ambitions hit up against the limits of his financial firepower.

Government-backed funds in Saudi Arabia and Abu Dhabi, according to people familiar with the matter, have told SoftBank executives they have concerns about SoftBank's

SoftBank Suggest Backs Balkan Turmoil $1.6 Billion Acquisition WeWork WSJ

negotiations to buy a majority of money-losing WeWork, whose industrial-chic workspaces and short-term leases have made it one of the world's hottest startups.

SoftBank's Vision Fund is already a major investor in WeWork after acquiring nearly a fifth of the company last year with an investment of $4.4 billion at a valuation of $20 billion. SoftBank subsequently committed another $4 billion, including a $3 billion commitment last month at a $45 billion valuation. The new investment would value WeWork at around $36 billion, the people said, and would bring SoftBank and its affiliates' total investment in the company to more than $24 billion.

Saudi Arabia's Public Investment Fund, or PIF, and Abu Dhabi's Mubadala Investment Co. contributed the bulk of the nearly $100 billion raised by the SoftBank Vision Fund. Their size gives them an effective veto over certain investments and a loud voice in validating Mr. Son's moves.

NEWSLETTER SIGN-UP

# Technology

A weekly digest of tech reviews, headlines, columns and your questions answered by WSJ's Personal Tech gurus.

PREVIEW                                                           SUBSCRIBE

The pushback against the new WeWork deal is unusual for the freewheeling Mr. Son, who typically gets to invest as he pleases. The 61-year-old executive has transformed SoftBank from a stodgy Japanese cellphone provider into one of the most influential technology investors in the world, bending investors to a vision based more on instinct than traditional financial analysis.

Some of the people said that PIF and Mubadala have questioned the wisdom of doubling down on WeWork, and have cast doubt on its rich valuation. The company is on track to lose around $2 billion this year, and the funds have expressed concern that WeWork's model could leave it exposed if the economy turns down, some of the people said.

PIF and Mubadala are both heavily invested in real estate, and have told SoftBank executives they would prefer the fund stick to technology bets, some of the people said.

The deal under discussion would include $10 billion from SoftBank to buy out most existing outside shareholders, plus another $6 billion in new capital for WeWork over the next three years, according to people familiar with the matter. The deal would leave WeWork Chief Executive Adam Neumann with control of the company, one person said. The companies are hoping to announce the deal early next year, although talks are fluid and it could still fall apart.

Advertisement - Scroll to Continue

Mr. Son still hopes the sovereign funds will let the Vision Fund pay for some of the deal, one of the people said. SoftBank is considering other ways to fund the deal, including using its own cash, raising debt and bringing in outside investors, the person said. It may use the proceeds from the initial public offering of its Japanese telecom business.

SoftBank already carries heavy debt: nearly ¥18 trillion, or roughly $158 billion, as of Sept. 30

Mr. Son, who has backed other companies including Uber Technologies Inc. and Indian e-commerce company Flipkart, has occasionally encountered skepticism from his investors and board members, but generally they have gone along.

The pushback from Mubadala and Saudi Arabia's PIF shows Mr. Son is testing his most enthusiastic backers. It also raises questions about the broader risk appetite of investors who have thrown money at fast-growing startups, no matter how unprofitable, in hopes of future profits.

Under the deal being discussed, SoftBank would buy out existing investors at a valuation of around $22 billion, subject to a shareholder vote. The additional money put into the company would come in $2 billion chunks in each of the next three years at a higher valuation, the people said.

The Wall Street Journal first reported the WeWork talks in October.

Beyond its massive size, the prospective deal would be unusual in that it would leave Mr. Neumann in control of WeWork despite the fact that SoftBank would own most of the company and provide the new capital. Mr. Neumann currently controls WeWork's board, and his shares give him 10 times as many votes as other investors' shares, according to company filings. As of late last year, he controlled a limited liability company that owned 30% of WeWork.

WeWork has spent years marketing itself like a tech company, and Mr. Neumann has compared it to Amazon.com Inc., saying that office space is to WeWork what books were to Amazon: just the beginning.

Some analysts say it more closely resembles an old-school office-leasing company, and have warned that if demand for office space and rent prices fall, WeWork could be stuck with fixed-rent leases for 10 to 15 years.

If WeWork becomes a huge hit, it would bolster Mr. Son's record of prescient bets, and be a boon to SoftBank's shareholders. Mr. Son invested $5 million with Chinese entrepreneur Jack Ma for a fledgling e-commerce company, Alibaba, that went on to become a behemoth.

WeWork has spent heavily on new office space as it has grown. While executives years ago predicted strong profits by now, losses have recently grown faster than revenue. WeWork took in $1.2 billion in revenue in the first nine months of the year, but spent twice as much, posting a $1.2 billion net loss. WeWork has said the losses reflect heavy investment in growth, and individual offices are profitable once they are leased.

The deal talks come at a turbulent time for SoftBank and Saudi Arabia, which committed $45 billion to the Vision Fund. The Saudi connection to the murder of journalist Jamal Khashoggi and the war in Yemen have sparked a growing backlash against the kingdom and its crown prince, Mohammed bin Salman.

A few venture capitalists and a Democratic congressman representing Silicon Valley, Ro Khanna, have called on companies to reject Vision Fund money.

*—Rory Jones and Mayumi Negishi contributed to this article.*

# EXHIBIT 8

WeWork Raises Additional Capital From Softbank - WSJ



TAKE A SURVEY

We want to hear from you. Take part in this short survey to help shape The Wall Street Journal. <u>Take Survey</u>

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/wework-raises-additional-capital-from-softbank-11546967337

TECH

# WeWork Raises Additional Capital From SoftBank

The co-working space provider secures an additional $2 billion and says it is rebranding itself as the We Company



WeWork said it is rebranding itself as the We Company, comprising three different business lines focused on different missions of the company.

PHOTO: KEITH BEDFORD/BLOOMBERG NEWS

*By <u>Allison Prang</u> and <u>Eliot Brown</u>*

Jan. 8, 2019 12:08 pm ET

WeWork Cos. secured an additional $2 billion from <u>SoftBank Group</u> Corp. 9984 -1.03% ▼ , a smaller amount than the Japanese company had previously planned to invest in the co-working space provider.

In addition, WeWork said it was rebranding itself as the We Company, comprising three different business lines focused on different missions of the company: office space, a small residential arm called WeLive and a nascent education arm called WeGrow.

SoftBank had considered investing as much as $16 billion in WeWork but downsized plans as it dealt with turbulence in financial markets and opposition from investment partners,

The Wall Street Journal earlier reported.

WeWork said Tuesday it received a total $6 billion investment from SoftBank. WeWork had previously announced SoftBank's commitment to invest $4 billion in the company.

Of the new $2 billion investment, half would go toward growing the company, valuing WeWork at about $47 billion. The other $1 billion would be used to buy shares from WeWork employees and investors at a valuation of around $23 billion, people familiar with the deal have said, giving the company a blended valuation of around $36 billion.

The steep discount is unusual, and in a prior SoftBank investment in WeWork, employees were offered to sell at the same valuation as new capital.

In a blog post detailing the rebranding, WeWork said "The We Company's guiding mission will be to elevate the world's consciousness."

READ MORE

SoftBank Scraps $16 Billion Plan to Buy Most of WeWork (Jan. 7)

SoftBank's Biggest Backers Balk at Planned $16 Billion Acquisition of WeWork (Dec. 19, 2018)

SoftBank Explores Taking Majority Stake in WeWork (Oct. 9, 2018)

**Write to** Allison Prang at allison.prang@wsj.com and Eliot Brown at eliot.brown@wsj.com

**UPCOMING EVENTS**

May **26**

**12:00 PM - 1:30 PM EDT**

WSJ Women In: Women, Power and Equity

# EXHIBIT 9

WeWork discloses Q1 earnings, CEO Adam Neumann discloses why it might go public - Axios View

# WeWork discloses Q1 earnings, CEO Adam Neumann discloses why it might go public

Dan Primack : 6-8 minutes

---

WeWork on Wednesday disclosed another quarter of rapid growth and large losses, its first earnings report since confidentially filing for an IPO, with co-founder and CEO Adam Neumann telling Axios that his company has a much different story to tell than Uber or Lyft.

**Why it matters:** WeWork has revolutionized commercial office space globally, but some investors are skeptical that it can ever turn a profit, let alone justify a valuation that venture capitalists last put at $47 billion.

**WeWork reported $728.43 million** in Q1 2019 revenue, which represents 113% year-over-year growth and a $3.02 billion revenue run-rate.

- It also showed $264 million of net loss, a slight improvement over $274 million in Q1 2018.
- Year-over-year membership rose from 220,000 to 466,000.
- "Community-adjusted EBITDA," a metric WeWork devised to approximate unit economics, rose by 78% year-over-year to $169.5 million.
- WeWork CFO Artie Minson tells Axios that seasonality doesn't significantly affect the company's quarterly results.
- The company also disclosed that an affiliated real estate investment fund, which buys buildings that either already have or will have WeWork as a tenant, so far has raised $2.8 billion (of which around $1 billion is invested).

Expand chart





Data: WeWork; Chart: Axios Visuals

**Axios met with Neumann at WeWork headquarters** in New York last Thursday. His enthusiasm for his company's mission and prospects seems sincere, not forced, although he was careful not to say anything that he felt would violate the so-called "quiet period" that started when WeWork filed confidentially for its IPO.

*What follows is an edited transcript of the conversation:*

**Why go public**

"I don't know that we're going to go public. Every decision here gets made at the time of the decision. We have lots of cash in the bank and access to debt, so we're in no rush."

**Why get the IPO paperwork ready?**

"You have some of the information on this, but the first reason is we could do it last December when it was still confidential. Second, we were about to potentially do a very large deal with [SoftBank] and we know that always in deals like this there's optionality and that was buying us a lot of optionality to do it before, so it was done before the deal got canceled.

At the end of the day, even though we have pockets as large as SoftBank, public markets still offer substantially larger access to capital.... There is a cost to building out the infrastructure we want to build, no matter how efficient my numbers are, no matter how much landlords and third-parties pay for it. The costs are high so we need access to a lot of cash.

Also, when we choose to go public, we'd like to ensure that the public has room to grow with us rather than keeping all of the growth while we're private."

**Profitability, in light of investor reaction to Lyft and Uber**

"Every $1 billion we spend creates 236,000 desks at an average of $6,000 and a contribution margin of 27%. What that means is the $1 billion over the next 15 years will generate $24 billion in revenue and $7 billion in contribution margin.

When those other companies spend that billion, they're not building a pipe, a global physical platform. It's very different. We're building something that generates cash-flow, not giving salaries or discounts in a pricing war.

I don't think [getting closer to profitability] is a good reason to scale back growth. If our employees can handle it and the business has the right finances to back it up with enough safety to protect our investors, and the experience members are getting is better and better, then great. If by growing that fast we're starting to hurt one of those things, then we're growing too fast."

**Love/hate reputation among investors**

"I'm more of a love it or hate it kind of person because I wear my heart on my sleeve... But whoever thinks [our outcome is binary] must not understand the basics of the business. This global platform has such earnings potential. If we chose to stop growth we'd immediately go EBITDA and cash-flow positive, just based on what we already have.

Plus, we only have 0.09% of penetration in the top 260 global cities, in terms of total employees we could have — so not including things like factory workers or retail workers.

If we penetrated 1.5%, that would be $50 billion in annual revenue. Even if we just got to 1% in the 105 cities we're in today, that would be $16 billion from just the basic platform, before including any services. For example, we're huge in London but still at only 0.6% penetration. We're still so early."

**Founder control, in light of Facebook's controversies**

"By having more control there's a higher chance over time that we'll be able to deploy our long-term vision regularly, including when times get tough. I'm very respectful of how others, like Mr. Bezos, have

executed on their long-term vision differently but, for us, this dual-class allows us to execute and put member experience and employees at the forefront.

I don't know Mark [Zuckerberg] personally, but it's a fact that when you grow that fast something is going to break. In his case he's touching so many people that when something breaks it's tougher than when WeWork is growing really fast and something breaks — because it only affects our nearly half a million members, and probably not even that many because it's just something breaking in one city or one location."

**On being a public company CEO**

"We talk a lot at WeWork about superpowers and say everybody has them. And when people ask about mine, I say it's change.

Acting like a public CEO, I think, means being more responsible with my words, more careful with my promises, more respectful with my actions, more thoughtful with how I communicate opinions, and more methodical if possible with my fiduciary duties. Those all sound positive. So I think the sooner I can take on those traits, the more feedback I can get about how to be a better version of myself. And that will help the organization try to fulfill our mission."

*[Editor's note: Neumann's comments about contribution margin were mis-transcribed in an earlier version of this story.]*

# EXHIBIT 10

### *WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire*

The Business Insider

May 15, 2019 Wednesday 9:15 PM EST

Copyright 2019 Newstex LLC All Rights Reserved

**Length:** 5606 words

**Byline:** Richard Feloni

## Body

May 15, 2019( The Business Insider: http://www.businessinsider.com/ Delivered by Newstex)  WeWork Adam Neumann[1], 40, is the cofounder and ***CEO*** of WeWork[2], the global coworking space ***company*** valued at $***47 billion***. WeWork, under its umbrella the We ***Company***, filed for an IPO last December. Analysts are concerned with last year's $1.8 ***billion*** in revenue compared to its $1.9 ***billion*** in losses. Neumann told Business Insider that WeWork is capable of being profitable, but is choosing to invest in rapid global expansion.

He said that it is well-positioned for a potential economic downturn in the US, and that he will no longer personally lease properties to WeWork. He argued that last year's $6 ***billion*** investment from SoftBank fell below expectations of a $20 ***billion*** investment, but was misreported and turned out to be beneficial for both parties. Neumann also said that he has grown ***as*** a leader over the past nine years through inviting criticism and adopting the weekly practice of Shabbat. He has also learned a lot from Softbank ***CEO*** Masayoshi Son, whom he calls "Yoda," after the "Star Wars" character. Visit Business Insider's homepage for more stories.[3] ***WeWork's*** cofounder and ***CEO***, Adam Neumann, feels ready to take his ***company*** to the next level. Now he has to prove it to everyone else. The Israeli-born entrepreneur launched WeWork in 2010 with his business partner Miguel McKelvey and his wife Rebekah ***as*** a way to transform coworking office space. And they've succeeded. WeWork has 466,000 members across 28 countries, and has a valuation of $***47 billion***. In December, the ***company*** confidentially filed for an IPO[4] under the We

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

**_Company_** umbrella that also includes its WeLive[5] communal living startup and its WeGrow[6] school for children. Taken in context, revenue doubled last year to $1.8 **_billion_** — but losses also grew to $1.9 **_billion_**. In the wake of disappointing IPOs from Lyft[7] and Uber[8], there's the natural question of whether WeWork will ever be able to become profitable. Especially with fears that a **_recession_** is imminent[9]. Neumann, whose casual demeanor offsets his imposing stature, opened up about this concern with us at **_WeWork's_** Manhattan headquarters. He also **_explained_** why he believes people have the wrong impression of the unexpectedly low investment from SoftBank that followed the IPO filing, and **_how_** the **_company_** has responded to his personal ownership of properties that had been leased out to WeWork — while netting him millions. Building a $**_47 billion_** business in nine years isn't easy. It's also requires some serious **_ego_** management; Neumann, 40, went from broke to a **_billionaire_** in under a decade. He also is a father to five children. He discussed **_how_** his perspective on success has drastically changed in that time, and why he believes adopting the Jewish practice of Shabbat has made him a better leader. The following interview has been edited for length and clarity. Richard Feloni: You co-founded the **_company_** nine years ago. You've got a valuation of $**_47 billion_** and you've filed for an IPO. **_How_** do you wrap your brain around that, in terms of the tremendous scale the **_company_** has built over this time? What were some of the strategies you used? Adam Neumann: About 10 years ago, I met my co-founder in life and in business, Rebekah. I met Miguel a little before that. It was always about creating something bigger than ourselves. It was always about doing something meaningful. I grew **_as_** a leader because I surround myself with people who give me honest feedback. It's by creating a group of leaders around me that are encouraged to speak their mind, to disagree, to communicate, and to collaborate. If one of us **_thinks_** that one of us is approaching something wrong, then it's our job to really push, correct, and bring up things even when they feel really uncomfortable.That's one of the biggest things we've deployed here at WeWork and it's been working very well for us. That's one. Two: Realizing the world is global. Whatever is New York culture is not Boston culture, let alone Singapore, Berlin, Shanghai, or Mumbai. You have to understand that culture is a local thing. There is a global culture, but we like to say, "Global playbook; local execution." One of the things you've seen us do a lot over the past six months is empowering regional leaders more and more. By being less centralized and by believing in our partners, I'm able to become a better leader and they're able to succeed.**_How_** **_WeWork's_** **_CEO_** grew a $10 **_billion_** relationship

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

with SoftBank **_CEO_** Masayoshi Son, whom he calls "Yoda"Feloni: Key to that growth was also building relationships with investors like SoftBank **_CEO_** Masayoshi Son[10]. What was it like meeting with him? **_How_** do you develop a relationship where you can get someone to invest so heavily in the vision you have? Neumann: By the time Masa came, it was easier because we had a lot of execution behind us. There were seven consecutive years of 100% growth year over year, of all our numbers being ahead, of cost-per-adding-another-member going down. Masa still saw a bigger picture than others and went heavier than other people. I'm usually the person who **_thinks_** very large in the room. But with Masa, it doesn't matter **_how_** big you're **_thinking_** — he's going to out-**_think_** you. He'll go bigger. I learned a lot from that. I still learn every time I interact with him. But I actually **_think_** it's some of those earlier investors that wrote those big **_checks_**: Wellington [Management **_Company_**], T. Rowe Price, Fidelity [Investments]. They did not listen to their peers or say, "This can't work," and they really trusted their gut. If it were Henry [Ellenbogen] at T. Rowe Price, or Michael Carmen at Wellington, or Will Danoff at Fidelity, each one of them on their own had to establish this understanding, and they have been great supporters throughout. I **_think_** that those relationships were very important. Part of it was to let them criticize me when they didn't agree with me. Feloni: Is that **_how_** you built those relationships in the first place? Neumann: We talk about superpowers here — one of mine is people. Building a relationship is natural in this organization. It's **_how_** we do anything here. We do it physically, not virtually. Feloni: What does that mean? If you're sitting down with one of these investors, **_how_** would your "superpower" emerge? Neumann: You feel it right now! The reason you're feeling it is because I'm talking to you. It's coming from the heart. The way you build a relationship is authenticity, with really connecting to the person. And listening. I develop a relationship in a real way. I'm there for my investors just like I'm there for my friends; just like they're there for me. Not just when things are good, but when things are bad. I call in advance when there's a problem. I try not to let them hear about it in the press. When I'm about to do something in their wheelhouse, something that they're better at than me, I will call for advice. In Masa's case, he does very well face to face. I'll get on the plane and go to Tokyo, even if it's not always easy, and develop a personal relationship. Rebekah and I are going to have dinner with Masa together, for example, next Sunday in San Francisco, so it will become more personal. Masa and Rebekah get along very well, which is fascinating, because she's very picky. She likes him a lot. She calls him Yoda. He is Yoda. He has the force with him.

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

What really happened when the $20 **_billion_** SoftBank investment went southFeloni: Last December, there were reports that there was going to be an investment from SoftBank upward of [a reported] $16 **_billion_**. It was cut down significantly.[11] Neumann: It ended up being $6 **_billion_**. Everyone **_thinks_** it was $5 **_billion_** at $110 share — [but it's] plus another **_billion_** of secondary, so a total of six, which is important to know. Editor's note: "Secondary" here refers to the purchase of shares from existing shareholders, rather than directly from the **_company_**. I **_think_** that was a testimony to our relationship. We actually filed [for an IPO] before, to **_keep_** optionality open and because we knew the deal with Masa was not 100% guaranteed. We were supposed to do the deal and then I get a phone call from Masa saying that it's not going to work out. If you look at the stock market at the time, it was a deal directly from SoftBank, not its Vision Fund[12]. Therefore, SoftBank's own financial position was part of it. If you look at the exact date, December 24, it was traded in Japan —it was Christmas Eve but markets were open — SoftBank was down between 54 to 60% from when the deal was agreed upon verbally. That day, if they would've done the deal and after the money that they would've spent, WeWork might have had a higher valuation. But SoftBank had a bad day. When Masa called and told me that was the case, he also told me that he was going to invest $4 **_billion_** at $110 a share and that he believed in this. I actually went to see him and I said, "I would feel more comfortable if it's $5 **_billion_** **_as_** opposed to $4 **_billion_**." He said, "I would like you to do a little secondary." I said, "Well, that's actually great, because employees and investors **_thought_** that they were getting an event." We agreed together on $6 **_billion_**, which was very beneficial for all parties. Relationships get measured when a challenge comes, not when everything is perfect. He called me personally and he was very straightforward. He told me exactly why. Not only did I understand — I talk a lot about believing in something greater than yourself, and a lot about the fact that if we always muscle everything through, we don't give a chance for the universe to enter. When I got that phone call, I was with my family on vacation. I didn't even tell my wife about it for hours and I didn't call any of my executives who were all starting to celebrate Christmas. My wife asked me later that night, "Why didn't you tell me?" I said, "I didn't want to ruin the day for anyone." And she goes, "Why would you ruin the day? It was what was meant to happen. There would have been no problem." I said, "Well, of course. I agree with you, but I **_thought_** maybe..." "Oh, no. Not a problem." We're now in May, five months later. Only hindsight will tell, but it seems like we're doing amazing. Our employees are very happy. What I

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

learned afterwards, our investors didn't really want to sell, which I didn't know at the time. They would have, because it was a fair price and was negotiated in a way that things legally work, but it's not what they wanted. Now that I've had a chance to talk to all of them after they told me **_how_** much they love the **_company_** and **_how_** they see themselves **_as_** long-term holders, I feel very happy with **_how_** things went the way they did. Masa's still a huge shareholder. He's invested over $10 **_billion_**. Alyson Shontell: Would you have filed the paperwork to go public if that deal hadn't come down? Neumann: I filed before. The day I filed is important. The day I filed, **_as_** far **_as_** I knew, I was either doing the full deal — which was actually $20 **_billion_**, not $16 **_billion_**. I filed because I wanted optionality. A: The fact that we agreed on a deal doesn't mean the deal is done — which ended up being the case, because it wasn't signed yet. B: Until that moment of signature, I would still have to impose such a big move, not just for myself, but for the employees, for the investors, for our members. I would've really taken that last look once it was all said and done. What's better for all of our employees and members? But I'm very happy that we stand where we stand today. I **_think_** it's a great example of an event that, in the moment, you might **_think_**, "Oh, no." Then you look back five or six months later and you're happy. Masa's very happy, also. He owns almost 29% of the **_company_**.Silicon Valley's Saudi Arabia problemShontell: I notice that you said you raised from SoftBank, not the Vision Fund. That has not always been the case. Saudi Arabia is a huge investor in the Vision Fund. There are human rights issues there. There's corruption there. There's what happened with the journalist [Jamal Khashoggi[13]'s assassination] there. Was that a purposeful decision? Because there are a lot of tech **_companies_** that are taking money from the Vision Fund. It seems to me that Silicon Valley has a Saudi Arabia problem[14] because they need a lot of cash. What do you **_think_** about that? Neumann: That's a very complex question. Shontell: Yes. Neumann: I'll hover around it. Only our first investment came from there. All of the follow-up investments that you know of are SoftBank investments, not the Vision Fund, which is just a fact with us. The first one happened in 2016. This is going into politics, but I'll go with you a little. The world still uses fossil fuels. You want to take their cash. You want to take their oil. You buy the plastic. It's in the system. It's not just Saudi Arabia. It's of all the countries in the Middle East. Being an Israeli myself, my biggest wish is a direction towards peace. Any country from the Middle East that wants to change money that's generated just from harvesting natural resources to investing in what could be futuristic technologies that not only could make financial returns

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

but could maybe bring their country into positive things, I'm supportive of. I *__think__* Uber — [cofounder] Travis Kalanick — doesn't get enough credit for the fact that when Uber took money from Saudi Arabia[15], part of the deal was that women would be allowed to drive[16]. That is a huge shift.I *__think__* the world has a global problem of extremists, together with a huge shift in what different countries can allow their citizens to do or not. I *__think__* the only way we're going to solve it is if we come together and agree on a certain level of moral standards, that there are a few things and behaviors we don't accept no matter what. If that means we can't get money because of it, then I agree with you. But if we don't find a way to come together and see the best in each other and find ways to collaborate even if it's hard in the beginning, then I *__think__* things will only get worse. I hope that there will be a way for Silicon Valley to partner with all of the Middle East. I *__think__* that they should go from there to Africa. Then, I *__think__* there are problems. I *__think__* there are still a lot of problems in Latin America. A lot of problems right here in the US that we can deal with. I *__think__* Silicon Valley needs to do that. I also *__think__* we can go *__as__* simple *__as__* the homeless problem in San Francisco. I don't mean to touch it too much, but I do *__think__* global *__companies__* need to start taking a stand on what's right and wrong, not just for the sake of paying less taxes or getting in favor with the government of the country they want to enter; actually, for the sake of humanity. Feloni: So you take that for your business *__as__* well? Neumann: We 100% take that for our business, regularly. We just came out with an impact report[17]. The numbers are amazing — audited by external parties. We increased GDP in cities. We increased employment with our refugee program, with our veteran program. When the day does come for us to go public, part of it will have to do with that, also. The reason to go public in the future is to be able to effect more change.What will happen to WeWork in a recessionFeloni: You're starting to have this impact. You're still growing rapidly. If you were going to talk to investors, some are still wary of *__how__* the *__company__*'s losing money and that's been growing over time, too. What would you tell them? Neumann: Excellent question. Let me show you something. [He brings out a printed slide from an investor presentation showing a version of the following chart.]Editor's note: The chart has the following assumptions. Drawing from Q1 2019, it estimates 82,000 annual desks added, at an average membership value of $6,340. WeWork uses its own metric called community-adjusted EBITDA. It is defined *__as__* "Equal to Membership and Services Revenue, less Adjusted Rent, Tenancy Costs, and Adjusted Building and Community Operating Expenses." It has an implied annual community-adjusted

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

EBITDA margin of 27%. It has average revenue per membership growing 2% a year over a 15-year lease, based on the average lease term. It assumes full occupancy. A lot of other **_companies_** spend $1 **_billion_** and that goes toward paying employees or discounting a service. When we spend $1 **_billion_**, [taking a look at] 2018, that would have been able to add 236,000 members. I would've paid you an average of $6,000 per year. At a 27% contribution margin, so a full-on margin, what does that mean? That same $1 **_billion_** on a 15-year lease would generate $24 **_billion_** dollars in revenue, $7 **_billion_** in contribution margin. We do not lose money; we invest money in the future. We're building a global physical platform. To build that, you have to build the infrastructure. It's very different from other **_companies_** who spend $1 **_billion_** and it's gone, or whatever discount it gave in the market. Our $1 **_billion_**, when it's gone, it's going to pay itself back this many times. That's crazy. Shontell: Well, what happens if the economy crashes sometime in here [points to the middle of the chart]? Neumann: Number one: We're a 50% discount than any other service. Let's say you are IBM, any enterprise you want to be, and you want to compare an office in Manhattan that you have to one membership — a dedicated space at WeWork. We're at least 50% cheaper than what it'll cost you [for your office]. So in a downturn, if you want to spend less, you would really like us. Feloni: So you **_think_** you could actually have a benefit if there's a downturn in the next few years? Neumann: The last thing **_think_** I wish for is a downturn, but I will give you the math. Then, you decide if that's a benefit or not. I know it's a fact that I'm 50% cheaper than the average [office] in New York City. In other cities, I'm 60 or 70% cheaper. I'm half the cost. So if you're the CFO, that must be very attractive. I'm not a new balance sheet. **_As_** of 2020, all leases need to be on a balance sheet. I'm a membership agreement and I'm off your balance sheet. That's very attractive. For many CEOs, they feel that our space is better designed, has great energy, and gives them a lot of flexibility. They **_think_** that their employees like it more. So, **_CEO_**: Employees like it more. CFO: It's costing him or her half the amount. Head of HR: Higher retention. On top of all of the that, we can offer flexibility and mobility. These are all things that will work very well in a market that's slowing down. Point number one. Point number two, and a very interesting one — 51% of our members do business with each other. For small businesses, the downturns end up being even tougher than for the larger businesses, who have a balance sheet. We're going to be able to offer a lot of internal business — that we already do — that will help them a lot. Number three. Businesses are flexible. You want to get smaller, you want to get bigger. Some will want to get bigger in

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

the downturn, some will get smaller — space is fixed. We give that flexibility. Number four. **_As_** we speak, we're already in an experience with Buenos Aires after a downturn, So Paulo after a downturn, China, what people would consider 50% down, Brexit — every one of those markets I just said, memberships never grew faster [than] when the market went down. And, here's the good one: cost of construction went down by 20 to 30%. That's huge for us. For the cost of leasing, either the lease itself went down 15 to 30% [or we got] access to management deals. A management deal is when the the landlord is willing to give us no lease, pay 100% for the construction, and share the upside with us. Get above market returns. When there are no other tenants because the market is slower, everyone is rushing to give us that deal. More management deals, cheaper leases, and lower construction all work amazingly for us. On top of that, because enterprise today is 40% of our business, an average stay at WeWork is north of 14 months. All those numbers that used to be in the past, of month-to-month, are just not our truth anymore. Editor's note: WeWork defines an enterprise client **_as_** one with 500 or more full-time employees. So because of all of those reasons, I'm saying that we have proven in markets where it has occurred already. We're stronger while [a downturn] happens and come out much stronger. Saying that, I'm not wishing for a downturn for the obvious reason of the WeWork **_company_** first and foremost puts human beings first. The last thing I want to hear is a husband or a wife going to their partner back home and saying, "I'm sorry to tell you, but I lost job and I'm not sure **_how_** I am going to take care of my responsibility in the household." That's a bad thing. Shontell: WeWork is a nine-year-old **_company_**. It has only been around during the boom. Neumann: In America. Shontell: In America. Yes. Neumann: I'm less than 50% in America these days. I'm a global **_company_** with only 45% of my members in the United States, and [that's] getting smaller.Shontell: **_How_** do you avoid getting stuck paying long-term leases [if memberships were to go down]? Neumann: So enterprise today is 40% of our business and we expect to to see it higher in the future, substantially higher. For an enterprise business that's only two and a half years old, we're already at 37% of all Fortune 500 **_companies_**, which is fascinating in such a short time. For those large **_companies_**, the average longterm lease would be 18 months. That's number one. Number two. The examples I gave you are real examples in countries where we're quite big. The numbers speak for themselves. On top of that, you're sitting on a lot of cash. This is part of the reason why it's important to be very well funded. You have a lot of optionality. Remember that if you ever needed to stop growth or slow down, you will

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

immediately start having free cash flow and your margins are so high that you have a lot of room. And our committed back log — which means signed deals, unbreakable, that are either started or about to start, but enterprise-quality credit — is larger than our revenue. I should've started with that! After our bond earnings, you will hear our April run rate of $3 ***billion*** and you will hear our committed back log of $3.3 ***billion***. And 80% of it is 12 months forward, so guaranteed. That number's only going to grow. You're going to have a lot of transparency in the next 16 months, going into 24 months, and then going to 36 months, which is very unique. We're the only space- ***as***-a-service membership model that's able to show that for that much ahead and with that level of signatures. And penetration — because we're so small, you're not looking for 80% of the market. You're not even looking for 8% of the market. We're .09% of the market today going to 1%. There's a lot of room.Why ***WeWork's*** ***CEO*** says investors should trust him, even though he made millions in a controversial wayFeloni: The other thing I've been seeing from potential investors is that they are concerned that you would still be the landlord of some properties. What would you say to them? Editor's note: The WSJ reported in Jan.[18] that Neumann had leased some properties he owned back to WeWork and pocketed millions through rent. Neumann: In 2013, when I acquired some of these properties, no one was buying anything from us. Landlords didn't believe in the WeWork tenancy. So, I had to set an example. We have not only raised money, we have $2.8 ***billion*** under management. But there's $1 ***billion*** that was just raised from Ivanho Cambridge[19], which is very well respected in global institutions, very good at real estate. It is now all under the We ***Company***. The other thing is that moving forward, whatever I own that has any WeWork tenancy in it is moving to WeWork. I'll lose money on that transaction, but the reason that's not a problem is because I'm a large shareholder of WeWork. WeWork is me; I am WeWork. If it's good for WeWork, it's good for me. The only vision moving forward is one aligned strategy. Now that people believe in us and are willing to give us money to buy, we're very happy to have LPs [limited partners] like Ivanho Cambridge. We have some of the largest institutions of the world and we will not let them down. We're going to be very careful shepherds of their capital. And the last thing I need is to diversify into more properties. I'm much happier in WeWork, and letting ARK, the ***company*** that's going to be doing it under the We ***Company***, focus on it. Also, the real estate side will not report into me. ARK is a separate ***company*** that reports to another chairman, Steven Langman. And they have fiduciary duties toward the people they raise money from. It's

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

their job to buy real estate that is going to make a return for their investors.***How*** to manage your ***ego*** when you go from broke to a ***billionaire*** in under 10 yearsShontell: I was listening to a speech you gave[20] [at the United Jewish Appeal Federation's annual dinner last December] and you were saying that within 30 days of meeting your wife, you proposed to her. In your first talk, she was like, "You don't get it." Neumann: "You don't get it. You don't get the game of life." Shontell: Right. So what did you ***think*** success was back then, when you were a hard-partying guy with a supermodel sister going out all the time, versus now? Neumann: First of all, I ***think*** you nailed it. You have most of the answer in the question. I ***think*** the interesting thing about that first conversation with Rebekah was that no one has ever used those words with me. When she presented it to me that way, I was so impressed I said, "Well, I want to know this game of life." I told her what success is and I defined it in a very boring way, maybe influenced by Hollywood. She told me she ***thought*** success was being surrounded by people who you care for and who care for you, actually creating an impact on this planet, enjoying the ride, and really enjoy every moment of it. Otherwise, it's not worth doing. I ***think*** her definition is more true today than it ever was. ***As*** we've started to grow toward this word called "success," I know today that Rebekah was right more than I could have imagined. When Rebekah told me that, we were living at 166 2nd Avenue in an apartment smaller than this office.Shontell: In your same speech, you were talking about ***ego*** management. You said around ***WeWork's*** $5 ***billion*** valuation mark, you had to ***keep*** your ***ego*** in ***check***. You got all this success so quickly. Your family is suddenly in a whole different financial situation. I don't know if you were a ***billionaire*** then or not, but you were certainly on the way. ***How*** do you ***keep*** your ***ego*** in ***check***? ***How*** did you come to terms with yourself and your new life when it was happening so fast? Neumann: The answer is quite consistent. It's really Rebekah. I ***think*** her contribution to my life can not be overstated. I would not be able to ***keep*** it in ***check*** without her. Therefore, WeWork wouldn't exist. If I don't ***keep*** [myself] in ***check***, you can't be the "We" ***Company*** and a "me" person. Which was why the moment the ***company*** was ready to buy real estate, I was like, take my real estate at cost. I don't need anything. We're all together. And if anything, this was always towards a "we" mission. Rebekah's maniacal focus on always doing the right thing by others, not just by us, doesn't really leave a lot of room for that. When I don't have my ***ego*** in ***check*** and I come home at night, she looks at my face. She doesn't even need to talk to me. She's like, "Ugh, again? I ***thought*** we had that one covered! Sit down." She'll do

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

whatever it takes just to make sure I snap right back. Go hang out with the kids, go do this, go do that, and come back in an hour. You come back indoors and you remember where you came from and where you're going. The other thing is that I practice the spiritual practice of Shabbat[21]. For me, Shabbat — and I've been recommending it to a lot of people — is the opportunity to disconnect from technology for 25 hours[22], connect to your family, connect to your friends, connect to something greater than yourself. It's almost more relevant today than 3,300 years ago. I'm so grateful that in my heritage that there was that practice. But no one has a monopoly on that practice. I recommend it to everyone. I do believe that because once a week I stop for 24 hours and really focus on what's most important, that stays in my head for the rest of the week and helps me, in a real way, manage myself and my behavior. When Friday night comes, one of the things we do right after the candle lighting is sing a song. The song is about what were all the good deeds I did this week, and what were all the bad deeds I did this week. If they were weighed, what would be heavier, the good or the bad? You wish every week that the good is bigger than the bad, and the next week you'll do better. Repeating that kind of practice and now sharing it with my kids in a world that's so connected, disconnecting has never been more important.NOW WATCH: This Silicon Valley founder went from being 'really broke' to starting a VC fund that's invested $5 million in 100 **_companies_**[23]See Also: Here's the simple question a Facebook VP says managers should ask themselves if they're struggling to fire an employee[24]The first-time founder's ultimate guide to pitching a VC[25]Facebook cofounder Chris Hughes **_explains_** what he learned from sinking $25 million into a business venture that ultimately failed[26] SEE ALSO:57 startups that will boom in 2019, according to VCs[27]    [    1]:    _https://www.businessinsider.com/category/adam-neumann?utm_source=partner..._medium=newstex..._term=original..._campaign=partner_ [   2]: _https://www.businessinsider.com/category/wework?utm_source=partner..._medium=newstex..._term=original..._campaign=partner_   [   3]:    _https://www.businessinsider.com/?hprecirc-bullet?utm_source=partner..._medium=newstex..._term=original..._campaign=partner_   [   4]: _https://www.businessinsider.com/wework-ipo-2019-4?utm_source=partner..._medium=newstex..._term=original..._campaign=partner_   [   5]: _https://www.businessinsider.com/wework-welive-wall-street-co-living-photos-tour?utm_source=partner..._medium=newstex..._term=original..._campaign=partner_   [   6]:

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

*https://www.cnn.com/2018/10/30/tech/wework-school-wegrow/index.html*   [   7]:

*https://www.businessinsider.com/uber-lyft-ipo-trends-money-losing-unicorns-could-cause-stock-market-issues-2019-5?utm_source=partner..._medium=newstex..._term=original..._campaign=partner* [ 8]:

*https://www.businessinsider.com/three-reasons-why-uber-had-such-a-terrible-ipo-2019-5?utm_source=partner..._medium=newstex..._term=original..._campaign=partner*   [   9]:

*https://www.businessinsider.com/next-recession-predictions-for-stocks-and-bond-market-albert-edwards-2019-5?utm_source=partner..._medium=newstex..._term=original..._campaign=partner* [   10]:

*https://www.businessinsider.com/softbank-ceo-yoda-feel-the-force-vision-fund-2018-6?utm_source=partner..._medium=newstex..._term=original..._campaign=partner* [   11]:

*https://www.wsj.com/articles/softbank-finds-limits-to-its-love-for-wework-as-investors-push-back-11545225988* [ 12]:   *https://www.businessinsider.com/softbank-vision-fund-predictions-for-10-year-future-rajeev-misra-2019-5?utm_source=partner..._medium=newstex..._term=original..._campaign=partner* [   13]:

*https://www.businessinsider.com/who-is-jamal-khashoggi-turkey-accuses-saudi-arabia-of-murdering-reporter-2018-10?utm_source=partner..._medium=newstex..._term=original..._campaign=partner* [ 14]:   *https://www.businessinsider.com/uber-ipo-saudi-tied-2019-4?utm_source=partner..._medium=newstex..._term=original..._campaign=partner*   [   15]:

*https://www.latimes.com/business/la-fi-uber-saudi-money-20181105-story.html*   [   16]:

*https://qz.com/1001869/uber-is-on-the-front-line-of-womens-rights-in-saudi-arabia/*   [   17]:

*https://impact.wework.com/* [ 18]:   *https://www.wsj.com/articles/weworks-ceo-makes-millions-as-landlord-to-wework-11547640000* [ 19]:   *https://therealdeal.com/2019/05/15/wework-launching-2-9b-property-investment-fund-backed-by-ivanhoe-cambridge/*   [   20]:

*https://www.youtube.com/watch?v=-4vTTmUByfk*   [   21]:

*https://www.chabad.org/library/article_cdo/aid/633659/jewish/What-Is-Shabbat.htm*   [   22]:

*https://www.chabad.org/library/article_cdo/aid/482405/jewish/Why-is-Shabbat-25-hours-long-instead-of-24.htm* [ 23]:   *https://www.businessinsider.com/backstage-capital-arlan-hamilton-founder-venture-tech-underrepresented-silicon-valley-2019-5?utm_source=partner..._medium=newstex..._term=original..._campaign=partner* [   24]:

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

*https://www.businessinsider.com/facebook-vp-julie-zhuo-management-tip-firing-employee-2019-5?utm_source=partner..._medium=newstex..._term=original..._campaign=partner*   [   25]:

*https://www.businessinsider.com/entrepreneurship-guide-pitch-deck-startup-venture-capitalist-raise-money-2019-3?utm_source=partner..._medium=newstex..._term=original..._campaign=partner*   [   26]:

*https://www.businessinsider.com/facebook-cofounder-chris-hughes-on-lesson-from-new-republic-failure-2018-3?utm_source=partner..._medium=newstex..._term=original..._campaign=partner*   [   27]:

*https://www.businessinsider.com/57-tech-startups-vc-insiders-say-will-boom-in-2019-2019-1?utm_source=partner..._medium=newstex..._term=original..._campaign=partner*

## Classification

**Language:** English

**Publication-Type:** Web Blog

**Journal Code:** BZIN-5352

**Subject:** EXECUTIVES (90%); WORKSPACE SHARING (90%); INITIAL PUBLIC OFFERINGS (89%); ***RECESSION*** (89%); WEALTHY PEOPLE (89%); WORKSPACE OPTIONS (89%); ENTREPRENEURSHIP (78%); ECONOMIC NEWS (76%); ECONOMIC CONDITIONS (71%); ECONOMIC DECLINE (69%); WeWork, Adam Neumann, BI Prime, We ***Company***, Softbank, BI Graphics, (%)

WeWork's CEO explains why he thinks his $47 billion company is recession proof, and how he keeps his ego in check as a young billionaire

**Industry:** INITIAL PUBLIC OFFERINGS (89%); ON DEMAND SERVICES (89%); SPACE INDUSTRY (78%); COMMERCIAL RENTAL PROPERTY (74%); OFFICE PROPERTY (74%); PROPERTY LEASES (74%); PROPERTY MANAGEMENT (74%); RENTAL PROPERTY (74%)

**Person:** MASAYOSHI SON (79%)

**Geographic:** UNITED STATES (79%)

**Load-Date:** May 15, 2019

---

End of Document

EXHIBIT 11

DRS 1 filename1.htm

**As confidentially submitted to the Securities and Exchange Commission on December 28, 2018**

Registration No. 333-

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM S-1**
**REGISTRATION STATEMENT**
UNDER
THE SECURITIES ACT OF 1933

# WeWork Companies Inc.

(Exact name of registrant as specified in its charter)

| Delaware | 7380 | 46-2918595 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

115 West 18th Street
New York, New York 10011
Telephone: (646) 491-9060

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Jennifer Berrent
Chief Operating Officer and Chief Legal Officer
Jared DeMatteis
General Counsel
115 West 18th Street
New York, New York 10011
Telephone: (646) 491-9060

With copies to:
Graham Robinson
Ryan J. Dzierniejko
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☐ |

Non-accelerated filer ☒                                  Smaller reporting company ☐

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to Be Registered | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|
| Class A common stock, par value $0.001 per share | | |

(1)     Includes          shares of Class A common stock that the underwriters have the option to purchase to cover overallotments, if any.

(2)     Estimated solely for purposes of calculating the registration fee in accordance with Rule 457 under the Securities Act of 1933.

**The Registrant hereby amends this Registration Statement on such date as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

(2)   The following table reconciles our net loss to Adjusted EBITDA, Adjusted EBITDA Before Growth Investments and Community Adjusted EBITDA for the periods presented:

| | | Year Ended December 31, | | |
|---|---|---|---|---|
| (Amounts in thousands, except percentages) | | 2016 | | 2017 |
| **Net loss** | $ | (429,690) | $ | (933,494) |
| Income tax (benefit) provision | | 16 | | (5,727) |
| Interest and other (income) expense net | | 33,400 | | 7,387 |
| Depreciation and amortization | | 88,952 | | 162,892 |
| Adjustments for Impact of Straight-lining of Rent [a] | | 188,746 | | 272,927 |
| Stock-based compensation expense [b] | | 22,660 | | 295,362 |
| Stock-based payments for services rendered by consultants [b] | | 1,594 | | 7,326 |
| **Adjusted EBITDA** | | (94,322) | | (193,327) |
| Other revenue [c] | | (1,744) | | (19,106) |
| Other operating expenses [d] | | — | | 1,322 |
| Sales and marketing [d] | | 42,653 | | 139,180 |
| Growth and new market development [d] | | 33,245 | | 98,336 |
| Pre-opening community expenses [d] | | 21,223 | | 23,039 |
| **Adjusted EBITDA before Growth Investments** | | **1,055** | | **49,444** |
| General and administrative expenses[d] | | 94,888 | | 183,703 |
| **Community Adjusted EBITDA** | $ | 95,943 | $ | 233,147 |

(a)   Represents the non-cash adjustment to record rent holidays and rent escalation clauses on a straight-line basis over the term of the applicable occupancy agreement. See "Non-GAAP financial measures— Adjusted EBITDA and Adjusted EBITDA Margin".

(b)   Represents the non-cash expense of our equity compensation arrangements for our directors, executive officers, other employees and consultants. Although these expenses are non-cash expenses, we rely on equity compensation to compensate and incentivize these individuals, and we may continue to do so in the future.

(c)   Includes all other revenue presented in the consolidated statement of operations for the years ended December 31, 2016 and 2017, except for $0.5 million of management fee income for the year ended December 31, 2017 from advisory services provided to Branded Locations.

(d)   Represents the amounts as presented on our consolidated statements of operations, excluding amounts already added back above, see "Management's discussion and analysis of financial condition and results of operations—Components of results of operations" for more information on the components of these expense amounts.

# Risk factors

*Investing in our Class A common stock involves a high degree of risk. You should consider and read carefully all of the risks and uncertainties described below, as well as the other information included in this prospectus, including our consolidated financial statements and related notes appearing elsewhere in this prospectus, before making an investment decision. The risks described below are not the only risks we face. The occurrence of any of the following risks or additional risks and uncertainties not presently known to us or that we currently believe to be immaterial could materially and adversely affect our business, financial condition, results of operations or prospects. In that case, the trading price of our Class A common stock could decline, and you may lose all or part of your original investment. This prospectus also contains forward-looking statements that involve risks and uncertainties. Please refer to "Cautionary note regarding forward-looking statements" for more information regarding forward-looking statements.*

## Risks relating to our business

*Our business has grown rapidly, and we may fail to manage our growth effectively.*

We have experienced rapid growth in our business, including in the number of locations that we operate and in the size of our community. This rapid growth has placed, and continues to place, a significant strain on our existing resources. Difficulties associated with our continued growth could result in the erosion of our brand image and could have a material adverse effect on our business, including our prospects for continued growth, and on our financial condition, results of operations and cash flows.

We expect our capital expenditures and operating expenses to increase on an absolute basis as we continue to invest in additional locations, launch additional product and service offerings, hire additional team members and increase our marketing efforts. In particular, we expect to invest in regional infrastructure to support our continued growth. As we decentralize and regionalize certain decision-making and risk management functions, we may discover that our internal processes are ineffective or inefficient. In particular, to manage our rapid growth, we will need to enhance our reporting systems and procedures and continue to improve our operational, financial, management, sales and marketing and information technology infrastructure. Continued growth could also strain our ability to maintain reliable service levels for our members. If we do not manage our growth effectively, increases in our capital expenditures and operating expenses could outpace any increases in our revenue, which could have a material adverse effect on our results of operations.

*Our rapid growth may not be sustainable.*

Our historical growth rates may not be indicative of future growth. The market for our WeWork offering or our WeWork Ventures may not continue to grow at the rate we expect or at all, and our total memberships may decline as a result of increased competition in the "Space-as-a-Service" sector or the maturation of our business. Additionally, as we grow, the ability of our management to source sufficient reasonably-priced real estate opportunities of the type we have historically targeted or to develop and launch additional product and service offerings may become more limited.

*Our business strategy includes entering into new regions and product and service markets. This strategy is inherently risky, may not be successful and could be costly.*

As part of our growth strategy, we intend to continue expansion into (i) new regions within the United States and throughout the world, including Europe, Latin America, Africa, China, Japan and the Pacific (Southeast Asia and Korea), (ii) new product and service markets, such as integrated design and construction services, search marketing, residential living and fitness and (iii) new strategic opportunities, including real estate acquisition. Such expansion efforts generally involve significant risks and uncertainties, including distraction of management from our existing locations and existing product and service markets. As we attempt to grow our foothold in an evolving industry and acquire new businesses that enhance value for our members, we may encounter issues and risks not discovered in our development or analysis of such expansion efforts.

16

Our expansion efforts have required, and we expect them to continue to require, substantial resources and management attention. We spend significant time, money, energy and other resources trying to understand our members' needs and working to accommodate them, which may include exploring and negotiating for new product and service offerings. However, as we expand into new regions and new product and service markets, our members may not be satisfied with our product and service offerings, including any new offerings that we incubate and grow. The time, money, energy and other resources we dedicate to exploring and pursuing new product and service offerings may be greater than the short-term, and potentially the total, returns from these new offerings.

We will also face new operational risks and challenges as we enter into new regions and markets. Expansion into foreign jurisdictions subjects us to regulatory, economic and political risks that may be different from and additional to those that we face in jurisdictions where we currently operate, and we may operate at a disadvantage relative to competitors who are more familiar with local market practices and networks. Expansion into new product and service markets subjects us to similar risks as we compete with the many established participants in those markets, additional regulatory and legal risks, and execution risks as we implement new business practices and integrate a new mission into our existing range of offerings. To the extent the benefits of our expansion efforts do not meet our expectations, we may recognize a loss on our investment or gains that do not justify our investment. See "—We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions".

Our success in this regard may increasingly depend on the financial success and cooperation of local partners and other third parties. For more information, see "—Our growth and success depends on our ability to maintain the value and reputation of our brand and the success of our strategic partnerships".

*We have a history of losses and we may be unable to achieve profitability at a company level (as determined in accordance with GAAP).*

We had an accumulated deficit as of December 31, 2017 and had net losses for the years ended December 31, 2016 and 2017. Our accumulated deficit and net losses have historically resulted primarily from the substantial investments required to grow our business, including the significant increase in recent periods in the number of locations we operate. We expect that these costs and investments will continue to increase as we continue to grow our business. We also intend to invest in maintaining our high level of member service and support, which we consider critical to our continued success. These expenditures will make it difficult for us to achieve profitability, and we cannot predict whether we will achieve profitability in the near term or at all. We also expect to incur additional general and administrative expenses as a result of our growth. Our operating costs and other expenses may be greater than we anticipate, and our investments to make our business and our operations more efficient may not be successful. Increases in our costs, expenses and investments may reduce our margins and materially adversely affect our business, financial condition and results of operations. In addition, recently opened or future locations may not generate revenue and cash flow comparable to those generated by our existing mature locations and our mature locations may not be able to continue to generate those levels of revenue or cash flow. Occupancy rates in some of our mature and non-mature locations have declined in the last year, and if such declines in occupancy rates continue, it may harm our business. Further, our WeWork Ventures such as Powered by We, WeLive, Rise by We, WeGrow, The Flatiron School, Meetup, Conductor and additional WeWork Ventures that we may launch or acquire in the future may not generate the levels of revenue or cash flow that we expect them to generate. For any of these reasons, we may be unable to achieve profitability and may face challenges in growing our cash flows.

*Our limited operating history and evolving business and operating model make it difficult to evaluate our current business and future prospects.*

Our limited operating history and the pattern of growth of our business make it difficult to accurately assess our future prospects. It may not be possible to discern fully the economic and other business trends that we are subject to. Elements of our business strategy are new and subject to ongoing development as our operations mature. In addition, you may have difficulty evaluating our business because there are few other companies that offer the same or a similar range of product and service offerings as we do.

17

*We may not be able to continue to retain existing members of our WeWork workspaces, most of whom enter into membership agreements with short-term commitments, or continue to attract new members in sufficient numbers or at sufficient rates to sustain and grow our occupancy rates and to continue the future growth of our business or at all.*

We principally generate revenues through the sale of memberships to our WeWork workspaces. We have in the past experienced, and expect to continue to experience, member churn. In many cases, our members may terminate their membership agreements with us at any time upon as little notice as one calendar month. Members leave our community for many reasons, including a perception that they do not make sufficient use of our available space and services, that they need to reduce their expenses or that alternative work environments may provide better value or a better experience.

We closely monitor our Occupancy Rates as one measure of the demand for our workspaces. This demand may be negatively affected by a number of factors, including the prevailing general and local economic conditions, geo-political uncertainty, competition and saturation in the markets where we operate. Our operations and profitability could be adversely affected by declines in our Occupancy Rate. Although our average Occupancy Rates at our mature locations are generally higher than those at our non-mature locations, we may be unable to grow our Occupancy Rates as locations mature for these or other reasons. Occupancy Rates in some of our mature and non-mature locations have declined in the last year, and if such declines were to continue, our results of operations could be adversely affected.

To sustain our growth, we must continually add new members both to replace departing members and to expand our current member base. We may not be able to attract new members in sufficient numbers to do so. Even if we are able to attract new members to replace departing members, these new members may not maintain the same level of involvement in our community. In addition, the revenue we generate from new members may not be as high as the revenue generated from departing members because of discounts we may offer to these new members, and we may incur marketing or other expenses to attract new members, which may further offset our revenues from these new members. We closely monitor average membership and service revenue per physical member ("ARPPM") and other metrics in evaluating our performance, and we seek to sustain and grow our ARPPM over time and as locations mature. However, for these and other reasons, we could experience a decline in ARPPM, and any such trend could adversely affect our results of operations.

*A high number of our members are concentrated in major metropolitan areas. An economic downturn in any of these areas may result in increased member churn and could adversely affect our results of operations.*

A significant portion of our existing and target member base consists of small and mid-sized businesses and freelancers who may be disproportionately affected by adverse economic conditions. In addition, our concentration in specific cities magnifies the risk to us of localized economic conditions in those cities or the surrounding regions. For the year ended December 31, 2017, we generated the majority of our revenue from our workspaces in the United States and the United Kingdom. The majority of our United States revenue was generated from our WeWork spaces in the greater New York City, Los Angeles, San Francisco, Washington, D.C. and Boston markets. All of our workspaces in the United Kingdom are located in the greater London area. Economic downturns in these cities or regions may have a disproportionate effect on our member churn, occupancy rates and/or membership fees and thereby require us to expend time and resources on sales and marketing activities that may not be successful and could impair profitability. The severity and length of time of any downturn, as well as the timing, strength and sustainability of any recovery, are beyond our control. Recently, the United Kingdom's proposed exit from the European Union, known as "Brexit," and its impact on the United Kingdom and the European Union, as well as trade policy changes in the United States, have raised concerns globally regarding economic uncertainty. In addition, our business may be affected by generally prevailing economic conditions in the markets where we operate, which can result in a general decline in real estate activity, reduce demand for occupancy and our services and exert downward pressure on our membership fees.

18

*We may not be able to successfully negotiate satisfactory arrangements in respect of spaces that we occupy, or renew or replace existing spaces on satisfactory terms or at all, any of which will necessarily constrain our ability to grow our member base.*

We currently lease real estate for the majority of our workspaces, and we are actively pursuing revenue-sharing agreements and other types of management agreements with real estate owners as part of our "asset-light" strategy. If we are unable to negotiate these lease and other arrangements on satisfactory terms, we may not be able to expand our location base.

While we negotiate renewal options in our favor in most of our occupancy agreements, these renewal options are typically tied to upward-only rent reviews, whereby rent for any given lease renewal term is equal to the greater of the rent in effect for the period immediately prior to the rent review date and the then-prevailing net effective rent in the open market. As a result, increases in rental rates in the markets in which we operate, particularly those markets where initial terms under our leases are shorter, could adversely affect our business, financial condition, results of operations and prospects.

In addition, our ability to negotiate favorable terms to extend an expiring occupancy agreement or in connection with an alternate location will depend on then-prevailing conditions in the real estate market, such as overall rental cost increases, competition from other would-be tenants for desirable leased spaces and our relationships with current and prospective building owners and landlords, and may depend on other factors that are not within our control. If we are not able to renew or replace an expiring occupancy agreement, we will incur significant costs related to vacating that space and redeveloping whatever alternative space we are able to find, if any. In addition, if we are forced to vacate a space, we could lose members who purchased memberships based on the design, location or other attributes of that particular space.

The average length of the initial term of our U.S. leases is approximately 15 years. As we expand our presence into certain international markets, including Europe, Latin America, China, Japan and the Pacific, local market practices may require us to enter into occupancy agreements that have shorter initial terms, which reduces the certainty of our future obligations with respect to these locations and the continued availability of our occupied spaces at these locations.

*We are exposed to risks associated with the redevelopment and construction of the spaces we occupy.*

Opening new locations subjects us to risks that are associated with redevelopment projects in general, such as delays in construction, contract disputes and claims, fines or penalties levied by government authorities relating to our construction activities. We may also experience delays opening a new space as a result of delays by the building owners or landlords in completing their base building work or as a result of our inability to obtain, or delays in our obtaining, all necessary zoning, land-use, building, occupancy and other required governmental permits and authorizations. We seek to open new spaces on the first day of a month and delays, even if the delay only lasts a few days, can cause us to defer opening a space by a full month. Failure to open a space on schedule may cost us the lost revenue from that space and may damage our brand and require that we rent and provide temporary space for our members.

In redeveloping our spaces, we generally rely on the continued availability and satisfactory performance of unaffiliated third-party general contractors and subcontractors to perform the actual construction work, and in many cases to select and obtain the related building materials. As a result, the timing and quality of the redevelopment of our occupied spaces depends on the performance of these third parties on our behalf.

We do not have long-term contractual commitments with general contractors, subcontractors or materials suppliers. The prices we pay for the labor or materials provided by these third parties, or other construction-related costs, could unexpectedly increase, which could have an adverse effect on the viability of the projects we pursue and on our results of operations and liquidity. Although we believe that our relationships with our general contractors, subcontractors and materials suppliers are good, skilled parties and high-quality materials may not continue to be available at reasonable rates and in the markets in which we pursue our construction activities.

19

The people we engage in connection with a construction project are subject to the usual hazards associated with providing construction and related services on construction project sites, which can cause personal injury and loss of life, damage to or destruction of property, plant and equipment, and environmental damage. Although we carry insurance against many of these risks, our insurance coverage may be inadequate in scope or coverage amount to fully compensate us for any losses we may incur arising from any such events at a construction site we operate or oversee. Despite our detailed specifications and our inspection, project management and quality control procedures, in some cases, general contractors and their subcontractors may use improper construction practices or defective materials. Improper construction practices or defective materials can result in the need to perform extensive repairs to our spaces and, potentially, personal injury or death. We also can suffer damage to our reputation, and may be exposed to possible liability, if these third parties fail to comply with applicable laws.

*We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions.*

Expanding our operations into markets outside the United States has been an important part of our growth strategy. For example, for the year ended December 31, 2017, 69% of our revenue was attributable to our operations in the United States, and 31% of our revenue was attributable to our operations elsewhere, compared with 76% and 24% for the year ended December 31, 2016. We expect to continue substantially expanding our operations into markets outside the United States in the next few years.

Our success in these non-U.S. markets will depend on our ability to attract local members. However, we have limited experience in developing our business and community in markets outside the United States. Our WeWork offering may not appeal to residents of non-U.S. countries in the same way it appeals to our U.S. members. In addition, local and regional competitors may have a substantial competitive advantage over us in a given area because of their greater understanding of, and focus on, local customers, as well as their more established local infrastructure and brands. We may also be unable to hire, train, retain and manage the personnel we require in order to manage our international operations effectively, on a timely basis or at all, which may limit our growth in these markets.

Operating in international markets requires significant resources and management attention and subjects us to regulatory, economic and political risks that may be different from and incremental to those that we face in the United States, including:

• the need to adapt the design and features of our spaces and services to accommodate specific cultural norms and language differences;

• difficulties in understanding and complying with local laws and regulations in foreign jurisdictions, including local labor laws, tax laws, environmental regulations and rules and regulations related to occupancy of our workspaces;

• significant reliance on third parties with whom we may engage in joint ventures, strategic alliances or ordinary course contracting relationships whose interests and incentives may be adverse to or different from ours or may be unknown to us;

• varying laws, rules, regulations and practices regarding protection and enforcement of intellectual property rights, including trademarks;

• laws and regulations regarding consumer and data protection and security, privacy and encryption that may be more restrictive than comparable laws and regulations in the United States;

• corrupt or unethical practices in foreign jurisdictions that may subject us to compliance costs, including competitive disadvantages, or exposure under applicable anticorruption and antibribery laws;

• compliance with applicable export controls and economic sanctions, such as those administered by the United States Office of Foreign Assets Control;

• fluctuations in currency exchange rates; and

*Our reputation, competitive advantage and relationships with our members could be harmed and our business could be materially adversely affected if our proprietary information and/or member data we collect and store, particularly billing and personal data, were to be accessed by unauthorized persons.*

We generate significant amounts of proprietary, sensitive and otherwise confidential information relating to our business and operations, and we collect and store personal data regarding our members, including member names and billing data. The collection, protection and use of personal data are governed by privacy laws and regulations enacted in the United States and other jurisdictions around the world. These laws and regulations continue to evolve and on occasion may be inconsistent from one jurisdiction to another. Compliance with applicable privacy laws and regulations may increase our operating costs and adversely impact our ability to conduct our business and market our products and services to our members and potential members. Any failure or perceived failure by us or our third-party service providers to comply with applicable privacy laws, privacy policies or privacy-related contractual obligations may result in governmental enforcement actions, fines, litigation, other claims and adverse publicity.

Similar to other companies, our information technology systems face the threat of cyber-attacks, such as security breaches, phishing scams, malware and denial-of-service attacks. Our systems or the systems of third-parties that we rely upon could experience unauthorized intrusions or inadvertent data breaches, which could result in the exposure or destruction of our proprietary information and/or members' data. This data is maintained on our own systems as well as the systems of third-party service providers. With respect to billing data, such as credit card numbers, we generally rely on third-party licensed encryption and authentication technology to store and secure this information. Although we expect to become Payment Card Industry Data Security Standard (PCI DSS) compliant in 2019, our practices with respect to this type of information are evolving and do not yet fully comply with that industry standard and other applicable guidelines.

Because techniques used to obtain unauthorized access to systems or sabotage systems change frequently and may not be known until launched against us or the third parties we rely on, we and they may be unable to anticipate these attacks or implement adequate preventative measures. In addition, any party who is able to illicitly obtain identification and password credentials could potentially gain unauthorized access to our systems or the systems of third parties we rely on. If any such event occurs, we may have to spend significant capital and other resources to mitigate the impact of the event and to develop and implement protections to prevent future events of that nature from occurring. From time-to-time, employees make mistakes with respect to security policies that are not always immediately detected by compliance policies and procedures. These can include errors in software implementation or a failure to follow protocols and patch systems. Employee errors, even if promptly discovered and remediated, may disrupt operations or result in unauthorized disclosure of confidential information.

If a cybersecurity incident occurs, or is perceived to occur, we may be the subject of negative publicity and the perception of the effectiveness of our security measures and our reputation may be harmed, which could damage our relationships and result in the loss of existing or potential members. In addition, even if there is no compromise of member information, we could incur significant fines or lose the opportunity to support electronic payments from members, which would limit the full effectiveness and efficiency of our payment processing.

*Our business and our reputation may be harmed if our employees, members of our community or other people who enter our spaces act badly.*

Our emphasis on our values makes our reputation particularly sensitive to allegations of violations of community rules or applicable laws by employees, members, or other people who enter our spaces. If employees, members or other people violate our policies or engage in illegal or unethical behavior, or are perceived to do so, we may be the subject of negative publicity and our reputation may be harmed. These bad acts may also encourage existing members to leave our locations, which would adversely impact occupancy and revenue for the affected location.

*Our future success depends in large part on the continued service of Adam Neumann, our co-founder and chief executive officer, which cannot be ensured or guaranteed.*

Adam Neumann, our Co-Founder and Chief Executive Officer, is critical to the overall management of our company as well as the development of our culture and our strategic direction. We cannot assure you that Adam will continue to work for us or serve our interests in any capacity.

*Adam Neumann will control a majority of our voting stock upon completion of this offering and may also pursue corporate opportunities independent of us that could present potential conflicts with our and our stockholders' interests.*

Following the completion of this offering, as a result of his share ownership, together with his voting arrangements with certain stockholders, Adam Neumann, our Co-Founder and Chief Executive Officer, will be able to exercise voting control with respect to an aggregate of         shares of our Class A common stock and         shares of our Class B common stock, representing approximately         % of the total voting power of our outstanding capital stock (or approximately         % of the total voting power of our outstanding capital stock if the underwriters exercise in full their option to purchase additional shares of our Class A common stock). As a result, Adam will continue to have the ability to control significant corporate activities, including:

- the election of our board of directors and, through our board of directors, decision-making with respect to our business strategy and company policies, and the appointment and removal of our corporate officers;

- acquisitions and dispositions of businesses and assets, mergers and other business combinations;

- issuances of shares of our capital stock; and

- payment of dividends.

Adam's voting control will limit the ability of other stockholders to influence corporate activities and, as a result, we may take actions that stockholders other than Adam do not view as beneficial. Adam's voting control may also inhibit transactions involving a change of control of our company, including transactions in which you as a holder of our Class A common stock might otherwise receive a premium for your shares. As a stockholder, even a controlling stockholder, Adam is entitled to vote his shares, and shares over which he has voting control as a result of voting arrangements, in his own interests, which may not always be in the interests of our stockholders generally. For a description of the voting arrangements affecting our capital stock, see "Description of capital stock—Voting arrangements".

*We are a "controlled company" as defined in the         rules, and are able to rely on exemptions from certain corporate governance requirements that provide protection to stockholders of companies that are not controlled companies.*

Upon completion of this offering, Adam Neumann will own or control more than 50% of the total voting power of our capital stock and, as such, we will be a controlled company under the rules of the         . As a controlled company, we may take advantage of exemptions under the rules of the         with respect to certain corporate governance requirements, such as the requirements that (1) a majority of our board of directors be independent directors and (2) we have a compensation committee composed entirely of independent directors.

For so long as we are a controlled company, you will not have the same protections afforded to stockholders of companies that are subject to these and all of the other corporate governance requirements of the rules of the         .

*Supply chain interruptions may increase our costs or reduce our revenues.*

We depend on the effectiveness of our supply chain management systems to ensure reliable and sufficient supply, on reasonably favorable terms, of materials used in our construction and development and operating activities, such as furniture, lighting, millwork, wood flooring, security equipment and consumables. The materials we purchase and use in the ordinary course of our business are sourced from a wide variety of suppliers in countries around the world. Disruptions in the supply chain may result from weather-related events, natural disasters, trade restrictions, tariffs, border controls, acts of war, terrorist attacks, third-party strikes or ineffective cross dock operations, work stoppages or slowdowns, shipping capacity constraints, supply or shipping interruptions or other factors beyond our control. In the event of disruptions in our existing supply chain, there can be no assurance that the labor and materials we rely on in the ordinary course of our business will be available at reasonable rates or at all. In some cases, we may rely on a single source for procurement of construction materials or other supplies in a given region. Any disruption in the supply of certain materials could disrupt operations at our existing locations or significantly delay our opening of a new location, which may cause harm to our reputation and brand.

*Some of the counterparty risks we face with respect to our members are heightened in the case of Enterprise Members.*

The greater amount of available space generally occupied by any individual Enterprise Member relative to our other members means that the time and effort required to execute a definitive agreement is greater than our ordinary-course membership agreements. In some instances, we agree to varying levels of customization of the space we license to these Enterprise Members. Enterprise Members may nevertheless delay commencement of their membership agreements, fail to make membership fee payments when due, or declare bankruptcy or otherwise default on their obligations to us. Any of these events could result in the termination of that Enterprise Member's agreement with us and, potentially, sunk costs and transaction costs that are difficult or impossible for us to recover. Enterprise Members often sign membership agreements with longer terms and for a greater number of Desks than some of our other members. Enterprise Members generally account for a high proportion of our revenue at a particular location, and a default by an Enterprise Member under its agreement with us could cause a significant reduction in the operating cash flow generated by the location where that Enterprise Member is situated. Our top 25 Enterprise Members, as of December 1, 2017, accounted for 7.4% of our membership and service revenue for the year ended December 31, 2017. We would also be responsible for most, if not all, of the costs we incur following an unexpected vacancy by an Enterprise Member.

*We face risks arising from strategic transactions such as acquisitions and investments that we evaluate, pursue and undertake.*

From time to time, we evaluate potential strategic acquisition or investment opportunities, and from time to time we pursue and undertake certain of those opportunities. We have expanded rapidly, including through acquisitions of companies engaged in a variety of businesses, including Meetup (a subscription-based online platform that facilitates "in real life" meet-ups), The Flatiron School (a software programming education platform) and Conductor (a suite of tools that enable companies to modernize their digital marketing). As our WeWork offering continues to grow, we plan to continue or accelerate our investments in similar real estate vehicles. For instance, in 2017, together with the Rhone Group, we formed WeWork Property Advisors, a real estate investment joint venture that advises on investments primarily in properties that would benefit from WeWork occupancy. We may continue to invest in similar real estate acquisition vehicles.

Any transactions that we enter into could be material to our financial condition and results of operations. The process of acquiring and integrating another company or technology could create unforeseen operating difficulties and expenditures and could entail unforeseen liabilities that are not recoverable under the relevant transaction agreements or otherwise.

The integration of acquisitions involves a number of significant risks which may include but are not limited to:

• the assimilation and retention of personnel, including management personnel, in the acquired businesses;

• accounting, tax, regulatory and compliance issues that could arise;

• expenses and difficulties in the transition and integration of operations and systems;

• unanticipated expenses incurred or charges to earnings based on unknown circumstances or liabilities;

• failure to realize the synergies and other benefits we expect from the acquisition, at the pace we anticipate or at all;

• general economic conditions in the markets in which the acquired business operates; and

• difficulties encountered in conducting business in markets where we have limited experience and expertise.

If we are unable to successfully complete and integrate our strategic acquisitions in a timely manner, our business, growth strategies and results of operations could be adversely affected.

*If we are unable to accept credit cards or access electronic transaction processing networks, whether because of changes in (or any noncompliance with) applicable rules or relevant business practices, our competitive position would be critically impaired.*

We collect and process membership fees and other revenues in thousands of daily transactions around the world. Credit card associations and bank payment networks could adopt new operating rules or interpretations of existing rules that we might find difficult or even impossible to comply with. In such an event, we could lose the ability to give members the option to make electronic payments. Losing these electronic processing services could result in the loss of existing or potential members and adversely affect our business, competitive position and results of operations.

*Our business will suffer if we are unable to hire, develop, retain and motivate highly skilled team members.*

We strive to attract and motivate team members who share a dedication to the member community and our vision, but may not be successful in doing so. For example, competing to fill technical positions in the New York City area is particularly challenging. In addition, our U.S.-based team members, including most of our senior management, work for us on an at-will basis. Other companies, including competitors, may be successful in recruiting and hiring team members away from us, and it may be difficult for us to find suitable replacements on a timely basis, on competitive terms or at all.

*We may not be able to compete effectively with others.*

Our WeWork business has few barriers to entry. While we consider ourselves to be a leader in the "Space-as-a-Service" sector, with core competencies in sourcing, design and operating new locations, our reported success may encourage people to launch competing flexible workspace offerings. If new companies decide to launch competing solutions in the markets in which we operate, we may face increased competition for members.

In addition, some of the business services we provide or plan to provide are served by one or more large, national or international companies, as well as by regional and local companies of varying sizes and resources, some of which may have accumulated substantial goodwill in their markets. Some of our competitors may also be better capitalized than we are, have access to better lease terms than we do, have operations in more jurisdictions than we do or be able or willing to provide services at a lower price than we are. Our inability to compete effectively in securing new or repeat business could hinder our growth or adversely impact our operating results.

*Certain of the measures we use to evaluate our financial and operating performance may be impacted by subjective community-driven determinations and not necessarily by changes in our business.*

Certain of the key performance indicators and other key financial measures that we use to assess the performance of our business, such as Occupancy Rate, are derived from the estimated number of Desks or the change in the estimated number of Desks over a given period of time. We define "Desks" for any given date as the estimated number of desks available for sale and immediate use, plus the estimated capacity of "hot desks" at each location. Hot desk capacity is determined on a location by location basis, with the determination made by a community manager based on the needs of the particular community. Although the overall number of Desks is primarily impacted by new location openings and expanding our presence in existing locations through phased openings, the number of available Desks in each location may also change as a result of reasons unrelated to any change in the space offered, such as an increase in the hot desk capacity at that location. Hot desk capacity is determined by each community manager based on the characteristics and distinct local personality of the relevant community. Our core competency is in evaluating and programming the space available for efficient use, and we encourage community managers to actively consider what would be best for their community. A community manager in a given location may choose to change the hot desk capacity in that location at any time, which would impact the comparability of certain of the key performance indicators that we use to assess the performance of our business across multiple periods.

*If our employees were to engage in a strike or other work stoppage or interruption, our business, results of operations, financial condition and liquidity could be materially adversely affected.*

Some of our employees outside of the United States are represented by a labor union or workers' council. Although we believe that our relations with our employees are good, if disputes with these employees arise, or if our workers engage in a strike or other work stoppage or interruption, we could experience a significant disruption of, or inefficiencies in, our operations or incur higher labor costs, which could have a material adverse effect on our business, results of operations, financial condition and liquidity.

*Our business could be adversely affected by natural disasters, public health crises, political crises or other unexpected events for which we may not be sufficiently insured.*

Natural disasters and other adverse weather and climate conditions, public health crises, political crises such as terrorist attacks, war and other political instability, or other unexpected events could disrupt our operations, damage one or more of our locations, or prevent short- or long-term access to one or more of our locations. Many of our spaces are located in the vicinity of disaster zones, including flood zones in New York City and potentially active earthquake faults in the San Francisco Bay Area and Mexico City. Although we carry comprehensive liability, fire, extended coverage and business interruption insurance with respect to our spaces, there are certain types of losses that we do not insure against because they are either uninsurable or not insurable on commercially reasonable terms. Should an uninsured event or a loss in excess of our insured limits occur, we could lose some or all of the capital invested in, and anticipated future revenues from, the affected spaces, and we may nevertheless continue to be subject to obligations related to those spaces.

## Risks relating to our financial condition

*Our ability to draw amounts under our Senior Credit Facility depends on our compliance with certain financial covenants and on our level of unrestricted and unencumbered cash.*

Our Bank Facilities (as defined herein) are important sources of our liquidity. Our ability to draw amounts and to issue letters of credit under the Senior Credit Facility depends on our compliance with certain financial covenants and our maintenance of minimum levels of total consolidated cash.

*We may not be able to generate sufficient cash to service all of our indebtedness and may be forced to take other actions to satisfy our obligations under our indebtedness, which may not be successful.*

Our ability to make scheduled payments on or refinance our debt obligations depends on our financial condition and operating performance, which are subject to prevailing economic and competitive conditions and to certain financial, business, legislative, regulatory and other factors beyond our control. We may be unable to maintain a level of cash flows from operating activities sufficient to permit us to pay the principal, premium, if any, and interest on our indebtedness.

If our cash flows and capital resources are insufficient to fund our debt service obligations, we could face substantial liquidity problems and could be forced to reduce or delay investments and capital expenditures or to dispose of material assets or operations, seek additional debt or equity capital or restructure or refinance our indebtedness. We may not be able to effect any such alternative measures, if necessary, on commercially reasonable terms or at all and, even if successful, those alternative actions may not allow us to meet our scheduled debt service obligations. The agreements that govern our indebtedness restrict our ability to dispose of certain assets and use the proceeds from those dispositions and may also restrict our ability to raise debt or certain types of equity capital to be used to repay other indebtedness when it becomes due. We may not be able to consummate those dispositions or to obtain proceeds in an amount sufficient to meet any debt service obligations then due. See "Description of indebtedness."

In addition, we conduct a substantial portion of our operations through our subsidiaries. Accordingly, repayment of our indebtedness is dependent on the generation of cash flow by our subsidiaries and their ability to make such cash available to us, by dividend, debt repayment or otherwise. In the event that we do not receive distributions from our subsidiaries, we may be unable to make required principal and interest payments on our indebtedness.

If we cannot make scheduled payments on our debt, we will be in default and, as a result, lenders under any of our existing and future indebtedness could declare all outstanding principal and interest to be due and payable, the lenders under our debt instruments could terminate their commitments to loan money, our secured lenders could foreclose against the assets securing such borrowings and we could be forced into bankruptcy or liquidation.

*The long-term and fixed cost nature of our leases may limit our operating flexibility and could adversely affect our liquidity and results of operations.*

We currently lease a significant majority of our locations under long-term leases that, with very limited exceptions, do not contain early termination provisions. Our obligations to landlords under these agreements extend for periods that significantly exceed the length of our membership agreements with our members, which may be terminated by our members upon as little notice as one calendar month. Our leases generally provide for fixed monthly payments that are not tied to member usage or the size of our member base, and all of our leases contain minimum rental payment obligations. As a result, if members at a particular space terminate their membership agreements with us and we are not able to replace these departing members, our rent expense may exceed our revenue. In addition, in an environment where cost for real estate is decreasing, we may not be able to lower our fixed monthly payments under our leases at rates commensurate with the rates at which we would be pressured to lower our monthly membership fees, which may also result in our rent expense exceeding our revenue. In any such event, we would not have the ability to reduce our rent under the lease or otherwise terminate the lease in accordance with its terms.

If we experience a prolonged reduction in revenues at a particular space, our results of operations in respect of that space would be adversely affected unless and until either the lease expires, we are able to assign the lease or sublease the space to a third party, or we default under the terms of the lease and cease operations at the leased spaces. Our ability to assign a lease or sublease the space to a third party may be constrained by provisions in the lease that restrict these transfers without the prior consent of the landlord. Additionally, we could incur significant costs if we decide to assign or sublease unprofitable leases, as we may incur transaction costs associated with finding and negotiating with potential transferees, and the ultimate transferee may require upfront payments or other inducements. A default under a lease could expose us to breach of contract and other claims which could result in direct and indirect costs to us, and could result in operational disruptions that could harm our reputation and brand.

In addition, while our leases are often held by special purpose entities, our consolidated financial condition depends on the ability of our subsidiaries to perform their obligations under these leases over time. Although the limited duration of many of our parent guarantees of the leases may enhance our negotiating position with landlords in certain circumstances, our business reputation, financial condition and results of operations depend on our subsidiaries' ongoing compliance with their leases. We may determine that it is necessary to fund the lease payments of our subsidiaries beyond the terms of our parent guarantees, and any difficulty of our subsidiaries in performing their obligations under our leases in a given region could affect our liquidity in that region or on a consolidated basis.

We are pursuing strategic alternatives to pure leasing arrangements, including revenue-sharing agreements and management agreements with respect to certain spaces. These arrangements are generally more flexible and require less direct capital expenditures than a traditional lease arrangement. However, some of our revenue-sharing agreements contain penalties that are payable in the event we terminate the arrangement. In addition, we have limited experience to date with these types of transactions, and we may not be able to successfully complete additional transactions on commercially reasonable terms or at all.

*We incur significant costs related to the redevelopment of our spaces, which we may be unable to recover in a timely manner or at all.*

At each of our locations, we create beautiful spaces that inspire our members to create, collaborate and connect. Redevelopment of a space typically takes several months from the date we take possession of the space under the relevant occupancy agreement to the opening date. During this time, we incur substantial upfront costs without recognizing any revenues from the space. If we are unable to complete our redevelopment and construction activities for any reason, or conditions in the real estate market or the broader economy change in ways that are unfavorable, we may be unable to recover these costs in a timely manner or at all.

Our redevelopment activities are also subject to cost and schedule overruns as a result of many factors, some of which are beyond our control and ability to foresee, including increases in the cost of materials and labor. In addition, while the majority of our existing occupancy agreements provide for reimbursement by the landlord or building owner of a portion of the construction and development expenses we incur, our landlords or building owners may not reimburse us for these expenses in a timely manner and we may not continue to be granted these provisions in future occupancy agreements that we negotiate. To be eligible for reimbursement of these development expenses, we are also required to compile invoices, lien releases and other paperwork from our contractors, which is a time-consuming process that requires the cooperation of third parties over whom we have limited control. We may make errors in pursuing these reimbursement entitlements in accordance with the strict requirements of the landlords or building owners we deal with. In addition, we are subject to counterparty risk with respect to these landlords and building owners.

*We incur costs relating to the maintenance, refurbishment and remediation of our spaces.*

The terms of our occupancy agreements generally require that we ensure that the spaces we occupy are kept in good repair throughout the term of the occupancy agreement, that certain non-standard alterations carried out with respect to the spaces are removed at the end of the term of the occupancy agreement, and that we perform any repair work related to these obligations. The terms of our international occupancy agreements may also require that we return the space to the landlord at the end of the term of the occupancy agreement in the same condition it was delivered to us, which, in such instances, will require removing all fixtures and improvements to the space. The costs associated with this maintenance, removal and repair work may be significant.

We also anticipate that we will be required to periodically refurbish our spaces to keep pace with the changing needs of our members. Extensive refurbishments may be more costly and time-consuming than we expect and may adversely affect our results of operations and financial condition. Our member experience may be adversely affected if extensive refurbishments disrupt our operations at our locations.

*Fluctuations in exchange rates may adversely affect us.*

We vary our pricing to align with local market conditions, and our international businesses typically earn revenue and incur expenses in local currencies, primarily the British Pound, Euro and Israeli Shekel. For example, for the year ended December 31, 2017, approximately 69%, 17%, 3%, 2% and 9% of our revenue was earned by subsidiaries whose functional currency was the U.S. dollar, British Pound, Euro, Israeli Shekel and other foreign currencies, respectively, compared with 76%, 19%, 2%, 2% and 1%, respectively, for the year ended December 31, 2016. As foreign currency exchange rates change, translation of the statements of operations of our international businesses into U.S. dollars affects year-over-year comparability of our operating results.

## Risks relating to laws and regulations affecting our business

*Our extensive foreign operations and contacts with landlords and other parties in a variety of countries subject us to risks under U.S. and other anti-corruption laws, as well as applicable export controls and economic sanctions.*

Under the Foreign Corrupt Practices Act (the "FCPA") and similar anti-corruption laws and local laws prohibiting certain corrupt payments to government officials or agents, we may become liable for the actions of our directors, officers, employees, agents or other strategic or local partners or representatives over whom we may have little actual control. We are continuously engaged in sourcing and negotiating new locations around the world, and certain of the landlords, real estate agents or other parties with whom we interact may be government officials or agents, even without our knowledge. As we increase our international sales and business operations, our contacts with foreign public officials, and therefore our potential exposure to liability under laws such as the FCPA, are likely to increase.

Additionally, as we pursue our growth strategy of entering into joint ventures, revenue-sharing arrangements and other business relationships with local partners in non-U.S. jurisdictions, our use of intermediaries, and therefore our potential exposure to liability under laws such as the FCPA, are likely to increase.

EXHIBIT 12

DRS/A 1 filename1.htm

As confidentially submitted to the Securities and Exchange Commission pursuant to Section 6(e) of the Securities Act of 1933 on April 25, 2019, as Amendment No. 1 to the Confidential Submission. This draft registration statement has not been publicly filed with the Securities and Exchange Commission and all information herein remains strictly confidential.

Registration No. 333-

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM S-1**
**REGISTRATION STATEMENT**
UNDER
THE SECURITIES ACT OF 1933

_____

# WeWork Companies Inc.

**(Exact name of registrant as specified in its charter)**

_____

| | | |
|---|---|---|
| Delaware | 7380 | 46-2918595 |
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

_____

**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

_____

**Jennifer Berrent**
**Co-President and Chief Legal Officer**
**Jared DeMatteis**
**General Counsel**
**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**

_____

**With copies to:**
**Graham Robinson**
**Ryan J. Dzierniejko**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**4 Times Square**
**New York, New York 10036**
**Telephone: (212) 735-3000**
**Facsimile: (212) 735-2000**

_____

Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |

Non-accelerated filer                                       ☒   Smaller reporting company                                                                ☐

                                                                Emerging growth company                                                                ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of<br>Securities to Be Registered | Proposed<br>Maximum<br>Aggregate<br>Offering<br>Price[1][2] | Amount of Registration Fee |
|---|---|---|
| Class A common stock, par value $0.001 per share | | |

(1)   Includes          shares of Class A common stock that the underwriters have the option to purchase to cover overallotments, if any.
(2)   Estimated solely for purposes of calculating the registration fee in accordance with Rule 457 under the Securities Act of 1933.

**The Registrant hereby amends this Registration Statement on such date as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

-      shares of Class A common stock issuable upon the exercise of warrants outstanding as of     , 2019 at an exercise price of $0.001 per share;

-      shares of Class A common stock underlying restricted stock units outstanding as of    , 2019; and

-      shares of Class A common stock reserved for future issuance under the new equity incentive plan we intend to adopt prior to the completion of this offering. See "Executive and director compensation—WeWork Companies Inc. 2019 Omnibus Incentive Plan".

Unless otherwise indicated, the information contained in this prospectus is as of the date set forth on the cover of this prospectus and assumes:

- no exercise of the outstanding options or warrants described above;

- the exercise of warrants held by SB WW Holdings (Cayman) Limited into an aggregate of     shares of Class A common stock, which will occur upon completion of this offering;

- the conversion of a convertible promissory note held by SB WW Holdings (Cayman) Limited into    shares of Class A common stock, which will occur upon completion of this offering;

- the conversion of a convertible promissory note held by one of our other investors into    shares of Series C preferred stock, which will occur upon completion of this offering;

- the conversion of all our outstanding Series A, Series B, Series C, Series D-1, Series D-2, Series E, Series F and Series G preferred stock (collectively, our "senior preferred stock"), and all of our Series AP-1, Series AP-2 and Series AP-3 preferred stock (collectively, our "acquisition preferred stock"), into shares of Class A common stock, which will occur upon completion of this offering;

- the conversion of all of our outstanding junior preferred stock into an aggregate of    shares of Class B common stock (based on an assumed initial offering price of $  per share, the midpoint of the price range set forth on the cover page of this prospectus), which will occur upon completion of this offering;

- the filing of our restated certificate of incorporation and the effectiveness of our amended and restated bylaws in connection with this offering;

- an initial public offering price of $  per share, which is the midpoint of the price range set forth on the cover page of this prospectus; and

- that the underwriters' option to purchase additional shares of our Class A common stock is not exercised.

11

# Summary consolidated financial and operating information

The following summary consolidated financial information for the years ended December 31, 2016, 2017 and 2018 and as of December 31, 2017 and 2018 has been derived from our audited consolidated financial statements and notes thereto included elsewhere in this prospectus. Our consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP"), and are presented in U.S. dollars. Our historical results are not necessarily indicative of the results to be expected for any future period.

The information presented below should be read in conjunction with the information under "Management's discussion and analysis of financial condition and results of operations" and our consolidated financial statements and related notes appearing elsewhere in this prospectus.

| | Year Ended December 31, | | |
|---|---|---|---|
| (Amounts in thousands, except share and per share data) | 2016 | 2017 | 2018 |
| **Consolidated statement of operations information:** | | | |
| Revenue | $ 436,099 | $ 886,004 | $ 1,821,751 |
| Expenses: | | | |
| Community operating expenses [1] | 433,167 | 814,782 | 1,521,129 |
| Other operating expenses [1] | — | 1,677 | 106,788 |
| Pre-opening community expenses | 115,749 | 131,324 | 357,831 |
| Sales and marketing expenses | 43,428 | 143,424 | 378,729 |
| Growth and new market development expenses | 35,731 | 109,719 | 477,273 |
| General and administrative expenses [2] | 115,346 | 454,020 | 357,486 |
| Depreciation and amortization | 88,952 | 162,892 | 313,514 |
| Total expenses | 832,373 | 1,817,838 | 3,512,750 |
| Loss from operations | (396,274) | (931,834) | (1,690,999) |
| Interest and other income (expense), net | (33,400) | (7,387) | (237,270) |
| Pre-tax loss | (429,674) | (939,221) | (1,928,269) |
| Income tax benefit (provision) | (16) | 5,727 | 850 |
| Net loss | (429,690) | (933,494) | (1,927,419) |
| Net loss attributable to noncontrolling interests | — | 49,500 | 316,627 |
| Net loss attributable to WeWork Companies Inc. | $ (429,690) | $ (883,994) | $ (1,610,792) |
| Net loss per share attributable to Class A and Class B common stockholders: [3] | | | |

| | | | | | |
|---|---|---|---|---|---|
| Basic | $ | (2.66) | $ | (5.54) | $ | (9.87) |
| Diluted | $ | (2.66) | $ | (5.54) | $ | (9.87) |
| Weighted-average shares used to compute net loss per share attributable to Class A and Class B common stockholders, basic and diluted | | 161,324,940 | | 159,689,116 | | 163,148,918 |
| Pro forma net loss per share attributable to Class A and Class B common stockholders: (3) | | | | | | |
| Basic | | | | | $ | (4.76) |
| Diluted | | | | | $ | (4.76) |
| Weighted-average shares used to compute pro forma net loss per share attributable to Class A and Class B common stockholders, basic and diluted | | | | | | 338,368,587 |

(1)   Exclusive of depreciation and amortization shown separately on the depreciation and amortization line.

(2)   Includes stock-based compensation expense of $17.4 million , $260.7 million and $18.0 million in 2016, 2017 and 2018, respectively.

(3)   See Note 22 to our consolidated financial statements included elsewhere in this prospectus for a description of how we compute basic and diluted net loss per share attributable to Class A and Class B common stockholders and pro forma basic and diluted net loss per share attributable to Class A and Class B common stockholders.

| (Amounts in thousands) | | As of December 31, 2018 | |
|---|---|---|---|
| | Actual | Pro forma[1] | Pro forma as adjusted[2] |
| **Consolidated balance sheet information:** | | | |
| Cash and cash equivalents | $ 1,744,209 | $ | $ |
| Total current assets | 2,464,078 | | |
| Property and equipment, net | 4,368,772 | | |
| Total assets | 8,644,916 | | |
| Total liabilities | 6,284,159 | | |
| Total convertible preferred stock included as temporary equity | 3,498,696 | | |
| Total noncontrolling interests included as temporary equity | 1,320,637 | | |
| Total equity | (2,458,576) | | |

(1) The pro forma balance sheet information in this table gives effect to the exercise of warrants held by SB WW Holdings (Cayman) Limited into shares of Class A common stock, the conversion of a convertible promissory note held by SB WW Holdings (Cayman) Limited into shares of Class A common stock, the conversion of a convertible promissory note held by one of our other investors into shares of Series C preferred stock, the conversion of all of our outstanding senior preferred stock and acquisition preferred stock into shares of Class A common stock and the conversion of all of our outstanding junior preferred stock into shares of Class B common stock, each of which will occur upon completion of this offering. The pro forma balance sheet information in this table also gives effect to stock-based compensation expense of approximately $      million associated with restricted stock units, for which the portion of the service period had been rendered as of       ,      . This pro forma adjustment related to stock-based compensation expense of approximately $      million has been reflected as an increase to additional paid-in capital and accumulated deficit. See Note 2 to our consolidated financial statements included elsewhere in this prospectus.

(2) The pro forma as adjusted balance sheet information in this table gives effect to the transactions described in note (1) above as well as the issuance by us of       shares of Class A common stock in this offering at an assumed initial public offering price of $      per share, the midpoint of the price range set forth on the cover page of this prospectus, and the application of the net proceeds therefrom as described in "Use of proceeds".

## Key performance indicators

In connection with the management of our WeWork offering, we identify, measure and assess a variety of operational metrics that we refer to as key performance indicators. The principal metrics we use in managing and evaluating our business are set forth below. See the section titled "Certain Definitions" for a description of these metrics.

Any totals of the key performance indicators presented as of a period end reflect the count as of the first day of the last month in the period. First-of-the-month counts are used because the economics of those counts generally impact the results for that monthly period and most move-ins and openings occur on the first of the month.

| (Amounts in ones, except percentages) | As of December 31, | | |
|---|---|---|---|
| | 2016 | 2017 | 2018 |
| Total Locations | 111 | 200 | 425 |
| Desks | 107,000 | 214,000 | 466,000 |

| | | | |
|---|---|---|---|
| Desks added during the year ended | 63,000 | 107,000 | 252,000 |
| Memberships | 87,000 | 186,000 | 401,000 |
| Enterprise Membership Percentage | 19% | 29% | 37% |
| Mature Locations | 34 | 76 | 161 |

## Other key financial measures

| (Amounts in thousands, except percentages and where noted) | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2016 | | 2017 | | 2018 |
| Adjusted EBITDA[1] | $ | (94,322) | $ | (193,327) | $ | (665,653) |
| Adjusted EBITDA Margin | | (21.6)% | | (21.8)% | | (36.5)% |
| Community Adjusted EBITDA[1] | $ | 95,943 | $ | 233,147 | $ | 467,125 |
| Community Adjusted EBITDA Margin | | 22.1 % | | 26.9 % | | 27.5 % |

(1)   The following table reconciles our net loss to Adjusted EBITDA and Community Adjusted EBITDA for the periods presented:

| (Amounts in thousands) | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2016 | | 2017 | | 2018 |
| **Net loss** | $ | **(429,690)** | $ | **(933,494)** | $ | **(1,927,419)** |
| Income tax (benefit) provision | | 16 | | (5,727) | | (850) |
| Interest and other (income) expense | | 33,400 | | 7,387 | | 237,270 |
| Depreciation and amortization | | 88,952 | | 162,892 | | 313,514 |
| Adjustments for impact of straight-lining of rent[a] | | 188,746 | | 272,927 | | 542,842 |
| Stock-based compensation expense[b] | | 22,660 | | 295,362 | | 69,400 |
| Stock-based payments for services rendered by consultants[b] | | 1,594 | | 7,326 | | 18,957 |
| Change in fair value of contingent consideration payable in stock[c] | | — | | — | | 80,633 |
| **Adjusted EBITDA** | | **(94,322)** | | **(193,327)** | | **(665,653)** |
| Other revenue [d] | | (1,744) | | (19,106) | | (124,415) |
| Other operating expenses[e] | | — | | 1,322 | | 102,230 |
| Sales and marketing[e] | | 42,653 | | 139,180 | | 372,386 |
| Growth and new market development[e] | | 33,245 | | 98,336 | | 376,171 |
| Pre-opening community expenses[e] | | 21,223 | | 23,039 | | 89,238 |
| General and administrative expenses[e] | | 94,888 | | 183,703 | | 317,168 |
| **Community Adjusted EBITDA** | $ | **95,943** | $ | **233,147** | $ | **467,125** |

(a)   Represents the non-cash adjustment to record rent holidays and rent escalation clauses on a straight-line basis over the term of the applicable lease agreement. See "Non-GAAP financial measures—Adjusted EBITDA and Adjusted EBITDA Margin".

(b) Represents the non-cash expense of our equity compensation arrangements for our directors, executive officers, other employees and consultants. Stock-based compensation expense for the year ended December 31, 2017 includes $271.0 million related to the 2017 Secondary Offering (as defined in Note 20 to our consolidated financial statements included elsewhere in this prospectus, which resulted in additional expense as common shares were acquired from WeWork employees at a price greater than the fair market value of the shares). Although these expenses are non-cash expenses, we rely on equity compensation to compensate and incentivize these individuals, and we may continue to do so in the future.

(c) Represents the non-cash expense associated with the remeasurement of the contingent consideration payable in stock associated with acquisitions.

(d) Includes all other revenue not related to membership and service revenue. See " Management's discussion and analysis of financial condition and results of operations —Components of results of operations" for a discussion of components of revenue.

(e) Represents the amounts as presented on our consolidated statements of operations, excluding amounts already added back above, see "Management's discussion and analysis of financial condition and results of operations—Components of results of operations" for more information on the components of these expense amounts.

14

# Risk factors

*Investing in our Class A common stock involves a high degree of risk. You should consider and read carefully all of the risks and uncertainties described below, as well as the other information included in this prospectus, including our consolidated financial statements and related notes appearing elsewhere in this prospectus, before making an investment decision. The risks described below are not the only risks we face. The occurrence of any of the following risks or additional risks and uncertainties not presently known to us or that we currently believe to be immaterial could materially and adversely affect our business, financial condition, results of operations or prospects. In that case, the trading price of our Class A common stock could decline, and you may lose all or part of your original investment. This prospectus also contains forward-looking statements that involve risks and uncertainties. Please refer to "Cautionary note regarding forward-looking statements" for more information regarding forward-looking statements.*

## Risks relating to our business

*Our business has grown rapidly, and we may fail to manage our growth effectively.*

We have experienced rapid growth in our business, including in the number of our WeWork locations and in the size of our membership base. This rapid growth places a significant strain on our existing resources. Difficulties associated with our continued growth could result in harm to our reputation and could have a material adverse effect on our business, including our prospects for continued growth, and on our financial condition, results of operations and cash flows.

We expect our capital expenditures and operating expenses to increase on an absolute basis as we continue to invest in additional locations, launch additional product and service offerings, hire additional team members and increase our marketing efforts. In particular, we expect to invest in local infrastructure to support our continued growth. As we decentralize and localize certain decision-making and risk management functions, we may discover that our internal processes are ineffective or inefficient. In particular, to manage our rapid growth, we will need to enhance our reporting systems and procedures and continue to improve our operational, financial, management, sales and marketing and information technology infrastructure. Continued growth could also strain our ability to maintain reliable service levels for our members. If we do not manage our growth effectively, increases in our capital expenditures and operating expenses could outpace any increases in our revenue, which could have a material adverse effect on our results of operations.

*Our rapid growth may not be sustainable.*

Our historical growth rates may not be indicative of future growth. The market for our WeWork offering or our We Company Offerings may not continue to grow at the rate we expect or at all, and our total memberships may decline as a result of increased competition in the "Space-as-a-Service" sector or the maturation of our business. Additionally, as we grow, the ability of our management to source sufficient reasonably-priced real estate opportunities of the type we have historically targeted or to develop and launch additional product and service offerings may become more limited.

*Our business strategy includes entering into new regions and product and service offerings. This strategy is inherently risky, may not be successful and could be costly.*

As part of our growth strategy, we intend to continue expansion into (i) new regions within the United States and throughout the world, (ii) new products and services, such as integrated design, general contracting construction services, search marketing, residential living, retail, education and fitness and (iii) new strategic opportunities, including real estate acquisition. Such expansion efforts generally involve significant risks and uncertainties, including distraction of management from our existing locations and existing product and service offerings. As we attempt to grow our foothold in an evolving industry and acquire new businesses that enhance value for our members, we may encounter issues and risks not discovered in our development or analysis of such expansion efforts.

15

Our expansion efforts have required, and we expect them to continue to require, substantial resources and management attention. We spend significant time, money, energy and other resources trying to understand our members' needs and working to accommodate them, which may include exploring and negotiating for new product and service offerings. However, as we expand into new regions and new product and service offerings, our members may not be satisfied with our product and service offerings, including any new offerings that we develop. The time, money, energy and other resources we dedicate to exploring and pursuing new product and service offerings may be greater than the short-term, and potentially the total, returns from these new offerings.

We will also face new operational risks and challenges as we enter into new regions and markets. Expansion into foreign jurisdictions subjects us to legal, regulatory, economic and political risks that may be different from and additional to those that we face in jurisdictions where we currently operate, and we may operate at a disadvantage relative to competitors who are more familiar with local market practices and networks. Expansion into new product and service offerings subjects us to similar risks as we compete with the many established participants in those markets, additional regulatory and legal risks, and execution risks as we implement new business practices and integrate a new mission into our existing range of offerings. To the extent the benefits of our expansion efforts do not meet our expectations, we may recognize a loss on our investment or gains that do not justify our investment. See "—We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions".

Our success in this regard may increasingly depend on the financial success and cooperation of local partners and other third parties. For more information, see "—Our growth and success depends on our ability to maintain the value and reputation of our brand and the success of our strategic partnerships".

*We have a history of losses and, especially if we continue to grow at an accelerated rate, we may be unable to achieve profitability at a company level (as determined in accordance with GAAP) for the foreseeable future.*

We had an accumulated deficit as of December 31, 2017 and 2018 and had net losses and negative Adjusted EBITDA for the years ended December 31, 2016, 2017 and 2018. Our accumulated deficit and net losses have historically resulted primarily from the substantial investments required to grow our business, including the significant increase in recent periods in the number of locations we operate. We expect that these costs and investments will continue to increase as we continue to grow our business. We also intend to invest in maintaining our high level of member service and support, which we consider critical to our continued success. These expenditures will make it difficult for us to achieve profitability, and we cannot predict whether we will achieve profitability in the near term or for the foreseeable future. We also expect to incur additional general and administrative expenses as a result of our growth. Our operating costs and other expenses may be greater than we anticipate, and our investments to make our business and our operations more efficient may not be successful. Increases in our costs, expenses and investments may reduce our margins and materially adversely affect our business, financial condition and results of operations. In addition, recently opened or future locations may not generate revenue or cash flow comparable to those generated by our existing mature locations and our mature locations may not be able to continue to generate those levels of revenue, or cash flow. Further, our We Company Offerings, such as WeLive, Rise by We, WeGrow, Flatiron School, Meetup and Conductor and additional We Company Offerings that we may launch or acquire in the future, may not generate the levels of revenue or cash flow that we expect them to generate. For any of these reasons, we may be unable to achieve profitability for the foreseeable future and may face challenges in growing our cash flows.

*Our limited operating history and evolving business make it difficult to evaluate our current business and future prospects.*

Our limited operating history and the growth of our business make it difficult to accurately assess our future prospects. It may not be possible to discern fully the economic and other business trends that we are subject to. Elements of our business strategy are new and subject to ongoing development as our operations mature. In addition, it may be difficult to evaluate our business because there are few other companies that offer the same or a similar range of product and service offerings as we do.

16

*We may not be able to continue to retain existing WeWork members, most of whom enter into membership agreements with short-term commitments, or continue to attract new members in sufficient numbers or at sufficient rates to sustain and increase our WeWork Memberships and to continue the future growth of our business or at all.*

We principally generate revenues through the sale of WeWork memberships. We have in the past experienced, and expect to continue to experience, member terminations. In many cases, our members may terminate their membership agreements with us at any time upon as little notice as one calendar month. Members may cancel their memberships for many reasons, including a perception that they do not make sufficient use of our available space and services, that they need to reduce their expenses or that alternative work environments may provide better value or a better experience.

Our operations and profitability could be adversely affected by declines in demand for our WeWork Memberships. Demand for our WeWork Memberships may be negatively affected by a number of factors, including geo-political uncertainty, competition and saturation in the markets where we operate. Prevailing general and local economic conditions may also negatively affect the demand for our WeWork Memberships, particularly from current and potential members that are small and mid-sized businesses who may be disproportionately affected by such adverse economic conditions. Our leases with our landlords are generally on terms that are longer than the outstanding terms on our membership agreements with our members. If we are unable to replace members who may terminate their membership agreements with us, our cash flows and ability to make payments under our lease agreements with our landlords may be adversely affected. These same factors that reduce demand for our WeWork Memberships may not have the same impact on a landlord that has longer-term customer commitments than we have.

To sustain our growth, we must continually add new members both to replace departing members and to expand our current member base. We may not be able to attract new members in sufficient numbers to do so. Even if we are able to attract new members to replace departing members, these new members may not maintain the same level of involvement in our community. In addition, the revenue we generate from new members may not be as high as the revenue generated from existing members because of discounts we may offer to these new members, and we may incur marketing or other expenses to attract new members, which may further offset our revenues from these new members. However, for these and other reasons, we could experience a decline in revenue, and any such trend could adversely affect our results of operations.

*A high number of our members are concentrated in major metropolitan areas. An economic downturn or subsequent declines in market rents in any of these areas may result in increased member terminations and could adversely affect our results of operations.*

A significant portion of our member base consists of small and mid-sized businesses and freelancers who may be disproportionately affected by adverse economic conditions. In addition, our concentration in specific cities magnifies the risk to us of localized economic conditions in those cities or the surrounding regions. For the year ended December 31, 2018, we generated the majority of our revenue from locations in the United States and the United Kingdom. The majority of our United States revenue was generated from our WeWork spaces in the greater New York City, Los Angeles, San Francisco, Washington, D.C. and Boston markets. A majority of our locations in the United Kingdom are in London. Economic downturns in these cities may have a disproportionate effect on our ability to retain members and our revenue and thereby require us to expend time and resources on sales and marketing activities that may not be successful and could impair profitability. In addition, our business may be affected by generally prevailing economic conditions in the markets where we operate, which can result in a general decline in real estate activity, reduce demand for our services and exert downward pressure on our revenue.

*We may not be able to successfully negotiate satisfactory arrangements in respect of spaces that we occupy, or renew or replace existing spaces on satisfactory terms or at all, any of which will necessarily constrain our ability to grow our member base.*

We currently lease real estate for the majority of our locations, and we are actively pursuing revenue-sharing arrangements and other types of partnerships with real estate owners. If we are unable to negotiate these lease and other arrangements on satisfactory terms, we may not be able to expand our location base.

While we negotiate renewal options in our favor in most of our occupancy agreements, these renewal options are typically tied to upward-only rent reviews, whereby rent for any given lease renewal term is equal to the greater of the rent in effect for the period immediately prior to the rent review date and the then-prevailing net effective rent in the open market. As a result, increases in rental rates in the markets in which we operate, particularly those markets where initial terms under our leases are shorter, could adversely affect our business, financial condition, results of operations and prospects.

In addition, our ability to negotiate favorable terms to extend an expiring occupancy agreement or in connection with an alternate location will depend on then-prevailing conditions in the real estate market, such as overall rental cost increases, competition from other would-be tenants for desirable leased spaces and our relationships with current and prospective building owners and landlords, and may depend on other factors that are not within our control. If we are not able to renew or replace an expiring occupancy agreement, we will incur significant costs related to vacating that space and redeveloping whatever alternative space we are able to find, if any. In addition, if we are forced to vacate a space, we could lose members who purchased memberships based on the design, location or other attributes of that particular space and may not be interested in the other spaces we have available.

The average length of the initial term of our U.S. leases is approximately 15 years. As we continue to expand our presence into certain international markets, including Europe, Latin America, China, Japan and the Pacific, local market practices may require us to enter into occupancy agreements that have shorter initial terms, which reduces the certainty of our future obligations with respect to these locations and the continued availability of our occupied spaces at these locations.

*We are exposed to risks associated with the development and construction of the spaces we occupy.*

Opening new locations subjects us to risks that are associated with development projects in general, such as delays in construction, contract disputes and claims, fines or penalties levied by government authorities relating to our construction activities. We may also experience delays opening a new space as a result of delays by the building owners or landlords in completing their base building work or as a result of our inability to obtain, or delays in our obtaining, all necessary zoning, land-use, building, occupancy and other required governmental permits and authorizations. We seek to open new spaces on the first day of a month and delays, even if the delay only lasts a few days, can cause us to defer opening a space by a full month. Failure to open a space on schedule may cost us the lost revenue from that space and may damage our brand and require that we rent and provide temporary space for our members.

In developing our spaces, we generally rely on the continued availability and satisfactory performance of unaffiliated third-party general contractors and subcontractors to perform the actual construction work, and in many cases to select and obtain the related building materials. As a result, the timing and quality of the development of our occupied spaces depends on the performance of these third parties on our behalf.

We do not have long-term contractual commitments with general contractors, subcontractors or materials suppliers. The prices we pay for the labor or materials provided by these third parties, or other construction-related costs, could unexpectedly increase, which could have an adverse effect on the viability of the projects we pursue and on our results of operations and liquidity. Although we believe that our relationships with our general contractors, subcontractors and materials suppliers are good, skilled parties and high-quality materials may not continue to be available at reasonable rates and in the markets in which we pursue our construction activities.

The people we engage in connection with a construction project are subject to the usual hazards associated with providing construction and related services on construction project sites, which can cause personal injury and loss of life, damage to or destruction of property, plant and equipment, and environmental damage. Although we carry insurance against many of these risks, our insurance coverage may be inadequate in scope or coverage amount to fully compensate us for any losses we may incur arising from any such events at a construction site we operate or oversee. Despite our detailed specifications and our inspection, project management and quality control procedures, in some cases, general contractors and their subcontractors may use improper construction practices or defective materials. Improper construction practices or defective materials can result in the need to perform extensive repairs to our spaces and, potentially, personal injury or death. We also can suffer damage to our reputation, and may be exposed to possible liability, if these third parties fail to comply with applicable laws.

*Supply chain interruptions may increase our costs or reduce our revenues.*

We depend on the effectiveness of our supply chain management systems to ensure reliable and sufficient supply, on reasonably favorable terms, of materials used in our construction and development and operating activities, such as furniture, lighting, millwork, wood flooring, security equipment and consumables. The materials we purchase and use in the ordinary course of our business are sourced from a wide variety of suppliers in countries around the world. Disruptions in the supply chain may result from weather-related events, natural disasters, trade restrictions, tariffs, border controls, acts of war, terrorist attacks, third-party strikes or ineffective cross dock operations, work stoppages or slowdowns, shipping capacity constraints, supply or shipping interruptions or other factors beyond our control. In the event of disruptions in our existing supply chain, there can be no assurance that the labor and materials we rely on in the ordinary course of our business will be available at reasonable rates or at all. In some cases, we may rely on a single source for procurement of construction materials or other supplies in a given region. Any disruption in the supply of certain materials could disrupt operations at our existing locations or significantly delay our opening of a new location, which may cause harm to our reputation and brand.

*Our growth and success depends on our ability to maintain the value and reputation of our brand and the success of our strategic partnerships.*

Our brand is integral to our business as well as to the implementation of our strategies for expanding our business. In January 2019, we launched a global rebranding effort that may require significant resources and expenses and may affect our ability to attract and retain members, all of which may have a material adverse effect on our business or results of operations.

Maintaining, promoting and positioning our brand will depend largely on our ability to provide a consistently high quality member experience and on our marketing and community-building efforts. To the extent our locations or product or service offerings are perceived to be of low quality or otherwise are not compelling to new and existing members, our ability to maintain a positive brand reputation may be adversely affected.

In addition, failure by third parties on whom we rely but whose actions we cannot control, such as general contractors and construction managers who oversee our construction activities or facilities management staff, to uphold a high standard of workmanship, ethics, conduct and legal compliance could subject us to reputational harm based on their association with us and our brand. As we pursue our growth strategies of entering into joint ventures, revenue-sharing arrangements and other partnerships with local partners in non-U.S. jurisdictions, such as through ChinaCo, JapanCo, PacificCo and IndiaCo, we become increasingly dependent on third parties whose actions we cannot control.

We receive a high degree of media coverage domestically and internationally and we believe that much of our reputation depends on word-of-mouth and other non-paid sources of opinion, including on the internet. Unfavorable publicity or consumer perception or experience of our spaces, practices, or product or service offerings could adversely affect our reputation, resulting in difficulties in attracting and retaining members and business partners, and limiting the success of our community-building efforts and the range of products and services we are able to offer.

Historically, many of our members have signed up for memberships because of positive word-of-mouth referrals by existing members, which has reduced our need to rely on traditional marketing efforts. To the extent that we are unable to maintain a positive brand reputation organically, we may need to rely more heavily on traditional marketing efforts to attract new members, which would increase our marketing expenses both in absolute terms and as a percentage of our member acquisition costs.

*If our pricing and related promotional and marketing plans are not effective, our business and prospects may be negatively affected.*

Our business and prospects depend on the impact of pricing and related promotional and marketing plans and our ability to adjust these plans to respond quickly to economic and competitive conditions. If our pricing and related promotional and marketing plans are not successful, or are not as successful as those of competitors, our sales, membership count and market share could decrease, thereby impairing profitability.

19

*We may be unable to adequately protect or prevent unauthorized use of our trademarks and other proprietary rights.*

To protect our trademarks and other proprietary rights, we rely and expect to continue to rely on a combination of protective agreements with our team members and third parties (including local or other strategic partners we may do business with), physical and electronic security measures, and trademark, copyright, patent and trade secret protection laws. In certain jurisdictions, rights in trademarks are derived from registration of the trademark. We may not have trademark rights in a jurisdiction where our trademarks are not registered, including with respect to any new brands and existing brands associated with new product lines. We have obtained a strategic set of trademark, copyright and patent applications or registrations in the United States and other jurisdictions and have filed, and we expect to file from time to time, additional trademark and patent applications. Nevertheless, these applications may not proceed to registration or issuance and in any event may not be comprehensive (particularly with respect to non-U.S. jurisdictions), third parties may challenge any trademarks, copyright or patents issued to or held by us, the agreements (including license agreements with local or other strategic partners) and security measures we have in place may be inadequate or otherwise fail to effectively accomplish their protective purposes, third parties may infringe or misappropriate our intellectual property rights and we may not be successful in asserting intellectual property rights against third parties. Third parties may also take the position that we are infringing their rights, and we may not be successful in defending these claims. Additionally, we may not be able to enforce and defend our proprietary rights or prevent infringement or misappropriation, particularly in non-U.S. jurisdictions, without substantial expense to us and a significant diversion of management time and attention from our business strategy.

We currently hold various domain names relating to our brand, most importantly wework.com, we.co, wegrow.com and welive.com, as well as several other @we and @wework social media handles. Competitors and others could attempt to capitalize on our brand recognition by using domain names or social media handles similar to those we hold. We may be unable, without significant cost or at all, to prevent third parties from acquiring domain names that are similar to, infringe upon or otherwise decrease the value of our trademarks and other proprietary rights in our domain names.

If the measures we have taken to protect our proprietary rights are inadequate to prevent unauthorized use or misappropriation by third parties or such rights are diminished or we are prevented from using intellectual property due to successful challenges, the value of our brand and other intangible assets may be diminished and our business and results of operations may be adversely affected.

*We rely on a combination of proprietary and third-party technology systems to support our business and member experience, and, if these systems experience difficulties, our business, financial condition, results of operations and prospects may be materially adversely affected.*

We use a combination of proprietary technology and technology provided by third-party service providers to support our business and our member experience. For example, the WeWork app, which we developed in-house but which incorporates third-party and open source software where appropriate, connects local communities and develops and deepens connections among our members, both at particular spaces and across our global network.

We also use technology of third-party service providers to help manage the daily operations of our business. For example, we rely on our own internal systems as well as those of third-party service providers to process membership payments and other payments from our members. Our products and services may not continue to be supported by the applicable third-party service providers on commercially reasonable terms or at all, and we may not be able to attract and retain sufficiently skilled and experienced technical or operations personnel and third-party contractors to operate and maintain these technologies and systems. Moreover, we may be subject to claims by third parties who maintain that our service providers' technology infringes the third party's intellectual property rights. Although our agreements with our third-party service providers often contain indemnities in our favor with respect to these eventualities, we may not be indemnified for these claims or we may not be successful in obtaining indemnification to which we are entitled.

To the extent we experience difficulties in the operation of technologies and systems we use to manage the daily operations of our business or that we make available to our members, our ability to operate our business, retain existing members and attract new members may be impaired. We may not be able to attract and retain sufficiently skilled and experienced technical and operations personnel and third-party contractors to operate and maintain these

technologies and systems, and our current product and service offerings may not continue to be, and new product and service offerings may not be, supported by the applicable third-party service providers on commercially reasonable terms or at all. Also, any harm to our members' personal computers or other devices caused by our software, such as the WeWork app, or other sources of harm, such as hackers or computer viruses, could have an adverse effect on the member experience and our reputation.

*Our reputation, competitive advantage and relationships with our members could be harmed and our business could be materially adversely affected if our proprietary information and/or member data we collect and store, particularly billing and personal data, were to be accessed by unauthorized persons.*

We generate significant amounts of proprietary, sensitive and otherwise confidential information relating to our business and operations, and we collect, store and process confidential and personal data regarding our members, including member names and billing data.

Similar to other companies, our information technology systems face the threat of cyber-attacks, such as security breaches, phishing scams, malware and denial-of-service attacks. Our systems or the systems of our third-party service providers could experience unauthorized intrusions or inadvertent data breaches, which could result in the exposure or destruction of our proprietary information and/or members' data.

Our proprietary information and member data is maintained on our own systems as well as the systems of third-party service providers. With respect to billing data, such as credit card numbers, we generally utilize third-party licensed encryption and authentication technology to store and secure this information. Although we expect to become Payment Card Industry Data Security Standard (PCI DSS) compliant in 2019, our practices with respect to this type of information are evolving and do not yet fully comply with that industry standard and other applicable guidelines. Additionally, if new operating rules or interpretations of existing rules are adopted regarding the processing of credit cards that we are unable to comply with, we could lose the ability to give members the option to make electronic payments, which could result in the loss of existing or potential members and adversely affect our business.

Because techniques used to obtain unauthorized access to systems or sabotage systems change frequently and may not be known until launched against us or our service providers, we and they may be unable to anticipate these attacks or implement adequate preventative measures. In addition, any party who is able to illicitly obtain identification and password credentials could potentially gain unauthorized access to our systems or the systems of our third party service providers. If any such event occurs, we may have to spend significant capital and other resources to notify affected individuals, regulators and others as required under applicable law, mitigate the impact of the event and develop and implement protections to prevent future events of that nature from occurring. From time to time, employees make mistakes with respect to security policies that are not always immediately detected by compliance policies and procedures. These can include errors in software implementation or a failure to follow protocols and patch systems. Employee errors, even if promptly discovered and remediated, may disrupt operations or result in unauthorized disclosure of confidential information. We have experienced unauthorized breaches of our systems prior to this offering, which we believe did not trigger any legal notification obligations or have a material effect on our business.

If a data security incident occurs, or is perceived to occur, we may be the subject of negative publicity and the perception of the effectiveness of our security measures and our reputation may be harmed, which could damage our relationships and result in the loss of existing or potential members. In addition, even if there is no compromise of member information, we could incur significant regulatory fines, be the subject of litigation or face other claims. We could also lose the opportunity to support electronic payments from members, which would limit the full effectiveness and efficiency of our payment processing. In addition, our insurance coverage may not be sufficient in type or amount to cover us against claims related to security breaches, cyber-attacks and other related data and system incidents.

21

*Our reputation, competitive advantage, financial position and relationships with our members could be materially harmed if we are unable to comply with complex and evolving data protection laws and regulations, and the costs and resources required to achieve compliance may have a materially adverse impact on our business.*

The collection, protection and use of personal data are governed by privacy laws and regulations enacted in the United States, Europe, Asia and other jurisdictions around the world in which we operate. These laws and regulations continue to evolve and may be inconsistent from one jurisdiction to another. Compliance with applicable privacy laws and regulations may increase our costs of doing business and adversely impact our ability to conduct our business and market our products and services to our members and potential members.

For example, we are subject to the European Union's General Data Protection Regulation ("GDPR") in a number of jurisdictions. The GDPR imposes significant new obligations, and compliance with these obligations depends in part on how particular regulators apply and interpret them. If we fail to comply with the GDPR, or if regulators assert we have failed to comply with the GDPR, it may lead to regulatory enforcement actions, which can result in monetary penalties of up to 4% of worldwide revenue, private lawsuits and/or reputational damage. Further, a U.K. exit from the European Union will increase uncertainty regarding applicable laws and regulations pending more clarity on the terms of that exit.

Additionally, in June 2018, California passed the California Consumer Privacy Act ("CCPA"), which provides new data privacy rights for consumers and new operational requirements for companies, effective in 2020. The CCPA creates a private right of action that could lead to consumer class actions and other litigation against us, with statutory damages of up to $750 per violation. The California Attorney General will also maintain authority to enforce the CCPA and will be permitted to seek civil penalties for intentional violations of the CCPA of up to $7,500 per violation. Other U.S. states and the U.S. Congress are in the process of considering legislation similar to California's legislation. If we fail to comply with the CCPA or other federal or state data protection laws, or if regulators or plaintiffs assert we have failed to comply with them, it may lead to regulatory enforcement actions, private lawsuits and/or reputational damage.

We are also subject to China's Cybersecurity Law, which took effect in 2017. China's Cybersecurity Law and its implementing regulations lay out requirements on cybersecurity, data localization and data protection, subjecting many previously under-regulated or unregulated activities to government scrutiny under provisions that have not yet been subject to public interpretation by enforcement authorities. Likewise, in Canada we are subject to Canada's Personal Information and Protection of Electronic Documents Act ("PIPEDA"). PIPEDA provides Canadian residents with privacy protections and sets out rules for how companies may collect, use and disclose personal information in the course of commercial activities. The costs of compliance with, and other burdens imposed by, these and other international data privacy and security laws may limit the use and adoption of our products and services and could have a materially adverse impact on our business. Any failure or perceived failure by us or third-party service-providers to comply with international data privacy and security laws may lead to regulatory enforcement actions, fines, private lawsuits or reputational damage.

*Our business and our reputation may be harmed if our employees, members of our community or other people who enter our spaces act badly.*

Our emphasis on our values makes our reputation particularly sensitive to allegations of violations of community rules or applicable laws by employees, members, or other people who enter our spaces. If employees, members or other people violate our policies or engage in illegal or unethical behavior, or are perceived to do so, we may be the subject of negative publicity and our reputation may be harmed. These bad acts may also encourage existing members to leave our locations, which would adversely impact revenue for the affected location.

*Our future success depends in large part on the continued service of Adam Neumann, our Co-Founder and Chief Executive Officer, which cannot be ensured or guaranteed.*

Adam Neumann, our Co-Founder and Chief Executive Officer, is critical to our operations. He is key to setting our strategic direction and the strength of our culture. Adam provides a unique combination of skills ranging from vision to real estate acumen to communications with investors, members and employees. We have no employment

agreement in place with Adam, and there can be no assurance that Adam will continue to work for us or serve our interests in any capacity.

*Adam Neumann will control a majority of our voting stock upon completion of this offering and may also pursue corporate opportunities independent of us that could present potential conflicts with our and our stockholders' interests.*

Following the completion of this offering, as a result of his share ownership, together with his voting arrangements with certain stockholders, Adam Neumann, our Co-Founder and Chief Executive Officer, will be able to exercise voting control with respect to an aggregate of          shares of our Class A common stock and          shares of our Class B common stock, representing approximately          % of the total voting power of our outstanding capital stock (or approximately          % of the total voting power of our outstanding capital stock if the underwriters exercise in full their option to purchase additional shares of our Class A common stock). As a result, Adam will continue to have the ability to control significant corporate activities, including:

•   the election of our board of directors and, through our board of directors, decision-making with respect to our business strategy and company policies, and the appointment and removal of our corporate officers;

•   acquisitions and dispositions of businesses and assets, mergers and other business combinations;

•   issuances of shares of our capital stock; and

•   payment of dividends.

Adam's voting control will limit the ability of other stockholders to influence corporate activities and, as a result, we may take actions that stockholders other than Adam do not view as beneficial. Adam's voting control may also inhibit transactions involving a change of control of our company, including transactions in which you as a holder of our Class A common stock might otherwise receive a premium for your shares. As a stockholder, even a controlling stockholder, Adam is entitled to vote his shares, and shares over which he has voting control as a result of voting arrangements, in his own interests, which may not always be in the interests of our stockholders generally. For a description of the voting arrangements affecting our capital stock, see "Description of capital stock—Voting arrangements".

Further, Softbank and its affiliates will beneficially own          shares of our outstanding capital stock following the completion of this offering and have entered into certain investment agreements as a result of which they may control a greater percentage of our capital stock in the future. Therefore, even if Adam were to sell a significant number of his shares of our voting stock, the voting power of our outstanding capital stock may continue to be significantly concentrated and the ability of others to influence our corporate matters may continue to be significantly limited.

*We are a "controlled company" as defined in the          rules, and are able to rely on exemptions from certain corporate governance requirements that provide protection to stockholders of companies that are not controlled companies.*

Upon completion of this offering, Adam Neumann will own or control more than 50% of the total voting power of our capital stock and, as such, we will be a controlled company under the rules of the          . As a controlled company, we may take advantage of exemptions under the rules of the          with respect to certain corporate governance requirements, such as the requirements that (1) a majority of our board of directors be independent directors and (2) we have a compensation committee composed entirely of independent directors.

For so long as we are a controlled company, you will not have the same protections afforded to stockholders of companies that are subject to these and all of the other corporate governance requirements of the rules of the          .

*We have engaged in transactions with related parties, and such transactions present possible conflicts of interest that could have an adverse effect on our business and results of operations.*

We have entered into a number of transactions with related parties, including our significant stockholders, directors and executive officers. For example, we have entered into several transactions with our Co-Founder and Chief Executive Officer, Adam Neumann, including lease agreements with entities in which Adam has a significant ownership interest.

Pursuant to our related party transactions policy, all additional material related party transactions that we enter into require either (i) the unanimous consent of our audit committee or (ii) the approval of a majority of the members of our Board of Directors. Nevertheless, there can be no assurance that such transactions, individually or in the aggregate, will not have an adverse effect on our business and results of operations or that we could not have achieved more favorable terms if such transactions had not been entered into with related parties.

*Some of the counterparty risks we face with respect to our members are heightened in the case of Enterprise Members.*

WeWork Memberships attributable to Enterprise Members generally account for a high proportion of our revenue at a particular location, and a default by an Enterprise Member under its agreement with us could cause a significant reduction in the operating cash flow generated by the location where that Enterprise Member is situated. Enterprise Members, who often sign membership agreements with longer terms and for a greater number of Desks than some of our other members, accounted for 29% of our total membership and service revenue for the year ended December 31, 2018. We would also be responsible for most, if not all, of the costs we incur following an unexpected vacancy by an Enterprise Member. The greater amount of available space generally occupied by any individual Enterprise Member relative to our other members means that the time and effort required to execute a definitive agreement is greater than our ordinary-course membership agreements. In some instances, we agree to varying levels of customization of the space we license to these Enterprise Members. Enterprise Members may nevertheless delay commencement of their membership agreements, fail to make membership fee payments when due, or declare bankruptcy or otherwise default on their obligations to us. Any of these events could result in the termination of that Enterprise Member's agreement with us and, potentially, sunk costs and transaction costs that are difficult or impossible for us to recover.

*We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions.*

Expanding our operations into markets outside the United States has been an important part of our growth strategy. For example, for the year ended December 31, 2018, 59% of our revenue was attributable to our operations in the United States, and 41% of our revenue was attributable to our operations elsewhere, compared with 69% and 31% for the year ended December 31, 2017. We expect to continue substantially expanding our operations into markets outside the United States in the next few years.

While we have already expanded our operations to a number of non-U.S. markets, the success of our expansion into additional non-U.S. markets will depend on our ability to attract local members. Our WeWork offering may not appeal in all non-U.S. countries in the same way it appeals to our U.S. members. In addition, local competitors may have a substantial competitive advantage over us in a given area because of their greater understanding of, and focus on, local customers, as well as their more established local infrastructure and brands. We may also be unable to hire, train, retain and manage the personnel we require in order to manage our international operations effectively, on a timely basis or at all, which may limit our growth in these markets.

Operating in international markets requires significant resources and management attention and subjects us to regulatory, economic and political risks that may be different from and incremental to those that we face in the United States, including:

- the need to adapt the design and features of our spaces and services to accommodate specific cultural norms and language differences;

24

- difficulties in understanding and complying with local laws and regulations in foreign jurisdictions, including local labor laws, tax laws, environmental regulations and rules and regulations related to occupancy of our workspaces;

- varying local building codes and regulations relating to building design, construction, safety, environmental protection and related matters;

- significant reliance on third parties with whom we may engage in joint ventures, strategic alliances or ordinary course contracting relationships whose interests and incentives may be adverse to or different from ours or may be unknown to us;

- varying laws, rules, regulations and practices regarding protection and enforcement of intellectual property rights, including trademarks;

- laws and regulations regarding consumer and data protection and security, and encryption that may be more restrictive than comparable laws and regulations in the United States;

- corrupt or unethical practices in foreign jurisdictions that may subject us to compliance costs, including competitive disadvantages, or exposure under applicable anticorruption and antibribery laws;

- compliance with applicable export controls and economic sanctions, such as those administered by the United States Office of Foreign Assets Control;

- fluctuations in currency exchange rates; and

- unpredictable disruptions as a result of security threats or political or social unrest and economic instability.

Finally, continued expansion in markets outside the United States will require significant financial and other investments. These investments include property sourcing and leasing, marketing to attract and retain new members, developing localized infrastructure and services, developing relationships with local partners and third-party service providers, further developing corporate capabilities able to support operations in multiple countries, and potentially entering into strategic transactions with or even acquiring companies based outside the United States and integrating those companies with our existing operations. If we invest substantial time and resources to expand our operations outside the United States but cannot manage these risks effectively, the costs of doing business in those markets, including the investment of management attention, may be prohibitive, or our expenses may increase disproportionately to the revenue generated in those markets.

*We face risks arising from strategic transactions such as acquisitions and investments that we evaluate, pursue and undertake.*

From time to time, we evaluate potential strategic acquisition or investment opportunities, and from time to time we pursue and undertake certain of those opportunities. We have expanded rapidly, including through acquisitions of companies engaged in a variety of businesses, including Meetup (an online platform that brings people together offline), Flatiron School (a software programming education platform), Conductor (a marketing technology platform), Teem (a space scheduling and workplace analytics platform) and Euclid (a spatial-analytics platform). As our WeWork offering continues to grow, we plan to continue or accelerate acquisitions or investments, some of which may be material and may not create the value that we expect. We also plan to continue or accelerate investments in real estate vehicles.

Any transactions that we enter into could be material to our financial condition and results of operations. While we have grown our offerings through acquisitions in the past, we have limited experience in completing and integrating major acquisitions. The process of acquiring and integrating another company or technology could create unforeseen operating difficulties and expenditures and could entail unforeseen liabilities that are not recoverable under the relevant transaction agreements or otherwise.

25

The integration of acquisitions involves a number of significant risks which may include but are not limited to:

- the assimilation and retention of personnel, including management personnel, in the acquired businesses;

- accounting, tax, regulatory and compliance issues that could arise;

- expenses and difficulties in the transition and integration of operations and systems;

- unanticipated expenses incurred or charges to earnings based on unknown circumstances or liabilities;

- failure to realize the synergies and other benefits we expect from the acquisition, at the pace we anticipate or at all;

- general economic conditions in the markets in which the acquired business operates; and

- difficulties encountered in conducting business in markets where we have limited experience and expertise.

If we are unable to successfully complete and integrate our strategic acquisitions in a timely manner, our business, growth strategies and results of operations could be adversely affected.

*Our business will suffer if we are unable to hire, develop, retain and motivate highly skilled team members.*

We strive to attract and motivate team members who share a dedication to the member community and our vision, but may not be successful in doing so. Our success depends on our ability to identify, hire, develop, motivate, retain and integrate highly qualified personnel for all areas of our business. Our U.S.-based team members, including most of our senior management, work for us on an at-will basis. Other companies, including competitors, may be successful in recruiting and hiring team members away from us, and it may be difficult for us to find suitable replacements on a timely basis, on competitive terms or at all. If we are unable to effectively manage our hiring needs or successfully integrate new hires, our employee morale, productivity and retention could suffer, which could adversely affect our business, financial condition and results of operations.

*We may not be able to compete effectively with others.*

Our WeWork offering has few barriers to entry. While we consider ourselves to be a leader in the "Space-as-a-Service" sector, with core competencies in sourcing, design and operating new locations, our reported success may encourage people to launch competing flexible workspace offerings. If new companies decide to launch competing solutions in the markets in which we operate, or if any existing competitors obtain a large-scale capital investment, we may face increased competition for members.

In addition, some of the business services we provide or plan to provide are served by one or more large, national or international companies, as well as by regional and local companies of varying sizes and resources, some of which may have accumulated substantial goodwill in their markets. Some of our competitors may also be better capitalized than we are, have access to better lease terms than we do, have operations in more jurisdictions than we do or be able or willing to provide services at a lower price than we are. Our inability to compete effectively in securing new or repeat business could hinder our growth or adversely impact our operating results.

*Certain of the measures we use to evaluate our financial and operating performance may be impacted by subjective location-driven determinations and not necessarily by changes in our business.*

Certain of the key performance indicators and other key financial measures that we use to assess the performance of our business are derived from the estimated number of Desks or the change in the estimated number of Desks over a given period of time. See "Certain definitions". We define "Desks" for any given date as the estimated number of desks available for sale and immediate use for any given date, plus the estimated capacity of "hot desks" (access to any available desk at a designated location) at each location. Hot desk capacity can vary on a location-by-location basis and is estimated on a location-by-location basis by a community manager based on the characteristics and distinct local personality of the relevant community and the

demand for hot desks in the location, and a community manager in a given location may choose to change the hot desk capacity at any time. Our core competency is in evaluating and programming the space available for efficient use, and we encourage community managers to

26

actively consider what would be best for their particular location. While changes in hot desk capacity would impact the comparability of certain of the key performance indicators that we use to assess the performance of our business, hot desk capacity has remained a relatively stable portion of our overall Desks, at a rate of less than 5%, and overall Desks are primarily impacted by new location openings and expanding our presence in existing locations through phased openings.

*If our employees were to engage in a strike or other work stoppage or interruption, our business, results of operations, financial condition and liquidity could be materially adversely affected.*

Although we believe that our relations with our employees are good, if disputes with our employees arise, or if our workers engage in a strike or other work stoppage or interruption, we could experience a significant disruption of, or inefficiencies in, our operations or incur higher labor costs, which could have a material adverse effect on our business, results of operations, financial condition and liquidity. In addition, some of our employees outside of the United States are represented or may seek to be represented by a labor union or workers' council.

*Our business could be adversely affected by natural disasters, public health crises, political crises or other unexpected events for which we may not be sufficiently insured.*

Natural disasters and other adverse weather and climate conditions, public health crises, political crises such as terrorist attacks, war and other political instability, or other unexpected events could disrupt our operations, damage one or more of our locations, or prevent short- or long-term access to one or more of our locations. Many of our spaces are located in the vicinity of disaster zones, including flood zones in New York City and potentially active earthquake faults in the San Francisco Bay Area and Mexico City. Many of our locations are concentrated in metropolitan areas or located in or near prominent buildings, which may be the target of terrorist attacks. Although we carry comprehensive liability, fire, extended coverage and business interruption insurance with respect to our spaces, there are certain types of losses that we do not insure against because they are either uninsurable or not insurable on commercially reasonable terms. Should an uninsured event or a loss in excess of our insured limits occur, we could lose some or all of the capital invested in, and anticipated future revenues from, the affected spaces, and we may nevertheless continue to be subject to obligations related to those spaces.

*Economic and political instability and potential unfavorable changes in laws and regulations in international markets could adversely affect our results of operations and financial condition.*

Our business may be affected by political instability and potential unfavorable changes in laws and regulations in international markets in which we operate. For example, the United Kingdom's anticipated exit from the European Union, known as "Brexit," could impact our operations in the United Kingdom in the short term through volatility in the British Pound as the United Kingdom negotiates its anticipated exit from the European Union. In the longer term, any impact from Brexit on our operations in the United Kingdom will depend, in part, on the outcome of tariff, trade, regulatory and other negotiations. Additionally, there are concerns regarding potential changes in the future relationship between the United States and various other countries, most significantly China, with respect to trade policies, treaties, government regulations and tariffs. It remains unclear how the United States or foreign governments will act with respect to tariffs, international trade agreements and policies. The implementation by China or other countries of higher tariffs, capital controls, new adverse trade policies or other barriers to entry could have an adverse impact on our business, financial condition and results of operations.

## Risks relating to our financial condition

*Our ability to draw amounts under our Senior Credit Facility depends on our compliance with certain financial covenants and on our level of unrestricted and unencumbered cash.*

Our Bank Facilities (as defined herein) are important sources of our liquidity. Our ability to draw amounts and to issue letters of credit under the Senior Credit Facility depends on our compliance with certain financial covenants and our maintenance of minimum levels of total consolidated cash.

*We may not be able to generate sufficient cash to service all of our indebtedness and may be forced to take other actions to satisfy our obligations under our indebtedness, which may not be successful.*

Our ability to make scheduled payments or refinance our debt obligations depends on our financial condition and operating performance, which are subject to prevailing economic and competitive conditions and to certain financial, business, legislative, regulatory and other factors beyond our control. We may be unable to maintain a level of cash flows from operating activities sufficient to permit us to pay the principal, premium, if any, and interest on our indebtedness.

If our cash flows and capital resources are insufficient to fund our debt service obligations, we could face substantial liquidity problems and could be forced to reduce or delay investments and capital expenditures or to dispose of material assets or operations, seek additional debt or equity capital or restructure or refinance our indebtedness. We may not be able to effect any such alternative measures, if necessary, on commercially reasonable terms or at all and, even if successful, those alternative actions may not allow us to meet our scheduled debt service obligations. The agreements that govern our indebtedness restrict our ability to dispose of certain assets and use the proceeds from those dispositions and may also restrict our ability to raise debt or certain types of equity capital to be used to repay other indebtedness when it becomes due. We may not be able to consummate those dispositions or to obtain proceeds in an amount sufficient to meet any debt service obligations then due. See "Description of indebtedness".

In addition, we conduct a substantial portion of our operations through our subsidiaries. Accordingly, repayment of our indebtedness is dependent on the generation of cash flow by our subsidiaries and their ability to make such cash available to us, by dividend, debt repayment or otherwise. In the event that we do not receive distributions from our subsidiaries, we may be unable to make required principal and interest payments on our indebtedness.

If we cannot make scheduled payments on our debt, we will be in default and, as a result, lenders under any of our existing and future indebtedness could declare all outstanding principal and interest to be due and payable, the lenders under our debt instruments could terminate their commitments to loan money, our secured lenders could foreclose against the assets securing such borrowings and we could be forced into bankruptcy or liquidation.

*The long-term and fixed cost nature of our leases may limit our operating flexibility and could adversely affect our liquidity and results of operations.*

We currently lease a significant majority of our locations under long-term leases that, with very limited exceptions, do not contain early termination provisions. Our obligations to landlords under these agreements extend for periods that significantly exceed the length of our membership agreements with our members, which may be terminated by our members upon as little notice as one calendar month. Our leases generally provide for fixed monthly payments that are not tied to member usage or the size of our member base, and all of our leases contain minimum rental payment obligations. As a result, if members at a particular space terminate their membership agreements with us and we are not able to replace these departing members, our rent expense may exceed our revenue. In addition, in an environment where cost for real estate is decreasing, we may not be able to lower our fixed monthly payments under our leases at rates commensurate with the rates at which we would be pressured to lower our monthly revenue, which may also result in our rent expense exceeding our revenue. In any such event, we would not have the ability to reduce our rent under the lease or otherwise terminate the lease in accordance with its terms.

If we experience a prolonged reduction in revenues at a particular space, our results of operations in respect of that space would be adversely affected unless and until either the lease expires, we are able to assign the lease or sublease the space to a third party, or we default under the terms of the lease and cease operations at the leased spaces. Our ability to assign a lease or sublease the space to a third party may be constrained by provisions in the lease that restrict these transfers without the prior consent of the landlord. Additionally, we could incur significant costs if we decide to assign or sublease unprofitable leases, as we may incur transaction costs associated with finding and negotiating with potential transferees, and the ultimate transferee may require upfront payments or other inducements. A default under a lease could expose us to breach of contract and other claims, which could result in direct and indirect costs to us, and could result in operational disruptions that could harm our reputation and brand.

In addition, while our leases are often held by special purpose entities, our consolidated financial condition depends on the ability of our subsidiaries to perform their obligations under these leases over time. Although the limited

duration of many of our parent guarantees of the leases may enhance our negotiating position with landlords in certain circumstances, our business reputation, financial condition and results of operations depend on our subsidiaries' ongoing compliance with their leases. We may determine that it is necessary to fund the lease payments of our subsidiaries beyond the terms of our parent guarantees, and any difficulty of our subsidiaries in performing their obligations under our leases in a given region could affect our liquidity in that region or on a consolidated basis.

We are also pursuing strategic alternatives to pure leasing arrangements, including revenue-sharing arrangements and other partnerships with respect to spaces. These arrangements are generally more flexible and require less direct capital expenditures than a traditional lease arrangement. However, some of our revenue-sharing agreements contain penalties that are payable in the event we terminate the arrangement. In addition, we have limited experience to date with these types of transactions, and we may not be able to successfully complete additional transactions on commercially reasonable terms or at all.

*Our Committed Revenue Backlog may not be indicative of future revenues.*

As of December 1, 2018, our Committed Revenue Backlog was $2.6 billion. Our Committed Revenue Backlog represents total non-cancelable contractual commitments, net of discounts, remaining under agreements entered into as of a given date, which will be recognized as revenue subsequent to such date. Revenue reflected in our Committed Revenue Backlog may be affected by unexpected cancellations or renegotiations. Committed Revenue Backlog is not necessarily indicative of future earnings or revenues and we can not assure you that we will ultimately realize our Committed Revenue Backlog.

*We may require additional capital, which may not be available on terms acceptable to us or at all.*

We incurred net losses in the years ended December 31, 2017 and 2018, and w e do not intend to achieve positive GAAP net income in the near term . As a result, we may require additional financing. Our ability to obtain financing will depend on, among other things, our development efforts, business plans, operating performance, investor demand and the condition of the capital markets at the time we seek financing. To the extent we use available funds or are unable to draw on our Bank Facilities, we may need to raise additional funds, and we cannot assure you that additional financing will be available to us on favorable terms when required, or at all. In the event that we are unable to obtain additional financing on favorable terms, our interest expense and principal repayment requirements could increase significantly, which could harm our business, revenue and financial results.

*We incur significant costs related to the development of our spaces, which we may be unable to recover in a timely manner or at all.*

At each of our locations, we create beautiful spaces that inspire our members to create, collaborate and connect. Development of a space for members typically takes several months from the date we take possession of the space under the relevant occupancy agreement to the opening date. During this time, we incur substantial upfront costs without recognizing any revenues from the space.

With respect to sales to Enterprise Members, there are a number of different products we offer. To the extent Enterprise Members require customized spaces, we generally enter into multi-year agreements that tend to provide additional Committed Revenue Backlog to us to help offset any increased upfront costs related to the development of these spaces. In addition, as we go forward, we intend to continue to finance upfront development costs by attempting to secure cost reimbursements from landlords, focusing on management agreements and other partnerships where landlords finance significant development costs for our locations, and securing funding through capital markets and other financing transactions. We expect the capital expenditures associated with the development of our spaces to continue to be one of the primary costs of our business. See "Management's discussion and analysis of financial condition and results of operations—Liquidity and capital resources". If we are unable to complete our development and construction activities for any reason, including an inability to secure adequate funding, or conditions in the real estate market or the broader economy change in ways that are unfavorable, we may be unable to recover these costs in a timely manner or at all.

Our development activities are also subject to cost and schedule overruns as a result of many factors, some of which are beyond our control and ability to foresee, including increases in the cost of materials and labor. In addition, while many of our existing occupancy agreements provide for reimbursement by the landlord or building owner of a portion of the construction and development expenses we incur, our landlords or building owners may not reimburse us for these expenses in a timely manner and we may not continue to be granted these provisions in future occupancy agreements that we negotiate. To be eligible for reimbursement of these development expenses, we are also required to compile invoices, lien releases and other paperwork from our contractors, which is a time-consuming process that requires the cooperation of third parties over whom we have limited control. We may make errors in pursuing these reimbursement entitlements in accordance with the strict requirements of the landlords or building owners we deal with. In addition, we are subject to counterparty risk with respect to these landlords and building owners.

*We incur costs relating to the maintenance, refurbishment and remediation of our spaces.*

The terms of our occupancy agreements generally require that we ensure that the spaces we occupy are kept in good repair throughout the term of the occupancy agreement, that certain non-standard alterations carried out with respect to the spaces are removed at the end of the term of the occupancy agreement, and that we perform any repair work related to these obligations. The terms of our occupancy agreements may also require that we return the space to the landlord at the end of the term of the occupancy agreement in the same condition it was delivered to us, which, in such instances, will require removing all fixtures and improvements to the space. The costs associated with this maintenance, removal and repair work may be significant.

We also anticipate that we will be required to periodically refurbish our spaces to keep pace with the changing needs of our members. Extensive refurbishments may be more costly and time-consuming than we expect and may adversely affect our results of operations and financial condition. Our member experience may be adversely affected if extensive refurbishments disrupt our operations at our locations.

*Changes to accounting rules or regulations may adversely affect the reporting on our business, our financial condition and our results of operations*

Our consolidated financial statements are prepared in accordance with U.S. GAAP. New accounting rules or regulations and varying interpretations of existing accounting rules or regulations have occurred and may occur in the future. For example, in February 2016, the FASB issued ASU No. 2016-02, Leases (Topic 842) ("ASU 2016-02"), codified as ASC Topic 842, Leases. This update requires a lessee to recognize on its balance sheet the right-of-use assets and lease liabilities for any leases with a lease term of more than twelve months. Long-term l eases are our primary means of securing real estate to deliver "Space-as-a-Service" to our members. As of December 31, 2018, future minimum rental payments for our operating leases totaled $34.0 billion . While we are currently evaluating the impact ASU 2016-02 will have on our consolidated financial position, results of operations and cash flows, we expect that our adoption of ASU 2016-02 will have a material impact on our consolidated balance sheet. This and other f uture changes to accounting rules or regulations could also have a material adverse effect on the reporting of our business, financial condition and results of operations.

*Fluctuations in exchange rates may adversely affect us.*

We vary our pricing to align with local market conditions, and our international businesses typically earn revenue and incur expenses in local currencies, primarily the British Pound, Euro and Chinese Yuan. For example, we earned approximately 41% and 31% of our revenues from subsidiaries whose functional currency is not the U.S. dollar for the years ended December 31, 2018 and 2017, respectively. As foreign currency exchange rates change, translation of the statements of operations of our international businesses into U.S. dollars affects year-over-year comparability of our operating results.

## Risks relating to laws and regulations affecting our business

*Our extensive foreign operations and contacts with landlords and other parties in a variety of countries subject us to risks under U.S. and other anti-corruption laws, as well as applicable export controls and economic sanctions.*

Under the Foreign Corrupt Practices Act (the "FCPA") and similar anti-corruption laws and local laws prohibiting certain corrupt payments to government officials or agents, we may become liable for the actions of our directors, officers, employees, agents or other strategic or local partners or representatives over whom we may have little actual control. We are continuously engaged in sourcing and negotiating new locations around the world, and certain of the landlords, real estate agents or other parties with whom we interact may be government officials or agents, even without our knowledge. As we increase our international sales and business operations, our contacts with foreign public officials, and therefore our potential exposure to liability under laws such as the FCPA, are likely to increase.

Additionally, as we pursue our growth strategy of entering into joint ventures, revenue-sharing arrangements and other partnerships with local partners in non-U.S. jurisdictions, our use of intermediaries, and therefore our potential exposure to liability under laws such as the FCPA, are likely to increase.

Similarly, our international sales and business operations expose us to potential liability under a wide variety of U.S. and international laws and regulations relating to economic sanctions and export control, such as those administered by the U.S. Office of Foreign Assets Control. Failure to comply with these laws and regulations could result in substantial fines, sanctions, civil or criminal penalties, competitive or reputational harm, litigation or regulatory action and other consequences that might adversely affect our results of operations and our financial condition.

*Our business is subject to a variety of U.S. and non-U.S. laws, many of which are evolving and could limit or otherwise negatively affect our ability to operate our business.*

Laws and regulations are continuously evolving, and compliance is costly and can require changes to our business practices and significant management time and effort. It is not always clear how existing laws apply to our business model. We strive to comply with all applicable laws, but the scope and interpretation of the laws that are or may be applicable to us is often uncertain and may conflict across jurisdictions.

*Existing local building codes and regulations, and any future changes to these codes or regulations, may increase our development costs or delay the development of our spaces.*

Our development activities are subject to local, state and federal laws, as well as the oversight and regulation in accordance with local building codes and regulations relating to building design, construction, safety, environmental protection and related matters. We are responsible for complying with the requirements of individual jurisdictions and must ensure that our development activities comply with varying standards by jurisdiction. Any existing or new government regulations or ordinances that relate to our development activities may result in significant additional expenses to us and, as a result, might adversely affect our results of operations.

*Changes in tax laws and unanticipated tax liabilities could adversely affect the taxes the Company pays and therefore its financial condition and results of operations.*

As a global company, we are subject to taxation in numerous countries, states and other jurisdictions. Tax laws, regulations, and administrative practices in various jurisdictions may be subject to significant change, with or without notice, due to economic, political, and other conditions, and significant judgment is required in applying the relevant provisions of tax law. If such law changes were to be adopted or if the tax authorities in the jurisdictions where we operate were to challenge our application of relevant provisions of applicable tax laws, we could be adversely affected.

The following table sets forth the Company's key performance indicators as of December 31, 2018 and for the prior seven quarters:

| (Amounts in ones, except percentages) | March 31, 2017 | June 30, 2017 | September 30, 2017 | December 31, 2017 | March 31, 2018 | June 30, 2018 | September 30, 2018 | December 31, 2018 |
|---|---|---|---|---|---|---|---|---|
| Total Locations | 127 | 148 | 163 | 200 | 234 | 287 | 335 | 425 |
| Desks | 129,000 | 154,000 | 178,000 | 214,000 | 251,000 | 301,000 | 354,000 | 466,000 |
| Desks added during the three months ended | 22,000 | 25,000 | 24,000 | 36,000 | 37,000 | 50,000 | 53,000 | 112,000 |
| Memberships | 101,000 | 128,000 | 154,000 | 186,000 | 219,000 | 268,000 | 319,000 | 401,000 |
| Enterprise Membership Percentage | 21% | 23% | 27% | 29% | 30% | 31% | 34% | 37% |
| Mature Locations | 44 | 53 | 63 | 76 | 92 | 121 | 139 | 161 |

72

## Liquidity and capital resources

Our primary sources of liquidity are our cash and cash equivalents on hand and amounts available under the Bank Facilities. As of December 31, 2018 we maintained a cash and cash equivalents balance of $1.7 billion . For the year ended December 31, 2018 , our primary source of cash has been through the issuance of the Senior Notes and the Convertible Note as well as proceeds from issuances of noncontrolling interests. Proceeds have been used to fund our growth, operations and capital expenditures for the improvement and redesign of our workspaces.

Our primary uses of cash relate to capital expenditures associated with the build-out and redesign of office space as well as rent expenses, tenancy costs, other community operating costs and general and administrative expenses. While also uses of cash, we view Growth Investments and cash payments made for acquisitions as discretionary investments that will fuel our ability to continue to grow in the future. Although these amounts are important to our growth, we believe that they can be scaled back to the extent needed based on our future cash needs.

Total assets of consolidated variable interest entities ("VIEs") included $826.0 million of cash and cash equivalents and $74.8 million of restricted cash as of December 31, 2018. The assets of consolidated VIEs can only be used to settle obligations of the VIE. Total liabilities of consolidated VIEs were $824.5 million as of December 31, 2018 .

We believe our existing cash and cash equivalents, together with cash provided by operating activities and unfunded contractual commitments that we expect will be funded, will be sufficient to meet our operating working capital and capital expenditure requirements over the next twelve months. This conclusion is based in part on an evaluation of the assets held by our consolidated VIEs and the disclosed restrictions relating to those assets. Future financing requirements will depend on many factors, including the number of new locations to be opened, membership renewal activity, the timing and extent of spending to support the development of our platform, the expansion of our sales and marketing activities and potential investments in, or acquisitions of, businesses or technologies. Additional funds may not be available on favorable terms or at all.

We also have investments in several unconsolidated entities with various partners who we consider to be financially stable and who have the ability to fund committed capital calls when needed. Some of our investments are also financed with non-recourse debt. We believe that investment level cash flows along with unfunded commitments will be sufficient to fund the capital needs of our investments over the next twelve months.

We do not expect distributions from consolidated VIEs or unconsolidated investments to be a significant source of liquidity.

*Convertible note and warrant agreements*

In July 2018, we entered into an agreement for the issuance of a convertible note with an affiliate of SoftBank Group Corp., SBWW Cayman, for a commitment in an aggregate amount of $1.0 billion (as amended in January 2019, the "Convertible Note"). On August 31, 2018, we drew down on the full $1.0 billion commitment.

On November 1, 2018, we entered into a warrant agreement with SBWW Cayman pursuant to which we agreed to issue to SBWW Cayman shares of our capital stock (as amended in January 2019, the "2018 Warrant"). Under the terms of the 2018 Warrant, SBWW Cayman made a payment of $1.5 billion on January 15, 2019 and a payment of $1.0 billion on April 15, 2019.

Upon the closing of this offering, the Convertible Note will automatically convert to and the 2018 Warrant will automatically be exercised for shares of Class A common stock at a fixed per share price of $110.

In January 2019, we entered into an additional warrant agreement with SBWW Cayman pursuant to which we agreed to issue shares of our capital stock (the "2019 Warrant"). Under the terms of the 2019 Warrant, SBWW Cayman will make a payment of $1.5 billion on April 3, 2020. The right of SBWW Cayman to receive shares of our capital stock will be automatically exercised on April 3, 2020 at a per-share price of $110.

The Convertible Note and the 2019 Warrant were reissued on March 7, 2019, in connection with the assignment of the Convertible Note and the 2019 Warrant, respectively, from SoftBank Group Corp. to SBWW Cayman.

73

*Long-term debt*

On April 25, 2018,we issued $702 million in aggregate principal amount of unsecured Senior Notes due 2025 at a 7.875% interest rate in a private offering under the Securities Act (the "Senior Notes"). The Senior Notes mature on May 1, 2025. We received gross proceeds of  $702 million  from the issuance of the Senior Notes. We also incurred debt issuance costs of $17.4 million , which costs are deferred and amortized to interest expense over the term of the Senior Notes using the effective interest method.

As of December 31, 2018, after giving effect to a number of adjustments available to us for calculating Adjusted EBITDA Before Growth Investments under the indenture that governs our Senior Notes, we met the minimum levels of Adjusted EBITDA before Growth Investments required under the indenture that governs our Senior Notes.

*Bank Facilities*

In November 2015, we amended and restated our credit agreement ("Credit Agreement") to provide up to $650.0 million in revolving loans and letters of credit, subject to certain financial covenants. In August 2016, March 2017, November 2017, June 2018, August 2018 and January 2019, we executed amendments to the credit agreement which amended certain of the financial and other covenants. In November 2017 and as amended in August 2018 and January 2019, we entered into a new agreement ("Letter of Credit Reimbursement Agreement") that provides for an additional $500.0 million in availability of stand-by letters of credit. The revolving loans and letters of credit under the Credit Agreement and Letter of Credit Reimbursement Agreement will terminate in November 2020.

Any amounts borrowed under the Credit Agreement and reimbursement obligations under the Letter of Credit Reimbursement Agreement are guaranteed by certain of our domestic wholly-owned subsidiaries. Our obligations and the obligations of the guarantors under the Credit Agreement and Letter of Credit Reimbursement Agreement are secured on a pari passu basis (except with respect to certain cash collateral) by first-priority liens on substantially all of our assets, including the pledge of our equity interests in each of our and the guarantors' direct subsidiaries to secure the applicable loan, reimbursement and guarantee obligations. The guarantees and security requirements under each of these facilities are subject to certain customary exceptions and exclusions.

As of December 31, 2018 , $832.3 million of stand-by letters of credit, the purpose of which is to guarantee payment under certain leases entered into by certain of the Company's wholly owned subsidiaries, were outstanding under a combination of the Credit Agreement and the Letter of Credit Reimbursement Agreement. We were in compliance with all of the covenants contained in the Credit Agreement and Letter of Credit Reimbursement Agreement as of December 31, 2018 . As of December 31, 2018 , we would not have been able to borrow under our Credit Agreement and keep those amounts outstanding or have unreimbursed letters of credit under either the Credit Agreement and Letter of Credit Reimbursement Agreement past the end of a fiscal quarter due to the financial covenants contained in those agreements (other than certain foreign subsidiary borrowings up to $50.0 million).

In addition, we have entered into various other letter of credit arrangements, the purpose of which is to guarantee payment under certain leases entered into by certain of our consolidated VIEs. There was $59.6 million of stand-by letters of credit outstanding under these other arrangements as of December 31, 2018 .

*Noncontrolling Interests*

During 2018, ChinaCo issued stock as part of the consideration for the acquisition of naked Hub and raised an additional $500.0 million of funds through the sale of Series B Preferred Stock. We also received $44.7 million in capital contributions from the issuance of an equity interest in the Creator Fund and received $3.2 million from the issuance of an equity interest in WeWork Waller Creek during the year ended December 31, 2018 .

During 2017, we received a total of $900.0 million in cash and an additional $600.0 million in commitments to be funded over a three-year period in exchange for a noncontrolling interest in ChinaCo, JapanCo and PacificCo. During 2018, we received $200.0 million of the $600.0 million in commitments.

EXHIBIT 13

DRS/A 1 filename1.htm

As confidentially submitted to the Securities and Exchange Commission pursuant to Section 6(e) of the Securities Act of 1933 on May 14, 2019, as Amendment No. 2 to the Confidential Submission.
This draft registration statement has not been publicly filed with the Securities and Exchange Commission
and all information herein remains strictly confidential.

Registration No. 333-

---

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM S-1
## REGISTRATION STATEMENT
### UNDER
### THE SECURITIES ACT OF 1933

---

# WeWork Companies Inc.

**(Exact name of registrant as specified in its charter)**

---

| Delaware | 7380 | 46-2918595 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

---

**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

---

**Jennifer Berrent**
**Co-President and Chief Legal Officer**
**Jared DeMatteis**
**Deputy Chief Legal Officer**
**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**

**With copies to:**

---

| Graham Robinson | Roxane F. Reardon |
|---|---|
| Ryan J. Dzierniejko | John C. Ericson |
| Skadden, Arps, Slate, Meagher & Flom LLP | Simpson Thacher & Bartlett LLP |
| 4 Times Square | 425 Lexington Avenue |
| New York, New York 10036 | New York, New York 10017 |
| Telephone: (212) 735-3000 | Telephone: (212) 455-2000 |
| Facsimile: (212) 735-2000 | Facsimile: (212) 455-2502 |

---

Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                         Accelerated filer ☐

| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
|---|---|---|---|
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to Be Registered | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|
| Class A common stock, par value $0.001 per share | | |

(1)    Includes            shares of Class A common stock that the underwriters have the option to purchase to cover overallotments, if any.
(2)    Estimated solely for purposes of calculating the registration fee in accordance with Rule 457 under the Securities Act of 1933.

**The Registrant hereby amends this Registration Statement on such date as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

- the conversion of a convertible promissory note held by one of our other investors into          shares of Series C preferred stock, which will convert into shares of Class A common stock upon completion of this offering;

- the conversion of all our outstanding Series A, Series B, Series C, Series D-1, Series D-2, Series E, Series F and Series G preferred stock (collectively, our "senior preferred stock"), and all of our Series AP-1, Series AP-2 and Series AP-3 preferred stock (collectively, our "acquisition preferred stock"), into shares of Class A common stock upon completion of this offering;

- the conversion of all of our outstanding junior preferred stock into an aggregate of          shares of Class B common stock upon completion of this offering;

- the filing of our restated certificate of incorporation immediately prior to the completion of this offering;

- the effectiveness of our amended and restated bylaws upon the completion of this offering;

- an initial public offering price of $          per share, which is the midpoint of the price range set forth on the cover page of this prospectus; and

- that the underwriters' option to purchase additional shares of our Class A common stock is not exercised.

13

# Summary consolidated financial and operating information

The following summary consolidated financial information for the years ended December 31, 2016, 2017 and 2018 and as of December 31, 2017 and 2018 has been derived from our audited consolidated financial statements and notes thereto included elsewhere in this prospectus. Our consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP"), and are presented in U.S. dollars. Our historical results are not necessarily indicative of the results to be expected for any future period.

The information presented below should be read in conjunction with the information under "Management's discussion and analysis of financial condition and results of operations" and our consolidated financial statements and related notes appearing elsewhere in this prospectus.

| | Year Ended December 31, | | |
|---|---|---|---|
| (Amounts in thousands, except share and per share data) | 2016 | 2017 | 2018 |
| **Consolidated statement of operations information:** | | | |
| Revenue | $ 436,099 | $ 886,004 | $ 1,821,751 |
| | | | |
| Expenses: | | | |
| Community operating expenses [1] | 433,167 | 814,782 | 1,521,129 |
| Other operating expenses [1] | — | 1,677 | 106,788 |
| Pre-opening community expenses | 115,749 | 131,324 | 357,831 |
| Sales and marketing expenses | 43,428 | 143,424 | 378,729 |
| Growth and new market development expenses | 35,731 | 109,719 | 477,273 |
| General and administrative expenses [2] | 115,346 | 454,020 | 357,486 |
| Depreciation and amortization | 88,952 | 162,892 | 313,514 |
| Total expenses | 832,373 | 1,817,838 | 3,512,750 |
| | | | |
| Loss from operations | (396,274) | (931,834) | (1,690,999) |
| Interest and other income (expense), net | (33,400) | (7,387) | (237,270) |
| Pre-tax loss | (429,674) | (939,221) | (1,928,269) |
| Income tax benefit (provision) | (16) | 5,727 | 850 |
| Net loss | (429,690) | (933,494) | (1,927,419) |
| Net loss attributable to noncontrolling interests | — | 49,500 | 316,627 |
| Net loss attributable to WeWork Companies Inc. | $ (429,690) | $ (883,994) | $ (1,610,792) |
| Net loss per share attributable to Class A and Class B common stockholders: [3] | | | |
| Basic | $ (2.66) | $ (5.54) | $ (9.87) |
| Diluted | $ (2.66) | $ (5.54) | $ (9.87) |

| | | | |
|---|---|---|---|
| Weighted-average shares used to compute net loss per share attributable to Class A and Class B common stockholders, basic and diluted | 161,324,940 | 159,689,116 | 163,148,918 |

Pro forma net loss per share attributable to Class A and Class B common stockholders: [3]

| | | |
|---|---|---|
| Basic | | $ (4.76) |
| Diluted | | $ (4.76) |
| Weighted-average shares used to compute pro forma net loss per share attributable to Class A and Class B common stockholders, basic and diluted | | 338,368,587 |

(1) Exclusive of depreciation and amortization shown separately on the depreciation and amortization line.

(2) Includes stock-based compensation expense of $17.4 million, $260.7 million and $18.0 million in 2016, 2017 and 2018, respectively.

(3) See Note 22 to our consolidated financial statements included elsewhere in this prospectus for a description of how we compute basic and diluted net loss per share attributable to Class A and Class B common stockholders and pro forma basic and diluted net loss per share attributable to Class A and Class B common stockholders.

|  |  | As of December 31, 2018 |  |
|---|---|---|---|
| (Amounts in thousands) | Actual | Pro forma[1] | Pro forma as adjusted[2] |
| Consolidated balance sheet information: | | | |
| Cash and cash equivalents | $    1,744,209 | $ | $ |
| Total current assets | 2,464,078 | | |
| Property and equipment, net | 4,368,772 | | |
| Total assets | 8,644,916 | | |
| Total liabilities | 6,284,159 | | |
| Total convertible preferred stock included as temporary equity | 3,498,696 | | |
| Total noncontrolling interests included as temporary equity | 1,320,637 | | |
| Total equity | (2,458,576) | | |

(1)   The pro forma balance sheet information in this table gives effect to the exercise of warrants held by SB WW Holdings (Cayman) Limited into shares of Class A common stock, the conversion of a convertible promissory note held by SB WW Holdings (Cayman) Limited into shares of Class A common stock, the conversion of a convertible promissory note held by one of our other investors into shares of Series C preferred stock and then into shares of Class A common stock, the conversion of all of our outstanding senior preferred stock and acquisition preferred stock into shares of Class A common stock and the conversion of all of our outstanding junior preferred stock into shares of Class B common stock, each of which will occur upon completion of this offering. The pro forma balance sheet information in this table also gives effect to stock-based compensation expense of approximately $         million associated with restricted stock units, for which the portion of the service period had been rendered as of          ,          . This pro forma adjustment related to stock-based compensation expense of approximately $         million has been reflected as an increase to additional paid-in capital and accumulated deficit. See Note 2 to our consolidated financial statements included elsewhere in this prospectus.

(2)   The pro forma as adjusted balance sheet information in this table gives effect to the transactions described in note (1) above as well as the issuance by us of          shares of Class A common stock in this offering at an assumed initial public offering price of $         per share, the midpoint of the price range set forth on the cover page of this prospectus, and the application of the net proceeds therefrom as described in "Use of proceeds".

## Key performance indicators

In connection with the management of our WeWork offering, we identify, measure and assess a variety of operational metrics that we refer to as key performance indicators. The principal metrics we use in managing and evaluating our business are set forth below.

Any totals of the key performance indicators presented as of a period end reflect the count as of the first day of the last month in the period. The first day of the month is traditionally one of the most active days at each of the Company's locations as most move-ins and openings occur on the first of the month as part of our move-in, move-out ("MIMO") process, where we support members who are new, existing, transferring or growing. First-of-the-month counts are used because the economics of those counts generally impact the results for that monthly period.

|  | As of December 31, | | |
|---|---|---|---|
| (Amounts in ones, except percentages) | 2016 | 2017 | 2018 |
| Total Locations [1] | 111 | 200 | 425 |
| Desks[2] | 107,000 | 214,000 | 466,000 |
| Desks added during the year ended | 63,000 | 107,000 | 252,000 |
| Memberships [3] | 87,000 | 186,000 | 401,000 |
| Enterprise Membership Percentage [4] | 19% | 29% | 37% |

Mature Locations[5]

(1)  "Locations" represents the number of buildings (or groups of buildings to the extent they are marketed as a single branded place) where there are Desks available for access by members. We assess the performance of our locations differently based on whether the revenues and expenses of the location are consolidated within our results of operations ("Consolidated Locations") or whether the revenues and expenses of the location are not consolidated within our results of operations but we are entitled to a management fee for our services, such as our locations in India ("IndiaCo Locations"). The term "locations" includes IndiaCo Locations when used throughout this prospectus (other than in "Management's discussion and analysis of financial condition and results of operations — Consolidated results of operations ", where it includes only Consolidated Locations).

(2)  "Desks" represents the estimated number of physical WeWork workspaces available for sale and immediate use by members. The workspace could be a dedicated office area, a shared office area or a common area that is accessed on a first-come, first-served basis (a "hot desk"). "Desks" includes the estimated capacity of "hot desks" at each location. Desks represent management's best estimate of desk capacity at a location based on our desk

inventory management system and/or sales layouts and is not meant to represent actual counts of desks at our locations. As presented in this prospectus, "Desks" is rounded to the nearest thousand.

(3)  "Memberships" represents the cumulative number of WeWork Memberships and We Memberships. Memberships can differ from the number of individuals using space at WeWork locations for a number of reasons, including members utilizing space for fewer individuals than the space was designed to accommodate. Memberships presented are shown rounded to the nearest thousand. "WeWork Memberships" are physical memberships that permit a member to occupy a Desk at a WeWork location. "We Memberships" are virtual memberships that provide access to our service offerings and our member network online, as well as the right to reserve a Desk or conference room on an à la carte basis. We Memberships also include certain memberships that provide global access to every WeWork location common area on a first-come, first-served basis. Each WeWork Membership and We Membership is considered to be one Membership.

(4)  "Enterprise Membership Percentage" represents the percentage of our total WeWork Memberships attributable to Enterprise Member Organizations. Enterprise Membership Percentage is presented as a percentage of our total WeWork Memberships. An "Enterprise Member Organization" is an organization with 500 or more full-time employees and at least one WeWork Membership. There is no minimum number of Memberships that an organization needs to reserve in order to be considered an Enterprise Member Organization.

(5)  "Mature Locations" are locations that have been open for member operations for more than     months. We assess the performance of these locations differently from the performance of locations that have been open for     months or less ("Non-Mature Locations") and locations that have not yet opened for member operations ("Pre-Open Locations").

## Other key financial measures

| | Year Ended December 31, | | |
|---|---|---|---|
| (Amounts in thousands, except percentages) | 2016 | 2017 | 2018 |
| Adjusted EBITDA[1] | $ (94,322) | $ (193,327) | $ (665,653) |
| Adjusted EBITDA Margin | (21.6)% | (21.8)% | (36.5)% |
| Community Adjusted EBITDA[1] | $ 95,943 | $ 233,147 | $ 467,125 |
| Community Adjusted EBITDA Margin | 22.1 % | 26.9 % | 27.5 % |

(1)  The following table reconciles our net loss to Adjusted EBITDA and Community Adjusted EBITDA for the periods presented:

| | Year Ended December 31, | | |
|---|---|---|---|
| (Amounts in thousands) | 2016 | 2017 | 2018 |
| Net loss | $ (429,690) | $ (933,494) | $ (1,927,419) |
| Income tax (benefit) provision | 16 | (5,727) | (850) |
| Interest and other (income) expense | 33,400 | 7,387 | 237,270 |
| Depreciation and amortization | 88,952 | 162,892 | 313,514 |
| Adjustments for impact of straight-lining of rent[a] | 188,746 | 272,927 | 542,842 |
| Stock-based compensation expense[b] | 22,660 | 295,362 | 69,400 |
| Stock-based payments for services rendered by consultants[b] | 1,594 | 7,326 | 18,957 |
| Change in fair value of contingent consideration payable in stock[c] | — | — | 80,633 |
| Adjusted EBITDA | (94,322) | (193,327) | (665,653) |
| Other revenue [d] | (1,744) | (19,106) | (124,415) |
| Other operating expenses[e] | — | 1,322 | 102,230 |
| Sales and marketing[e] | 42,653 | 139,180 | 372,386 |
| Growth and new market development[e] | 33,245 | 98,336 | 376,171 |
| Pre-opening community expenses[e] | 21,223 | 23,039 | 89,238 |

| | | | | | |
|---|---|---|---|---|---|
| General and administrative expenses[c] | | 94,888 | | 183,703 | | 317,168 |
| **Community Adjusted EBITDA** | $ | **95,943** | $ | **233,147** | $ | **467,125** |

(a)  Represents the non-cash adjustment to record rent holidays and rent escalation clauses on a straight-line basis over the term of the applicable lease agreement. See "Non-GAAP financial measures—Adjusted EBITDA and Adjusted EBITDA Margin".

(b)  Represents the non-cash expense of our equity compensation arrangements for our directors, executive officers, other employees and consultants. Stock-based compensation expense for the year ended December 31, 2017 includes $271.0 million related to a secondary stock offering which occurred in October 2017 (the "2017 Secondary Offering"), through which common shares were acquired from employees at a price greater than the fair market value of the shares, which resulted in non-cash expense. We rely on equity compensation to compensate and incentivize these individuals, and we may continue to do so in the future.

(c)  Represents the non-cash expense associated with the remeasurement of the contingent consideration payable in stock associated with acquisitions.

(d)  Includes all other revenue not related to membership and service revenue. See "Management's discussion and analysis of financial condition and results of operations—Components of results of operations" for a discussion of components of revenue.

16

(e)   Represents the amounts as presented on our consolidated statements of operations, excluding amounts already added back above, see "Management's discussion and analysis of financial condition and results of operations—Components of results of operations" for more information on the components of these expense amounts.

# Risk factors

*Investing in our Class A common stock involves a high degree of risk. You should consider and read carefully all of the risks and uncertainties described below, as well as the other information included in this prospectus, including our consolidated financial statements and related notes appearing elsewhere in this prospectus, before making an investment decision. The risks described below are not the only risks we face. The occurrence of any of the following risks or additional risks and uncertainties not presently known to us or that we currently believe to be immaterial could materially and adversely affect our business, financial condition, results of operations or prospects. In that case, the trading price of our Class A common stock could decline, and you may lose all or part of your original investment. This prospectus also contains forward-looking statements that involve risks and uncertainties. Please refer to "Cautionary note regarding forward-looking statements" for more information regarding forward-looking statements.*

## Risks relating to our business

*Our business has grown rapidly, and we may fail to manage our growth effectively.*

We have experienced rapid growth in our business, including in the number of our WeWork locations and in the size of our membership base. This rapid growth places a significant strain on our existing resources. Difficulties associated with our continued growth could result in harm to our reputation and could have a material adverse effect on our business, including our prospects for continued growth, and on our financial condition, results of operations and cash flows.

We expect our capital expenditures and operating expenses to increase on an absolute basis as we continue to invest in additional locations, launch additional product and service offerings, hire additional team members and increase our marketing efforts. In particular, we expect to invest in local infrastructure to support our continued growth. As we decentralize and localize certain decision-making and risk management functions, we may discover that our internal processes are ineffective or inefficient. In particular, to manage our rapid growth, we will need to enhance our reporting systems and procedures and continue to improve our operational, financial, management, sales and marketing and information technology infrastructure. Continued growth could also strain our ability to maintain reliable service levels for our members. If we do not manage our growth effectively, increases in our capital expenditures and operating expenses could outpace any increases in our revenue, which could have a material adverse effect on our results of operations.

*Our rapid growth may not be sustainable.*

Our historical growth rates may not be indicative of future growth. The market for our WeWork offering or our We Company Offerings may not continue to grow at the rate we expect or at all, and our total memberships may decline as a result of increased competition in the "Space-as-a-Service" sector or the maturation of our business. Additionally, as we grow, the ability of our management to source sufficient reasonably-priced real estate opportunities of the type we have historically targeted or to develop and launch additional product and service offerings may become more limited.

*Our business strategy includes entering into new markets and introducing new product and service offerings. This strategy is inherently risky, may not be successful and could be costly.*

As part of our growth strategy, we intend to continue expansion into (i) new markets within the United States and throughout the world, (ii) new products and services, such as integrated design, general contracting construction services, search marketing, residential living, retail, education and fitness and (iii) new strategic opportunities, including real estate acquisition. Such expansion efforts also generally involve significant risks and uncertainties, including distraction of management from existing product and service offerings and the operations of our existing locations. As we attempt to grow our foothold in an evolving industry and acquire new businesses that enhance value for our members, we may encounter issues and risks not discovered in our development or analysis of such expansion efforts. Our operations in any new markets or products and services into which we expand may also generate less revenue or cash flow than our core WeWork offering.

Our expansion efforts have required, and we expect them to continue to require, substantial resources and management attention. We spend significant time, money, energy and other resources trying to understand our members' needs and working to accommodate them, which may include exploring and negotiating for new product and service offerings. However, as we expand into new markets and new product and service offerings, our members may not be satisfied with our product and service offerings, including any new offerings that we launch. The time, money, energy and other resources we dedicate to exploring and pursuing new product and service offerings may be greater than the short-term, and potentially the total, returns from these new offerings.

We will also face new operational risks and challenges as we enter into new markets, territories and regions. Expansion into foreign jurisdictions subjects us to legal, regulatory, economic and political risks that may be different from and additional to those that we face in jurisdictions where we currently operate, and we may operate at a disadvantage relative to competitors who are more familiar with local market practices and networks. Expansion into new product and service offerings subjects us to similar risks as we compete with the many established participants in those markets, additional regulatory and legal risks, and execution risks as we implement new business practices and integrate a new mission into our existing range of offerings. To the extent the benefits of our expansion efforts do not meet our expectations, we may recognize a loss on our investment or gains that do not justify our investment. See "— We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions ".

Our success in this regard may increasingly depend on the financial success and cooperation of local partners and other third parties. For more information, see "— Our growth and success depends on our ability to maintain the value and reputation of our brand and the success of our strategic partnerships ".

*We have a history of losses and, especially if we continue to grow at an accelerated rate, we may be unable to achieve profitability at a company level (as determined in accordance with GAAP) for the foreseeable future.*

We had an accumulated deficit as of December 31, 2017 and 2018 and had net losses and negative Adjusted EBITDA for the years ended December 31, 2016, 2017 and 2018. Our accumulated deficit and net losses have historically resulted primarily from the substantial investments required to grow our business, including the significant increase in recent periods in the number of locations we operate. We expect that these costs and investments will continue to increase as we continue to grow our business. We also intend to invest in maintaining our high level of member service and support, which we consider critical to our continued success. We also expect to incur additional general and administrative expenses as a result of our growth. These expenditures will make it difficult for us to achieve profitability, and we cannot predict whether we will achieve profitability in the near term or for the foreseeable future.

Our operating costs and other expenses may be greater than we anticipate, and our investments to make our business and our operations more efficient may not be successful. Increases in our costs, expenses and investments may reduce our margins and materially adversely affect our business, financial condition and results of operations. In addition, recently opened or future locations may not generate revenue or cash flow comparable to those generated by our existing mature locations, and our mature locations may not be able to continue to generate those levels of revenue, or cash flow. Further, our We Company Offerings, such as WeLive, Rise by We, WeGrow, Flatiron School, Meetup and Conductor, and additional We Company Offerings that we may launch or acquire in the future, may not generate the levels of revenue or cash flow that we expect them to generate. For any of these reasons, we may be unable to achieve profitability for the foreseeable future and may face challenges in growing our cash flows.

*We may not be able to continue to retain existing WeWork members, most of whom enter into membership agreements with short-term commitments, or to attract new members in sufficient numbers or at sufficient rates to sustain and increase our WeWork Memberships or at all.*

We principally generate revenues through the sale of WeWork memberships. We have in the past experienced, and expect to continue to experience, member terminations. In many cases, our members may terminate their membership agreements with us at any time upon as little notice as one calendar month. Members may cancel their memberships for many reasons, including a perception that they do not make sufficient use of our available space and services, that they need to reduce their expenses or that alternative work environments may provide better value or a better experience.

Our results of operations could be adversely affected by declines in demand for our WeWork Memberships. Demand for our WeWork Memberships may be negatively affected by a number of factors, including geopolitical uncertainty, competition, decline in our reputation and saturation in the markets where we operate. Prevailing general and local economic conditions may also negatively affect the demand for our WeWork Memberships, particularly from current and potential members that are small- and mid-sized businesses and may be disproportionately affected by adverse economic conditions.

Substantially all of our leases with our landlords are for terms that are significantly longer than the terms of our membership agreements with our members. The average length of the initial term of our U.S. leases is approximately 15 years, and future minimum rental payments for our operating leases totaled $34.0 billion as of December 31, 2018. If we are unable to replace members who may terminate their membership agreements with us, our cash flows and ability to make payments under our lease agreements with our landlords may be adversely affected. These same factors that reduce demand for our WeWork Memberships may not have the same impact on a landlord that has longer commitments from its tenants than we have from our members.

We must continually add new members both to replace departing members and to expand our current member base. We may not be able to attract new members in sufficient numbers to do so. Even if we are able to attract new members to replace departing members, these new members may not maintain the same level of involvement in our community. In addition, the revenue we generate from new members may not be as high as the revenue generated from existing members because of discounts we may offer to these new members, and we may incur marketing or other expenses, including referral fees, to attract new members, which may further offset our revenues from these new members. However, for these and other reasons, we could experience a decline in revenue, and any such trend could adversely affect our results of operations.

*A high number of our members are concentrated in major metropolitan areas. An economic downturn or subsequent declines in market rents in any of these areas may result in increased member terminations and could adversely affect our results of operations.*

A significant portion of our member base consists of small- and mid-sized businesses and freelancers who may be disproportionately affected by adverse economic conditions. In addition, our concentration in specific markets magnifies the risk to us of localized economic conditions in those markets or other markets within the same territory. For the year ended December 31, 2018, we generated the majority of our revenue from locations in the United States and the United Kingdom. The majority of our United States revenue was generated from our WeWork spaces in the greater New York City, Los Angeles, San Francisco, Washington, D.C. and Boston markets. A majority of our locations in the United Kingdom are in London. Economic downturns in these markets or other markets in which we are growing our number of locations may have a disproportionate effect on our ability to retain members, in particular members that are small- and mid-sized businesses, and our revenue and thereby require us to expend time and resources on sales and marketing activities that may not be successful and could impair our results of operations. In addition, our business may be affected by generally prevailing economic conditions in the markets where we operate, which can result in a general decline in real estate activity, reduce demand for our services and exert downward pressure on our revenue.

*We may not be able to successfully negotiate satisfactory arrangements in respect of spaces that we occupy, or renew or replace existing spaces on satisfactory terms or at all, any of which will necessarily constrain our ability to grow our member base.*

We currently lease real estate for the majority of our locations, and we are actively pursuing revenue-sharing arrangements and other types of partnerships with real estate owners. If we are unable to negotiate these lease and other arrangements on satisfactory terms, we may not be able to expand our location base.

Our occupancy agreement renewal options are typically tied to upward-only rent reviews, whereby rent for any given lease renewal term is equal to the greater of the rent in effect for the period immediately prior to the rent review date and the then-prevailing net effective rent in the open market. As a result, increases in rental rates in the markets in which we operate, particularly those markets where initial terms under our leases are shorter, could adversely affect our business, financial condition, results of operations and prospects.

In addition, our ability to negotiate favorable terms to extend an expiring occupancy agreement or in connection with an alternate location will depend on then-prevailing conditions in the real estate market, such as overall rental cost increases, competition from other would-be tenants for desirable leased spaces and our relationships with current and prospective building owners and landlords, and may depend on other factors that are not within our control. If we are not able to renew or replace an expiring occupancy agreement, we will incur significant costs related to vacating that space and redeveloping whatever alternative space we are able to find, if any. In addition, if we are forced to vacate a space, we could lose members who purchased memberships based on the design, location or other attributes of that particular space and may not be interested in the other spaces we have available.

The average length of the initial term of our U.S. leases is approximately 15 years. As we continue to expand our presence into certain international markets, including Europe, Latin America, China, Japan and the Pacific, local market practices may require us to enter into occupancy agreements that have shorter initial terms, which reduces the certainty of our future obligations with respect to these locations and the continued availability of our occupied spaces at these locations.

*The long-term and fixed cost nature of our leases may limit our operating flexibility and could adversely affect our liquidity and results of operations.*

We currently lease a significant majority of our locations under long-term leases that, with very limited exceptions, do not contain early termination provisions. Our obligations to landlords under these agreements extend for periods that significantly exceed the length of our membership agreements with our members, which may be terminated by our members upon as little

notice as one calendar month. Our leases generally provide for fixed monthly payments that are not tied to member usage or the size of our member base, and all of our leases contain minimum rental payment obligations. As a result, if members at a particular space terminate their membership agreements with us and we are not able to replace these departing members, our rent expense may exceed our revenue. In addition, in an environment where cost for real estate is decreasing, we may not be able to lower our fixed monthly payments under our leases at rates commensurate with the rates at which we would be pressured to lower our monthly revenue, which may also result in our rent expense exceeding our revenue. In any such event, we would not have the ability to reduce our rent under the lease or otherwise terminate the lease in accordance with its terms.

If we experience a prolonged reduction in revenues at a particular space, our results of operations in respect of that space would be adversely affected unless and until the lease expires or we are able to assign the lease or sublease the space to a third party. Our ability to assign a lease or sublease the space to a third party may be constrained by provisions in the lease that restrict these transfers without the prior consent of the landlord. Additionally, we could incur significant costs if we decide to assign or sublease unprofitable leases, as we may incur transaction costs associated with finding and negotiating with potential transferees, and the ultimate transferee may require upfront payments or other inducements. If we default under the terms of the lease and cease operations at the leased spaces, we could be exposed to breach of contract and other claims, which could result in direct and indirect costs to us and could result in operational disruptions that could harm our reputation and brand.

In addition, while our leases are often held by special purpose entities, our consolidated financial condition and results of operations depend on the ability of our subsidiaries to perform their obligations under these leases over time. Our business reputation, financial condition and results of operations depend on our subsidiaries' ongoing compliance with their leases. We may determine that it is necessary to fund the lease payments of our subsidiaries beyond the terms of our limited parent guarantees (if applicable), in which case any difficulty of our subsidiaries in performing their obligations under our leases in a given region could affect our liquidity in that region or on a consolidated basis. We are also pursuing strategic alternatives to pure leasing arrangements, including revenue-sharing arrangements and other partnerships with respect to spaces. Some of our revenue-sharing agreements contain penalties that are payable in the event we terminate the arrangement. In addition, we have limited experience to date with these types of transactions, and we may not be able to successfully complete additional transactions on commercially reasonable terms or at all.

*We have engaged in transactions with related parties, and such transactions present possible conflicts of interest that could have an adverse effect on our business and results of operations* .

We have entered into a number of transactions with related parties, including our significant stockholders, directors and executive officers. For example, we have entered into several transactions with our Co-Founder and Chief Executive Officer, Adam Neumann, including occupancy agreements with landlord entities in which Adam has a significant ownership interest. We have similarly entered into occupancy agreements with landlord entities in which other members of our board of directors have a significant ownership interest, such as through a real estate investment fund (the "Real Estate Fund"). See " Certain relationships and related party transactions—Real estate transactions ". We may in the future enter into additional transactions with entities in which members of our board of directors and other related parties hold ownership interests.

Transactions with a landlord entity in which our directors, officers and significant stockholders hold ownership interests present potential for conflicts of interest, as the interests of the landlord entity and its shareholders may not align with the interests of our stockholders with respect to the negotiation of, and certain other matters related to, our occupancy agreement with that landlord entity. For example, conflicts may arise in connection with decisions regarding the structure and terms of the occupancy agreement, tenant improvement allowances or termination provisions. Conflicts of interest may also arise in connection with the exercise of contractual remedies under these occupancy agreements, such as the use of offsets for unreimbursed tenant improvement allowances or the treatment of events of default.

Our occupancy agreements with landlords generally provide that, if the landlord declines to reimburse us for buildout expenses or other tenant improvement allowances for which we have the right to be reimbursed under the relevant occupancy agreement, we may apply such receivables as an offset to our related rental obligations on those impacted occupancy agreements. Certain of our occupancy agreements with related parties, including those with landlord entities in which Adam holds a significant ownership interest, provide for tenant improvement allowances. If any of these entities declined to reimburse us for buildout expenses to which we were entitled under the relevant occupancy agreement, we expect that we would apply such receivables as an offset to our related rental obligations on those impacted occupancy agreements.

Pursuant to our related party transactions policy, all additional material related party transactions that we enter into require either (i) the unanimous consent of our audit committee or (ii) the approval of a majority of the members of our Board of Directors. Nevertheless, these transactions, individually or in the aggregate, may have an adverse effect on our business and

results of operations, and we may have achieved more favorable terms if such transactions had not been entered into with related parties.

*Some of the counterparty risks we face with respect to our members are heightened in the case of Enterprise Member Organizations.*

WeWork Memberships attributable to Enterprise Member Organizations generally account for a high proportion of our revenue at a particular location, and a default by an Enterprise Member Organization under its agreement with us could cause a significant reduction in the operating cash flow generated by the location where that Enterprise Member Organization is situated. Enterprise Member Organizations, which often sign membership agreements with longer terms and for a greater number of Memberships than our other members, accounted for 32% of our total membership and service revenue for the year ended December 31, 2018. We would also incur certain costs following an unexpected vacancy by an Enterprise Member Organization. The greater amount of available space generally occupied by any Enterprise Member Organization relative to our other members means that the time and effort required to execute a definitive agreement is greater than our membership agreements with individual members or small- or mid-sized businesses. In some instances, we agree to varying levels of customization of the space we license to these Enterprise Member Organizations. Enterprise Member Organizations may nevertheless delay commencement of their membership agreements, fail to make membership fee payments when due, or declare bankruptcy or otherwise default on their obligations to us. Any of these events could result in the termination of that Enterprise Member Organization's agreement with us and sunk costs and transaction costs that are difficult or impossible for us to recover.

*We are exposed to risks associated with the development and construction of the spaces we occupy.*

Opening new locations subjects us to risks that are associated with development projects in general, such as delays in construction, contract disputes and claims, and fines or penalties levied by government authorities relating to our construction activities. We may also experience delays opening a new space as a result of delays by the building owners or landlords in completing their base building work or as a result of our inability to obtain, or delays in our obtaining, all necessary zoning, land-use, building, occupancy and other required governmental permits and authorizations. We seek to open new spaces on the first day of a month and delays, even if the delay only lasts a few days, can cause us to defer opening a space by a full month. Failure to open a space on schedule may damage our reputation and brand and may also cause us to incur expenses in order to rent and provide temporary space for our members or to provide those members with discounted membership fees.

In developing our spaces, we generally rely on the continued availability and satisfactory performance of unaffiliated third-party general contractors and subcontractors to perform the actual construction work, and in many cases to select and obtain the related building materials. As a result, the timing and quality of the development of our occupied spaces depends on the performance of these third parties on our behalf.

We do not have long-term contractual commitments with general contractors, subcontractors or materials suppliers. The prices we pay for the labor or materials provided by these third parties, or other construction-related costs, could unexpectedly increase, which could have an adverse effect on the viability of the projects we pursue and on our results of operations and liquidity. Skilled parties and high-quality materials may not continue to be available at reasonable rates and in the markets in which we pursue our construction activities.

The people we engage in connection with a construction project are subject to the usual hazards associated with providing construction and related services on construction project sites, which can cause personal injury and loss of life, damage to or destruction of property, plant and equipment, and environmental damage. Our insurance coverage may be inadequate in scope or coverage amount to fully compensate us for any losses we may incur arising from any such events at a construction site we operate or oversee. In some cases, general contractors and their subcontractors may use improper construction practices or defective materials. Improper construction practices or defective materials can result in the need to perform extensive repairs to our spaces, loss of revenue during the repairs and, potentially, personal injury or death. We also can suffer damage to our reputation, and may be exposed to possible liability, if these third parties fail to comply with applicable laws.

*Supply chain interruptions may increase our costs or reduce our revenues.*

We depend on the effectiveness of our supply chain management systems to ensure reliable and sufficient supply, on reasonably favorable terms, of materials used in our construction and development and operating activities, such as furniture, lighting, millwork, wood flooring, security equipment and consumables. The materials we purchase and use in the ordinary course of our business are sourced from a wide variety of suppliers in countries around the world. Disruptions in the supply chain may result from weather-related events, natural disasters, trade restrictions, tariffs, border controls, acts of war, terrorist

attacks, third-party strikes or ineffective cross dock operations, work stoppages or slowdowns, shipping capacity constraints, supply or shipping interruptions or other factors beyond our control. In the event of disruptions in our existing supply chain, the labor and materials we rely on in the ordinary course of our business may not be available at reasonable rates or at all. In some cases, we may rely on a single source for procurement of construction materials or other supplies in a given territory or region. Any disruption in the supply of certain materials could disrupt operations at our existing locations or significantly delay our opening of a new location, which may cause harm to our reputation and results of operations.

*We incur costs relating to the maintenance, refurbishment and remediation of our spaces.*

The terms of our occupancy agreements generally require that we ensure that the spaces we occupy are kept in good repair throughout the term of the occupancy agreement. The terms of our occupancy agreements may also require that we return the space to the landlord at the end of the term of the occupancy agreement in the same condition it was delivered to us, which, in such instances, will require removing all fixtures and improvements to the space. The costs associated with this maintenance, removal and repair work may be significant.

We also anticipate that we will be required to periodically refurbish our spaces to keep pace with the changing needs of our members. Extensive refurbishments may be more costly and time-consuming than we expect and may adversely affect our results of operations and financial condition. Our member experience may be adversely affected if extensive refurbishments disrupt our operations at our locations.

*Our growth and success depends on our ability to maintain the value and reputation of our brand and the success of our strategic partnerships .*

Our brand is integral to our business as well as to the implementation of our strategies for expanding our business. In January 2019, we launched a global rebranding effort that may require significant resources and expenses and may affect our ability to attract and retain members, all of which may have a material adverse effect on our business or results of operations.

Maintaining, promoting and positioning our brand will depend largely on our ability to provide a consistently high quality member experience and on our marketing and community-building efforts. To the extent our locations or product or service offerings are perceived to be of low quality or otherwise are not compelling to new and existing members, our ability to maintain a positive brand reputation may be adversely affected.

In addition, failure by third parties on whom we rely but whose actions we cannot control, such as general contractors and construction managers who oversee our construction activities or facilities management staff, to uphold a high standard of workmanship, ethics, conduct and legal compliance could subject us to reputational harm based on their association with us and our brand. As we pursue our growth strategies of entering into joint ventures, revenue-sharing arrangements and other partnerships with local partners in non-U.S. jurisdictions, such as through ChinaCo, JapanCo, PacificCo and IndiaCo, we become increasingly dependent on third parties whose actions we cannot control. In connection with these joint ventures and other partnerships, we have entered into certain agreements that provide our partners with exclusivity or other preemptive rights that may limit our ability to pursue business opportunities in the manner that we desire.

We receive a high degree of media coverage domestically and internationally and we believe that much of our reputation depends on word-of-mouth and other non-paid sources of opinion, including on the internet. Unfavorable publicity or consumer perception or experience of our spaces, practices, or product or service offerings could adversely affect our reputation, resulting in difficulties in attracting and retaining members and business partners, and limiting the success of our community-building efforts and the range of products and services we are able to offer.

Historically, many of our members have signed up for memberships because of positive word-of-mouth referrals by existing members, which has reduced our need to rely on traditional marketing efforts. To the extent that we are unable to maintain a positive brand reputation organically, we may need to rely more heavily on traditional marketing efforts to attract new members, which would increase our marketing expenses both in absolute terms and as a percentage of our member acquisition costs.

*If our employees, members of our community or other people who enter our spaces act badly, our business and our reputation may be harmed.*

Our emphasis on our values makes our reputation particularly sensitive to allegations of violations of community rules or applicable laws by our members, employees or other people who enter our spaces. While we verify the identity of any individual interested in joining our community, we do not conduct extensive background checks or otherwise extensively vet potential members prior to entering into membership agreements that provide them access to our locations. If our members,

employees or other people violate our policies or engage in illegal or unethical behavior, or are perceived to do so, we may be the subject of negative publicity and our reputation may be harmed. These bad acts may also encourage existing members to leave our locations and make it more difficult to recruit new members at that location, which would adversely impact our results of operations for the affected location.

*If our pricing and related promotional and marketing plans are not effective, our business and prospects may be negatively affected.*

Our business and prospects depend on the impact of pricing and related promotional and marketing plans and our ability to adjust these plans to respond quickly to economic and competitive conditions. If our pricing and related promotional and marketing plans are not successful, or are not as successful as those of competitors, our revenue, membership count and market share could decrease, thereby adversely impacting our results of operations.

*We may invest or use the proceeds of this offering in ways which may not yield a return.*

Our mission and values are integral to everything we do, and many of our strategic and investment decisions are geared toward improving the experience of our members and the attractiveness of our community. While we believe that pursuing these goals will produce benefits to our business in the long-term, these decisions may adversely impact our short- or medium-term operating results and the long-term benefits that we expect to result from these initiatives may not materialize within the timeframe we expect or at all, which could harm our business and financial results. Investors in this offering will need to rely upon the judgment of our management with respect to the use of proceeds from this offering.

*We may be unable to adequately protect or prevent unauthorized use of our trademarks and other proprietary rights and we may be prevented by third parties from using or registering our trademarks or other intellectual property.*

To protect our trademarks and other proprietary rights, we rely and expect to continue to rely on a combination of protective agreements with our team members and third parties (including local or other strategic partners we may do business with), physical and electronic security measures, and trademark, copyright, patent and trade secret protection laws. In certain jurisdictions, rights in trademarks are derived from registration of the trademark. We may not have trademark rights in a jurisdiction where our trademarks are not registered, including with respect to any new brands and existing brands associated with new product lines. We have obtained a strategic set of trademark, copyright and patent applications or registrations in the United States and other jurisdictions and have filed, and we expect to file from time to time, additional trademark, copyright and patent applications. Nevertheless, these applications may not proceed to registration or issuance and in any event may not be comprehensive (particularly with respect to non-U.S. jurisdictions), third parties may challenge any trademarks, copyrights or patents issued to or held by us, the agreements (including license agreements with local or other strategic partners) and security measures we have in place may be inadequate or otherwise fail to effectively accomplish their protective purposes, third parties may infringe or misappropriate our intellectual property rights, and we may not be successful in asserting intellectual property rights against third parties. Third parties may also take the position that we are infringing their rights, and we may not be successful in defending these claims. For example, we have received correspondence from third parties asserting potential claims of trademark infringement with respect to some of our WE names and trademarks. We dispute these assertions. Additionally, we may not be able to enforce or defend our proprietary rights or prevent infringement or misappropriation without substantial expense to us and a significant diversion of management time and attention from our business strategy.

We currently hold various domain names relating to our brand, most importantly wework.com, we.co, wegrow.com and welive.com, as well as several other @we and @wework social media handles. Competitors and others could attempt to capitalize on our brand recognition by using domain names or social media handles similar to those we hold. We may be unable, without significant cost or at all, to maintain or protect our use of domain names and social media handles or prevent third parties from acquiring domain names or social media handles that are similar to, infringe upon or otherwise decrease the value of our trademarks and other proprietary rights in our domain names.

If the measures we have taken to protect our proprietary rights are inadequate to prevent unauthorized use or misappropriation by third parties or such rights are diminished or we are prevented from using intellectual property due to successful third-party challenges, the value of our brand and other intangible assets may be diminished and our business and results of operations may be adversely affected.

*We rely on a combination of proprietary and third-party technology systems to support our business and member experience, and, if these systems experience difficulties, our business, financial condition, results of operations and prospects may be materially adversely affected.*

We use a combination of proprietary technology and technology provided by third-party service providers to support our business and our member experience. For example, the WeWork app, which we developed in-house but which incorporates third-party and open source software where appropriate, connects local communities and develops and deepens connections among our members, both at particular spaces and across our global network.

We also use technology of third-party service providers to help manage the daily operations of our business. For example, we rely on our own internal systems as well as those of third-party service providers to process membership payments and other payments from our members. Our products and services may not continue to be supported by the applicable third-party service providers on commercially reasonable terms or at all, and we may not be able to attract and retain sufficiently skilled and experienced technical or operations personnel and third-party contractors to operate and maintain these technologies and systems. Moreover, we may be subject to claims by third parties who maintain that our service providers' technology infringes the third party's intellectual property rights. Although our agreements with our third-party service providers often contain indemnities in our favor with respect to these eventualities, we may not be indemnified for these claims or we may not be successful in obtaining indemnification to which we are entitled.

To the extent we experience difficulties in the operation of technologies and systems we use to manage the daily operations of our business or that we make available to our members, our ability to operate our business, retain existing members and attract new members may be impaired. We may not be able to attract and retain sufficiently skilled and experienced technical or operations personnel and third-party contractors to operate and maintain these technologies and systems, and our current product and service offerings may not continue to be, and new product and service offerings may not be, supported by the applicable third-party service providers on commercially reasonable terms or at all. Also, any harm to our members' personal computers or other devices caused by our software, such as the WeWork app, or other sources of harm, such as hackers or computer viruses, could have an adverse effect on the member experience, our reputation and our results of operations and financial condition.

*If our proprietary information and/or member data we collect and store, particularly billing and personal data, were to be accessed by unauthorized persons, our reputation, competitive advantage and relationships with our members could be harmed and our business could be materially adversely affected.*

We generate significant amounts of proprietary, sensitive and otherwise confidential information relating to our business and operations, and we collect, store and process confidential and personal data regarding our members, including member names and billing data. Our proprietary information and member data is maintained on our own systems as well as the systems of third-party service providers.

Similar to other companies, our information technology systems face the threat of cyber-attacks, such as security breaches, phishing scams, malware and denial-of-service attacks. Our systems or the systems of our third-party service providers could experience unauthorized intrusions or inadvertent data breaches, which could result in the exposure or destruction of our proprietary information and/or members' data.

Because techniques used to obtain unauthorized access to systems or sabotage systems change frequently and may not be known until launched against us or our service providers, we and they may be unable to anticipate these attacks or implement adequate preventative measures. In addition, any party who is able to illicitly obtain identification and password credentials could potentially gain unauthorized access to our systems or the systems of our third-party service providers. If any such event occurs, we may have to spend significant capital and other resources to notify affected individuals, regulators and others as required under applicable law, mitigate the impact of the event and develop and implement protections to prevent future events of that nature from occurring. From time to time, employees make mistakes with respect to security policies that are not always immediately detected by compliance policies and procedures. These can include errors in software implementation or a failure to follow protocols and patch systems. Employee errors, even if promptly discovered and remediated, may disrupt operations or result in unauthorized disclosure of confidential information. We have experienced unauthorized breaches of our systems prior to this offering, which we believe did not trigger any legal notification obligations or have a material effect on our business.

If a data security incident occurs, or is perceived to occur, we may be the subject of negative publicity and the perception of the effectiveness of our security measures and our reputation may be harmed, which could damage our relationships and result in the loss of existing or potential members and adversely affect our results of operations and financial condition. In

addition, even if there is no compromise of member information, we could incur significant regulatory fines, be the subject of litigation or face other claims. In addition, our insurance coverage may not be sufficient in type or amount to cover us against claims related to security breaches, cyber-attacks and other related data and system incidents.

Although we expect to become Payment Card Industry Data Security Standard (PCI DSS) compliant in 2019, our practices with respect to this type of information are evolving and do not yet fully comply with that industry standard and other applicable guidelines. Additionally, if new operating rules or interpretations of existing rules are adopted regarding the processing of credit cards that we are unable to comply with, we could lose the ability to give members the option to make electronic payments, which could result in the loss of existing or potential members and adversely affect our business.

*Our reputation, competitive advantage, financial position and relationships with our members could be materially harmed if we are unable to comply with complex and evolving data protection laws and regulations, and the costs and resources required to achieve compliance may have a materially adverse impact on our business.*

The collection, protection and use of personal data are governed by privacy laws and regulations enacted in the United States, Europe, Asia and other jurisdictions around the world in which we operate. These laws and regulations continue to evolve and may be inconsistent from one jurisdiction to another. Compliance with applicable privacy laws and regulations may increase our costs of doing business and adversely impact our ability to conduct our business and market our products and services to our members and potential members.

For example, we are subject to the European Union's General Data Protection Regulation ("GDPR") in a number of jurisdictions. The GDPR imposes significant new obligations, and compliance with these obligations depends in part on how particular regulators apply and interpret them. If we fail to comply with the GDPR, or if regulators assert we have failed to comply with the GDPR, it may lead to regulatory enforcement actions, which can result in monetary penalties of up to 4% of worldwide revenue, private lawsuits and/or reputational damage. Further, any U.K. exit from the European Union will increase uncertainty regarding applicable laws and regulations pending more clarity on the terms of that exit.

Additionally, in June 2018, California passed the California Consumer Privacy Act ("CCPA"), which provides new data privacy rights for consumers and new operational requirements for companies, effective in 2020. The CCPA creates a private right of action that could lead to consumer class actions and other litigation against us, with statutory damages of up to $750 per violation. The California Attorney General will also maintain authority to enforce the CCPA and will be permitted to seek civil penalties for intentional violations of the CCPA of up to $7,500 per violation. Other U.S. states and the U.S. Congress are in the process of considering legislation similar to California's legislation. If we fail to comply with the CCPA or other federal or state data protection laws, or if regulators or plaintiffs assert we have failed to comply with them, it may lead to regulatory enforcement actions, private lawsuits and/or reputational damage.

We are also subject to China's Cybersecurity Law, which took effect in 2017. China's Cybersecurity Law and its implementing regulations lay out requirements on cybersecurity, data localization and data protection, subjecting many previously under-regulated or unregulated activities to government scrutiny under provisions that have not yet been subject to public interpretation by enforcement authorities. Likewise, in Canada we are subject to Canada's Personal Information and Protection of Electronic Documents Act ("PIPEDA"). PIPEDA provides Canadian residents with privacy protections and sets out rules for how companies may collect, use and disclose personal information in the course of commercial activities. The costs of compliance with, and other burdens imposed by, these and other international data privacy and security laws may limit the use and adoption of our products and services and could have a materially adverse impact on our business. Any failure or perceived failure by us or third-party service-providers to comply with international data privacy and security laws may lead to regulatory enforcement actions, fines, private lawsuits or reputational damage.

*Our future success depends in large part on the continued service of Adam Neumann, our Co-Founder and Chief Executive Officer, which cannot be ensured or guaranteed.*

Adam Neumann, our Co-Founder and Chief Executive Officer, is critical to our operations. He is key to setting our strategic direction and the strength of our culture. Adam provides a unique combination of skills ranging from vision to real estate acumen to communications with investors, members and employees. We have no employment agreement in place with Adam, and there can be no assurance that Adam will continue to work for us or serve our interests in any capacity.

*Adam Neumann will control a majority of our voting stock upon completion of this offering and may also pursue corporate opportunities independent of us that could present potential conflicts with our and our stockholders' interests.*

Following the completion of this offering, as a result of his share ownership, together with his voting arrangements with certain stockholders, Adam Neumann, our Co-Founder and Chief Executive Officer, will be able to exercise voting control with respect to an aggregate of        shares of our Class A common stock and        shares of our Class B common stock, representing approximately        % of the total voting power of our outstanding capital stock (or approximately        % of the total voting power of our outstanding capital stock if the underwriters exercise in full their option to purchase additional shares of our Class A common stock). As a result, Adam will continue to have the ability to control significant corporate activities, including:

- the election of our board of directors and, through our board of directors, decision-making with respect to our business strategy and company policies, and the appointment and removal of our corporate officers;

- acquisitions and dispositions of businesses and assets, mergers and other business combinations;

- issuances of shares of our capital stock; and

- payment of dividends.

Adam's voting control will limit the ability of other stockholders to influence corporate activities and, as a result, we may take actions that stockholders other than Adam do not view as beneficial. Adam's voting control may also inhibit transactions involving a change of control of our company, including transactions in which you as a holder of our Class A common stock might otherwise receive a premium for your shares. As a stockholder, even a controlling stockholder, Adam is entitled to vote his shares, and shares over which he has voting control as a result of voting arrangements, in his own interests, which may not be the same as, or may conflict with, the interests of our other stockholders. For a description of the voting arrangements affecting our capital stock, see " Description of capital stock — Voting arrangements ".

Further, following the completion of this offering, Softbank and its affiliates will beneficially own        shares of our Class A common stock representing approximately        % of the total voting power of our outstanding capital stock (or approximately        % of the total voting power of our outstanding capital stock if the underwriters exercise in full their option to purchase additional shares of our Class A common stock). Softbank and its affiliates have also entered into certain investment agreements as a result of which they may acquire additional shares of our capital stock in the future. Therefore, even if Adam were to sell a significant number of his shares of our voting stock, the voting power of our outstanding capital stock may continue to be significantly concentrated and the ability of others to influence our corporate matters may continue to be significantly limited.

*We are a "controlled company" as defined in the        rules, and are able to rely on exemptions from certain corporate governance requirements that provide protection to stockholders of companies that are not controlled companies.*

Upon completion of this offering, Adam Neumann will own or control more than 50% of the total voting power of our capital stock and, as such, we will be a controlled company under the rules of the        . As a controlled company, we may take advantage of exemptions under the rules of the        with respect to certain corporate governance requirements, such as the requirements that (1) a majority of our board of directors be independent directors and (2) we have a compensation committee composed entirely of independent directors.

For so long as we are a controlled company, you will not have the same protections afforded to stockholders of companies that are subject to these and all of the other corporate governance requirements of the rules of the        .

*We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions .*

Expanding our operations into markets outside the United States has been an important part of our growth strategy. For example, for the year ended December 31, 2018, 59% of our revenue was attributable to our operations in the United States, and 41% of our revenue was attributable to our operations elsewhere, compared with 69% and 31% for the year ended December 31, 2017. We expect to continue to expand our operations in markets outside the United States in the coming years.

While we have already expanded our operations to a number of non-U.S. markets, the success of our expansion into additional non-U.S. markets will depend on our ability to attract local members. Our WeWork offering may not appeal to

27

potential members in all territories in the same way it appeals to our members in territories where we currently operate. In addition, local competitors may have a substantial competitive advantage over us in a given territory or market because of their greater understanding of, and focus on, customers in that territory or market, as well as their more established local infrastructure and brands. We may also be unable to hire, train, retain and manage the personnel we require in order to manage our international operations effectively, on a timely basis or at all, which may limit our growth in these markets.

Operating in international markets requires significant resources and management attention and subjects us to regulatory, economic and political risks that may be different from and incremental to those that we face in the United States, including:

• the need to adapt the design and features of our spaces and services to accommodate specific cultural norms and language differences;

• difficulties in understanding and complying with local laws and regulations in foreign jurisdictions, including local labor laws, tax laws, environmental regulations and rules and regulations related to occupancy of our workspaces;

• varying local building codes and regulations relating to building design, construction, safety, environmental protection and related matters;

• significant reliance on third parties with whom we may engage in joint ventures, strategic alliances or ordinary course contracting relationships whose interests and incentives may be adverse to or different from ours or may be unknown to us;

• varying laws, rules, regulations and practices regarding protection and enforcement of intellectual property rights, including trademarks;

• laws and regulations regarding consumer and data protection and security, and encryption that may be more restrictive than comparable laws and regulations in the United States;

• corrupt or unethical practices in foreign jurisdictions that may subject us to compliance costs, including competitive disadvantages, or exposure under applicable anticorruption and anti-bribery laws;

• compliance with applicable export controls and economic sanctions, such as those administered by the United States Office of Foreign Assets Control;

• fluctuations in currency exchange rates; and

• unpredictable disruptions as a result of security threats or political or social unrest and economic instability.

Finally, continued expansion in markets outside the United States will require significant financial and other investments. These investments include property sourcing and leasing, marketing to attract and retain new members, developing localized infrastructure and services, developing relationships with local partners and third-party service providers, further developing corporate capabilities able to support operations in multiple countries, and potentially entering into strategic transactions with or even acquiring companies based outside the United States and integrating those companies with our existing operations. If we invest substantial time and resources to expand our operations outside the United States but cannot manage these risks effectively, the costs of doing business in those markets, including the investment of management attention, may be prohibitive, or our expenses may increase disproportionately to the revenue generated in those markets.

*We face risks arising from strategic transactions such as acquisitions and investments that we evaluate, pursue and undertake.*

From time to time, we evaluate potential strategic acquisition or investment opportunities, and from time to time we pursue and undertake certain of those opportunities. We have expanded rapidly, including through acquisitions of companies engaged in a variety of businesses, including Meetup (an online platform that brings people together offline), Flatiron School (a software programming education platform), Conductor (a marketing technology platform), Teem (a space scheduling and workplace analytics platform) and Euclid (a spatial-analytics platform). We plan to continue to pursue and complete acquisitions or investments, some of which may be material and may not create the value that we expect. We also plan to continue or accelerate investments in real estate vehicles, including through the Real Estate Fund and as we launch and grow our ARK real estate investment platform.

Any transactions that we enter into could be material to our financial condition and results of operations. We have limited experience in completing and integrating major acquisitions. The process of acquiring and integrating another company or

technology could create unforeseen operating difficulties and expenditures and could entail unforeseen liabilities that are not recoverable under the relevant transaction agreements or otherwise.

The integration of acquisitions involves a number of significant risks which may include but are not limited to:

- the assimilation and retention of personnel, including management personnel, in the acquired businesses;

- accounting, tax, regulatory and compliance issues that could arise;

- expenses and difficulties in the transition and integration of operations and systems;

- unanticipated expenses incurred or charges to earnings based on unknown circumstances or liabilities;

- failure to realize the synergies and other benefits we expect from the acquisition, at the pace we anticipate or at all;

- general economic conditions in the markets in which the acquired business operates; and

- difficulties encountered in conducting business in markets where we have limited experience and expertise.

If we are unable to successfully complete and integrate our strategic acquisitions in a timely manner, our business, growth strategies and results of operations could be adversely affected.

*We have entered into certain agreements that may limit our ability to directly acquire ownership interests in properties in the near term, and our control and joint ownership of certain properties with third-party investors may create conflicts of interest.*

We control ARK, our newly launched real estate investment platform, through our ownership of its general partner and investment manager. ARK's master fund is focused on real estate assets that we and ARK believe would benefit from WeWork's occupancy. In connection with the formation of ARK, we agreed that ARK would be the exclusive general partner and investment manager for any real estate investment vehicle managed by, or otherwise affiliated with, WeWork. We also agreed to make commercial real estate and other real estate-related investment opportunities that meet ARK's investment mandate available to ARK on a first look basis. Because of these requirements, which are in effect at least until there are no investment vehicles managed or sponsored by ARK that are actively investing, we may be required to acquire ownership interests in properties through ARK that we otherwise could have acquired through one of our operating subsidiaries, which may prevent us from realizing the full benefit of certain attractive investment opportunities and thereby adversely affect our growth prospects.

Additionally, ARK focuses on investing in or owning properties that we and ARK believe would benefit from WeWork's occupancy, and we expect a WeWork entity to occupy a meaningful portion of each property acquired by ARK. Our ownership interest in ARK may create situations where our interests with respect to the exercise of ARK's management rights in respect of its investments, as well as ARK's duties to limited partners in ARK-managed investment vehicles, may be in conflict with our own independent economic interests as a tenant and operator of WeWork locations. For example, conflicts may arise in connection with decisions regarding the structure and terms of the occupancy agreements entered into between us and ARK, tenant improvement allowances or guarantee or termination provisions. Conflicts of interest may also arise in connection with the exercise of contractual remedies under such occupancy agreements , such as the use of offsets for unreimbursed tenant improvement allowances or the treatment of events of default.

*Our ownership interest in ARK may impact our results of operations.*

Although investments through ARK will mostly be capitalized by third-party equity capital commitments from limited partners or similar members, ARK's general partner and its investment manager are our subsidiaries and, accordingly any investment in real estate through ARK will be reflected in our consolidated financial statements. The inclusion of particularly large ARK transactions, including any debt financing arrangements in respect of any of those transactions, may affect the comparability of our results of operations from period to period.

Additionally, investments through ARK may require that we incur or guarantee debt, which we expect will generally be through loans secured by assets or properties that ARK acquires. In particular, an entity in which we hold an interest has incurred a secured loan to purchase certain property, which we have leased from that entity. The secured loan is recourse to us in certain limited circumstances, and we also provided performance guarantees relating to the development of that property.

*Our business will suffer if we are unable to hire, develop, retain and motivate highly skilled and dedicated team members to support our mission.*

We strive to attract and motivate team members who share a dedication to the member community and our vision, but we may not be successful in doing so. Our success depends on our ability to identify, hire, develop, motivate, retain and integrate highly qualified personnel dedicated to our mission for all areas of our business. Our U.S.-based team members, including most of our senior management, work for us on an at-will basis. Other companies, including competitors, may be successful in recruiting and hiring team members away from us, and it may be difficult for us to find suitable replacements on a timely basis, on competitive terms or at all. If we are unable to effectively manage our hiring needs or successfully integrate new hires, our employee morale, productivity and retention could suffer, which could adversely affect our business, financial condition and results of operations. Additionally, the success of each of our new and existing locations depends on our ability to hire and retain dedicated community managers and team members. As we enter new geographic markets and launch new products and services, we may experience difficulty attracting employees in the areas we require who are dedicated to our mission.

*We may not be able to compete effectively with others.*

Our WeWork offering has few barriers to entry. While we consider ourselves to be a leader in the "Space-as-a-Service" sector, with core competencies in sourcing, design and operating new locations, our reported success may encourage people to launch competing flexible workspace offerings. If new companies decide to launch competing solutions in the markets in which we operate, or if any existing competitors obtain a large-scale capital investment, we may face increased competition for members.

In addition, some of the business services we offer or plan to offer are provided by one or more large, national or international companies, as well as by regional and local companies of varying sizes and resources, some of which may have accumulated substantial goodwill in their markets. Some of our competitors may also be better capitalized than we are, have access to better lease terms than we do, have operations in more jurisdictions than we do or be able or willing to provide services at a lower price than we are. Our inability to compete effectively in securing new or repeat business could hinder our growth or adversely impact our operating results.

*Our limited operating history and evolving business make it difficult to evaluate our current business and future prospects.*

Our limited operating history and the growth of our business make it difficult to accurately assess our future prospects. It may not be possible to discern fully the economic and other business trends that we are subject to. Elements of our business strategy are new and subject to ongoing development as our operations mature. In addition, it may be difficult to evaluate our business because there are few other companies that offer the same or a similar range of product and service offerings as we do.

*Certain of the measures we use to evaluate our financial and operating performance are subject to inherent challenges in measurement and may be impacted by subjective location-driven determinations and not necessarily by changes in our business.*

We track certain operational metrics, including key performance indicators and key financial measures such as Desks, Memberships and Enterprise Membership Percentage, with internal systems and tools that are not independently verified by any third party. Our internal systems and tools have a number of limitations, and our methodologies for tracking these metrics may change over time. In addition, limitations or errors with respect to how we measure data or with respect to the data that we measure may affect our understanding of certain details of our business, which could affect our long-term strategies. If the internal systems and tools we use to track these metrics understate or overstate performance or contain algorithmic or other technical errors, the data we report may not be accurate. If investors do not perceive our operating metrics to be accurate, or if we discover material inaccuracies with respect to these figures, our reputation may be significantly harmed, and our results of operations and financial condition could be adversely affected.

While the metrics presented in this prospectus are based on what we believe to be reasonable assumptions and estimates, there are inherent challenges in measuring how our offerings are used across our global physical platform. For example, certain of the key performance indicators and other key financial measures that we use to assess the performance of our business are derived from estimated Desks or the number of Desks added over a given period of time. We define "Desks" as the estimated number of physical WeWork workspaces available for sale and immediate use by members, which includes the estimated capacity of "hot desks" at each location. Hot desk capacity can vary on a location-by-location basis and is estimated on a location-by-location basis by a community manager based on the characteristics and distinct local personality

of the relevant community and the demand for hot desks in the location, and a community manager in a given location may choose to change the hot desk capacity at any time. Our core competency is in evaluating and programming the space available for efficient use, and we encourage community managers to actively consider what would be best for their particular location. While changes in hot desk capacity would impact the comparability of certain of the key performance indicators that we use to assess the performance of our business, hot desk capacity has remained a relatively stable portion of our overall Desks, at a rate of less than 5%, and overall Desks are primarily impacted by new location openings and expanding our presence in existing locations through phased openings.

*Our Committed Revenue Backlog may not be indicative of future revenues.*

Our "Committed Revenue Backlog" represents total non-cancelable contractual commitments, net of discounts, remaining under agreements entered into as of a given date, which will be recognized as revenue subsequent to such date. For membership agreements with month-to-month commitments commencing in a future month, the contractual commitment recorded within backlog is one month of revenue. Existing month-to-month membership agreements are not included in backlog.

As of December 31, 2018, our Committed Revenue Backlog was $2.6 billion. Revenue reflected in our Committed Revenue Backlog may be affected by unexpected cancellations or renegotiations. Committed Revenue Backlog is not necessarily indicative of future earnings or revenues and we cannot assure that we will ultimately realize our Committed Revenue Backlog.

*If our employees were to engage in a strike or other work stoppage or interruption, our business, results of operations, financial condition and liquidity could be materially adversely affected.*

Although we believe that our relations with our employees are good, if disputes with our employees arise, or if our workers engage in a strike or other work stoppage or interruption, we could experience a significant disruption of, or inefficiencies in, our operations or incur higher labor costs, which could have a material adverse effect on our business, results of operations, financial condition and liquidity. In addition, some of our employees outside of the United States are represented or may seek to be represented by a labor union or workers' council.

*We may be subject to litigation and other legal proceedings which could adversely affect our business, financial condition and results of operations.*

We have in the past been, are currently and may in the future become involved in private actions, class actions, investigations and various other legal proceedings, including from members, employees, commercial partners, third-party license holders, competitors and government agencies, among others. The result of any such litigation, investigations and legal proceedings are inherently unpredictable and may be expensive. Claims against us, whether meritorious or not, could require significant amounts of management time and corporate resources to defend and could be harmful to our reputation. If any of these legal proceedings were to be determined adversely to us, or if we were to enter into settlement arrangements, we could be exposed to monetary damages or be forced to change the way in which we operate our business, which could have an adverse effect on our business, financial condition and results of operations.

*Our business could be adversely affected by natural disasters, public health crises, political crises or other unexpected events for which we may not be sufficiently insured.*

Natural disasters and other adverse weather and climate conditions, public health crises, political crises such as terrorist attacks, war and other political instability, or other unexpected events could disrupt our operations, damage one or more of our locations, or prevent short- or long-term access to one or more of our locations. Many of our spaces are located in the vicinity of disaster zones, including flood zones in New York City and potentially active earthquake faults in the San Francisco Bay Area and Mexico City. Many of our locations are concentrated in metropolitan areas or located in or near prominent buildings, which may be the target of terrorist attacks. Although we carry comprehensive liability, fire, extended coverage and business interruption insurance with respect to our spaces, there are certain types of losses that we do not insure against because they are either uninsurable or not insurable on commercially reasonable terms. Should an uninsured event or a loss in excess of our insured limits occur, we could lose some or all of the capital invested in, and anticipated future revenues from, the affected spaces, and we may nevertheless continue to be subject to obligations related to those spaces.

31

*Economic and political instability and potential unfavorable changes in laws and regulations in international markets could adversely affect our results of operations and financial condition.*

Our business may be affected by political instability and potential unfavorable changes in laws and regulations in international markets in which we operate. For example, the United Kingdom's anticipated exit from the European Union, known as "Brexit," could impact our operations in the United Kingdom in the short term through volatility in the British Pound as the United Kingdom negotiates its anticipated exit from the European Union. In the longer term, any impact from Brexit on our operations in the United Kingdom will depend, in part, on the outcome of tariff, trade, regulatory and other negotiations. Additionally, there are concerns regarding potential changes in the future relationship between the United States and various other countries, most significantly China, with respect to trade policies, treaties, government regulations and tariffs. It remains unclear how the United States or foreign governments will act with respect to tariffs, international trade agreements and policies. The implementation by China or other countries of higher tariffs, capital controls, new adverse trade policies or other barriers to entry could have an adverse impact on our business, financial condition and results of operations.

## Risks relating to our financial condition

*Our ability to draw amounts under our Senior Credit Facility depends on our compliance with certain financial covenants and on our level of unrestricted and unencumbered cash.*

Our Bank Facilities (as defined herein) are important sources of our liquidity. Our ability to draw amounts and to issue letters of credit under the Senior Credit Facility depends on our compliance with certain financial covenants and our maintenance of minimum levels of total consolidated cash.

*We may not be able to generate sufficient cash to service all of our indebtedness and may be forced to take other actions to satisfy our obligations under our indebtedness, which may not be successful.*

Our ability to make scheduled payments or refinance our debt obligations depends on our financial condition and operating performance, which are subject to prevailing economic and competitive conditions and to certain financial, business, legislative, regulatory and other factors beyond our control. We may be unable to maintain a level of cash flows from operating activities sufficient to permit us to pay the principal, premium, if any, and interest on our indebtedness.

If our cash flows and capital resources are insufficient to fund our debt service obligations, we could face substantial liquidity problems and could be forced to reduce or delay investments and capital expenditures or to dispose of material assets or operations, seek additional debt or equity capital or restructure or refinance our indebtedness. We may not be able to effect any such alternative measures, if necessary, on commercially reasonable terms or at all and, even if successful, those alternative actions may not allow us to meet our scheduled debt service obligations. The agreements that govern our indebtedness restrict our ability to dispose of certain assets and use the proceeds from those dispositions and may also restrict our ability to raise debt or certain types of equity capital to be used to repay other indebtedness when it becomes due. We may not be able to consummate those dispositions or to obtain proceeds in an amount sufficient to meet any debt service obligations then due. See "Description of indebtedness".

In addition, we conduct a substantial portion of our operations through our subsidiaries. Accordingly, repayment of our indebtedness is dependent on the generation of cash flow by our subsidiaries and their ability to make such cash available to us, by dividend, debt repayment or otherwise. In the event that we do not receive distributions from our subsidiaries, we may be unable to make required principal and interest payments on our indebtedness.

If we cannot make scheduled payments on our debt, we will be in default and, as a result, lenders under any of our existing and future indebtedness could declare all outstanding principal and interest to be due and payable, the lenders under our debt instruments could terminate their commitments to loan money, our secured lenders could foreclose against the assets securing such borrowings and we could be forced into bankruptcy or liquidation.

*We may require additional capital, which may not be available on terms acceptable to us or at all.*

We incurred net losses in the years ended December 31, 2016, 2017 and 2018, and w e do not intend to achieve positive GAAP net income in the near term . As a result, we may require additional financing. Our ability to obtain financing will depend on, among other things, our development efforts, business plans, operating performance, investor demand and the condition of the capital markets at the time we seek financing. To the extent we use available funds or are unable to draw on our Bank Facilities, we may need to raise additional funds, which may not be available to us on favorable terms when

required, or at all. In the event that we are unable to obtain additional financing on favorable terms, our interest expense and principal repayment requirements could increase significantly, which could harm our business, revenue and financial results.

*We incur significant costs related to the development of our spaces, which we may be unable to recover in a timely manner or at all.*

At each of our locations, we create beautiful spaces that inspire our members to create, collaborate and connect. Development of a space for members typically takes several months from the date we take possession of the space under the relevant occupancy agreement to the opening date. During this time, we incur substantial upfront costs without recognizing any revenues from the space.

With respect to sales to Enterprise Member Organizations, there are a number of different products we offer. To the extent Enterprise Member Organizations require customized spaces, we generally enter into multi-year agreements that tend to provide additional Committed Revenue Backlog to us to help offset any increased upfront costs related to the development of these spaces. In addition, as we go forward, we intend to continue to finance upfront development costs by attempting to secure cost reimbursements from landlords, focusing on management agreements and other partnerships where landlords finance significant development costs for our locations, and securing funding through capital markets and other financing transactions. We expect the capital expenditures associated with the development of our spaces to continue to be one of the primary costs of our business. See "Management's discussion and analysis of financial condition and results of operations—Liquidity and capital resources". If we are unable to complete our development and construction activities for any reason, including an inability to secure adequate funding, or conditions in the real estate market or the broader economy change in ways that are unfavorable, we may be unable to recover these costs in a timely manner or at all.

Our development activities are also subject to cost and schedule overruns as a result of many factors, some of which are beyond our control and ability to foresee, including increases in the cost of materials and labor. In addition, while many of our existing occupancy agreements provide for reimbursement by the landlord or building owner of a portion of the construction and development expenses we incur, our landlords or building owners may not reimburse us for these expenses in a timely manner and we may not continue to be granted these provisions in future occupancy agreements that we negotiate. To be eligible for reimbursement of these development expenses, we are also required to compile invoices, lien releases and other paperwork from our contractors, which is a time-consuming process that requires the cooperation of third parties whom we do not control. We may make errors in pursuing these reimbursement entitlements in accordance with the strict requirements of the landlords or building owners we deal with. In addition, we are subject to counterparty risk with respect to these landlords and building owners.

*Changes to accounting rules or regulations and our assumptions, estimates and judgments may adversely affect the reporting of our business, our financial condition and our results of operations.*

Our consolidated financial statements are prepared in accordance with U.S. GAAP. New accounting rules or regulations and varying interpretations of existing accounting rules or regulations have occurred and may occur in the future. For example, in February 2016, the FASB issued ASU No. 2016-02, Leases (Topic 842) ("ASU 2016-02"), codified as ASC Topic 842, Leases. This update requires a lessee to recognize on its balance sheet right-of-use assets and lease liabilities for any leases with a lease term of more than twelve months. Long-term l eases are our primary means of securing real estate to deliver "Space-as-a-Service" to our members. While we are currently evaluating the impact ASU 2016-02 will have on our consolidated financial position, results of operations and cash flows, we expect that our adoption of ASU 2016-02 will have a material impact on our consolidated balance sheet. As of December 31, 2018, future minimum rental payments for our operating leases totaled $34.0 billion . We expect that the majority of these operating leases will be impacted by ASU 2016-02, resulting in an increase in right-of-use assets and lease liabilities based on the present value of future lease payments. This and other f uture changes to accounting rules or regulations could also have a material adverse effect on the reporting of our business, financial condition and results of operations.

Additionally, our assumptions, estimates and judgments related to complex accounting matters could significantly affect our results of operations. The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported and related disclosures. We base our estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances. These estimates form the basis for judgments about the carrying values of assets, liabilities and equity, as well as the amount of revenue and expenses that are not readily apparent from other sources. Our financial condition and results of operations may be adversely affected if our assumptions change or if actual circumstances differ from those in our assumptions.

*Fluctuations in exchange rates may adversely affect us.*

Our international businesses typically earn revenue and incur expenses in local currencies, primarily the British Pound, Euro and Chinese Yuan. For example, we earned approximately 41% and 31% of our revenues from subsidiaries whose functional currency is not the U.S. dollar for the years ended December 31, 2018 and 2017, respectively. As foreign currency exchange rates change, translation of the statements of operations of our international businesses into U.S. dollars affects year-over-year comparability of our operating results.

## Risks relating to laws and regulations affecting our business

*Our extensive foreign operations and contacts with landlords and other parties in a variety of countries subject us to risks under U.S. and other anti-corruption laws, as well as applicable export controls and economic sanctions.*

Under the Foreign Corrupt Practices Act (the "FCPA") and similar anti-corruption laws and local laws prohibiting certain corrupt payments to government officials or agents, we may become liable for the actions of our directors, officers, employees, agents or other strategic or local partners or representatives over whom we may have little actual control. We are continuously engaged in sourcing and negotiating new locations around the world, and certain of the landlords, real estate agents or other parties with whom we interact may be government officials or agents, even without our knowledge. As we increase our international sales and business operations, our contacts with foreign public officials, and therefore our potential exposure to liability under laws such as the FCPA, are likely to increase.

Additionally, as we pursue our growth strategy of entering into joint ventures, revenue-sharing arrangements and other partnerships with local partners in non-U.S. jurisdictions, our use of intermediaries, and therefore our potential exposure to liability under laws such as the FCPA, are likely to increase.

Similarly, our international sales and business operations expose us to potential liability under a wide variety of U.S. and international laws and regulations relating to economic sanctions and export control, such as those administered by the U.S. Office of Foreign Assets Control. Failure to comply with these laws and regulations could result in substantial fines, sanctions, civil or criminal penalties, competitive or reputational harm, litigation or regulatory action and other consequences that might adversely affect our results of operations and our financial condition.

*Our business is subject to a variety of U.S. and non-U.S. laws, many of which are evolving and could limit or otherwise negatively affect our ability to operate our business.*

Laws and regulations are continuously evolving, and compliance is costly and can require changes to our business practices and significant management time and effort. It is not always clear how existing laws apply to our business model. We strive to comply with all applicable laws, but the scope and interpretation of the laws that are or may be applicable to us is often uncertain and may conflict across jurisdictions.

*Existing local building codes and regulations, and any future changes to these codes or regulations, may increase our development costs or delay the development of our spaces.*

Our development activities are subject to local, state and federal laws, as well as the oversight and regulation in accordance with local building codes and regulations relating to building design, construction, safety, environmental protection and related matters. We are responsible for complying with the requirements of individual jurisdictions and must ensure that our development activities comply with varying standards by jurisdiction. Any existing or new government regulations or ordinances that relate to our development activities may result in significant additional expenses to us and, as a result, might adversely affect our results of operations.

*Changes in tax laws and unanticipated tax liabilities could adversely affect the taxes the Company pays and therefore its financial condition and results of operations.*

As a global company, we are subject to taxation in numerous countries, states and other jurisdictions. Tax laws, regulations, and administrative practices in various jurisdictions may be subject to significant change, with or without notice, due to economic, political and other conditions, and significant judgment is required in applying the relevant provisions of tax law.

If such law changes were to be adopted or if the tax authorities in the jurisdictions where we operate were to challenge our application of relevant provisions of applicable tax laws, we could be adversely affected.

(4) Pursuant to the terms of the indenture that governs our Senior Notes, we are required to report a calculation of Adjusted EBITDA before Growth Investments for a period of at least four consecutive fiscal quarters in a manner similar to that found in the offering memorandum for the issuance of our Senior Notes. Adjusted EBITDA before Growth Investments, as presented above, represents our Adjusted EBITDA adjusted to remove other revenue and expenses and Growth Investments (which are sales and marketing expenses, growth and new market development expenses and pre-opening community expenses).

We believe that Adjusted EBITDA before Growth Investments is a useful measure to management and investors to evaluate the core operating performance of our locations, inclusive of location support functions and our general and administrative expenses that support our current portfolio and serve as the foundation for our expanding business, without the additional Growth Investments that we believe will fuel our future growth and are more variable and discretionary in nature. Given the level of investments we have made in our expansion and marketing to support future growth and future increases in Desks, we believe Adjusted EBITDA before Growth Investments is a useful measure in evaluating our core operating performance because it removes the impacts of these significant Growth Investments. Additionally, because pre-opening community expenses are incurred with respect to a particular location prior to its opening for member operations, we believe they are not indicative of our ongoing core operating performance. Unlike Community Adjusted EBITDA, Adjusted EBITDA before Growth Investments includes the impact of general and administrative expenses (other than stock-based compensation expense for our employees, stock-based payments for services rendered by consultants and Adjustments for Impact of Straight-lining of Rent). We have already established a corporate infrastructure, comprised primarily of our legal, finance, digital technology and human resources departments, to support our global expansion, and Adjusted EBITDA before Growth Investments includes the impact of these items. As we continue to grow, we expect to achieve economies of scale within these departments and as a result expect our Adjusted EBITDA before Growth Investments as a percentage of revenue to increase over time.

The following table sets forth the Company's key performance indicators as of December 31, 2018 and for the prior seven quarters:

| (Amounts in ones, except percentages) | March 31, 2017 | June 30, 2017 | September 30, 2017 | December 31, 2017 | March 31, 2018 | June 30, 2018 | September 30, 2018 | December 31, 2018 |
|---|---|---|---|---|---|---|---|---|
| Total Locations [1] | 127 | 148 | 163 | 200 | 234 | 287 | 335 | 425 |
| Desks [1] | 129,000 | 154,000 | 178,000 | 214,000 | 251,000 | 301,000 | 354,000 | 466,000 |
| Desks added during the three months ended [1] | 22,000 | 25,000 | 24,000 | 36,000 | 37,000 | 50,000 | 53,000 | 112,000 |
| Memberships [1] | 101,000 | 128,000 | 154,000 | 186,000 | 219,000 | 268,000 | 319,000 | 401,000 |
| Enterprise Membership Percentage [1] | 21% | 23% | 27% | 29% | 30% | 31% | 34% | 37% |
| Mature Locations [1] | | | | | | | | |

(1) See " Summary consolidated financial and operating information — Key performance indicators " for information about these components of our business.

## Liquidity and capital resources

Our primary sources of liquidity are our cash and cash equivalents on hand and amounts available under the Bank Facilities. As of December 31, 2018 we maintained a cash and cash equivalents balance of $1.7 billion . For the year ended December 31, 2018 , our primary source of cash has been the issuance of the Senior Notes and the Convertible Note as well as proceeds from issuances of noncontrolling interests. Proceeds have been used to fund our growth, operations and capital expenditures for the improvement and redesign of our workspaces.

Our primary uses of cash relate to capital expenditures associated with the build-out and redesign of office space as well as rent expenses, tenancy costs, other community operating costs and general and administrative expenses. While also uses of cash, we view Growth Investments and cash payments made for acquisitions as discretionary investments that will fuel our ability to continue to grow in the future. Although these amounts are important to our growth, we believe that they can be scaled back to the extent needed based on our future cash needs.

We believe our existing cash and cash equivalents, together with cash provided by operating activities and unfunded contractual commitments that we expect will be funded, will be sufficient to meet our operating working capital and capital expenditure requirements over the next twelve months. Future financing requirements will depend on many factors, including the number of new locations to be opened, membership renewal activity, the timing and extent of spending to support the development of our platform, the expansion of our sales and marketing activities and potential investments in, or acquisitions of, businesses or technologies. Additional funds may not be available on favorable terms or at all.

The foregoing conclusion is based in part on an evaluation of the assets held by our consolidated variable interest entities ("VIEs") and the restrictions relating to those assets. As of December 31, 2018, our consolidated VIEs had total assets of $2.1 billion (including $826.0 million of cash and cash equivalents and $74.8 million of restricted cash) and total liabilities of $597.2 million , in each case after intercompany eliminations. Total net assets allocated to noncontrolling interest holders was $1.4 billion as of December 31, 2018. Assets of our consolidated VIEs will be used first to settle obligations of the VIE. Remaining assets may then be distributed to the VIEs' owners, including us, subject to the liquidation preferences of certain noncontrolling interest holders and any other preferential distribution provisions contained within the operating agreements of the relevant VIEs. Two of our consolidated VIEs (JapanCo and PacificCo) are prohibited from distributing assets without the approval of Softbank. However, as of December 31, 2018, the total net assets of JapanCo and PacificCo were allocated to the noncontrolling interest holders as a result of their liquidation preferences. Third-party approval for the distribution of available net assets is not required for the Company's other consolidated VIEs.

Creditors of our consolidated VIEs do not have recourse against the general credit of the Company except with respect to lease guarantees we have provided to certain landlords of our consolidated VIEs, which guarantees totaled $35.0 million as of December 31, 2018.

We also have investments in several unconsolidated entities with various partners whom we consider to be financially stable and who have the ability to fund committed capital calls when needed. Some of these unconsolidated entities are also financed with non-recourse debt. We believe that investment level cash flows along with unfunded commitments will be sufficient to fund the capital needs of these unconsolidated entities over the next twelve months.

We do not expect distributions from our consolidated VIEs or unconsolidated investments to be a significant source of liquidity.

### Convertible note and warrant agreements

In July 2018, we entered into an agreement for the issuance of a convertible note with an affiliate of SoftBank Group Corp., SBWW Cayman, for a commitment in an aggregate amount of $1.0 billion (as amended in January 2019, the "Convertible Note"). On August 31, 2018, we drew down on the full $1.0 billion commitment.

On November 1, 2018, we entered into a warrant agreement with SBWW Cayman pursuant to which we agreed to issue to SBWW Cayman shares of our capital stock (as amended in January 2019, the "2018 Warrant"). Under the terms of the 2018 Warrant, SBWW Cayman made a payment of $1.5 billion on January 15, 2019 and a payment of $1.0 billion on April 15, 2019.

Upon the closing of this offering, the Convertible Note will automatically convert into and the 2018 Warrant will automatically be exercised for shares of Class A common stock at a fixed per share price of $110.

In January 2019, we entered into an additional warrant agreement with SBWW Cayman pursuant to which we agreed to issue shares of our capital stock (the "2019 Warrant"). Under the terms of the 2019 Warrant, SBWW Cayman will make a payment of $1.5 billion on April 3, 2020. The right of SBWW Cayman to receive shares of our capital stock will be automatically exercised on April 3, 2020 at a per-share price of $110.

The Convertible Note and the 2019 Warrant were reissued on March 7, 2019 in connection with the assignment of the Convertible Note and the 2019 Warrant, respectively, from SoftBank Group Corp. to SBWW Cayman.

*Bank Facilities*

In November 2015, we amended and restated our credit agreement ("Credit Agreement") to provide up to $650.0 million in revolving loans and letters of credit, subject to certain financial covenants. In August 2016, March 2017, November 2017, June 2018, August 2018 and January 2019, we executed amendments to the credit agreement that amended certain of the financial and other covenants. In November 2017 we entered into a new agreement ("Letter of Credit Reimbursement Agreement"), as amended in August 2018 and January 2019, that provides for an additional $500.0 million in availability of stand-by letters of credit. The revolving loans and letters of credit under the Credit Agreement and Letter of Credit Reimbursement Agreement will terminate in November 2020.

Any amounts borrowed under the Credit Agreement and reimbursement obligations under the Letter of Credit Reimbursement Agreement are guaranteed by certain of our domestic wholly-owned subsidiaries. Our obligations and the obligations of the guarantors under the Credit Agreement and Letter of Credit Reimbursement Agreement are secured on a pari passu basis (except with respect to certain cash collateral) by first-priority liens on substantially all of our assets, including the pledge of our equity interests in each of our and the guarantors' direct subsidiaries to secure the applicable loan, reimbursement and guarantee obligations. The guarantees and security requirements under each of these facilities are subject to certain customary exceptions and exclusions.

As of December 31, 2018, $832.3 million of stand-by letters of credit, the purpose of which is to guarantee payment under certain leases entered into by certain of the Company's wholly owned subsidiaries, were outstanding under a combination of the Credit Agreement and the Letter of Credit Reimbursement Agreement. We were in compliance with all of the covenants contained in the Credit Agreement and Letter of Credit Reimbursement Agreement as of December 31, 2018. As of December 31, 2018, we would not have been able to borrow under our Credit Agreement and keep those amounts outstanding or have unreimbursed letters of credit under either the Credit Agreement and Letter of Credit Reimbursement Agreement past the end of a fiscal quarter due to the financial covenants contained in those agreements (other than certain foreign subsidiary borrowings up to $50.0 million).

*Senior Notes*

On April 25, 2018, we issued $702 million in aggregate principal amount of unsecured Senior Notes due 2025 at a 7.875% interest rate in a private offering under the Securities Act (the "Senior Notes"). The Senior Notes mature on May 1, 2025. We received gross proceeds of $702 million from the issuance of the Senior Notes. We also incurred debt issuance costs of $17.4 million, which costs are deferred and amortized to interest expense over the term of the Senior Notes using the effective interest method.

As of December 31, 2018, after giving effect to a number of adjustments available to us for calculating Adjusted EBITDA Before Growth Investments under the indenture that governs our Senior Notes, we met the minimum levels of Adjusted EBITDA before Growth Investments required for certain incurrence-based covenant calculations under the indenture that governs our Senior Notes.

*Other letter of credit arrangements*

In addition, we have entered into various other letter of credit arrangements, the purpose of which is to guarantee payment under certain leases entered into by certain of our consolidated VIEs. There was $59.6 million of stand-by letters of credit outstanding under these other arrangements as of December 31, 2018.

*Noncontrolling interests*

During 2018, ChinaCo issued stock as part of the consideration for the acquisition of naked Hub and raised an additional $500.0 million of funds through the sale of Series B Preferred Stock. We also received $44.7 million in capital contributions from the issuance of an equity interest in the Creator Fund and received $3.2 million from the issuance of an equity interest in WeWork Waller Creek during the year ended December 31, 2018.

74

EXHIBIT 14

DRS/A 1 filename1.htm

**As confidentially submitted to the Securities and Exchange Commission pursuant to Section 6(e) of the Securities Act of 1933 on June 19, 2019, as Amendment No. 3 to the Confidential Submission. This draft registration statement has not been publicly filed with the Securities and Exchange Commission and all information herein remains strictly confidential.**

Registration No. 333-

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

## FORM S-1
## REGISTRATION STATEMENT
### UNDER
#### THE SECURITIES ACT OF 1933

---

# WeWork Companies Inc.

**(Exact name of registrant as specified in its charter)**

---

| | | |
|---|---|---|
| **Delaware** | **7380** | **46-2918595** |
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

---

**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

---

**Jennifer Berrent**
**Co-President and Chief Legal Officer**
**Jared DeMatteis**
**Deputy Chief Legal Officer**
**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**

---

**With copies to:**

| | |
|---|---|
| **Graham Robinson** | **Roxane F. Reardon** |
| **Ryan J. Dzierniejko** | **John C. Ericson** |
| **Skadden, Arps, Slate, Meagher & Flom LLP** | **Simpson Thacher & Bartlett LLP** |
| **4 Times Square** | **425 Lexington Avenue** |
| **New York, New York 10036** | **New York, New York 10017** |
| **Telephone: (212) 735-3000** | **Telephone: (212) 455-2000** |
| **Facsimile: (212) 735-2000** | **Facsimile: (212) 455-2502** |

---

Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to Be Registered | Proposed Maximum Aggregate Offering Price[(1)(2)] | Amount of Registration Fee |
|---|---|---|
| Class A common stock, par value $0.001 per share | | |

(1)  Includes          shares of Class A common stock that the underwriters have the option to purchase to cover overallotments, if any.
(2)  Estimated solely for purposes of calculating the registration fee in accordance with Rule 457 under the Securities Act of 1933.

**The Registrant hereby amends this Registration Statement on such date as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

-         shares of Class A common stock issuable upon the exercise of warrants outstanding as of       , 2019 at an exercise price of $0.001 per share;

-         shares of Class A common stock issuable upon the settlement of restricted stock units outstanding as of      , 2019; and

-         shares of Class A common stock reserved for future issuance under the new equity incentive plan we intend to adopt prior to the completion of this offering. See "Executive compensation—WeWork Companies Inc. 2019 Omnibus Incentive Plan".

Unless otherwise indicated, the information contained in this prospectus is as of the date set forth on the cover of this prospectus and assumes:

- no exercise of the outstanding options or warrants described above;

- no settlement of the outstanding restricted stock units described above;

- the exercise of warrants held by SB WW Holdings (Cayman) Limited (the "SB WW warrants") into an aggregate of     shares of Class A common stock upon completion of this offering;

- the conversion of the 2018 convertible note (as defined under "Management's discussion and analysis of financial condition and results of operations—Liquidity and capital resources—Convertible note and warrant agreements") held by SoftBank Group Corp. into     shares of Class A common stock upon completion of this offering;

- the conversion of a convertible promissory note held by one of our other investors (the "2014 convertible note") into     shares of Series C preferred stock, which will convert into shares of Class A common stock upon completion of this offering;

- the conversion of all our outstanding Series A, Series B, Series C, Series D-1, Series D-2, Series E, Series F and Series G preferred stock (collectively, our "senior preferred stock"), and all of our Series AP-1, Series AP-2 and Series AP-3 preferred stock (collectively, our "acquisition preferred stock"), into shares of Class A common stock upon completion of this offering;

- the conversion of all of our outstanding junior preferred stock into an aggregate of     shares of Class B common stock (together with the conversion of all of our outstanding senior preferred stock and acquisition preferred stock into shares of Class A common stock, the "preferred stock conversions" and the preferred stock conversions, together with the exercise or conversion upon the completion of this offering of the SB WW warrants, the 2018 convertible note and the 2014 convertible note, the "IPO-related security conversions") upon completion of this offering;

- the filing of our restated certificate of incorporation immediately prior to the completion of this offering;

- the effectiveness of our amended and restated bylaws upon the completion of this offering;

- an initial public offering price of $    per share, which is the midpoint of the price range set forth on the cover page of this prospectus; and

- that the underwriters' option to purchase additional shares of our Class A common stock is not exercised.

# Summary consolidated financial and operating information

The following summary consolidated financial information for the years ended December 31, 2016, 2017 and 2018 and as of December 31, 2017 and 2018 has been derived from our audited annual consolidated financial statements and notes thereto included elsewhere in this prospectus. Our audited annual consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and are presented in U.S. dollars. T he summary condensed consolidated financial information as of March 31, 2019 and for the three months ended March 31, 2018 and 2019 has been derived from our unaudited interim condensed consolidated financial statements included elsewhere in this prospectus. Our unaudited interim condensed consolidated financial statements have been prepared on the same basis as our audited annual consolidated financial statements and reflect, in the opinion of management, all adjustments of a normal, recurring nature that are necessary for a fair statement of our unaudited interim condensed consolidated financial statements. Our historical results are not necessarily indicative of the results to be expected for any future period.

The information presented below should be read in conjunction with the information under " Management's discussion and analysis of financial condition and results of operations " and our consolidated financial statements and related notes thereto appearing elsewhere in this prospectus .

19

| (Amounts in thousands, except share and per share data) | Year Ended December 31, | | | Three Months Ended March 31, | |
|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2018 | 2019 |
| **Consolidated statement of operations information:** | | | | | |
| Revenue | $ 436,099 | $ 886,004 | $ 1,821,751 | $ 342,163 | $ 728,336 |
| | | | | | |
| Expenses: | | | | | |
| Community operating expenses (1) (2) | 433,167 | 814,782 | 1,521,129 | 288,152 | 581,502 |
| Other operating expenses (1) (2) | — | 1,677 | 106,788 | 15,161 | 36,163 |
| Pre-opening community expenses (2) | 115,749 | 131,324 | 357,831 | 73,232 | 115,554 |
| Sales and marketing expenses | 43,428 | 143,424 | 378,729 | 62,811 | 150,999 |
| Growth and new market development expenses (2) | 35,731 | 109,719 | 477,273 | 58,679 | 138,117 |
| General and administrative expenses (2) (3) | 115,346 | 454,020 | 357,486 | 78,194 | 218,537 |
| Depreciation and amortization | 88,952 | 162,892 | 313,514 | 62,043 | 124,855 |
| Total expenses | 832,373 | 1,817,838 | 3,512,750 | 638,272 | 1,365,727 |
| | | | | | |
| Loss from operations | (396,274) | (931,834) | (1,690,999) | (296,109) | (637,391) |
| Interest and other income (expense), net | (33,400) | (7,387) | (237,270) | 19,433 | 378,152 |
| Pre-tax loss | (429,674) | (939,221) | (1,928,269) | (276,676) | (259,239) |
| Income tax benefit (provision) | (16) | 5,727 | 850 | 2,192 | (5,030) |
| Net loss | (429,690) | (933,494) | (1,927,419) | (274,484) | (264,269) |
| Net loss attributable to noncontrolling interests | — | 49,500 | 316,627 | 43,022 | 86,447 |
| Net loss attributable to WeWork Companies Inc. | $ (429,690) | $ (883,994) | $ (1,610,792) | $ (231,462) | $ (177,822) |
| Net loss per share attributable to Class A and Class B common stockholders: (4) | | | | | |
| Basic | $ (2.66) | $ (5.54) | $ (9.87) | $ (1.43) | $ (1.08) |
| Diluted | $ (2.66) | $ (5.54) | $ (9.87) | $ (1.43) | $ (1.08) |
| Weighted-average shares used to compute net loss per share attributable to Class A and Class B common stockholders, basic and diluted | 161,324,940 | 159,689,116 | 163,148,918 | 162,202,359 | 164,776,642 |
| Pro forma net loss per share attributable to Class A and Class B common stockholders: (4) | | | | | |
| Basic | | | $ (4.76) | | $ (0.50) |
| Diluted | | | $ (4.76) | | $ (0.50) |
| Weighted-average shares used to compute pro forma net loss per share attributable to Class A and Class B common stockholders, basic and diluted | | | 338,368,587 | | 357,927,293 |

(1)   Exclusive of depreciation and amortization shown separately on the depreciation and amortization line.

(2)   See Note 17 to our audited annual consolidated financial statements and Note 18 to our unaudited interim condensed consolidated financial statements, each included elsewhere in this prospectus,

for a description of the components of rent expense and the amount of rent expense included within each of these line items. Whether our cash rent obligations are higher or lower than our GAAP rent expense will generally depend on the average tenor of our leases, which has been impacted by our significant growth, among other factors. In the earlier portion of the life of a lease, our GAAP rent expense calculated on a straight-line basis is typically higher than our cash rent obligations, while in the later portion of the life of a lease, our cash rent obligations will typically exceed our GAAP rent expense calculated on a straight-line basis.

(3)  Includes stock-based compensation expense of $17.4 million , $260.7 million and $18.0 million for the years ended December 31, 2016, 2017 and 2018, respectively, and includes stock-based compensation expense of $5.0 million and $79.4 million for the three months ended March 31, 2018 and 2019, respectively.

(4)  See Note 22 to our audited annual consolidated financial statements and Note 22 to our unaudited interim condensed consolidated financial statements, each included elsewhere in this prospectus, for a description of how we compute basic and diluted net loss per share attributable to Class A and Class B common stockholders and pro forma basic and diluted net loss per share attributable to Class A and Class B common stockholders.

20

financial measures" and Note 17 to our audited annual consolidated financial statements and Note 18 to our unaudited interim condensed consolidated financial statements included elsewhere in this prospectus. Whether our cash rent obligations are higher or lower than our GAAP rent expense will generally depend on the average tenor of our leases, which has been impacted by our significant growth, among other factors. In the earlier portion of the life of a lease, our GAAP rent expense calculated on a straight-line basis is typically higher than our cash rent obligations (as we are often in a free rent period, when our cash rent obligations could be nil), and with respect to these leases, excluding adjustments for impact of straight-lining of rent will typically have the effect of increasing our non-GAAP measures. In the later portion of the life of a lease, our cash rent obligations will typically exceed our GAAP rent expense calculated on a straight-line basis, and with respect to these leases, excluding adjustments for impact of straight-lining of rent will typically have the effect of reducing our non-GAAP measures.

(d)   Represents the non-cash expense of our equity compensation arrangements for our directors, executive officers, other employees and consultants. Total consolidated stock-based compensation expense for the year ended December 31, 2017 and for the three months ended March 31, 2019 include $271.0 million related to a tender offer which closed in October 2017 (the "2017 tender offer") and $120.0 million related to a tender offer which launched in March 2019 and closed in April 2019 (the "2019 tender offer"), respectively, through which common shares were acquired by SoftBank from employees at a price greater than the fair market value of the shares, which resulted in non-cash expense to the Company. We rely on equity compensation to compensate and incentivize these individuals, and we may continue to do so in the future.

(5)   "Committed revenue backlog" as of a given date represents total non-cancelable contractual commitments, net of discounts, remaining under agreements entered into as of such date, which we expect will be recognized as revenue subsequent to such date. See " Management's discussion and analysis of financial condition and results of operations — Key performance indicators and financial measures — Committed revenue backlog " for additional information about this metric. We began reporting committed revenue backlog on a quarterly basis as of March 31, 2019.

(6)   "Run-rate revenue" for a given period represents our revenue recognized in accordance with GAAP for the last month of such period multiplied by 12. See " Management's discussion and analysis of financial condition and results of operations — Key performance indicators and financial measures — Run-rate revenue " for additional information about this metric. The calculation of run-rate revenue for March 31, 2019 excludes from total revenue $39.5 million of revenue recognized during the month ended March 31, 2019 relating to a reimbursement for services performed in connection with Creator Award events, as the events primarily occurred in prior periods and is considered non-recurring.

23

# Risk factors

*Investing in our Class A common stock involves a high degree of risk. You should consider and read carefully all of the risks and uncertainties described below, as well as the other information included in this prospectus, including our consolidated financial statements and related notes appearing elsewhere in this prospectus, before making an investment decision. The risks described below are not the only risks we face. The occurrence of any of the following risks or additional risks and uncertainties not presently known to us or that we currently believe to be immaterial could materially and adversely affect our business, financial condition, results of operations or prospects. In that case, the trading price of our Class A common stock could decline, and you may lose all or part of your original investment. This prospectus also contains forward-looking statements that involve risks and uncertainties. Please refer to " Cautionary note regarding forward-looking statements " for more information regarding forward-looking statements.*

## Risks relating to our business

*Our business has grown rapidly, and we may fail to manage our growth effectively.*

We have experienced rapid growth in our business, including in the number of our locations and in the size of our membership base. This rapid growth places a significant strain on our existing resources. Difficulties associated with our continued growth could result in harm to our reputation and could have a material adverse effect on our business, including our prospects for continued growth, and on our financial condition, results of operations and cash flows.

We expect our capital expenditures and operating expenses to increase on an absolute basis as we continue to invest in additional locations, launch additional solutions and services, hire additional team members and increase our marketing efforts. In particular, we expect to invest in local infrastructure to support our continued growth. As we decentralize and localize certain decision-making and risk management functions, we may discover that our internal processes are ineffective or inefficient. In particular, to manage our rapid growth, we will need to enhance our reporting systems and procedures and continue to improve our operational, financial, management, sales and marketing and information technology infrastructure. Continued growth could also strain our ability to maintain reliable service levels for our members. If we do not manage our growth effectively, increases in our capital expenditures and operating expenses could outpace any increases in our revenue, which could have a material adverse effect on our results of operations.

*Our rapid growth may not be sustainable.*

Our historical growth rates may not be indicative of future growth. The market for our solutions and services may not continue to grow at the rate we expect or at all, and our memberships may decline as a result of increased competition in the space-as-a-service sector or the maturation of our business. Additionally, as we grow, the ability of our management to source sufficient reasonably-priced opportunities for new locations of the type we have historically targeted or to develop and launch additional solutions and services may become more limited.

*Our business strategy includes entering into new markets and introducing new solutions and services. This strategy is inherently risky, may not be successful and could be costly.*

As part of our growth strategy, we intend to continue expansion into (i) additional locations in existing and new markets within the United States and throughout the world, (ii) new solutions service offerings and (iii) new strategic opportunities, including real estate acquisition. Such expansion efforts also generally involve significant risks and uncertainties, including distraction of management from our existing solutions and services and the operations of our existing locations. As we attempt to grow our foothold in an evolving industry and acquire new businesses that enhance value for our members, we

may encounter issues and risks not discovered in our development or analysis of such expansion efforts. Our operations in any new markets or solutions and services into which we expand may also generate less revenue or cash flow than our core WeWork offering.

Our expansion efforts have required, and we expect them to continue to require, substantial resources and management attention. We spend significant time, money, energy and other resources trying to understand our members' needs and working to accommodate them, which may include exploring and negotiating for new solutions and services. However, as we expand into new markets and introduce new solutions and services, our members may not be satisfied with our solutions and services, including any new offerings that we launch. The time, money, energy and other resources we dedicate to exploring and pursuing new solutions and services may be greater than the short-term, and potentially the total, returns from these new offerings.

We will also face new operational risks and challenges as we enter into new markets. Expansion into foreign jurisdictions subjects us to legal, regulatory, economic and political risks that may be different from and additional to those that we face in jurisdictions where we currently operate, and we may operate at a disadvantage relative to competitors who are more familiar with local market practices and networks. Expansion into new solutions and services subjects us to similar risks as we compete with the many established participants in those markets, additional regulatory and legal risks, and execution risks as we implement new business practices and integrate a new mission into our existing range of solutions and services. To the extent the benefits of our expansion efforts do not meet our expectations, we may recognize a loss on our investment or gains that do not justify our investment. See "— We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions ".

Our success in this regard may increasingly depend on the financial success and cooperation of local partners and other third parties. For more information, see "—Our growth and success depends on our ability to maintain the value and reputation of our brand and the success of our strategic partnerships".

*We have a history of losses and, especially if we continue to grow at an accelerated rate, we may be unable to achieve profitability at a company level (as determined in accordance with GAAP) for the foreseeable future.*

We had an accumulated deficit as of December 31, 2017 and 2018 and as of March 31, 2018 and 2019 and had net losses for the years ended December 31, 2016, 2017 and 2018 and for the three months ended March 31, 2018 and 2019. Our accumulated deficit and net losses have historically resulted primarily from the substantial investments required to grow our business, including the significant increase in recent periods in the number of locations we operate. We expect that these costs and investments will continue to increase as we continue to grow our business. We also intend to invest in maintaining our high level of member service and support, which we consider critical to our continued success. We also expect to incur additional general and administrative expenses as a result of our growth. These expenditures will make it difficult for us to achieve profitability, and we cannot predict whether we will achieve profitability in the near term or for the foreseeable future.

Our operating costs and other expenses may be greater than we anticipate, and our investments to make our business and our operations more efficient may not be successful. Increases in our costs, expenses and investments may reduce our margins and materially adversely affect our business, financial condition and results of operations. In addition, recently opened or future locations may not generate revenue or cash flow comparable to those generated by our existing mature locations, and our mature locations may not be able to continue to generate those levels of revenue or cash flow. Further, our We Company offerings, such as WeLive, WeGrow, Flatiron School and Meetup, and additional We Company offerings that we may launch or acquire in the future, may not generate

meaningful revenue or cash flow. For any of these reasons, we may be unable to achieve profitability for the foreseeable future and may face challenges in growing our cash flows.

*We may not be able to continue to retain existing members, most of whom enter into membership agreements with short-term commitments, or to attract new members in sufficient numbers or at sufficient rates to sustain and increase our memberships or at all.*

We principally generate revenues through the sale of memberships. We have in the past experienced, and expect to continue to experience, member terminations. In many cases, our members may terminate their membership agreements with us at any time upon as little notice as one calendar month. Members may cancel their memberships for many reasons, including a perception that they do not make sufficient use of our available space and services, that they need to reduce their expenses or that alternative work environments may provide better value or a better experience.

Our results of operations could be adversely affected by declines in demand for our memberships. Demand for our memberships may be negatively affected by a number of factors, including geopolitical uncertainty, competition, cybersecurity incidents, decline in our reputation and saturation in the markets where we operate. Prevailing general and local economic conditions may also negatively affect the demand for our memberships, particularly from current and potential members that are small- and mid-sized businesses and may be disproportionately affected by adverse economic conditions.

Substantially all of our leases with our landlords are for terms that are significantly longer than the terms of our membership agreements with our members. The average length of the initial term of our U.S. leases is approximately 15 years, and future minimum rental payments for our operating leases totaled $37.6 billion as of March 31, 2019. If we are unable to replace members who may terminate their membership agreements with us, our cash flows and ability to make payments under our lease agreements with our landlords may be adversely affected. These same factors that reduce demand for our memberships may not have the same impact on a landlord that has longer commitments from its tenants than we have from our members.

We must continually add new members both to replace departing members and to expand our current member base. We may not be able to attract new members in sufficient numbers to do so. Even if we are able to attract new members to replace departing members, these new members may not maintain the same level of involvement in our community. In addition, the revenue we generate from new members may not be as high as the revenue generated from existing members because of discounts we may offer to these new members, and we may incur marketing or other expenses, including referral fees, to attract new members, which may further offset our revenues from these new members. For these and other reasons, we could experience a decline in revenue, which could adversely affect our results of operations.

*A high number of our members are concentrated in major metropolitan areas. An economic downturn or subsequent declines in market rents in any of these areas may result in increased member terminations and could adversely affect our results of operations.*

A significant portion of our member base consists of small- and mid-sized businesses and freelancers who may be disproportionately affected by adverse economic conditions. In addition, our concentration in specific cities magnifies the risk to us of localized economic conditions in those cities or the surrounding regions. For the year ended December 31, 2018 and the three months ended March 31, 2019, we generated the majority of our revenue from locations in the United States and the United Kingdom. The majority of our United States revenue was generated from our locations in the greater New York City, San Francisco, Los Angeles, Seattle, Washington, D.C. and Boston markets. A majority of our locations in the United Kingdom are in London. Economic downturns in these markets or other markets in which we are growing our number of locations may have a disproportionate effect on our revenue and our ability to retain members, in particular members that are small- and mid-sized

26

businesses, and thereby require us to expend time and resources on sales and marketing activities that may not be successful and could impair our results of operations. In addition, our business may be affected by generally prevailing economic conditions in the markets where we operate, which can result in a general decline in real estate activity, reduce demand for our services and exert downward pressure on our revenue.

*We may not be able to successfully negotiate satisfactory arrangements in respect of spaces that we occupy, or renew or replace existing spaces on satisfactory terms or at all, any of which will necessarily constrain our ability to grow our member base.*

We currently lease real estate for the majority of our locations, and we are actively pursuing revenue-sharing arrangements and other types of partnerships with real estate owners. If we are unable to negotiate these lease and other arrangements on satisfactory terms, we may not be able to expand our location base.

Our lease renewal options are typically tied to upward-only rent reviews, whereby rent for any given lease renewal term is equal to the greater of the rent in effect for the period immediately prior to the rent review date and the then-prevailing net effective rent in the open market. As a result, increases in rental rates in the markets in which we operate, particularly those markets where initial terms under our leases are shorter, could adversely affect our business, financial condition, results of operations and prospects.

In addition, our ability to negotiate favorable terms to extend an expiring lease or in connection with an alternate location will depend on then-prevailing conditions in the real estate market, such as overall rental cost increases, competition from other would-be tenants for desirable leased spaces and our relationships with current and prospective building owners and landlords, and may depend on other factors that are not within our control. If we are not able to renew or replace an expiring lease, we will incur significant costs related to vacating that space and redeveloping whatever alternative space we are able to find, if any. In addition, if we are forced to vacate a space, we could lose members who purchased memberships based on the design, location or other attributes of that particular space and may not be interested in the other spaces we have available.

The average length of the initial term of our U.S. leases is approximately 15 years. As we continue to expand our presence into certain international markets, including Europe, Latin America, China, Japan and the Pacific, local market practices may require us to enter into leases that have shorter initial terms, which reduces the certainty of our future obligations with respect to these locations and the continued availability of our occupied spaces at these locations.

*The long-term and fixed-cost nature of our leases may limit our operating flexibility and could adversely affect our liquidity and results of operations.*

We currently lease a significant majority of our locations under long-term leases that, with very limited exceptions, do not contain early termination provisions. Our obligations to landlords under these agreements extend for periods that significantly exceed the length of our membership agreements with our members, which may be terminated by our members upon as little notice as one calendar month. Our leases generally provide for fixed monthly payments that are not tied to space utilization or the size of our member base, and all of our leases contain minimum rental payment obligations. As a result, if members at a particular space terminate their membership agreements with us and we are not able to replace these departing members, our rent expense may exceed our revenue. In addition, in an environment where cost for real estate is decreasing, we may not be able to lower our fixed monthly payments under our leases at rates commensurate with the rates at which we would be pressured to lower our monthly membership fees, which may also result in our rent expense exceeding our membership and service revenue. In any such event, we would not have the ability to reduce our rent under the lease or otherwise terminate the lease in accordance with its terms.

If we experience a prolonged reduction in revenues at a particular space, our results of operations in respect of that space would be adversely affected unless and until the lease expires or we are able to assign the lease or sublease the space to a third party. Our ability to assign a lease or sublease the space to a third party may be constrained by provisions in the lease that restrict these transfers without the prior consent of the landlord. Additionally, we could incur significant costs if we decide to assign or sublease unprofitable leases, as we may incur transaction costs associated with finding and negotiating with potential transferees, and the ultimate transferee may require upfront payments or other inducements. If we default under the terms of the lease and cease operations at the leased spaces, we could be exposed to breach of contract and other claims, which could result in direct and indirect costs to us and could result in operational disruptions that could harm our reputation and brand.

In addition, while our leases are often held by special purpose entities, our consolidated financial condition and results of operations depend on the ability of our subsidiaries to perform their obligations under these leases over time. Our business reputation, financial condition and results of operations depend on our subsidiaries' ongoing compliance with their leases. We may determine that it is necessary to fund the lease payments of our subsidiaries beyond the terms of our limited parent guarantees (if applicable), in which case any difficulty of our subsidiaries in performing their obligations under our leases could affect our liquidity. We are also pursuing strategic alternatives to pure leasing arrangements, including revenue-sharing arrangements and other partnerships with respect to spaces. Some of our revenue-sharing agreements contain penalties that are payable in the event we terminate the arrangement. In addition, we have limited experience to date with these types of transactions, and we may not be able to successfully complete additional transactions on commercially reasonable terms or at all.

*We have engaged in transactions with related parties, and such transactions present possible conflicts of interest that could have an adverse effect on our business and results of operations.*

We have entered into a number of transactions with related parties, including our significant stockholders, directors and executive officers. For example, we have entered into several transactions with our Co-Founder and Chief Executive Officer, Adam Neumann, including leases with landlord entities in which Adam has a significant ownership interest. We have similarly entered into leases with landlord entities in which other members of our board of directors have a significant ownership interest, such as through a real estate investment fund (the "WPI Fund"). See "Certain relationships and related party transactions—Real estate transactions—WPI Fund". We may in the future enter into additional transactions with entities in which members of our board of directors and other related parties hold ownership interests.

Transactions with a landlord entity in which our directors, officers and significant stockholders hold ownership interests present potential for conflicts of interest, as the interests of the landlord entity and its shareholders may not align with the interests of our stockholders with respect to the negotiation of, and certain other matters related to, our lease with that landlord entity. For example, conflicts may arise in connection with decisions regarding the structure and terms of the lease, tenant improvement allowances or termination provisions. Conflicts of interest may also arise in connection with the exercise of contractual remedies under these leases, such as the use of offsets for unreimbursed tenant improvement allowances or the treatment of events of default.

Our leases with landlords generally provide that, if the landlord declines to reimburse us for buildout expenses or other tenant improvement allowances for which we have the right to be reimbursed under the relevant lease, we may apply such receivables as an offset to our related rental obligations on those impacted leases. Certain of our leases with related parties, including those with landlord entities in which Adam holds a significant ownership interest, provide for tenant improvement allowances. If any of these entities declined to reimburse us for buildout expenses to which we were entitled under the

28

relevant lease, we expect that we would apply such receivables as an offset to our related rental obligations on those impacted leases.

Pursuant to our related party transactions policy, all additional material related party transactions that we enter into require either (i) the unanimous consent of our audit committee or (ii) the approval of a majority of the members of our Board of Directors. Nevertheless, these transactions, individually or in the aggregate, may have an adverse effect on our business and results of operations, and we may have achieved more favorable terms if such transactions had not been entered into with related parties.

*A significant part of our international growth strategy and international operations will be conducted through joint ventures, and disputes with our partners may adversely affect our interest in these joint ventures.*

Our international growth strategy has included entering into joint ventures in non-U.S. jurisdictions, such as in China, Japan and the broader Pacific region. Our success in these regions therefore depends on third parties whose actions we cannot control. Although in the case of certain of these joint ventures we have the right to appoint a majority of the members of the board of directors, there are many significant matters for which we require the consent of our partners in these joint ventures. Our partners in these joint ventures may have interests that are different from ours, and we may disagree with our partners as to the resolution of a particular issue to come before the joint venture or as to the management or conduct of the business of the joint venture in general. In addition, in connection with these joint ventures and other strategic partnerships, we have entered into certain agreements that provide our partners with exclusivity or other preemptive rights that may limit our ability to pursue business opportunities in the manner that we desire. For instance, with respect to each of ChinaCo, JapanCo and PacificCo (each as defined and described under "Business—Organizational structur e " and "Certain relationships and related party transactions —Regional joint ventures" ) , we have agreed to conduct all or an agreed portion of our business through the relevant joint venture. We may not be able to resolve any dispute relating to our business, operations or management of the relevant joint venture, which could have a material adverse effect on our interest in the joint venture or the business of the joint venture in general.

*Some of the counterparty risks we face with respect to our members are heightened in the case of enterprise members.*

Enterprise members, which often sign membership agreements with longer terms and for a greater number of memberships than our other members, accounted for 32% and 37% of our total membership and service revenue for the year ended December 31, 2018 and the three months ended March 31, 2019, respectively. Memberships attributable to enterprise members generally account for a high proportion of our revenue at a particular location, and some of our locations are occupied by just one enterprise member. A default by an enterprise member under its agreement with us could cause a significant reduction in the operating cash flow generated by the location where that enterprise member is situated. We would also incur certain costs following an unexpected vacancy by an enterprise member. The greater amount of available space generally occupied by any enterprise member relative to our other members means that the time and effort required to execute a definitive agreement is greater than our membership agreements with individual members or small- or mid-sized businesses. In some instances, we offer configured solutions that require us to customize the workspace to the specific needs and brand aesthetics of the enterprise member. Enterprise members may nevertheless delay commencement of their membership agreements, fail to make membership fee payments when due, or declare bankruptcy or otherwise default on their obligations to us. Any of these events could result in the termination of that enterprise member's agreement with us and sunk costs and transaction costs that are difficult or impossible for us to recover.

29

*We are exposed to risks associated with the development and construction of the spaces we occupy.*

Opening new locations subjects us to risks that are associated with development projects in general, such as delays in construction, contract disputes and claims, and fines or penalties levied by government authorities relating to our construction activities. We may also experience delays opening a new space as a result of delays by the building owners or landlords in completing their base building work or as a result of our inability to obtain, or delays in our obtaining, all necessary zoning, land-use, building, occupancy and other required governmental permits and authorizations. We seek to open new spaces on the first day of a month and delays, even if the delay only lasts a few days, can cause us to defer opening a space by a full month. Failure to open a space on schedule may damage our reputation and brand and may also cause us to incur expenses in order to rent and provide temporary space for our members or to provide those members with discounted membership fees.

In developing our spaces, we generally rely on the continued availability and satisfactory performance of unaffiliated third-party general contractors and subcontractors to perform the actual construction work, and in many cases to select and obtain the related building materials. As a result, the timing and quality of the development of our occupied spaces depends on the performance of these third parties on our behalf.

We do not have long-term contractual commitments with general contractors, subcontractors or materials suppliers. The prices we pay for the labor or materials provided by these third parties, or other construction-related costs, could unexpectedly increase, which could have an adverse effect on the viability of the projects we pursue and on our results of operations and liquidity. Skilled parties and high-quality materials may not continue to be available at reasonable rates and in the markets in which we pursue our construction activities.

The people we engage in connection with a construction project are subject to the usual hazards associated with providing construction and related services on construction project sites, which can cause personal injury and loss of life, damage to or destruction of property, plant and equipment, and environmental damage. Our insurance coverage may be inadequate in scope or coverage amount to fully compensate us for any losses we may incur arising from any such events at a construction site we operate or oversee. In some cases, general contractors and their subcontractors may use improper construction practices or defective materials. Improper construction practices or defective materials can result in the need to perform extensive repairs to our spaces, loss of revenue during the repairs and, potentially, personal injury or death. We also can suffer damage to our reputation, and may be exposed to possible liability, if these third parties fail to comply with applicable laws.

*Supply chain interruptions may increase our costs or reduce our revenues.*

We depend on the effectiveness of our supply chain management systems to ensure reliable and sufficient supply, on reasonably favorable terms, of materials used in our construction and development and operating activities, such as furniture, lighting, millwork, wood flooring, security equipment and consumables. The materials we purchase and use in the ordinary course of our business are sourced from a wide variety of suppliers around the world. Disruptions in the supply chain may result from weather-related events, natural disasters, trade restrictions, tariffs, border controls, acts of war, terrorist attacks, third-party strikes or ineffective cross dock operations, work stoppages or slowdowns, shipping capacity constraints, supply or shipping interruptions or other factors beyond our control. In the event of disruptions in our existing supply chain, the labor and materials we rely on in the ordinary course of our business may not be available at reasonable rates or at all. In some cases, we may rely on a single source for procurement of construction materials or other supplies in a given region. Any disruption in the supply of certain materials could disrupt operations at our existing locations or significantly delay our opening of a new location, which may cause harm to our reputation and results of operations.

30

*We incur costs relating to the maintenance, refurbishment and remediation of our spaces.*

The terms of our leases generally require that we ensure that the spaces we occupy are kept in good repair throughout the term of the lease. The terms of our leases may also require that we return the space to the landlord at the end of the lease term in the same condition it was delivered to us, which, in such instances, will require removing all fixtures and improvements to the space. The costs associated with this maintenance, removal and repair work may be significant.

We also anticipate that we will be required to periodically refurbish our spaces to keep pace with the changing needs of our members. Extensive refurbishments may be more costly and time-consuming than we expect and may adversely affect our results of operations and financial condition. Our member experience may be adversely affected if extensive refurbishments disrupt our operations at our locations.

*Our growth and success depends on our ability to maintain the value and reputation of our brand and the success of our strategic partnerships.*

Our brand is integral to our business as well as to the implementation of our strategies for expanding our business. In January 2019, we launched a global rebranding effort that may require significant resources and expenses and may affect our ability to attract and retain members, all of which may have a material adverse effect on our business or results of operations.

Maintaining, promoting and positioning our brand will depend largely on our ability to provide a consistently high quality member experience and on our marketing and community-building efforts. To the extent our locations or product or service offerings are perceived to be of low quality or otherwise are not compelling to new and existing members, our ability to maintain a positive brand reputation may be adversely affected.

In addition, failure by third parties on whom we rely but whose actions we cannot control, such as general contractors and construction managers who oversee our construction activities or facilities management staff, to uphold a high standard of workmanship, ethics, conduct and legal compliance could subject us to reputational harm based on their association with us and our brand. As we pursue our growth strategies of entering into joint ventures, revenue-sharing arrangements and other partnerships with local partners in non-U.S. jurisdictions, such as through ChinaCo, JapanCo, PacificCo and IndiaCo (each as defined and described under "Business—Organizational structure" and "Certain relationships and related party transactions—Regional joint ventures"), we become increasingly dependent on third parties whose actions we cannot control.

We receive a high degree of media coverage domestically and internationally and we believe that much of our reputation depends on word-of-mouth and other non-paid sources of opinion, including on the internet. Unfavorable publicity or consumer perception or experience of our spaces, practices, or product or service offerings could adversely affect our reputation, resulting in difficulties in attracting and retaining members and business partners, and limiting the success of our community-building efforts and the range of solutions and services we are able to offer.

Historically, many of our members have signed up for memberships because of positive word-of-mouth referrals by existing members, which has reduced our need to rely on traditional marketing efforts. To the extent that we are unable to maintain a positive brand reputation organically, we may need to rely more heavily on traditional marketing efforts to attract new members, which would increase our marketing expenses both in absolute terms and as a percentage of our member acquisition costs.

*If our employees, members of our community or other people who enter our spaces act badly, our business and our reputation may be harmed.*

Our emphasis on our values makes our reputation particularly sensitive to allegations of violations of community rules or applicable laws by our members, employees or other people who enter our spaces. While we verify the identity of any individual interested in joining our community, we do not conduct extensive background checks or otherwise extensively vet potential members prior to entering into membership agreements that provide them access to our locations. If our members, employees or other people violate our policies or engage in illegal or unethical behavior, or are perceived to do so, we may be the subject of negative publicity and our reputation may be harmed. These bad acts may also encourage existing members to leave our locations and make it more difficult to recruit new members at that location, which would adversely impact our results of operations for the affected location.

*If our pricing and related promotional and marketing plans are not effective, our business and prospects may be negatively affected.*

Our business and prospects depend on the impact of pricing and related promotional and marketing plans and our ability to adjust these plans to respond quickly to economic and competitive conditions. If our pricing and related promotional and marketing plans are not successful, or are not as successful as those of competitors, our revenue, membership count and market share could decrease, thereby adversely impacting our results of operations.

*We may make decisions consistent with our mission that may reduce our short- or medium-term operating results.*

Our mission is integral to everything we do, and many of our strategic and investment decisions are geared toward improving the experience of our members and the attractiveness of our community. While we believe that pursuing these goals will produce benefits to our business in the long-term, these decisions may adversely impact our short- or medium-term operating results and the long-term benefits that we expect to result from these initiatives may not materialize within the timeframe we expect or at all, which could harm our business and financial results.

*We may be unable to adequately protect or prevent unauthorized use of our trademarks and other proprietary rights and we may be prevented by third parties from using or registering our trademarks or other intellectual property.*

To protect our trademarks and other proprietary rights, we rely and expect to continue to rely on a combination of protective agreements with our team members and third parties (including local or other strategic partners we may do business with), physical and electronic security measures, and trademark, copyright, patent and trade secret protection laws. In certain jurisdictions, rights in trademarks are derived from registration of the trademark. We may not have trademark rights in a jurisdiction where our trademarks are not registered, including with respect to any new brands and existing brands associated with new product lines. We have obtained a strategic set of trademark, copyright and patent applications or registrations in the United States and other jurisdictions and have filed, and we expect to file from time to time, additional trademark, copyright and patent applications. Nevertheless, these applications may not proceed to registration or issuance and in any event may not be comprehensive (particularly with respect to non-U.S. jurisdictions), third parties may challenge any trademarks, copyrights or patents issued to or held by us, the agreements (including license agreements with local or other strategic partners) and security measures we have in place may be inadequate or otherwise fail to effectively accomplish their protective purposes, third parties may infringe or misappropriate our intellectual property rights, and we may not be successful in asserting intellectual property rights against third parties. Third parties may also take the position that we are infringing their rights, and we may not be successful in defending these claims. For example, we have received correspondence from third parties asserting potential claims of trademark infringement with respect to some of our WE

32

names and trademarks. We dispute these assertions. Additionally, we may not be able to enforce or defend our proprietary rights or prevent infringement or misappropriation without substantial expense to us and a significant diversion of management time and attention from our business strategy.

We currently hold various domain names relating to our brand, most importantly wework.com, we.co, wegrow.com and welive.com, as well as several other @we and @wework social media handles. Competitors and others could attempt to capitalize on our brand recognition by using domain names or social media handles similar to those we hold. We may be unable, without significant cost or at all, to maintain or protect our use of domain names and social media handles or prevent third parties from acquiring domain names or social media handles that are similar to, infringe upon or otherwise decrease the value of our trademarks and other proprietary rights in our domain names.

If the measures we have taken to protect our proprietary rights are inadequate to prevent unauthorized use or misappropriation by third parties or such rights are diminished or we are prevented from using intellectual property due to successful third-party challenges, the value of our brand and other intangible assets may be diminished and our business and results of operations may be adversely affected.

*We rely on a combination of proprietary and third-party technology systems to support our business and member experience, and, if these systems experience difficulties, our business, financial condition, results of operations and prospects may be materially adversely affected.*

We use a combination of proprietary technology and technology provided by third-party service providers to support our business and our member experience. For example, the WeWork app, which we developed in-house but which incorporates third-party and open source software where appropriate, connects local communities and develops and deepens connections among our members, both at particular spaces and across our global network.

We also use technology of third-party service providers to help manage the daily operations of our business. For example, we rely on our own internal systems as well as those of third-party service providers to process membership payments and other payments from our members. Our solutions and services may not continue to be supported by the applicable third-party service providers on commercially reasonable terms or at all, and we may not be able to attract and retain sufficiently skilled and experienced technical or operations personnel and third-party contractors to operate and maintain these technologies and systems. Moreover, we may be subject to claims by third parties who maintain that our service providers' technology infringes the third party's intellectual property rights. Although our agreements with our third-party service providers often contain indemnities in our favor with respect to these eventualities, we may not be indemnified for these claims or we may not be successful in obtaining indemnification to which we are entitled.

To the extent we experience difficulties in the operation of technologies and systems we use to manage the daily operations of our business or that we make available to our members, our ability to operate our business, retain existing members and attract new members may be impaired. We may not be able to attract and retain sufficiently skilled and experienced technical or operations personnel and third-party contractors to operate and maintain these technologies and systems, and our current product and service offerings may not continue to be, and new product and service offerings may not be, supported by the applicable third-party service providers on commercially reasonable terms or at all. Also, any harm to our members' personal computers or other devices caused by our software, such as the WeWork app, or other sources of harm, such as hackers or computer viruses, could have an adverse effect on the member experience, our reputation and our results of operations and financial condition.

*If our proprietary information and/or member data we collect and store, particularly billing and personal data, were to be accessed by unauthorized persons, our reputation, competitive advantage and relationships with our members could be harmed and our business could be materially adversely affected.*

We generate significant amounts of proprietary, sensitive and otherwise confidential information relating to our business and operations, and we collect, store and process confidential and personal data regarding our members, including member names and billing data. Our proprietary information and member data is maintained on our own systems as well as the systems of third-party service providers.

Similar to other companies, our information technology systems face the threat of cyber-attacks, such as security breaches, phishing scams, malware and denial-of-service attacks. Our systems or the systems of our third-party service providers could experience unauthorized intrusions or inadvertent data breaches, which could result in the exposure or destruction of our proprietary information and/or members' data.

Because techniques used to obtain unauthorized access to systems or sabotage systems change frequently and may not be known until launched against us or our service providers, we and they may be unable to anticipate these attacks or implement adequate preventative measures. In addition, any party who is able to illicitly obtain identification and password credentials could potentially gain unauthorized access to our systems or the systems of our third-party service providers. If any such event occurs, we may have to spend significant capital and other resources to notify affected individuals, regulators and others as required under applicable law, mitigate the impact of the event and develop and implement protections to prevent future events of that nature from occurring. From time to time, employees make mistakes with respect to security policies that are not always immediately detected by compliance policies and procedures. These can include errors in software implementation or a failure to follow protocols and patch systems. Employee errors, even if promptly discovered and remediated, may disrupt operations or result in unauthorized disclosure of confidential information. We have experienced unauthorized breaches of our systems prior to this offering, which we believe did not have a material effect on our business.

If a data security incident occurs, or is perceived to occur, we may be the subject of negative publicity and the perception of the effectiveness of our security measures and our reputation may be harmed, which could damage our relationships and result in the loss of existing or potential members and adversely affect our results of operations and financial condition. In addition, even if there is no compromise of member information, we could incur significant regulatory fines, be the subject of litigation or face other claims. In addition, our insurance coverage may not be sufficient in type or amount to cover us against claims related to security breaches, cyber-attacks and other related data and system incidents.

Although we expect to become Payment Card Industry Data Security Standard (PCI DSS) compliant in 2019, our practices with respect to this type of information are evolving and do not yet fully comply with that industry standard and other applicable guidelines. Additionally, if new operating rules or interpretations of existing rules are adopted regarding the processing of credit cards that we are unable to comply with, we could lose the ability to give members the option to make electronic payments, which could result in the loss of existing or potential members and adversely affect our business.

*Our reputation, competitive advantage, financial position and relationships with our members could be materially harmed if we are unable to comply with complex and evolving data protection laws and regulations, and the costs and resources required to achieve compliance may have a materially adverse impact on our business.*

The collection, protection and use of personal data are governed by privacy laws and regulations enacted in the United States, Europe, Asia and other jurisdictions around the world in which we

34

operate. These laws and regulations continue to evolve and may be inconsistent from one jurisdiction to another. Compliance with applicable privacy laws and regulations may increase our costs of doing business and adversely impact our ability to conduct our business and market our solutions and services to our members and potential members.

For example, we are subject to the European Union's General Data Protection Regulation ("GDPR") in a number of jurisdictions. The GDPR imposes significant new obligations, and compliance with these obligations depends in part on how particular regulators apply and interpret them. If we fail to comply with the GDPR, or if regulators assert we have failed to comply with the GDPR, it may lead to regulatory enforcement actions, which can result in monetary penalties of up to 4% of worldwide revenue, private lawsuits and/or reputational damage. Further, any U.K. exit from the European Union will increase uncertainty regarding applicable laws and regulations pending more clarity on the terms of that exit.

Additionally, in June 2018, California passed the California Consumer Privacy Act ("CCPA"), which provides new data privacy rights for consumers and new operational requirements for companies, effective in 2020. The CCPA creates a private right of action that could lead to consumer class actions and other litigation against us, with statutory damages of up to $750 per violation. The California Attorney General will also maintain authority to enforce the CCPA and will be permitted to seek civil penalties for intentional violations of the CCPA of up to $7,500 per violation. Other U.S. states and the U.S. Congress are in the process of considering legislation similar to California's legislation. If we fail to comply with the CCPA or other federal or state data protection laws, or if regulators or plaintiffs assert we have failed to comply with them, it may lead to regulatory enforcement actions, private lawsuits and/or reputational damage.

We are also subject to China's Cybersecurity Law, which took effect in 2017. China's Cybersecurity Law and its implementing regulations lay out requirements on cybersecurity, data localization and data protection, subjecting many previously under-regulated or unregulated activities to government scrutiny under provisions that have not yet been subject to public interpretation by enforcement authorities. Likewise, in Canada we are subject to Canada's Personal Information and Protection of Electronic Documents Act ("PIPEDA"). PIPEDA provides Canadian residents with privacy protections and sets out rules for how companies may collect, use and disclose personal information in the course of commercial activities. The costs of compliance with, and other burdens imposed by, these and other international data privacy and security laws may limit the use and adoption of our solutions and services and could have a materially adverse impact on our business. Any failure or perceived failure by us or third-party service-providers to comply with international data privacy and security laws may lead to regulatory enforcement actions, fines, private lawsuits or reputational damage.

*Our future success depends in large part on the continued service of Adam Neumann, our Co-Founder and Chief Executive Officer, which cannot be ensured or guaranteed.*

Adam Neumann, our Co-Founder and Chief Executive Officer, is critical to our operations. He is key to setting our strategic direction and the strength of our culture. We believe Adam provides strategic insight, leadership and commitment to the growth of our global community with a unique combination of skills ranging from vision to real estate acumen to communications with investors, members and employees. We have no employment agreement in place with Adam, and there can be no assurance that Adam will continue to work for us or serve our interests in any capacity.

*Adam Neumann will control a majority of our voting stock upon completion of this offering.*

Following the completion of this offering, as a result of his share ownership, together with his voting arrangements with certain stockholders, Adam Neumann, our Co-Founder and Chief Executive Officer, will be able to exercise voting control with respect to an aggregate of          shares of our Class A common stock and          shares of our Class B common stock, representing approximately          % of

the total voting power of our outstanding capital stock (or approximately        % of the total voting power of our outstanding capital stock if the underwriters exercise in full their option to purchase additional shares of our Class A common stock). As a result, Adam will continue to have the ability to control significant corporate activities, including:

- the election of our board of directors and, through our board of directors, decision-making with respect to our business strategy and company policies, and the appointment and removal of our corporate officers;

- acquisitions and dispositions of businesses and assets, mergers and other business combinations;

- issuances of shares of our capital stock; and

- payment of dividends.

Adam's voting control will limit the ability of other stockholders to influence corporate activities and, as a result, we may take actions that stockholders other than Adam do not view as beneficial. Adam's voting control may also inhibit transactions involving a change of control of our company, including transactions in which you as a holder of our Class A common stock might otherwise receive a premium for your shares. As a stockholder, even a controlling stockholder, Adam is entitled to vote his shares, and shares over which he has voting control as a result of voting arrangements, in his own interests, which may not be the same as, or may conflict with, the interests of our other stockholders. For a description of the voting arrangements affecting our capital stock, see "Description of capital stock—Voting arrangements".

Further, following the completion of this offering, SoftBank entities will beneficially own        shares of our Class A common stock representing approximately        % of the total voting power of our outstanding capital stock (or approximately        % of the total voting power of our outstanding capital stock if the underwriters exercise in full their option to purchase additional shares of our Class A common stock). SoftBank entities have also entered into certain investment agreements as a result of which they may acquire additional shares of our capital stock in the future. Therefore, even if Adam were to sell a significant number of his shares of our voting stock, the voting power of our outstanding capital stock may continue to be significantly concentrated and the ability of others to influence our corporate matters may continue to be significantly limited.

*We are a "controlled company" as defined in the        rules, and are able to rely on exemptions from certain corporate governance requirements that provide protection to stockholders of companies that are not controlled companies.*

Upon completion of this offering, Adam Neumann will own or control more than 50% of the total voting power of our capital stock and, as such, we will be a controlled company under the rules of the        . As a controlled company, we may take advantage of exemptions under the rules of the        with respect to certain corporate governance requirements, such as the requirements that (1) a majority of our board of directors be independent directors and (2) we have a compensation committee composed entirely of independent directors.

For so long as we are a controlled company, you will not have the same protections afforded to stockholders of companies that are subject to these and all of the other corporate governance requirements of the rules of the        .

*We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions.*

Expanding our operations into markets outside the United States has been an important part of our growth strategy. For the three months ended March 31, 2019, 57% of our revenue was attributable to

our operations in the United States and 43% of our revenue was attributable to our operations elsewhere, compared with 62% and 38% for the three months ended March 31, 2018. We expect to continue to expand our operations in markets outside the United States in the coming years.

While we have already expanded our operations to a number of non-U.S. markets, the success of our expansion into additional non-U.S. markets will depend on our ability to attract local members. Our solutions and services may not appeal to potential members in all markets in the same way it appeals to our members in markets where we currently operate. In addition, local competitors may have a substantial competitive advantage over us in a given market because of their greater understanding of, and focus on, individuals and organizations in that market, as well as their more established local infrastructure and brands. We may also be unable to hire, train, retain and manage the personnel we require in order to manage our international operations effectively, on a timely basis or at all, which may limit our growth in these markets.

Operating in international markets requires significant resources and management attention and subjects us to regulatory, economic and political risks that may be different from and incremental to those that we face in the United States, including:

- the need to adapt the design and features of our spaces and services to accommodate specific cultural norms and language differences;

- difficulties in understanding and complying with local laws and regulations in foreign jurisdictions, including local labor laws, tax laws, environmental regulations and rules and regulations related to occupancy of our workspaces;

- varying local building codes and regulations relating to building design, construction, safety, environmental protection and related matters;

- significant reliance on third parties with whom we may engage in joint ventures, strategic alliances or ordinary course contracting relationships whose interests and incentives may be adverse to or different from ours or may be unknown to us;

- varying laws, rules, regulations and practices regarding protection and enforcement of intellectual property rights, including trademarks;

- laws and regulations regarding consumer and data protection and security, and encryption that may be more restrictive than comparable laws and regulations in the United States;

- corrupt or unethical practices in foreign jurisdictions that may subject us to compliance costs, including competitive disadvantages, or exposure under applicable anti-corruption and anti-bribery laws;

- compliance with applicable export controls and economic sanctions, such as those administered by the United States Office of Foreign Assets Control;

- fluctuations in currency exchange rates and compliance with foreign exchange controls and limitations on repatriation of funds; and

- unpredictable disruptions as a result of security threats or political or social unrest and economic instability.

Finally, continued expansion in markets outside the United States will require significant financial and other investments. These investments include property sourcing and leasing, marketing to attract and retain new members, developing localized infrastructure and services, developing relationships with local partners and third-party service providers, further developing corporate capabilities able to support operations in multiple countries, and potentially entering into strategic transactions with or even

investment vehicle managed by, or otherwise affiliated with, The We Company. We also agreed to make commercial real estate and other real estate-related investment opportunities that meet ARK's investment mandate available to ARK on a first look basis. Because of these requirements, which are in effect at least until there are no investment vehicles managed or sponsored by ARK that are actively investing, we may be required to acquire ownership interests in properties through ARK that we otherwise could have acquired through one of our operating subsidiaries, which may prevent us from realizing the full benefit of certain attractive investment opportunities and thereby adversely affect our growth prospects.

Additionally, ARK focuses on investing in or owning properties that we and ARK believe would benefit from our occupancy, and we expect a WeWork entity to occupy a meaningful portion of each property acquired by ARK. Our ownership interest in ARK may create situations where our interests with respect to the exercise of ARK's management rights in respect of its investments, as well as ARK's duties to limited partners in ARK-managed investment vehicles, may be in conflict with our own independent economic interests as a tenant and operator of our locations. For example, conflicts may arise in connection with decisions regarding the structure and terms of the leases entered into between us and ARK, tenant improvement allowances or guarantee or termination provisions. Conflicts of interest may also arise in connection with the exercise of contractual remedies under such leases , such as the use of offsets for unreimbursed tenant improvement allowances or the treatment of events of default.

*Our ownership interest in ARK may impact our results of operations.*

Although investments through ARK will mostly be capitalized by third-party equity capital commitments from limited partners or similar members, ARK's general partner and its investment manager are our subsidiaries and, accordingly, any investment in real estate through ARK will be reflected in our consolidated financial statements. The inclusion of particularly large ARK transactions, including any debt financing arrangements in respect of any of those transactions, may affect the comparability of our results of operations from period to period.

Additionally, investments through ARK may require that we incur or guarantee debt, which we expect will generally be through loans secured by assets or properties that ARK acquires. For example, an entity in which we hold an interest has incurred a secured loan to purchase certain property, which we have leased from that entity. The secured loan is recourse to us in certain limited circumstances, and we also provided performance guarantees relating to the development of that property.

*Our business will suffer if we are unable to hire, develop, retain and motivate highly skilled and dedicated team members to support our mission.*

We strive to attract and motivate team members who share a dedication to the member community and our vision, but we may not be successful in doing so. Our success depends on our ability to identify, hire, develop, motivate, retain and integrate highly qualified personnel dedicated to our mission for all areas of our business. Our U.S.-based team members, including most of our senior management, work for us on an at-will basis. Other companies, including competitors, may be successful in recruiting and hiring team members away from us, and it may be difficult for us to find suitable replacements on a timely basis, on competitive terms or at all. If we are unable to effectively manage our hiring needs or successfully integrate new hires, our employee morale, productivity and retention could suffer, which could adversely affect our business, financial condition and results of operations. Additionally, the success of each of our new and existing locations depends on our ability to hire and retain dedicated community managers and team members. As we enter new geographic markets and launch new solutions and services, we may experience difficulty attracting employees in the areas we require who are dedicated to our mission.

*We may not be able to compete effectively with others.*

Our WeWork offering has few barriers to entry. While we consider ourselves to be a leader in the space-as-a-service sector, with core competencies in sourcing, design and operating new locations, our reported success may encourage people to launch competing flexible workspace offerings. If new companies decide to launch competing solutions in the markets in which we operate, or if any existing competitors obtain a large-scale capital investment, we may face increased competition for members.

In addition, some of the business services we offer or plan to offer are provided by one or more large, national or international companies, as well as by regional and local companies of varying sizes and resources, some of which may have accumulated substantial goodwill in their markets. Some of our competitors may also be better capitalized than we are, have access to better lease terms than we do, have operations in more jurisdictions than we do or be able or willing to provide services at a lower price than we are. Our inability to compete effectively in securing new or repeat business could hinder our growth or adversely impact our operating results.

*Our limited operating history and evolving business make it difficult to evaluate our current business and future prospects.*

Our limited operating history and the growth of our business make it difficult to accurately assess our future prospects. It may not be possible to discern fully the economic and other business trends that we are subject to. Elements of our business strategy are new and subject to ongoing development as our operations mature. In addition, it may be difficult to evaluate our business because there are few other companies that offer the same or a similar range of product and service offerings as we do.

*Certain of the measures we use to evaluate our financial and operating performance are subject to inherent challenges in measurement and may be impacted by subjective determinations and not necessarily by changes in our business.*

We track certain operational metrics, including key performance indicators such as memberships and enterprise membership percentage, with internal systems and tools that are not independently verified by any third party. Certain of these measures are also based on assumptions or estimates of future events. In particular, the tenant improvement amounts used to calculate net capex per workspace added represent the full tenant improvement allowance in our leases with landlords, rather than the amounts we have collected from landlords or submitted for reimbursement. While the metrics presented in this prospectus are based on what we believe to be reasonable assumptions and estimates, our internal systems and tools have a number of limitations, and our methodologies for tracking these metrics may change over time. In addition, limitations or errors with respect to how we measure data or with respect to the data that we measure may affect our understanding of certain details of our business, which could affect our long-term strategies. If the internal systems and tools we use to track these metrics understate or overstate performance or contain algorithmic or other technical errors, the data we report may not be accurate. If investors do not perceive our operating metrics to be accurate, or if we discover material inaccuracies with respect to these figures, our reputation may be significantly harmed, and our results of operations and financial condition could be adversely affected.

*Our committed revenue backlog and run-rate revenue may not be indicative of future revenues.*

Committed revenue backlog as of a given date represents total non-cancelable contractual commitments, net of discounts, remaining under agreements entered into as of such date, which we expect will be recognized as revenue subsequent to such date. For membership agreements with month-to-month commitments commencing in a future month, the contractual commitment recorded within committed revenue backlog is one month of revenue. Existing month-to-month membership agreements are not included in the calculation of committed revenue backlog. Pre-opening locations and agreements with enterprise members comprise a majority of our committed revenue backlog.

Revenue reflected in our committed revenue backlog may be affected by unexpected cancellations or renegotiations. Committed revenue backlog is not necessarily indicative of future earnings or revenues and we may not ultimately realize our committed revenue backlog.

Run-rate revenue for a given period represents our revenue recognized in accordance with GAAP for the last month of such period multiplied by 12. We view run-rate revenue as an operating metric, and it is not intended to be a replacement or forecast of revenue in accordance with GAAP. Run-rate revenue is not necessarily indicative of future revenues, and we may not ultimately realize levels of revenue in line with or above our run-rate revenue.

*If our employees were to engage in a strike or other work stoppage or interruption, our business, results of operations, financial condition and liquidity could be materially adversely affected.*

Although we believe that our relations with our employees are good, if disputes with our employees arise, or if our workers engage in a strike or other work stoppage or interruption, we could experience a significant disruption of, or inefficiencies in, our operations or incur higher labor costs, which could have a material adverse effect on our business, results of operations, financial condition and liquidity. In addition, some of our employees outside of the United States are represented or may seek to be represented by a labor union or workers' council.

*We may be subject to litigation and other legal proceedings which could adversely affect our business, financial condition and results of operations.*

We have in the past been, are currently and may in the future become involved in private actions, class actions, investigations and various other legal proceedings, including from members, employees, commercial partners, third-party license holders, competitors and government agencies, among others. With respect to employees, we could face a wide variety of claims, including discrimination, privacy, ERISA and disability claims. Often these cases raise complex factual and legal issues, and the result of any such litigation, investigations and legal proceedings are inherently unpredictable. Claims against us, whether meritorious or not, could require significant amounts of management time and corporate resources to defend and could be harmful to our reputation. If any of these legal proceedings were to be determined adversely to us, or if we were to enter into settlement arrangements, we could be exposed to monetary damages or be forced to change the way in which we operate our business, which could have an adverse effect on our business, financial condition and results of operations.

*Our business could be adversely affected by natural disasters, public health crises, political crises or other unexpected events for which we may not be sufficiently insured.*

Natural disasters and other adverse weather and climate conditions, public health crises, political crises such as terrorist attacks, war and other political instability, or other unexpected events could disrupt our operations, damage one or more of our locations, or prevent short- or long-term access to one or more of our locations. Many of our spaces are located in the vicinity of disaster zones, including flood zones in New York City and potentially active earthquake faults in the San Francisco Bay Area and Mexico City. Many of our locations are concentrated in metropolitan areas or located in or near prominent buildings, which may be the target of terrorist attacks. Although we carry comprehensive liability, fire, extended coverage and business interruption insurance with respect to our spaces, there are certain types of losses that we do not insure against because they are either uninsurable or not insurable on commercially reasonable terms. Should an uninsured event or a loss in excess of our insured limits occur, we could lose some or all of the capital invested in, and anticipated future revenues from, the affected spaces, and we may nevertheless continue to be subject to obligations related to those spaces.

*Economic and political instability and potential unfavorable changes in laws and regulations in international markets could adversely affect our results of operations and financial condition.*

Our business may be affected by political instability and potential unfavorable changes in laws and regulations in international markets in which we operate. For example, the United Kingdom's anticipated exit from the European Union, known as "Brexit," could impact our operations in the United Kingdom in the short term through volatility in the British Pound as the United Kingdom negotiates its anticipated exit from the European Union. In the longer term, any impact from Brexit on our operations in the United Kingdom will depend, in part, on the outcome of tariff, trade, regulatory and other negotiations. Additionally, there are concerns regarding potential changes in the future relationship between the United States and various other countries, most significantly China, with respect to trade policies, treaties, government regulations and tariffs. It remains unclear how the United States or foreign governments will act with respect to tariffs, international trade agreements and policies. The implementation by China or other countries of higher tariffs, capital controls, new adverse trade policies or other barriers to entry could have an adverse impact on our business, financial condition and results of operations.

### Risks relating to our financial condition

*Our ability to draw amounts under our senior credit facility depends on our compliance with certain financial covenants and on our level of unrestricted and unencumbered cash.*

Our bank facilities (as defined herein) are important sources of our liquidity. Our ability to draw amounts and to issue letters of credit under the senior credit facility depends on our compliance with certain financial covenants and our maintenance of minimum levels of total consolidated cash.

*We may not be able to generate sufficient cash to service all of our indebtedness and may be forced to take other actions to satisfy our obligations under our indebtedness, which may not be successful.*

Our ability to make scheduled payments or refinance our debt obligations depends on our financial condition and operating performance, which are subject to prevailing economic and competitive conditions and to certain financial, business, legislative, regulatory and other factors beyond our control. We may be unable to maintain a level of cash flows from operating activities sufficient to permit us to pay the principal, premium, if any, and interest on our indebtedness.

If our cash flows and capital resources are insufficient to fund our debt service obligations, we could face substantial liquidity problems and could be forced to reduce or delay investments and capital expenditures or to dispose of material assets or operations, seek additional debt or equity capital or restructure or refinance our indebtedness. We may not be able to effect any such alternative measures, if necessary, on commercially reasonable terms or at all and, even if successful, those alternative actions may not allow us to meet our scheduled debt service obligations. The agreements that govern our indebtedness restrict our ability to dispose of certain assets and use the proceeds from those dispositions and may also restrict our ability to raise debt or certain types of equity capital to be used to repay other indebtedness when it becomes due. We may not be able to consummate those dispositions or to obtain proceeds in an amount sufficient to meet any debt service obligations then due. See "Description of indebtedness".

In addition, we conduct a substantial portion of our operations through our subsidiaries. Accordingly, repayment of our indebtedness is dependent on the generation of cash flow by our subsidiaries and their ability to make such cash available to us, by dividend, debt repayment or otherwise. In the event that we do not receive distributions from our subsidiaries, we may be unable to make required principal and interest payments on our indebtedness.

If we cannot make scheduled payments on our debt, we will be in default and, as a result, lenders under any of our existing and future indebtedness could declare all outstanding principal and interest to be due and payable, the lenders under our debt instruments could terminate their commitments to loan money, our secured lenders could foreclose against the assets securing such borrowings and we could be forced into bankruptcy or liquidation.

*We may require additional capital, which may not be available on terms acceptable to us or at all.*

We incurred net losses in the years ended December 31, 2016, 2017 and 2018 and in the three months ended March 31, 2018 and 2019, and w e do not intend to achieve positive GAAP net income in the near term . As a result, we may require additional financing. Our ability to obtain financing will depend on, among other things, our development efforts, business plans, operating performance, investor demand and the condition of the capital markets at the time we seek financing. To the extent we use available funds or are unable to draw on our bank facilities, we may need to raise additional funds, which may not be available to us on favorable terms when required, or at all. In the event that we are unable to obtain additional financing on favorable terms, our interest expense and principal repayment requirements could increase significantly, which could harm our business, revenue and financial results.

*We incur significant costs related to the development of our workspaces, which we may be unable to recover in a timely manner or at all.*

At each of our locations, we create beautiful workspaces that inspire our members to create, collaborate and connect. Development of a workspace for members typically takes several months from the date we take possession of the space under the relevant lease to the opening date. During this time, we incur substantial upfront costs without recognizing any revenues from the space.

To the extent that our members (in particular enterprise members) require configured solutions, we generally enter into multi-year membership agreements to help offset any increased upfront costs related to the development of these workspaces. In addition, as we go forward, we intend to continue to finance upfront development costs by attempting to secure cost reimbursements from landlords, focusing on management agreements and other partnerships where landlords finance significant development costs for our locations, and securing funding through capital markets and other financing transactions. We expect the capital expenditures associated with the development of our workspaces to continue to be one of the primary costs of our business. See "Management's discussion and analysis of financial condition and results of operations—Liquidity and capital resources". If we are unable to complete our development and construction activities for any reason, including an inability to secure adequate funding, or conditions in the real estate market or the broader economy change in ways that are unfavorable, we may be unable to recover these costs in a timely manner or at all.

Our development activities are also subject to cost and schedule overruns as a result of many factors, some of which are beyond our control and ability to foresee, including increases in the cost of materials and labor. In addition, while many of our existing leases provide for reimbursement by the landlord or building owner of a portion of the construction and development expenses we incur, our landlords or building owners may not reimburse us for these expenses in a timely manner and we may not continue to be granted these provisions in future leases that we negotiate. To be eligible for reimbursement of these development expenses, we are also required to compile invoices, lien releases and other paperwork from our contractors, which is a time-consuming process that requires the cooperation of third parties whom we do not control. We may make errors in pursuing these reimbursement entitlements in accordance with the strict requirements of the landlords or building owners we deal with. In addition, we are subject to counterparty risk with respect to these landlords and building owners.

*Changes to accounting rules or regulations and our assumptions, estimates and judgments may adversely affect the reporting of our business, our financial condition and our results of operations.*

Our consolidated financial statements are prepared in accordance with U.S. GAAP. New accounting rules or regulations and varying interpretations of existing accounting rules or regulations have occurred and may occur in the future. For example, in February 2016, the FASB issued ASU No. 2016-02, Leases (Topic 842) ("ASU 2016-02"), codified as ASC Topic 842, Leases. This update requires a lessee to recognize on its balance sheet right-of-use assets and lease liabilities for any leases with a lease term of more than twelve months. Long-term l eases are our primary means of securing real estate to deliver space-as-a-service to our members. While we are currently evaluating the impact ASU 2016-02 will have on our consolidated financial position, results of operations and cash flows, we expect that our adoption of ASU 2016-02 will have a material impact on our consolidated balance sheet. As of March 31, 2019, future minimum rental payments for our operating leases totaled $37.6 billion . We expect that the majority of these operating leases will be impacted by ASU 2016-02, resulting in an increase in right-of-use assets and lease liabilities based on the present value of future lease payments. This and other future changes to accounting rules or regulations could also have a material adverse effect on the reporting of our business, financial condition and results of operations.

Additionally, our assumptions, estimates and judgments related to complex accounting matters could significantly affect our results of operations. The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported and related disclosures. We base our estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances. These estimates form the basis for judgments about the carrying values of assets, liabilities and equity, as well as the amount of revenue and expenses that are not readily apparent from other sources. Our financial condition and results of operations may be adversely affected if our assumptions change or if actual circumstances differ from those in our assumptions.

*Fluctuations in exchange rates may adversely affect us.*

Our international businesses typically earn revenue and incur expenses in local currencies, primarily the British Pound, Euro and Chinese Yuan. For example, we earned approximately 43%, 41%, and 31% of our revenues from subsidiaries whose functional currency is not the U.S. dollar for the three months ended March 31, 2019 and the years ended December 31, 2018 and 2017, respectively. Because our consolidated financial statements are reported in U.S. dollars, we are exposed to currency translation risk when we translate the financial results of our consolidated non-U.S. subsidiaries from their local currency into U.S. dollars. As foreign currency exchange rates change, translation of the statements of operations of our international businesses into U.S. dollars affects period-over-period comparability of our operating results. Any strengthening of the U.S. dollar against one or more of these currencies could materially adversely affect our business, financial condition and results of operations.

## Risks relating to laws and regulations affecting our business

*Our extensive foreign operations and contacts with landlords and other parties in a variety of countries subject us to risks under U.S. and other anti-corruption laws, as well as applicable export controls and economic sanctions.*

Under the Foreign Corrupt Practices Act (the "FCPA") and similar anti-corruption laws and local laws prohibiting certain corrupt payments to government officials or agents, we may become liable for the actions of our directors, officers, employees, agents or other strategic or local partners or representatives over whom we may have little actual control. We are continuously engaged in sourcing and negotiating new locations around the world, and certain of the landlords, real estate agents or other parties with whom we interact may be government officials or agents, even without our knowledge. As

we increase our international sales and business operations, our contacts with foreign public officials, and therefore our potential exposure to liability under laws such as the FCPA, are likely to increase.

Additionally, as we pursue our growth strategy of entering into joint ventures, revenue-sharing arrangements and other partnerships with local partners in non-U.S. jurisdictions, our use of intermediaries, and therefore our potential exposure to liability under laws such as the FCPA, are likely to increase.

Similarly, our international sales and business operations expose us to potential liability under a wide variety of U.S. and international laws and regulations relating to economic sanctions and export control, such as those administered by the U.S. Office of Foreign Assets Control. Failure to comply with these laws and regulations could result in substantial fines, sanctions, civil or criminal penalties, competitive or reputational harm, litigation or regulatory action and other consequences that might adversely affect our results of operations and our financial condition.

*Our business is subject to a variety of U.S. and non-U.S. laws, many of which are evolving and could limit or otherwise negatively affect our ability to operate our business.*

Laws and regulations are continuously evolving, and compliance is costly and can require changes to our business practices and significant management time and effort. It is not always clear how existing laws apply to our business model. We strive to comply with all applicable laws, but the scope and interpretation of the laws that are or may be applicable to us is often uncertain and may conflict across jurisdictions.

*Existing local building codes and regulations, and any future changes to these codes or regulations, may increase our development costs or delay the development of our workspaces.*

Our development activities are subject to local, state and federal laws, as well as the oversight and regulation in accordance with local building codes and regulations relating to building design, construction, safety, environmental protection and related matters. We are responsible for complying with the requirements of individual jurisdictions and must ensure that our development activities comply with varying standards by jurisdiction. Any existing or new government regulations or ordinances that relate to our development activities may result in significant additional expenses to us and, as a result, might adversely affect our results of operations.

*Changes in tax laws and unanticipated tax liabilities could adversely affect the taxes the Company pays and therefore its financial condition and results of operations.*

As a global company, we are subject to taxation in numerous countries, states and other jurisdictions. Tax laws, regulations, and administrative practices in various jurisdictions may be subject to significant change, with or without notice, due to economic, political and other conditions, and significant judgment is required in applying the relevant provisions of tax law.

If such law changes were to be adopted or if the tax authorities in the jurisdictions where we operate were to challenge our application of relevant provisions of applicable tax laws, we could be adversely affected.

## Risks relating to this offering and ownership of our Class A common stock

*The dual class structure of our common stock has the effect of concentrating voting control with holders of our Class B common stock and limiting your ability to influence corporate matters.*

Our Class B common stock has ten votes per share, whereas our Class A common stock, which is being offered by us in this offering, has one vote per share. When this offering is completed, our outstanding Class B common stock will represent          % of the total voting power of our outstanding

45

# EXHIBIT 15

S-1 1 d781982ds1.htm S-1

**Table of Contents**

As filed with the Securities and Exchange Commission on August 14, 2019.

Registration No. 333-

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM S-1**
**REGISTRATION STATEMENT**
**UNDER**
THE SECURITIES ACT OF 1933

---

# The We Company

(Exact name of registrant as specified in its charter)

| Delaware | 7380 | 61-1936163 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

---

**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

---

**Jennifer Berrent**
**Co-President and Chief Legal Officer**
**Jared DeMatteis**
**Deputy Chief Legal Officer**
**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**

---

With copies to:

Graham Robinson
Laura Knoll
Ryan J. Dzierniejko
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Roxane F. Reardon
John C. Ericson
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

---

Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act.  ☐

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to Be Registered | Proposed Maximum Aggregate Offering Price (1)(2) | Amount of Registration Fee |
|---|---|---|
| Class A common stock, par value $0.001 per share | $1,000,000,000 | $121,200 |

(1)     Includes          shares of Class A common stock that the underwriters have the option to purchase.

(2)     Estimated solely for purposes of calculating the registration fee in accordance with Rule 457(o) under the Securities Act of 1933.

**The Registrant hereby amends this Registration Statement on such date as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

**Table of Contents**

- shares of Class A common stock issuable upon the exercise of warrants outstanding as of           , 2019 at an exercise price of $13.12 per share, which warrants were issued to members at our first location;

- shares of Class A common stock issuable upon the exercise of warrants outstanding as of           , 2019 at an exercise price of $0.001 per share;

- up to           shares of Class A common stock issuable in connection with the acquisitions described in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Recent Developments—Acquisitions";

- shares of Class A common stock issuable upon the settlement of restricted stock units outstanding as of           , 2019; and

- shares of Class A common stock and           shares of Class B common stock reserved for future issuance under the new equity incentive plan we intend to adopt prior to the completion of this offering. See "Executive Compensation—The We Company 2019 Omnibus Incentive Plan".

Unless otherwise indicated, the information contained in this prospectus is as of the date set forth on the cover of this prospectus and assumes or gives effect to:

- except in the historical financial statements included elsewhere in this prospectus, the consummation of the stock split to be effected on the closing date of this offering pursuant to which each share of our capital stock will be reclassified into           shares;

- no exercise of the outstanding options or warrants described above;

- no settlement of the outstanding restricted stock units described above;

- the conversion of a convertible promissory note held by one of our investors (the "2014 convertible note") into           shares of Series C preferred stock, which will convert into shares of Class A common stock upon completion of this offering;

- the conversion of all our outstanding Series A, Series B, Series C, Series D-1, Series D-2, Series E, Series F, Series G and Series G-1 preferred stock (collectively, our "senior preferred stock"), and all of our Series AP-1, Series AP-2, Series AP-3 and Series AP-4 preferred stock (collectively, our "acquisition preferred stock") into shares of Class A common stock as of 12:01 a.m. on the date of the closing of this offering;

- the conversion of all of our outstanding junior preferred stock into an aggregate of           shares of Class B common stock (together with the conversion of all of our outstanding senior preferred stock and acquisition preferred stock into           shares of Class A common stock, the "preferred stock conversions") as of 12:01 a.m. on the date of the closing of this offering;

- the conversion of the 2014 convertible note (together with the preferred stock conversions, the "IPO-related security conversions") upon completion of this offering;

- the filing of our restated certificate of incorporation immediately prior to the completion of this offering;

- the effectiveness of our restated bylaws immediately prior to the completion of this offering;

- an initial public offering price of $           per share, which is the midpoint of the price range set forth on the cover page of this prospectus; and

- that the underwriters' option to purchase additional shares of our Class A common stock is not exercised.

Unless otherwise indicated, the information contained in this prospectus also does not give effect to the issuance of shares of our Class A common stock pursuant to the 2019 warrant (as defined in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Liquidity and Capital Resources—Convertible Note and Warrant Agreements"). Under the terms of the 2019 warrant, we have the right to receive

$1.5 billion on April 3, 2020 in exchange for the issuance of              shares of our Class A common stock at a price of $            per share (subject to equitable adjustment in the event of any further stock split, stock dividend, reverse stock split or similar recapitalization event from the closing of this offering through April 3, 2020).

20

Table of Contents

# SUMMARY CONSOLIDATED FINANCIAL AND OPERATING INFORMATION

WeWork Companies Inc. is the predecessor of The We Company for financial reporting purposes. The historical financial information of The We Company has not been included in this prospectus as it was a newly incorporated entity at the time of the various reorganization transactions undertaken in July 2019 and had no assets, liabilities or business transactions or activities during the periods presented in this prospectus. As The We Company has no interest in any operations other than those of WeWork Companies Inc. for the periods presented in this prospectus, the historical consolidated financial information included in this prospectus is that of WeWork Companies Inc.

The following tables present the summary historical consolidated financial and other operating information for WeWork Companies Inc., the predecessor of The We Company. The following summary consolidated financial information for the years ended December 31, 2016, 2017 and 2018 and as of December 31, 2017 and 2018 has been derived from the audited annual consolidated financial statements of WeWork Companies Inc. included elsewhere in this prospectus. The audited annual consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and are presented in U.S. dollars. The summary condensed consolidated financial information as of June 30, 2019 and for the six months ended June 30, 2018 and 2019 has been derived from the unaudited interim condensed consolidated financial statements of WeWork Companies Inc. included elsewhere in this prospectus. The unaudited interim condensed consolidated financial statements have been prepared on the same basis as the audited annual consolidated financial statements and reflect, in the opinion of management, all adjustments of a normal, recurring nature that are necessary for a fair statement of the unaudited interim condensed consolidated financial statements of WeWork Companies Inc. The results of operations for the periods presented below are not necessarily indicative of the results to be expected for any future period.

The information presented below should be read in conjunction with the information under "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the consolidated financial statements and related notes thereto appearing elsewhere in this prospectus.

| (Amounts in thousands, except share and per share data) | Year Ended December 31, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2018 | 2019 |
| **Consolidated statement of operations information:** | | | | | |
| Revenue | $ 436,099 | $ 886,004 | $ 1,821,751 | $ 763,771 | $ 1,535,420 |
| | | | | | |
| Expenses: | | | | | |
| Location operating expenses [1] | 433,167 | 814,782 | 1,521,129 | 635,968 | 1,232,941 |
| Other operating expenses [1] | — | 1,677 | 106,788 | 42,024 | 81,189 |
| Pre-opening location expenses | 115,749 | 131,324 | 357,831 | 156,983 | 255,133 |
| Sales and marketing expenses | 43,428 | 143,424 | 378,729 | 139,889 | 320,046 |
| Growth and new market development expenses [2] | 35,731 | 109,719 | 477,273 | 174,091 | 369,727 |
| General and administrative expenses [2] | 115,346 | 454,020 | 357,486 | 155,257 | 389,910 |
| Depreciation and amortization | 88,952 | 162,892 | 313,514 | 137,418 | 255,924 |
| Total expenses | 832,373 | 1,817,838 | 3,512,750 | 1,441,630 | 2,904,870 |
| | | | | | |
| Loss from operations | (396,274) | (931,834) | (1,690,999) | (677,859) | (1,369,450) |
| Interest and other income (expense), net | (33,400) | (7,387) | (237,270) | (46,406) | 469,915 |
| Pre-tax loss | (429,674) | (939,221) | (1,928,269) | (724,265) | (899,535) |
| Income tax benefit (provision) | (16) | 5,727 | 850 | 1,373 | (5,117) |
| Net loss | (429,690) | (933,494) | (1,927,419) | (722,892) | (904,652) |
| Net loss attributable to noncontrolling interests | — | 49,500 | 316,627 | 94,762 | 214,976 |
| Net loss attributable to WeWork Companies Inc. | $(429,690) | $ (883,994) | $(1,610,792) | $ (628,130) | $ (689,676) |

Net loss per share attributable to Class A and Class B common stockholders: (3)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Basic | $ | (2.66) | $ | (5.54) | $ | (9.87) | $ | (3.87) | $ | (4.15) |

Table of Contents

| (Amounts in thousands, except share and per share data) | Year Ended December 31, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2018 | 2019 |
| Diluted | $ (2.66) | $ (5.54) | $ (9.87) | $ (3.87) | $ (4.15) |
| Weighted-average shares used to compute net loss per share attributable to Class A and Class B common stockholders, basic and diluted | 161,324,940 | 159,689,116 | 163,148,918 | 162,482,366 | 166,301,575 |
| Pro forma net loss per share attributable to Class A and Class B common stockholders: [3] | | | | | |
| Basic | | | $ (4.41) | | $ (3.20) |
| Diluted | | | $ (4.41) | | $ (3.20) |
| Weighted-average shares used to compute pro forma net loss per share attributable to Class A and Class B common stockholders, basic and diluted | | | 338,368,587 | | 365,154,863 |

(1)   Exclusive of depreciation and amortization shown separately on the depreciation and amortization line.

(2)   Includes stock-based compensation expense of $17.4 million, $260.7 million and $18.0 million for the years ended December 31, 2016, 2017 and 2018, respectively, and includes stock-based compensation expense of $10.5 million and $111.2 million for the six months ended June 30, 2018 and 2019, respectively.

(3)   See Note 22 to the audited annual consolidated financial statements and Note 24 to the unaudited interim condensed consolidated financial statements, each included elsewhere in this prospectus, for a description of how we compute basic and diluted net loss per share attributable to Class A and Class B common stockholders and pro forma basic and diluted net loss per share attributable to Class A and Class B common stockholders. Historical share and per share information does not give effect to the consummation of the stock split to be effected on the closing date of this offering. Pro forma share and per share information gives effect to the consummation of the stock split to be effected on the closing date of this offering pursuant to which each share of our capital stock will be reclassified into          shares.

| (Amounts in thousands) | As of June 30, 2019 | | |
|---|---|---|---|
| | Actual | Pro forma [1] | Pro forma as adjusted [2] |
| Consolidated balance sheet information: | | | |
| Cash and cash equivalents | $ 2,473,070 | $ | $ |
| Total current assets | 3,032,323 | | |
| Property and equipment, net | 6,729,427 | | |
| Total assets | 27,047,235 | | |
| Total liabilities | 24,641,746 | | |
| Total convertible preferred stock included as temporary equity | 3,591,086 | | |
| Total redeemable noncontrolling interests included as temporary equity | 1,113,807 | | |
| Total equity (deficit) | (2,299,404) | | |

(1)   The pro forma balance sheet information in this table gives effect to the IPO-related security conversions, the conversion of the 2018 convertible note and the exercise of the 2018 warrant. The pro forma balance sheet information in this table also gives effect to stock-based compensation expense of approximately $55.3 million associated with the portion of restricted stock units and stock options for which the service period had been rendered as of June 30, 2019 but for which vesting is also contingent upon our initial public offering. This pro forma adjustment related to stock-based compensation expense of approximately $55.3 million has been reflected as an increase in additional paid-in capital and accumulated deficit. See Note 2 to the unaudited interim condensed consolidated financial statements included elsewhere in this prospectus.

(2)   The pro forma as adjusted balance sheet information in this table gives effect to the transactions described in note (1) above as well as the issuance by us of          shares of Class A common stock in this offering at an assumed initial public offering price of $          per share, the midpoint of the price range set forth on the cover page of this prospectus.

Table of Contents

products and services. However, as we expand into new markets and introduce new solutions, products and services, our members may not be satisfied with our solutions, products and services, including any new offerings that we launch. The time, money, energy and other resources we dedicate to exploring and pursuing new solutions, products and services may be greater than the short-term, and potentially the total, returns from these new offerings.

We will also face new operational risks and challenges as we continue to enter into new markets. Expansion into foreign jurisdictions subjects us to legal, regulatory, economic and political risks that may be different from and additional to those that we face in jurisdictions where we currently operate, and we may operate at a disadvantage relative to competitors who are more familiar with local market practices and networks. Expansion into new solutions, products and services subjects us to similar risks as we compete with the many established participants in those markets, and we face additional regulatory, legal and execution risks as we implement new business practices and integrate a new offering into our existing range of solutions, products and services. To the extent the benefits of our expansion efforts do not meet our expectations, we may recognize a loss on our investment or gains that do not justify our investment. See "—We plan to continue expanding our business into markets outside the United States, which will subject us to risks associated with operating in foreign jurisdictions".

Our success in this regard may increasingly depend on the financial success and cooperation of local partners and other third parties. For more information, see "—Our growth and success depends on our ability to maintain the value and reputation of our brand and the success of our strategic partnerships".

*We have a history of losses and, especially if we continue to grow at an accelerated rate, we may be unable to achieve profitability at a company level (as determined in accordance with GAAP) for the foreseeable future.*

We had an accumulated deficit as of December 31, 2017 and 2018 and as of June 30, 2018 and 2019 and had net losses of $0.4 billion, $0.9 billion and $1.9 billion for the years ended December 31, 2016, 2017 and 2018, respectively, and $0.7 billion and $0.9 billion for the six months ended June 30, 2018 and 2019. Our accumulated deficit and net losses have historically resulted primarily from the substantial investments required to grow our business, including the significant increase in recent periods in the number of locations we operate. We expect that these costs and investments will continue to increase as we continue to grow our business. We also intend to invest in maintaining our high level of member service and support, which we consider critical to our continued success. We also expect to incur additional general and administrative expenses as a result of our growth. These expenditures will make it more difficult for us to achieve profitability, and we cannot predict whether we will achieve profitability for the foreseeable future. Although we do not currently believe our net loss will increase as a percentage of revenue in the long term, we believe that our net loss may increase as a percentage of revenue in the near term and will continue to grow on an absolute basis.

Our operating costs and other expenses may be greater than we anticipate, and our investments to make our business and our operations more efficient may not be successful. Increases in our costs, expenses and investments may reduce our margins and materially adversely affect our business, financial condition and results of operations. In addition, non-mature locations and pipeline locations may not generate revenue or cash flow comparable to those generated by our existing mature locations, and our mature locations may not be able to continue to generate existing levels of revenue or cash flow. Further, our We Company offerings, such as WeLive, WeGrow, Flatiron School and Meetup, and additional We Company offerings that we may launch or acquire in the future, may not generate meaningful revenue or cash flow. For any of these reasons, we may be unable to achieve profitability for the foreseeable future and may face challenges in growing our cash flows.

*We may not be able to continue to retain existing members, most of whom enter into membership agreements with short-term commitments, or to attract new members in sufficient numbers or at sufficient rates to sustain and increase our memberships or at all.*

We principally generate revenues through the sale of memberships. We have in the past experienced, and expect to continue to experience, membership agreement terminations. In many cases, our members may terminate their membership agreements with us at any time upon as little notice as one calendar month. Members may cancel their memberships for many reasons, including a perception that they do not make sufficient use of our solutions and services, that they need to reduce their expenses or that alternative work environments may provide better value or a better experience.

Table of Contents

Our results of operations could be adversely affected by declines in demand for our memberships. Demand for our memberships may be negatively affected by a number of factors, including geopolitical uncertainty, competition, cybersecurity incidents, decline in our reputation and saturation in the markets where we operate. Prevailing general and local economic conditions may also negatively affect the demand for our memberships, particularly from current and potential members that are small- and mid-sized businesses and may be disproportionately affected by adverse economic conditions.

Substantially all of our leases with our landlords are for terms that are significantly longer than the terms of our membership agreements with our members. The average length of the initial term of our U.S. leases is approximately 15 years, and our future undiscounted minimum lease cost payment obligations under signed operating and finance leases was $47.2 billion as of June 30, 2019. If we are unable to replace members who may terminate their membership agreements with us, our cash flows and ability to make payments under our lease agreements with our landlords may be adversely affected. These same factors that reduce demand for our memberships may not have the same impact on a landlord that has longer commitments from its tenants than we have from our members.

We must continually add new members both to replace departing members and to expand our current member base. We may not be able to attract new members in sufficient numbers to do so. Even if we are able to attract new members to replace departing members, these new members may not maintain the same level of involvement in our community. In addition, the revenue we generate from new members may not be as high as the revenue generated from existing members because of discounts we may offer to these new members, and we may incur marketing or other expenses, including referral fees, to attract new members, which may further offset our revenues from these new members. For these and other reasons, we could experience a decline in our revenue growth, which could adversely affect our results of operations.

*An economic downturn or subsequent declines in market rents may result in increased member terminations and could adversely affect our results of operations.*

While we believe that we have a durable business model in all economic cycles, there can be no assurance that this will be the case. A significant portion of our member base consists of small- and mid-sized businesses and freelancers who may be disproportionately affected by adverse economic conditions. In addition, our concentration in specific cities magnifies the risk to us of localized economic conditions in those cities or the surrounding regions. For the year ended December 31, 2018 and the six months ended June 30, 2019, we generated the majority of our revenue from locations in the United States and the United Kingdom. The majority of our revenue from locations in the United States was generated from our locations in the greater New York City, San Francisco, Los Angeles, Seattle, Washington, D.C. and Boston markets. A majority of our locations in the United Kingdom are in London. Economic downturns in these markets or other markets in which we are growing our number of locations may have a disproportionate effect on our revenue and our ability to retain members, in particular among members that are small- and mid-sized businesses, and thereby require us to expend time and resources on sales and marketing activities that may not be successful and could impair our results of operations. While our business has withstood localized recessions in various geographies, we have yet to experience a global economic downturn since founding our business. In addition, our business may be affected by generally prevailing economic conditions in the markets where we operate, which can result in a general decline in real estate activity, reduce demand for our solutions and services and exert downward pressure on our revenue.

*We may not be able to successfully negotiate satisfactory arrangements in respect of spaces that we occupy, or renew or replace existing spaces on satisfactory terms or at all, any of which will necessarily constrain our ability to grow our member base.*

We currently lease real estate for the majority of our locations, and we are actively pursuing management agreements and participating leases, under which the landlord pays in whole or in part for the build-out costs, and other occupancy arrangements with real estate owners. If we are unable to negotiate these lease and other arrangements on satisfactory terms, we may not be able to expand our portfolio of locations.

Our lease renewal options are typically tied to upward-only rent reviews, whereby rent for any given lease renewal term is typically equal to the greater of the rent in effect for the period immediately prior to the rent review date and the then-prevailing net effective rent in the open market. As a result, increases in rental rates in the markets in which we

26

Table of Contents

operate, particularly in those markets where initial terms under our leases are shorter, could adversely affect our business, financial condition, results of operations and prospects.

In addition, our ability to negotiate favorable terms to extend an expiring lease or to secure an alternate location will depend on then-prevailing conditions in the real estate market, such as overall rental cost increases, competition from other would-be tenants for desirable leased spaces and our relationships with current and prospective building owners and landlords, and may depend on other factors that are not within our control. If we are not able to renew or replace an expiring lease, we will incur significant costs related to vacating that space and redeveloping whatever alternative space we are able to find, if any. In addition, if we are forced to vacate a space, we could lose members who purchased memberships based on the design, location or other attributes of that particular space and may not be interested in the other spaces we have available.

The average length of the initial term of our U.S. leases is approximately 15 years. As we continue to expand our presence into certain international markets, including Europe, Latin America, China, Japan and the Pacific, local market practices may require us to enter into leases that have shorter initial terms, which reduces the certainty of our future obligations with respect to these locations and the continued availability of our occupied spaces at these locations.

*The long-term and fixed-cost nature of our leases may limit our operating flexibility and could adversely affect our liquidity and results of operations.*

We currently lease a significant majority of our locations under long-term leases that, with very limited exceptions, do not contain early termination provisions. Our obligations to landlords under these agreements extend for periods that significantly exceed the length of our membership agreements with our members, which may be terminated by our members upon as little notice as one calendar month. Our leases generally provide for fixed monthly payments that are not tied to space utilization or the size of our member base, and all of our leases contain minimum rental payment obligations. As a result, if members at a particular space terminate their membership agreements with us and we are not able to replace these departing members, our lease cost expense may exceed our revenue. In addition, in an environment where cost for real estate is decreasing, we may not be able to lower our fixed monthly payments under our leases at rates commensurate with the rates at which we would be pressured to lower our monthly membership fees, which may also result in our rent expense exceeding our membership and service revenue. In any such event, we would not have the ability to reduce our rent under the lease or otherwise terminate the lease in accordance with its terms.

If we experience a prolonged reduction in revenues at a particular space, our results of operations in respect of that space would be adversely affected unless and until the lease expires or we are able to assign the lease or sublease the space to a third party. Our ability to assign a lease or sublease the space to a third party may be constrained by provisions in the lease that restrict these transfers without the prior consent of the landlord. Additionally, we could incur significant costs if we decide to assign or sublease unprofitable leases, as we may incur transaction costs associated with finding and negotiating with potential transferees, and the ultimate transferee may require upfront payments or other inducements. Moreover, our leases generally contain notice requirements in connection with certain transactions, including the reorganization transactions or the incurrence of indebtedness, as well as this offering. The failure to deliver notice or satisfy the conditions related to providing such notices to our landlords and members could result in defaults under such leases. If we default under the terms of our leases and cease operations at leased spaces, we could be exposed to breach of contract and other claims, which could result in direct and indirect costs to us and could result in operational disruptions that could harm our reputation, brand and result of operations. Additionally, we are party to a variety of lease agreements and other occupancy arrangements, including management agreements and participating leases, containing a variety of contractual rights and obligations that may be subject to interpretation. Our interpretation of such contracts may be disputed by our landlords or members, which could result in litigation, damage to our reputation or contractual or other legal remedies becoming available to such landlords and members and may impact our results of operations.

While our leases are often held by special purpose entities, our consolidated financial condition and results of operations depend on the ability of our subsidiaries to perform their obligations under these leases over time. Our business, reputation, financial condition and results of operations depend on our subsidiaries' ongoing compliance with their leases. We may determine that it is necessary to fund the lease payments of our subsidiaries beyond the terms of

Table of Contents

expenses also include personnel and related costs for the teams managing our community operations, including member relations, new member sales and member retention, member technology and facilities management, as well as costs for corporate functions that directly support the operations of our communities, such as personnel costs associated with our billings, collections, purchasing and accounts payable functions. As our global platform continues to expand, we expect to achieve further economies of scale on these community support functions, which we expect to have a positive impact on our future margins.

### Other Operating Expenses

Other operating expenses relate to costs of operating and providing services to our members through our mature We Company offerings, including Meetup, Flatiron School, Conductor (a marketing services software company that provides search engine optimization and enterprise content marketing solutions) and Managed by Q in the period subsequent to their acquisition.

### Pre-Opening Location Expenses

Pre-opening location expenses include all expenses incurred before a location opens for members. The primary components of pre-opening location expenses are lease cost expense, including our share of tenancy costs (including real estate and related taxes and common area maintenance charges), utilities, cleaning, personnel and related expenses and other costs of opening our locations. Personnel expenses are included in pre-opening location expenses as we staff our locations prior to their opening to help ensure a smooth opening and a successful member move-in experience.

### Sales and Marketing Expenses

Sales and marketing expenses consist primarily of expenses related to our general sales and marketing efforts, including advertising costs, member referral fees, personnel and related expenses related to our sales, marketing, branding, public affairs and events teams, and other costs associated with strategic marketing events. Strategic events, such as events that are part of our Creator Awards program, are investments we make in the continued expansion of our business and the expenses associated with these events are included within sales and marketing expenses. We have also made investments in our sales and marketing organization. Our sales and marketing efforts are primarily focused on pre-opening locations and non-mature locations.

### Growth and New Market Development Expenses

To capitalize on our significant market opportunity, we have dedicated teams that are responsible for finding and building out new locations and researching, exploring and initiating new markets and new solutions and services.

Growth and new market development expenses consist primarily of non-capitalized design, development, warehousing, logistics and real estate costs, expenses incurred researching and pursuing new markets, solutions and services, and other expenses related to our growth and global expansion. These costs include non-capitalized personnel and related expenses for our development, design, product, research, real estate, talent acquisition, mergers and acquisitions, legal, and technology research and development teams and related professional fees and other expenses incurred such as recruiting fees, employee relocation costs, due diligence costs, integration costs, transaction costs, contingent consideration fair value adjustments relating to acquisitions and impairments and write-offs.

Growth and new market development expenses also include cost of goods sold in connection with our Powered by We solutions and costs of providing services by We Company offerings that are not yet mature and which are not included in other operating expenses above.

### General and Administrative Expenses

General and administrative expenses consist primarily of personnel and related expenses and stock-based compensation expense related to corporate employees, technology, consulting, legal and other professional services expenses, costs for our corporate offices and various other costs we incur to manage and support our business.

Table of Contents

### Interest and Other Income (Expense)

Interest and other income (expense) is comprised of interest income, interest expense, earnings from equity method and other investments and foreign currency gain (loss). Interest expense primarily includes non-cash interest expense associated with the imputed interest and fair value adjustments of the embedded derivative associated with the 2018 convertible note (as defined under "—Liquidity and Capital Resources—Convertible Note and Warrant Agreements"), accretion of asset retirement obligations and the amortization of deferred financing costs, interest expense recorded in connection with finance lease liabilities, interest expense relating to our senior notes (as defined under "—Liquidity and Capital Resources—Senior Notes") and interest expense recorded in connection with outstanding letters of credit issued under our senior credit facility and our letter of credit facility (each as defined under "—Liquidity and Capital Resources—Bank Facilities") as required by our various leases.

### Consolidated Results of Operations

The following table sets forth our consolidated results of operations and other key metrics for the periods presented:

| (Amounts in thousands, except percentages and where noted) | Year Ended December 31, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2018 | 2019 |
| **Consolidated statement of operations information:** | | | | | |
| Revenue | $ 436,099 | $ 886,004 | $ 1,821,751 | $ 763,771 | $ 1,535,420 |
| Expenses: | | | | | |
| Location operating expenses [1] | 433,167 | 814,782 | 1,521,129 | 635,968 | 1,232,941 |
| Other operating expenses [1] | — | 1,677 | 106,788 | 42,024 | 81,189 |
| Pre-opening location expenses | 115,749 | 131,324 | 357,831 | 156,983 | 255,133 |
| Sales and marketing expenses | 43,428 | 143,424 | 378,729 | 139,889 | 320,046 |
| Growth and new market development expenses | 35,731 | 109,719 | 477,273 | 174,091 | 369,727 |
| General and administrative expenses [2] | 115,346 | 454,020 | 357,486 | 155,257 | 389,910 |
| Depreciation and amortization | 88,952 | 162,892 | 313,514 | 137,418 | 255,924 |
| Total expenses | 832,373 | 1,817,838 | 3,512,750 | 1,441,630 | 2,904,870 |
| Loss from operations | (396,274) | (931,834) | (1,690,999) | (677,859) | (1,369,450) |
| Interest and other income (expense), net [3] | (33,400) | (7,387) | (237,270) | (46,406) | 469,915 |
| Pre-tax loss | (429,674) | (939,221) | (1,928,269) | (724,265) | (899,535) |
| Income tax benefit (provision) | (16) | 5,727 | 850 | 1,373 | (5,117) |
| Net loss | (429,690) | (933,494) | (1,927,419) | (722,892) | (904,652) |
| Net loss attributable to noncontrolling interests | — | 49,500 | 316,627 | 94,762 | 214,976 |
| Net loss attributable to WeWork Companies Inc. | $ (429,690) | $ (883,994) | $ (1,610,792) | $ (628,130) | $ (689,676) |
| **Key performance indicators:** | | | | | |
| Workstation capacity (in ones) | 107,000 | 214,000 | 466,000 | 301,000 | 604,000 |
| Memberships (in ones) | 87,000 | 186,000 | 401,000 | 268,000 | 527,000 |
| Enterprise membership percentage | 18% | 28% | 38% | 30% | 40% |
| Run-rate revenue (in billions) | $ 0.6 | $ 1.1 | $ 2.4 | $ 1.8 | $ 3.3 |
| Committed revenue backlog (in billions) [4] | $ 0.1 | $ 0.5 | $ 2.6 | N/R | $ 4.0 |

N/R = Not reported

(1)   Exclusive of depreciation and amortization shown separately on the depreciation and amortization line.

(2)   Includes stock-based compensation expense of $17.4 million, $260.7 million and $18.0 million for the years ended December 31, 2016, 2017 and 2018, respectively, and includes stock-based compensation expense of $10.5 million and $111.2 million for the six months ended June 30, 2018 and 2019, respectively.

(3)   Refer to Note 13 to the audited annual consolidated financial statements and Note 15 to the unaudited interim condensed consolidated financial statements, each included elsewhere in this prospectus, for additional information on fair value adjustments included in interest and other income (expense), net.

(4)   We began reporting committed revenue backlog on a quarterly basis as of March 31, 2019.

Table of Contents

### Consolidated Results of Operations as a Percentage of Revenue

The following table sets forth our consolidated results of operations information as a percentage of revenue for the periods presented:

| | Year Ended December 31, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | **2016** | **2017** | **2018** | **2018** | **2019** |
| Revenue | 100 % | 100 % | 100 % | 100 % | 100 % |
| Expenses: | | | | | |
| Location operating expenses [1] | 99% | 92% | 83% | 83% | 80% |
| Other operating expenses [1] | —% | —% | 6% | 6% | 5% |
| Pre-opening location expenses | 27% | 15% | 20% | 21% | 17% |
| Sales and marketing expenses | 10% | 16% | 21% | 18% | 21% |
| Growth and new market development expenses | 8% | 12% | 26% | 23% | 24% |
| General and administrative expenses | 26% | 51% | 20% | 20% | 25% |
| Depreciation and amortization | 20% | 18% | 17% | 18% | 17% |
| Total operating expenses | 191% | 205% | 193% | 189% | 189% |
| Loss from operations | (91)% | (105)% | (93)% | (89)% | (89)% |
| Interest and other income (expense), net | (8)% | (1)% | (13)% | (6)% | 31% |
| Pre-tax loss | (99)% | (106)% | (106)% | (95)% | (59)% |
| Income tax benefit (provision) | —% | 1% | —% | —% | —% |
| Net loss | (99)% | (105)% | (106)% | (95)% | (59)% |
| Net loss attributable to noncontrolling interests | —% | 6% | 17% | 12% | 14% |
| Net loss attributable to WeWork Companies Inc. | (99)% | (100)% | (88)% | (82)% | (45)% |

(1)    Exclusive of depreciation and amortization shown separately on the depreciation and amortization line.

### Comparison of the Six Months Ended June 30, 2018 and 2019 and of the Years Ended December 31, 2016, 2017 and 2018

### Revenue

*Comparison of the Six Months Ended June 30, 2018 and the Six Months Ended June 30, 2019*

| | Six Months Ended June 30, | | Change | |
|---|---|---|---|---|
| (Amounts in thousands, except percentages) | **2018** | **2019** | **$** | **%** |
| Revenue | $   763,771 | $   1,535,420 | $   771,649 | 101% |

Total revenue increased $771.6 million to $1.5 billion for the six months ended June 30, 2019, primarily driven by an increase in membership and service revenue, which increased $634.8 million to $1.3 billion for the six months ended June 30, 2019, from $714.0 million for the six months ended June 30, 2018.

The growth in revenue was primarily driven by growth in our membership base. The WeWork community has grown to approximately 503,000 memberships as of June 1, 2019 from 260,000 as of June 1, 2018.

The increase in membership and service revenue due to growth of our membership base was slightly offset by a decline of approximately $39 million driven by a decline in average revenue per WeWork membership for the six months ended June 30, 2019 as compared to the six months ended June 30, 2018. Average revenue per WeWork membership has experienced a decline primarily relating to our continued expansion into new global markets with

92

Table of Contents

the            rules require us to have one independent audit committee member upon the listing of our Class A common stock, a majority of independent directors on our audit committee within 90 days of the effective date of the registration statement of which this prospectus forms a part and an audit committee composed entirely of independent directors within one year of the effective date of the registration statement of which this prospectus forms a part. We will be required to have at least three directors, all of whom must be independent, on our audit committee within a year of the effective date of the registration statement of which this prospectus forms a part. Our board of directors has affirmatively determined that each of Mark Schwartz and Lew Frankfort meets the definition of an "independent director" for purposes of serving on an audit committee under Rule 10A-3 and the            rules, and we intend to comply with the other committee membership and independence requirements within the time periods specified.

### Compensation and Nominating Committee

Among other matters, the compensation and nominating committee will be responsible for:

- reviewing and approving, either alone or together with the other independent members of the board of directors, the compensation of our Chief Executive Officer and our other executive officers;

- reviewing and recommending to our board of directors the compensation of our non-employee directors;

- selecting compensation consultants and advisors and assessing whether there are any conflicts of interest with any of the committee's compensation advisors;

- reviewing any equity plans proposed to be adopted by us;

- identifying individuals qualified to become members of our board of directors, consistent with criteria approved by our board of directors;

- overseeing the organization of our board of directors to discharge its duties and responsibilities properly and efficiently; and

- identifying best practices and developing recommendations on corporate governance matters to our board of directors.

Upon completion of this offering, our compensation and nominating committee will consist of M. Steven Langman and Bruce Dunlevie. A chair will be appointed to the extent that the committee has three or more members. As a controlled company, we will rely upon the exemption from the requirement that we have a compensation committee and nominating and corporate governance committee composed entirely of independent directors.

### Compensation committee interlocks and insider participation

None of our executive officers served as a member of the board of directors, or as a member of the compensation or similar committee, of any entity that has one or more executive officers who served on our board of directors or compensation committee during the year ended December 31, 2018.

### Director Compensation

None of our directors received compensation for their service as a director during 2018.

Table of Contents

# EXECUTIVE COMPENSATION

### How We Think About Compensation

We know that to be successful, we need to attract, retain and reward high performers who are fully invested in our mission. While we will continue to refine our approach to compensation as The We Company evolves, our fundamental goal remains the same: provide a fair and competitive program at all levels, while rewarding individuals and teams with outsized impact. The following core principles form the foundation for achieving this goal:

- **Clarity**: *Provide access to pay guidelines*
- **Flexibility**: *Support a diverse, decentralized company to accommodate differences and changes in job requirements, markets and the economy*
- **External competitiveness**: *Align compensation with comparable jobs in the external labor market*
- **Internal comparability**: *Provide pay guidelines that ensure similar jobs are paid equitably across the company*
- **Recognition**: *Pay for impact, with extraordinary performance further rewarded*

### A Culture of Ownership

Nine years ago, when we were just beginning our journey, we gave all employees equity because we were convinced that launching a successful company requires each and every person to take initiative, solve problems and think like an owner of the company. We still believe that a culture of ownership is critical to our success, and intend to continue granting equity from top-to-bottom in all regions and across all functions.

The two main components of our compensation program, equity and salary, answer two basic questions:

- **Equity**: *"What is your long-term impact on our growth, goals and mission?"*
- **Salary**: *"What is the competitive rate for your role and region?"*

As a result, we do not have a company-wide cash bonus program. Instead, we provide limited cash incentives to reward exceptional performance and to target specific functions identified for the year as necessary to drive and realize our growth potential.

### Incentivizing Our Leadership Team

Our leadership team is comprised of Adam Neumann, our Co-Founder, Chief Executive Officer and Chairman of the Board, together with a group of partners who offer a unique combination of skills so that we can deliver on our mission. Some of these team members are individual impact contributors who have expertise and deep abilities in a specific discipline, such as technology, real estate or creative design. Artie Minson (Co-President and Chief Financial Officer) and Jen Berrent (Co-President and Chief Legal Officer) are "portfolio partners" who are responsible for a complex set of disciplines and priorities, allowing us to efficiently collaborate across groups and scale our vision.

Consistent with our culture of ownership, Adam, Artie and Jen are predominantly compensated through equity awards to align their interests with those of our stockholders and reward the creation of long-term value. We grant new hire equity awards and we also grant equity awards from time-to-time in connection with promotions and to reward performance in order to ensure pay parity as our team members' roles and responsibilities evolve. Information about the equity awards held by our named executive officers ("NEOs") as of December 31, 2018 can be found below under "—Outstanding Equity Awards at Fiscal Year End for 2018". Our NEOs are Adam, our Chief Executive Officer, as well as Artie and Jen, who were our only other executive officers in 2018.

In the first half of 2019, in order to incentivize our senior leadership team as well as select other individuals who have had an outsized impact on our organization over the years, we granted to employees (including Adam, Artie and Jen) stock options to purchase a total of 49,437,366 shares of our Class

B common stock. Adam received options to purchase an aggregate of 42,473,167 of these shares. The options awarded had a per-share exercise price equal to

177

Table of Contents

the fair market value of our Class B common stock on the applicable grant date. Of these options, 16,402,682 awards would have vested over a five-to-seven year period and the remaining 33,034,684 awards included both time-based vesting conditions and performance-based vesting conditions tied to, among other things, the completion of this offering and a significant increase in market capitalization, in each case subject to continued service, specifically: (i) 9,438,481 options meet the performance-based vesting conditions upon the completion of this offering, and vest monthly over a period of five years following the completion of this offering; (ii) 7,078,861 options meet the performance-based vesting conditions if we attain a public market capitalization of $50 billion, and vest monthly over a period of three years from that date; (iii) 7,078,861 options meet the performance-based vesting conditions if we attain a public market capitalization of $72 billion, and vest monthly over a period of two years from that date; and (iv) 9,438,481 options meet the performance-based vesting conditions if we attain a public market capitalization of $90 billion, and vest monthly over a period of two years from that date.

In July and August 2019, 47,346,098 of such options were canceled in connection with the reorganization transactions as described in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Recent Developments". As part of the reorganization transactions, profits interests were issued to certain of our employees, including Adam, Artie and Jen. Profits interests are generally intended to provide the holder with a proportionate share of the increase of the value of the We Company Partnership's businesses over the value of such businesses on the date of grant of such profits interests. Holders of vested profits interests may also be entitled to limited catch-up distributions. Certain of the profits interests are subject to the time-based vesting conditions described above, and other profits interests are subject to the performance-based vesting criteria described above. For more information on the profits interests, see "Certain Relationships and Related Party Transactions—Profits Interests".

Each recipient of these option awards and profits interests has indicated their intent to donate to charity 10% of proceeds from sales of such equity.

**NEO Employment Arrangements and Restrictive Covenant Agreements**

Each of our NEOs has entered into an invention, non-disclosure, non-competition and non-solicitation agreement that protects our confidential and other proprietary information and assigns to us full right and title to inventions and other intellectual property developed by the employee that are related to our business. The agreement also contains confidentiality and, for Artie and Jen, non-disparagement obligations, which apply indefinitely, along with non-competition and customer and employee non-solicitation restrictions, which apply during employment and for a period of time following termination of employment for any reason.

In connection with this offering, we have entered into amended and restated employment agreements with each of Artie and Jen with substantially similar terms to reflect their partnership in leading The We Company as Co-Presidents. These agreements replaced their legacy employment agreements, which no longer reflected their current roles, responsibilities and compensation arrangements.

The amended and restated employment agreements provide that Artie and Jen will each earn only the minimum salary required to remain an exempt employee under applicable laws (currently, $58,500 on an annualized basis), and we expect they will keep only $1 and donate the rest of their after-tax salary to charity. We have not entered into an employment agreement with Adam.

Under the amended and restated employment agreements, upon a termination without cause (as defined below) or resignation for good reason (as defined below), subject to the execution of a general release of claims, Artie and Jen would be entitled to, in addition to any accrued benefits, (i) severance equal to 12 months of his or her then-current base salary, (ii) continued payment of health insurance for up to 12 months, (iii) continued exercisability of any nonqualified stock options for a period of up to one year following the completion of this offering and (iv) if such termination occurs within 12 months following a change in control (defined below), accelerated vesting, and exercisability, of any of their then-outstanding equity awards.

As defined in the amended and restated employment agreements, "cause" generally means: (i) repeated failure, after written notice and a reasonable opportunity to cure, to perform reasonably assigned duties, (ii) engagement in dishonesty, gross negligence or willful misconduct, (iii) conviction of, or pleading guilty or no contest to, any felony or

**Table of Contents**

any crime involving moral turpitude or (iv) a material breach by the employee of his or her employment agreement and/or restrictive covenants agreement with us. "Good reason" generally means: (i) a material diminution of duties and responsibilities or the assignment of duties or responsibilities that are materially inconsistent with those in effect as of the effective date of the employment agreement, (ii) a requirement by us that their principal place of employment be relocated more than 30 miles from New York City, (iii) a reduction in base salary or (iv) a material breach by us of their employment agreement. "Change in control" is defined in reference to the definition in The We Company 2019 Omnibus Incentive Plan, as described in further detail below in "—The We Company 2019 Omnibus Incentive Plan—Change in Control."

Information about the compensation that our NEOs received in 2018 can be found below under "—2018 Summary Compensation Table".

### Potential Payments Upon Termination or Change in Control

Other than as described above under "—NEO Employment Arrangements and Restrictive Covenant Agreements", we do not currently have any agreements, plans or other arrangements that provide for payments upon termination or a change in control for our NEOs.

### Other Employee and Retirement Benefits

In addition to the core components of our compensation program, equity and salary, we provide a wide range of benefits that provide our employees with the flexibility to take charge of their needs. Our executive officers participate in the same health and welfare programs, as well as the same retirement programs, as our other full-time employees. In the United States, we provide a 401(k) plan, which is a tax-qualified defined contribution savings plan, for the benefit of all eligible employees, including our NEOs. Employees may make contributions, including after-tax Roth contributions, and our 401(k) plan also permits discretionary employer contributions. While no employer contributions were made in 2018, we are excited to, starting in 2019, match 100% of employee contributions to our 401(k) plan, up to a maximum of $1,800 per year. All employee contributions and employer contributions are at all times fully vested. We do not offer any defined pension plans or nonqualified deferred compensation plans to our employees.

**Table of Contents**

# CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS

In addition to the executive officer and director compensation and employment arrangements discussed in "Management" and "Executive Compensation", the following is a description of each transaction since January 1, 2016 and each currently proposed transaction in which:

- we have been, are or would be a participant;

- the amount involved in the transaction exceeds or will exceed $120,000; and

- any of our directors, executive officers or holders of more than 5% of any class of our capital stock, or any immediate family member of, or person sharing the household with, any of these individuals, had or will have a direct or indirect material interest.

## Relationships and Transactions with Adam Neumann, our Co-Founder and Chief Executive Officer

Adam has served as the Company's Chief Executive Officer and Chairman of the Company's board of directors since our inception. From the day he co-founded WeWork, Adam has set the Company's vision, strategic direction and execution priorities. Adam is a unique leader who has proven he can simultaneously wear the hats of visionary, operator and innovator, while thriving as a community and culture creator. Given his deep involvement in all aspects of the growth of our company, Adam's personal dealings have evolved across a number of direct and indirect transactions and relationships with the Company. As we make the transition to a public company, we aim to provide clarity and transparency on the history of these relationships and transactions, as well as the background to the strategic governance decisions that have been made by Adam and the Company.

This section also addresses Rebekah Neumann, one of our co-founders who serves as the Company's Chief Brand and Impact Officer as well as the founder and CEO of WeGrow. Rebekah has been a strategic thought partner to Adam since our founding and has actively shaped the mission and strategy of The We Company and its global impact agenda, as well as being the primary voice and leading advocate for the We brand. Rebekah has never been paid a salary from us.

Specifically, this section covers:

- Voting controls

- Succession planning

- Sale of shares

- Employment agreement

- Equity awards

- Charitable giving

- Real estate transactions

- Company and personal loans

- Family relationships

### *Voting Controls*

Adam controls a majority of the Company's voting power, principally as a result of his beneficial ownership of our high-vote stock. Since our high-vote stock carries twenty votes per share, Adam will have the ability to control the outcome of matters submitted to the Company's stockholders for approval, including the election of the Company's directors. As a founder-led company, we believe that this voting structure aligns our interests in creating shareholder value. Adam is, however, committed to relinquishing control at a time when he no longer maintains a significant economic interest in The We

Company and the share ownership of Adam and certain of his permitted transferees represents less than 5% of the aggregate number of then-outstanding shares of our capital stock, at which time all of the outstanding high-vote stock would convert to having one vote per share.

197

Table of Contents

Adam and Rebekah Neumann have committed to contribute at least $1 billion to charitable causes by the ten-year anniversary of the closing date of this offering. If that contribution is not met, the outstanding high-vote stock would convert to having ten votes per share. See "—Charitable Giving" below.

### Succession Planning

As part of our transition to a public company, our board of directors has spent significant time planning for the transition from a privately controlled company to a public company and put considerable thought into succession planning. In particular, in connection with this offering we are taking measures to provide clarity as to how unexpected transitions in our leadership might occur.

In the event that Adam is permanently disabled or deceased during the ten-year period commencing upon the completion of this offering, a committee will be formed for the sole purpose of selecting a new Chief Executive Officer. The composition of this committee will be as follows:

- Bruce Dunlevie and Steven Langman, who are currently members of our board of directors and members of our compensation and nominating committee, to the extent they are then serving as our directors, will serve on this selection committee with Rebekah Neumann (with the size of the committee fixed at two or three, as applicable); and

- if neither Bruce nor Steven is then serving as one of our directors, Rebekah will choose one or two board members who are serving at the time to serve on this selection committee with Rebekah.

In the event that Rebekah is not able to serve as described above, the trustee then acting on behalf of Rebekah and Adam's estate will serve in all such capacities and make all such determinations. In addition, Adam and our board of directors have a process in place to designate an interim CEO in order to give the selection committee time to select a long-term CEO. Any selection of an individual to serve as our Chief Executive Officer must be made with the unanimous approval of the selection committee.

By the third anniversary of the closing of this offering, Adam will propose a succession plan relating to the period beginning from and after the ten-year anniversary of this offering.

### Sales of Shares

The last time Adam sold any shares of the Company was October 2017, when he participated in a third-party tender offer made available to all of the Company's employees and outside investors. Adam will not sell any shares in this offering. In addition, Adam has entered into a lock-up agreement for approximately one year with the underwriters in this offering whereby he has agreed not to transfer any shares of the Company capital stock or any securities convertible into or exchangeable or exercisable (directly or indirectly) for shares of the Company's capital stock.

### Employment Agreement

The Company does not have an employment agreement in place with Adam and, accordingly, Adam does not earn any salary from the Company and would not be entitled to severance if he no longer served as Chief Executive Officer. Adam earned no salary in 2018 and only earned $1 in 2017. Moreover, Adam is not entitled to any perquisites from the Company and elects to reimburse the Company in full for any perquisites he may receive in connection with his service as our Chief Executive Officer.

### Equity Awards

Prior to 2019, and since the founding of the Company, Adam had not received any equity awards from the Company. As the Company grew, our board of directors desired to provide a significant incentive to Adam to conduct an initial public offering, based on the premise that the Company's value would be maximized as a public entity rather than remaining privately held. In the first half of 2019, in order to incentivize our senior leadership team as well as select other individuals who have had an outsized impact on our organization over the years, our board of directors granted to employees, including Adam, stock options to purchase shares of common stock.

**Table of Contents**

As part of this award, Adam received options to purchase an aggregate of 42,473,167 shares. All of Adam's awards vest over time based on Adam's continuing service as our Chief Executive Officer and contemplate up to a ten-year time horizon for full vesting. A majority of Adam's awards are also tied to the Company's performance as a public company, particularly an increase in our market capitalization that is sustained over a period of at least 60 days.

By connecting these awards to service to the Company and long-term value creation, our board believes we have set the foundation for long-term incentive alignment between Adam and our stockholders. The awards provide as follows:

- 9,438,481 options vest monthly over a period of five years following the date of grant;

- 9,438,481 options meet the performance-based vesting conditions upon the completion of this offering, and vest monthly over a period of five years following the completion of this offering;

- 7,078,861 options meet the performance-based vesting conditions if we attain a public market capitalization of $50 billion, and vest monthly over a period of three years from that date;

- 7,078,861 options meet the performance-based vesting conditions if we attain a public market capitalization of $72 billion, and vest monthly over a period of two years from that date; and

- 9,438,481 options meet the performance-based vesting conditions if we attain a public market capitalization of $90 billion, and vest monthly over a period of two years from that date.

In connection with the reorganization transactions the Company undertook in July 2019 to provide a corporate organization similar to a structure commonly referred to as an "UP-C" structure, Adam's performance-based options described above were canceled. An equal number of profits interests in the UP-C structure were issued to Adam. All of the profits interests have the same vesting conditions as the performance-based options that were canceled, with time-based vesting commencing on the date the applicable performance goal is achieved. There is no tax receivables agreement in place to benefit any holder of profits interests.

Shortly after the option awards were issued, Adam exercised the time-based option described above in exchange for a $362.1 million full recourse promissory note payable to the Company (with an interest rate of 2.89% and a maturity date of April 11, 2029). In August 2019, Adam repaid the promissory note (including interest) in full by surrendering to the Company all of the shares received in respect of the time-based option described above. Following the settlement of this loan, the Company issued to Adam the number of profits interests equal to the number of shares surrendered by Adam in settlement of the loan.

In July 2019, WE Holdings LLC assigned residual rights related to "we" family trademarks to the Company, which we desired to obtain following our rebranding in early 2019. In consideration of this contribution and in lieu of paying cash, the Company issued to WE Holdings LLC partnership interests in the We Company Partnership with a fair market value of approximately $5.9 million, which was determined pursuant to a third-party appraisal.

### *Charitable Giving*

In connection with this offering, Rebekah and Adam are dedicating additional resources to amplify the positive global impact of our organization. This effort is designed to enable us to scale our social and global impact as the Company grows. Rebekah and Adam Neumann have pledged $1 billion to fund charitable causes. To fulfill this pledge, Rebekah and Adam will contribute cash and equity to charitable causes within the 10 years following this offering. Their first contribution aids in the conservation of over 20 million acres of intact tropical forest, including the region pictured on the final page of this prospectus.

To evidence their commitment to charitable causes and to ensure this commitment is meaningful, if Adam and Rebekah have not contributed at least $1 billion to charitable causes as of the ten-year anniversary of the closing date of this offering, holders of all of the Company's high-vote stock will only be entitled to ten votes per share instead of twenty votes per share.

Over the years, Adam has sold some of his shares of the Company, with the last sale occurring in late 2017. To date, Adam and Rebekah have donated to charity an amount equal to over 15% of their past sales of shares of the Company.

199

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### DECEMBER 31, 2018

On February 4, 2014, the Company issued additional loans to certain stockholders (the "2014 Stockholder Loans") totaling $15.0 million maturing on February 4, 2017 with interest due at a rate of 0.2% per annum. The 2014 Stockholder Loans were collateralized with an aggregate of 2,798,825 shares of the Company's common stock owned by the borrowers (the "2014 Collateral Shares"). The 2014 Collateral Shares were fully vested shares received by the borrowers prior to the transaction in exchange for services previously rendered to the Company. The 2014 Stockholder Loans also provided the Company the option to purchase the 2014 Collateral Shares at the same price underlying the 2014 Stockholder Loans, subject to the terms and conditions of the loan agreements. In May 2016 the Company exercised its option, purchased and retired the 2,798,825 shares and the 2014 Stockholder Loans were settled.

### Note 21. Stock-Based Compensation

Effective May 31, 2013, the Company adopted an equity-based compensation plan, the 2013 Stock Incentive Plan, as amended (the "2013 Plan"), authorizing the grant of equity-based awards (including stock options and restricted stock) to its management, employees, non-employee directors and other non-employees. The total number of shares of Class B Common Stock that could be granted under the 2013 Plan was 37,689,450.

Effective February 4, 2015, the Company adopted a second equity-based compensation plan, the 2015 Equity Incentive Plan, as amended (the "2015 Plan"), authorizing the grant of equity-based awards (including stock options, restricted stock and restricted stock units) to its management, employees, non-employee directors and other non-employees. Following the adoption of the 2015 Plan, no further grants were made under the 2013 Plan. On June 12, 2018, the Company amended and restated the 2015 Plan to increase the total number of shares of common stock that are reserved for grant and issuance under the 2015 Plan to 32,392,596. As of December 31, 2018, 2,118,006 shares of Class A Common Stock remained available for further grants under the 2015 Plan.

**Stock Options**—Stock options outstanding consist primarily of time-based options to purchase Class A or Class B Common Stock, the majority of which vest over a five-year period and have a ten-year contractual term. These awards are subject to the risk of forfeiture until vested by virtue of continued employment or service to the Company and, with respect to certain awards, satisfaction of various performance criteria.

The following table summarizes the stock option activity during the year ended December 31, 2018:

| | Number of Shares | Weighted-Average Exercise Price | Weighted-Average Remaining Contractual Life in Years | Aggregate Intrinsic Value (In thousands) |
|---|---|---|---|---|
| Outstanding, December 31, 2017 | 26,856,354 | $ 9.55 | 7.2 | $ 453,814 |
| Granted | 11,802,852 | $ 26.65 | | |
| Exercised | (558,330) | $ 5.46 | | |
| Forfeited/canceled | (2,355,935) | $ 23.08 | | |
| Outstanding, December 31, 2018 | 35,744,941 | $ 14.37 | 7.1 | $ 809,823 |
| Exercisable, December 31, 2018 | 20,498,594 | $ 7.33 | 5.9 | $ 608,770 |
| Vested and expected to vest, December 31, 2018 | 35,134,190 | $ 14.11 | 7.1 | $ 805,328 |
| Vested and exercisable, December 31, 2018 | 19,791,046 | $ 7.34 | 5.9 | $ 587,646 |

The weighted-average grant date fair value of options granted during the years ended December 31, 2016, 2017 and 2018 were $7.80, $10.31 and $11.51, respectively.

**Table of Contents**

**WEWORK COMPANIES INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**DECEMBER 31, 2018**

The Company estimates the fair value of stock option awards granted using the Black-Scholes Model and a single option award approach. The assumptions used to value stock options issued during the years ended December 31, 2016, 2017 and 2018, were as follows:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | **2016** | **2017** | **2018** |
| Fair value of common stock | $  18.98 - 21.57 | $  21.57 - 26.45 | $  26.45 - 26.75 |
| Weighted average expected term (years) | 6.28 | 6.42 | 6.19 |
| Weighted average expected volatility | 40.0% | 40.0% | 40.0% |
| Risk-free interest rate | 1.03 - 2.23% | 1.78 - 2.32% | 2.41 - 2.99% |
| Dividend yield | — | — | — |

For the years ended December 31, 2016, 2017 and 2018, the Company recorded total stock-based compensation expense of $12.0 million, $16.9 million and $44.3 million, respectively, related to stock options awarded to employees and non-employee directors. As of December 31, 2016, 2017 and 2018, the unrecognized stock-based compensation expense from outstanding options awarded to employees and non-employee directors was approximately $32.2 million, $71.5 million and $136.9 million, respectively, expected to be recognized over a weighted-average period of approximately 3.9 years, 4.2 years and 3.9 years, respectively. For the years ended December 31, 2017 and 2018, the tax benefit realized from stock options exercised was $70.0 million and $13.1 million, respectively.

For the years ended December 31, 2016, 2017 and 2018, the Company recorded $0.7 million, $1.3 million and $1.1 million, respectively of general and administrative expenses related to stock options awarded to non-employee contractors for services rendered. For the year ended December 31, 2018, the Company also recorded $1.9 million of growth and new market development expenses related to stock options awarded to non-employee contractors for services rendered. As of December 31, 2016, 2017 and 2018, there was $3.4 million, $4.5 million and $8.1 million of total unrecognized expense related to stock options awarded to contractors expected to be recognized over a weighted-average period of approximately 3.4 years, 3.4 years and 4.2 years, respectively.

For the years ended December 31, 2016, 2017 and 2018, the Company recognized none, $0.9 million, and $1.1 million, respectively, of charges for stock options awarded to non-employees relating to goods received and services provided that was capitalized and recorded as a component of property and equipment on the accompanying consolidated balance sheets. As of December 31, 2017, and 2018, there was $1.0 million and $1.2 million of total unrecognized cost related to these stock options expected to be recognized over a weighted-average period of approximately 3.3 years and 2.3 years, respectively.

**Early Exercise of Stock Options**—The Company allows certain employees and directors to exercise stock options granted under the 2013 Plan prior to vesting. The shares received as a result of the early exercise of unvested stock options are subject to a repurchase right by the Company at the original exercise price for a period equal to the original vesting period.

During 2014, certain individuals early exercised stock options prior to vesting; however, in lieu of the cash consideration required to exercise the stock options, these individuals each provided a 1.9% interest bearing recourse note, for an aggregate of $2.5 million, $2.7 million and $2.7 million as of December 31, 2016, 2017 and 2018, respectively. As a result of the early exercises, the individuals received shares of restricted Class B Common Stock which will vest over a specified period of time (which period of time is consistent with the original vesting schedule of the stock options grant). The restricted Class B Common Stock is subject to repurchase at the original exercise price by the Company over the original vesting term. The recourse notes mature in November 2023 and are included as a component of equity.

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## DECEMBER 31, 2018

**Restricted Stock**—Grants of the Company's restricted stock or restricted stock units consist primarily of time-based awards that are subject to the risk of forfeiture until vested by virtue of continued employment or service to the Company. Certain awards contain additional performance conditions for vesting described below.

During 2015, certain executives of the Company were issued 440,864 shares of restricted Class A Common Stock and 500,000 shares of restricted Class B Common Stock in exchange for recourse promissory notes with principal balances totaling $10.2 million, $6.2 million and $5.6 million as of December 31, 2016, 2017 and 2018, respectively. These restricted shares of Class A Common Stock vest primarily over a five year period. The recourse promissory notes pay interest rates ranging from 1.6% to 1.8% and have maturities of approximately nine years and are recorded as a component of equity. In addition, during 2015 one of the officers also paid $0.7 million for another 90,000 shares of restricted Class B Common Stock, of which 45,000 vested immediately and the remainder vest ratably over the 13th month through the 36th month period from the date of acquisition or exercise. As of December 31, 2018, the full 90,000 shares were vested. During the year ended December 31, 2018, the Company forgave $0.6 million of principal balance of the recourse promissory notes and recognized the forgiveness amount as a component of general and administrative expense on the accompanying consolidated statement of operations.

In June 2018, certain executives of the Company were issued 756,039 shares of restricted Class A Common Stock in exchange for recourse promissory notes with principal balances totaling $20.2 million as of December 31, 2018. These restricted shares vest over a five year period and are subject to repurchase by the Company during the vesting period at the original issue price. The recourse notes pay interest rates ranging from 2.5% to 2.9% and have maturities of between seven to nine years and are recorded as a component of equity.

The Company reflects restricted stock and restricted stock units as issued and outstanding shares of common stock when vested and when the Class A Common Stock or Class B Common Stock has been delivered to the individual. The following table summarizes the Company's restricted stock and restricted stock unit activity for the year ended December 31, 2018:

| | Shares | Weighted Average Grant Date Value |
|---|---|---|
| Unvested, December 31, 2017 | 2,922,520 | $ 19.66 |
| Granted [1] | 2,926,215 | 26.62 |
| Vested [2] [3] | (792,036) | 20.65 |
| Forfeited/canceled | (215,517) | 26.45 |
| Unvested, December 31, 2018 [4] | 4,841,182 | $ 23.42 |

(1) Includes (a) 1,603,106 restricted stock units granted during the year ended December 31, 2018, which will vest over a five to seven year employment service period, only if and when an initial public offering or Acquisition (as defined in the 2015 Plan) occurs within seven to ten years of the date of grant, (b) 343,965 restricted stock units granted during the year ended December 31, 2018 that previously required an occurrence of an initial public offering or Acquisition (as defined in the 2015 Plan) to vest but were modified during the year ended December 31, 2018 to vest over a three year service period and (c) 979,144 restricted stock units granted during the year ended December 31, 2018 that vest over a five year service period.

(2) Includes 157,746 restricted stock units which vested during the year ended December 31, 2018, however the underlying common shares have not been issued to the individual. As of December 31, 2018, a total of $7.6 million (relating to 349,140 shares of previously vested restricted stock units that have not been settled) was included as a component of additional paid-in capital on the accompanying balance sheet.

(3) Includes 60,345 restricted stock units which vested during the year ended December 31, 2018 in which the employee had elected to cash-settle the award upon vesting. The Company made cash payments totaling $3.5 million during the year ended December 31, 2018 for these cash-settled restricted stock units.

(4) The unvested balance includes a total of 1,953,102 restricted stock and restricted stock units that will vest over their remaining service period and 2,888,080 restricted stock units that will vest annually over a three to seven year employment service period, only if and when an initial public offering or Acquisition (as defined in the 2015 Plan) occurs within seven to ten years of the date of grant.

F-54

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## DECEMBER 31, 2018

The fair value of restricted stock that vested during the years ended December 31, 2016, 2017 and 2018 was $38.2 million, $18.5 million and $29.3 million, respectively.

For the years ended December 31, 2016, 2017 and 2018, the Company recorded total stock-based compensation expense of $10.7 million, $7.6 million and $14.7 million, respectively, related to restricted stock and restricted stock units awarded to employees and non-employee directors. As of December 31, 2016, 2017 and 2018, there was $32.3 million, $24.3 million and $27.1 million, respectively, of total unrecognized stock-based compensation expense related to unvested restricted stock and restricted stock units awarded to employees and non-employee directors expected to be recognized over a weighted-average period of approximately 3.7 years, 3.1 years and 3.0 years, respectively.

For the years ended December 31, 2016, 2017 and 2018, the Company recorded $0.9 million, $1.2 million and $1.6 million of general and administrative expenses, respectively, associated with restricted stock issued to non-employee contractors for services rendered. As of December 31, 2016, 2017 and 2018, there was $1.3 million, $1.3 million and none, respectively, of total unrecognized expense related to unvested restricted stock awarded to contractors expected to be recognized over a weighted-average period of approximately 1.9 years, 0.7 years and 0.0 years, respectively.

**Total Stock-Based Compensation Expense**—The total of all stock-based compensation expense related to employees and non-employee directors are reported in the following financial statement line items:

| (Amounts in thousands) | Year Ended December 31, | | |
|---|---|---|---|
|  | 2016 | 2017 | 2018 |
| Stock-based compensation included in: |  |  |  |
| Location operating expenses | $ 2,032 | $ 18,718 | $ 22,793 |
| Other operating expenses | — | 355 | 4,522 |
| Sales and marketing expenses | 775 | 4,244 | 6,343 |
| Growth and new market development expenses | 2,486 | 11,383 | 17,723 |
| General and administrative expenses | 17,367 | 260,662 | 18,019 |
| Total stock-based compensation expense | $ 22,660 | $ 295,362 | $ 69,400 |

**Stock-Based Awards to Non-Employees**—From time to time, the Company issues common stock, restricted stock or stock options to acquire common stock to non-employee contractors for services rendered. The stock options and shares of the common stock granted, vested, exercised, forfeited/canceled during the year ended December 31, 2018 are included in the above tables together with the employee awards.

Stock options granted in 2016 to non-employees included an option to purchase 500,000 shares of Class A Common Stock that will vest upon the achievement of certain member count and profitability-based targets that must be met during a four year vesting period and an option to purchase up to 120,000 shares of Class A Common Stock determined quarterly by a vesting schedule that evaluates the average price per usable square foot for accepted goods in comparison to a benchmark average price as set out in the option agreement. In February 2018, the non-employee with the option to purchase 500,000 shares of Class A Common Stock converted to an employee, and the vesting conditions of the option awards remained unchanged.

The tables above do not include any grants of restricted shares in the Company's consolidated subsidiaries. In April 2017, one of the Company's consolidated subsidiaries, ChinaCo, granted a shareholder, in connection with services to be provided by a consultant affiliated with such shareholder, the right to subscribe to 10,000,000 of ChinaCo's Class A ordinary shares which will vest annually over a five year period and had a grant date value of $3.51 per ChinaCo Class A ordinary share. The consultant is also a member of the Company's and ChinaCo's board of

F-55

**Table of Contents**

# WEWORK COMPANIES INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## DECEMBER 31, 2018

directors; however, the services required per the terms of grant are greater in scope than the individual's responsibilities as a standard director. As of December 31, 2018, two million of these shares were vested and issued. During the years ended December 31, 2016, 2017 and 2018, the Company recorded none, $4.8 million, and $14.4 million, respectively, of general and administrative expenses, associated with the rights to subscribe to ChinaCo Class A ordinary shares granted to non-employee contractors for services rendered. This expense was recorded as an increase in the equity allocated to noncontrolling interests on the Company's consolidated balance sheet as of December 31, 2018. As of December 31, 2018, there was $60.1 million of total unrecognized expense related to unvested ChinaCo ordinary shares expected to be recognized over a weighted-average period of approximately 3.3 years.

In December 2018, one of the Company's consolidated subsidiaries, PacificCo, entered into an agreement for the Company to operate workspaces within spaces leased by the counterparty in the region. As part of the arrangement, the Company will issue PacificCo Class B ordinary non-voting shares to the counterparty upon achievement of certain performance milestones based on the amount of usable square feet leased by the counterparty that are ultimately used to operate our workspaces. The milestone consideration is subject to an aggregate cap of $20.0 million of PacificCo Class B non-voting ordinary shares. The maximum number of shares eligible for vesting will be determined based on the $20.0 million divided by $10.00 per share or if the PacificCo ordinary shares are listed on a national exchange or trading system, the average closing price of the ordinary shares for 30 days prior to the date such shares are issued. As of the December 2018 grant date, the PacificCo Class B ordinary shares had a fair value of $4.93 per share. The Company accrues expense when the achievement of the performance milestones becomes probable, and has not recognized any expense in relation to this arrangement during the year ended December 31, 2018.

## Note 22. Net Loss Per Share

We compute net loss per share of Class A common stock and Class B common stock under the two-class method required for multiple classes of common stock and participating securities. The rights, including the liquidation and dividend rights, of the Class A common stock and Class B common stock are substantially identical, other than voting rights. Accordingly, the Class A common stock and Class B common stock share in our net losses.

Our participating securities includes Series A, B, C, D-1, D-2, E, F, G and Acquisition Preferred Stock, as the holders of these series of preferred stock are entitled to receive a noncumulative dividend on a *pari passu* basis in the event that a dividend is paid on common stock, and holders of certain vested RSUs that have a non-forfeitable right to dividends in the event that a dividend is paid on common stock. The holders of our Junior Preferred Stock are not entitled to receive dividends and are not included as participating securities. The holders of Series A, B, C, D-1, D-2, E, F, G and Acquisition Preferred Stock as well as the holders of certain vested RSUs with a non-forfeitable right to dividends, do not have a contractual obligation to share in our losses. As such, our net losses for the years ended December 31, 2016, 2017 and 2018 were not allocated to these participating securities.

Basic net loss per share is computed by dividing net loss attributable to WeWork Companies Inc. attributable to its Class A common and Class B common stockholders by the weighted-average number of shares of our Class A common stock and Class B common stock outstanding during the period.

For the computation of diluted net loss per share, net loss per share attributable to common stockholders for basic net loss per share is adjusted by the effect of dilutive securities, including awards under our equity compensation plans. Diluted net loss per share attributable to common stockholders is computed by dividing the resulting net loss attributable to WeWork Companies Inc. attributable to its Class A common and Class B common stockholders by the weighted-average number of fully diluted common shares outstanding. In the years ended December 31, 2016, 2017 and 2018, our potential dilutive shares, such as stock options, restricted stock, RSUs, warrants, convertible notes, and shares of convertible Series A, B, C, D-1, D-2, E, F, G, Acquisition and Junior Preferred Stock were not included in the computation of diluted net loss per share as the effect of including these shares in the computation would have been anti-dilutive.

**Table of Contents**

# WEWORK COMPANIES INC.
# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
# DECEMBER 31, 2018

The numerators and denominators of the basic and diluted net loss per share computations for our common stock are calculated as follows for the years ended December 31, 2016, 2017 and 2018:

| (Amounts in thousands, except share and per share data) | Year Ended December 31, | | |
| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Numerator: | | | |
| Net loss attributed to WeWork Companies Inc. | $ (429,690) | $ (883,994) | $ (1,610,792) |
| Net loss attributable to Class A and Class B common stockholders | $ (429,690) | $ (883,994) | $ (1,610,792) |
| Denominator: | | | |
| Basic shares: | | | |
| Weighted-average shares - Basic | 161,324,940 | 159,689,116 | 163,148,918 |
| Diluted shares: | | | |
| Weighted-average shares - Diluted | 161,324,940 | 159,689,116 | 163,148,918 |
| Net loss per share attributable to Class A and Class B common stockholders: | | | |
| Basic | $ (2.66) | $ (5.54) | $ (9.87) |
| Diluted | $ (2.66) | $ (5.54) | $ (9.87) |

The following table presents the total weighted-average number of potentially dilutive shares that were excluded from the computation of diluted net loss per share attributable to Class A and Class B common stockholders because their effect would have been anti-dilutive for the periods presented:

| | Year Ended December 31, | | |
| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Convertible Preferred Stock Series A, B, C, D-1, D-2, E, F, G, and Acquisition | 130,262,290 | 150,447,821 | 171,369,355 |
| Convertible Preferred Stock Series Junior | 1,500 | 1,500 | 1,500 |
| Convertible notes | 1,119,530 | 1,065,504 | 3,848,814 |
| Stock options not subject to performance conditions | 12,046,959 | 16,087,094 | 16,023,662 |
| Unvested restricted stock/RSUs not subject to performance conditions | 1,874,389 | 607,695 | 955,301 |
| Vested RSUs with non-forfeitable dividend rights | — | 43,605 | 272,185 |
| Warrants | 2,528,340 | 2,355,035 | 1,178,715 |

### Pro Forma Net Loss Per Share (Unaudited)

The unaudited pro forma basic and diluted net loss per share attributable to Class A and Class B common stockholders for the year ended December 31, 2018 has been prepared to give effect to adjustments to the numerator in the pro forma basic and diluted net loss per share calculation to:

- remove the effect of interest expense and amortization of debt discount for the Convertible Note;

- remove gains or losses resulting from the remeasurement of the embedded derivative related to the Convertible Note;

F-57

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## DECEMBER 31, 2018

The unaudited pro forma net basic and diluted net loss per share attributable to Class A and Class B common stockholders for the year ended December 31, 2018 has been prepared to give effect to adjustments to the denominator in the pro forma basic and diluted net income per share calculation to give effect to:

- the automatic conversion of all outstanding convertible preferred stock into Class A common stock other than our Junior Preferred Stock which automatically converts to Class B common stock in connection with a qualifying initial public offering. The Company used the if-converted method as though the conversion had occurred as of the beginning of the period or the original date of issuance, if later;

- the automatic conversion of our Convertible Note and series C convertible note that ultimately automatically convert into Class A common stock at a conversion price of $110 per share and $5.36 per share, respectively;

- the issuance of common stock upon the vesting and settlement of RSUs for which the service-based vesting condition was satisfied as of December 31, 2018 and the qualifying event-based vesting condition will be satisfied in connection with an IPO.

The liquidation and dividend rights are identical among Class A and Class B common stock, and both classes of common stock share equally in our earnings and losses.

The numerators and denominators of the basic and diluted pro forma net loss per share computations for our common stock are calculated as follows for the year ended December 31, 2018:

| (Amounts in thousands, except share and per share data) | Year Ended December 31, 2018 |
|---|---|
| **Numerator:** | |
| Net loss attributable to WeWork Companies Inc. as reported | $ (1,610,792) |
| Add: interest expense and amortization of debt discount for Convertible Note | 22,359 |
| Add: change in fair value of embedded redemption derivative liability | 97,587 |
| Net loss attributable to Class A and Class B common stockholders for pro forma computation | $ (1,490,846) |
| **Denominator** | |
| Basic shares: | |
| Weighted-average shares outstanding used for basic net loss per share computation | 163,148,918 |
| Pro forma adjustment to reflect assumed conversion of Series A, B, C, D-1, D-2, E, F, G, and Acquisition preferred stock to Class A common stock | 171,369,355 |
| Pro forma adjustment to reflect assumed conversion of convertible notes to Class A common stock | 3,848,814 |
| Pro forma adjustment to reflect assumed conversion of Junior Preferred Stock to Class B common stock | 1,500 |
| Number of shares used for pro forma basic net loss per share computation | 338,368,587 |
| Diluted shares: | |
| Weighted-average shares - Diluted | 338,368,587 |
| Pro forma net loss per share attributable to Class A and Class B common stockholders: | |
| Basic | $ (4.41) |

| Diluted | $ | (4.41) |
| --- | --- | --- |

**Table of Contents**

# WEWORK COMPANIES INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## DECEMBER 31, 2018

**Note 23. Commitments and Contingencies**

***Lease Commitments—***

*Operating Leases*

Future minimum rental payments under operating leases, inclusive of escalation clauses and exclusive of contingent rent payments, that have initial or remaining non-cancellable lease terms in excess of one year as of December 31, 2018 are as follows:

| (Amounts in thousands) | Total |
|---|---|
| 2019 | $  1,380,418 |
| 2020 | 1,895,554 |
| 2021 | 2,102,426 |
| 2022 | 2,212,941 |
| 2023 | 2,273,717 |
| 2024 and beyond | 24,100,363 |
| Total minimum payments | $33,965,419 |

*Capital Leases*

The Company's assets subject to capital leases had a gross carrying value of $44.4 million and accumulated amortization of $8.5 million as of December 31, 2018. Future minimum payments with respect to obligations under the Company's capital leases as of December 31, 2018 are as follows:

| (Amounts in thousands) | Total |
|---|---|
| 2019 | $    5,616 |
| 2020 | 5,673 |
| 2021 | 5,772 |
| 2022 | 5,901 |
| 2023 | 6,033 |
| 2024 and beyond | 44,977 |
| Total minimum payments | 73,972 |
| Less amount representing interest | (21,229) |
| Present value of net minimum obligations | 52,743 |
| Less current portion | (1,958) |
| Long-term portion | $  50,785 |

**Credit Agreement**—In November 2015, the Company amended and restated its credit facility to provide up to $650.0 million in revolving loans and letters of credit, subject to certain financial covenants. In August 2016, March 2017, November 2017, June 2018, and August 2018, the Company

executed amendments to the credit agreement which amended certain of the financial and other covenants. In November 2017 and as amended in August 2018, the Company entered into a new letter of credit facility pursuant to the letter of credit reimbursement agreement, that provides for an additional $500.0 million in availability of standby letters of credit. The revolving loans and letters of credit under the credit agreement and the letter of credit reimbursement agreement will terminate in November 2020.

F-59

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## DECEMBER 31, 2018

### Note 25. Concentration

The Company's revenues and total property and equipment, by country, are as follows:

| (Amounts in thousands) | Year Ended December 31, | | |
|---|---|---|---|
| | 2016 | 2017 | 2018 |
| Revenue: | | | |
| United States | $ 330,554 | $ 607,332 | $ 1,073,680 |
| United Kingdom | 81,176 | 153,095 | 275,615 |
| Greater China | 2,883 | 30,057 | 99,529 |
| Other foreign countries | 21,486 | 95,520 | 372,927 |
| Total revenue | $ 436,099 | $ 886,004 | $ 1,821,751 |

| (Amounts in thousands) | December 31, | |
|---|---|---|
| | 2017 | 2018 |
| Property and equipment: | | |
| United States | $ 1,854,543 | $ 2,997,154 |
| United Kingdom | 299,388 | 537,568 |
| Greater China | 56,598 | 247,654 |
| Other foreign countries | 418,627 | 1,157,903 |
| Total property and equipment | $ 2,629,156 | $ 4,940,279 |

Our concentration in specific territories magnifies the risk to us of localized economic conditions in those territories or other territories within the same region. For the year ended December 31, 2018, we generated the majority of our revenue from locations in the United States and the United Kingdom. The majority of our United States revenue was generated from our locations in the greater New York City, San Francisco, Los Angeles, Washington, D.C. and Boston markets. In the United Kingdom, 97% of our property and equipment and 98% of revenues are related to our locations in the greater London area. In the United States, the Company generally uses metropolitan statistical areas (as defined by the United States Census Bureau) to define its greater metropolitan markets. The nearest equivalent is used internationally.

During the years ended December 31, 2016, 2017 and 2018, no single member accounted for greater than 10% of the Company's revenues.

Although the Company deposits its cash with multiple high credit quality financial institutions, its deposits, at times, may exceed federally insured limits. The Company believes no significant concentration risk exists with respect to its cash and cash equivalents.

### Note 26. Subsequent Events

The Company has evaluated subsequent events from December 31, 2018 through April 25, 2019, which is the date the financial statements were available for issuance, and has determined that there are no subsequent events requiring adjustments to or disclosure in the consolidated financial statements, other than as discussed below.

In January 2019, the Company and SBWW Cayman agreed to modify certain provisions of the Convertible Note and the 2018 warrant. The Convertible Note, as amended ("Amended Convertible Note"), will automatically convert to the Company's capital stock at the same time as the 2018 warrant, as amended (the "amended 2018 warrant"), which, assuming no other exercise events prior to December 31, 2019, will now be automatically exercised on December 31,

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## DECEMBER 31, 2018

2019, for a fixed per share price of $110. The interest accrual start date per the Amended Convertible Note was also extended to December 31, 2019.

Under the amended 2018 warrant, the amount of a payment to be made in April 2019 from SBWW Cayman to the Company (the "April 2019 Payment") was reduced from $1.5 billion to $1.0 billion and the amendment modified the conversion price per share to be a fixed price of $110. The April 2019

Payment is subject, under the amended 2018 warrant, to increase by not more than $500 million, as discussed below. In January 2019 the Company drew down on the first tranche of the amended 2018 warrant and received $1.5 billion in cash from SBWW Cayman. In April 2019 the Company drew down on the second tranche of the amended 2018 warrant and received $1.0 billion in cash from SBWW Cayman.

In January 2019, the Company entered into a warrant with SBWW Cayman pursuant to which the Company agreed to issue shares of the Company's capital stock (the "2019 warrant"). Under the terms of the 2019 warrant, in exchange for the issuance of the Company's capital stock, SBWW Cayman will make a payment of $1.5 billion on April 3, 2020. The right of SBWW Cayman to receive shares of the Company's capital stock will be automatically exercised on April 3, 2020 at a per-share price of $110. Additionally, under the terms of the 2019 warrant, SBWW Cayman agreed to launch a tender offer to purchase up to $1.0 billion of shares of currently-outstanding equity securities (including vested options, exercisable warrants and convertible notes) from equity holders of the Company. If SBWW Cayman purchases less than $1.0 billion in connection with the tender offer, the April 2019 Payment may be increased by the difference between the dollar amount of the aggregate purchases in the tender offer and $1.0 billion, but such amount shall not exceed $500 million in any event. In April 2019, the tender offer closed and SBWW Cayman purchased the full $1.0 billion of currently-outstanding equity securities.

The Convertible Note and the 2019 warrant were reissued on March 7, 2019, in connection with the assignment of the Convertible Note and the 2019 warrant, respectively, from SoftBank Group Corp. to SBWW Cayman.

In February 2019, the Company invested $50 million for a 17.4% interest in a joint venture that simultaneously closed on the acquisition of a $850 million real estate investment located in New York City (the "424 Fifth Venture"). The WPI Fund is also a 39.1% owner in the 424 Fifth Venture. The 424 Fifth Venture was initially capitalized with a total of $287 million of equity and a debt facility of up to $900 million, of which, approximately $600 million was drawn down at closing. The Company also entered into agreements with wholly owned subsidiaries of the 424 Fifth Venture to manage the redevelopment of the property, and subsequently manage the operations and lease the property from the 424 Fifth Venture after the redevelopment is completed. The lease agreement includes total future minimum rental payments of approximately $1.7 billion over the 20 year lease. The Company's $50 million contribution to the 424 Fifth Venture was funded through the February 2019 conversion of the $50 million convertible note previously issued by the Company to a wholly-owned subsidiary of the WPI Fund during the year ended December 31, 2018.

In February 2019, the Board of Directors of the Company designated and authorized 45,454,548 shares of preferred stock as Series G-1 Preferred Stock ("Series G-1 Preferred Stock"). The Series G-1 Preferred Stock has a conversion price and liquidation preference of $110 per share and may, in certain circumstances, be issued upon the conversion of the Amended Convertible Note, Amended 2018 warrant and 2019 warrant.

In March 2019, the Company's board of directors approved, and the Company issued, option awards to members of the Company's senior management and other employees in respect of 48,510,093 shares of the Company's Class B common stock. In March 2019, the Company also amended its Certificate of Incorporation to increase the number of authorized shares of the Company's common stock in connection with these option grants. The options have a per-share exercise price equal to the fair market value of the Company's Class B common stock on the date of grant. A substantial portion of the grant has performance-based vesting conditions, including vesting conditions tied to a sale of the Company, an initial public offering and significant increases in market capitalization, and sales of the Company's outstanding preferred stock at various valuations.

**Table of Contents**

**WEWORK COMPANIES INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**DECEMBER 31, 2018**

In April 2019, the Company issued a $362.1 million loan to Adam Neumann in connection with the early exercise of a stock option, with the shares received as a result of such option exercise subject to the vesting schedule of the option award and with the recourse promissory note secured by such shares. This promissory note has an interest rate of 2.89% and a maturity of 2029.

In April 2019, the Company's board of directors approved a restricted stock award to a director for 454,546 shares of the Company's Class A common stock, which is subject to completion of a contemplated transaction. The grant generally vests in equal monthly installments over 7 years from the grant date.

In April 2019, the Board of Directors designated 1,100,000 shares of Acquisition Preferred Stock as Series AP-3 Acquisition Preferred Stock ("Series AP-3 Stock"). The Series AP-3 Stock has an original issue price of $110 per share and rights similar to those of the Company's other outstanding shares of Acquisition Preferred Stock.

In April 2019, the Company entered into an agreement to acquire Managed by Q Inc., an office management platform, for a total contract price of $220.0 million to be paid in $100.0 million in cash and the remaining in Series AP-3 Acquisition Preferred Stock.

Subsequent to December 31, 2018, the Company has continued to enter into new lease commitments and letters of credit in connection with continued domestic and international expansion occurring in the ordinary course of business.

F-65

Table of Contents

# WEWORK COMPANIES INC.
# CONDENSED CONSOLIDATED BALANCE SHEETS
## (UNAUDITED)

| (Amounts in thousands, except share and per share amounts) | December 31, 2018 | June 30, 2019 | Pro Forma June 30, 2019 |
|---|---|---|---|
| **Assets** | | | |
| Current assets: | | | |
| Cash and cash equivalents (1) | $ 1,744,209 | $ 2,473,070 | $ 2,473,070 |
| Accounts receivable and accrued revenue, net of allowance of $4,562 and $6,184 as of December 31, 2018 and June 30, 2019, respectively | 99,525 | 181,049 | 181,049 |
| Lease incentives receivable (including amounts due from related parties of $1,988 and $0 as of December 31, 2018 and June 30, 2019, respectively) | 232,243 | — | — |
| Due from related parties | 2,500 | 1,412 | 1,412 |
| Other current assets | 385,601 | 376,792 | 376,792 |
| Total current assets | 2,464,078 | 3,032,323 | 3,032,323 |
| Property and equipment, net | 4,368,772 | 6,729,427 | 6,729,427 |
| Lease right-of-use assets, net | — | 15,112,851 | 15,112,851 |
| Restricted cash (1) | 419,733 | 575,602 | 575,602 |
| Deferred lease acquisition costs, net | 69,387 | — | — |
| Equity method and other investments | 218,435 | 186,009 | 186,009 |
| Goodwill | 681,017 | 862,948 | 862,948 |
| Intangible assets, net | 159,143 | 183,528 | 183,528 |
| Other assets (including loans to employees of $5,667 and $10,645 as of December 31, 2018 and June 30, 2019, respectively) | 264,351 | 364,547 | 364,547 |
| **Total assets (1)** | $ 8,644,916 | $ 27,047,235 | $ 27,047,235 |
| **Liabilities** | | | |
| Current liabilities: | | | |
| Accounts payable and accrued expenses | $ 826,396 | $ 1,294,504 | $ 1,294,504 |
| Members' service retainers | 396,857 | 498,934 | 498,934 |
| Deferred revenue (including amounts from related parties of $20,218 and $22,636 as of December 31, 2018 and June 30, 2019, respectively) | 113,237 | 170,457 | 170,457 |
| Current lease obligations (including amounts due to related parties of $2,995 and $7,611 as of December 31, 2018 and June 30, 2019, respectively) | 72,992 | 535,946 | 535,946 |
| Other current liabilities | 199,606 | 103,308 | 103,308 |
| Total current liabilities | 1,609,088 | 2,603,149 | 2,603,149 |
| Long-term lease obligations (including amounts due to related parties of $84,306 and $368,161 as of December 31, 2018 and June 30, 2019, respectively) | 2,882,532 | 17,916,797 | 17,916,797 |
| Convertible related party liabilities, net | 949,985 | 2,665,197 | — |
| Long-term debt, net | 748,814 | 1,342,660 | 1,342,660 |

| | | | |
|---|---|---|---|
| Other liabilities | 93,740 | 113,943 | 113,943 |
| Total liabilities [1] | 6,284,159 | 24,641,746 | 21,976,549 |
| Commitments and contingencies (Note 21) | | | |
| Convertible preferred stock; 233,301,854 shares authorized as of June 30, 2019, and 171,757,571 and 172,866,387 shares issued and outstanding as of December 31, 2018 and June 30, 2019, respectively, and no shares authorized, issued and outstanding, pro forma | 3,498,696 | 3,591,086 | — |
| Redeemable noncontrolling interests | 1,320,637 | 1,113,807 | 1,113,807 |

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

**Note 12. Other Current Liabilities**

Other current liabilities consists of the following:

| (Amounts in thousands) | December 31, 2018 | June 30, 2019 |
|---|---|---|
| Current portion of acquisition holdbacks (1) | $ 42,677 | $ 63,521 |
| Contingent consideration relating to acquisitions payable in stock (1) | 129,811 | 17,975 |
| Contingent consideration relating to acquisitions payable in cash (1) | 10,520 | — |
| Current portion of long-term debt | 2,706 | 2,776 |
| Other current liabilities | 13,892 | 19,036 |
| Total other current liabilities | $ 199,606 | $103,308 |

(1)   See Note 8 for further details on holdbacks, contingent consideration, and the related acquisitions.

**Note 13. Convertible Related Party Liabilities, Net**

Convertible related party liabilities, net consist of the following:

| (Amounts in thousands) | December 31, 2018 | June 30, 2019 |
|---|---|---|
| **Convertible Note (original and as amended, respectively):** | | |
| Convertible Note outstanding principal balance | $ 1,000,000 | $1,000,000 |
| Less: Value of embedded redemption derivative liability at issuance and amendment, respectively (1) | (178,784) | (25,295) |
| Less: Original issue discount at issuance and amendment, respectively | (169,961) | (286,815) |
| Plus: Imputed interest expense | 22,359 | 32,302 |
| **Total Convertible Note Excluding Embedded Derivative** | 673,614 | 720,192 |
| | | |
| **(1) Convertible Note Embedded Redemption Derivative:** | | |
| Value of embedded redemption derivative liability at issuance and amendment, respectively | 178,784 | 25,295 |
| Plus/(Less): Change in fair value included in interest expense | 97,587 | (25,295) |
| Total Convertible Note Embedded Redemption Derivative, at Fair Value | 276,371 | — |
| Total Convertible Note | 949,985 | 720,192 |
| | | |
| **Amended 2018 Warrant Liability:** | | |
| Cash received on first draw in January 2019 | — | 1,500,000 |
| Cash received on second draw in April 2019 | — | 1,000,000 |

| | | |
|---|---:|---:|
| Less: Cost basis of related party financial instrument included in additional paid in capital | — | (68,844) |
| Less: Gain from change in fair value of related party financial instruments | — | (486,151) |
| **Total Warrant Liability, at Fair Value** | — | 1,945,005 |
| | | |
| **Total Convertible Related Party Liabilities, Net** | $ 949,985 | $2,665,197 |

**Convertible Note**—During 2018, the Company entered into an agreement for the issuance of a convertible promissory note (the "Convertible Note") with SoftBank Group Corp. and in August 2018, the Company drew down on the full

Table of Contents

# WEWORK COMPANIES INC.
# NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
# JUNE 30, 2019
# (UNAUDITED)

$1.0 billion commitment. An affiliate of SoftBank Group Corp. is a principal stockholder with representation on the Company's board of directors.

The Convertible Note was originally scheduled to begin accruing interest on September 1, 2019, at a rate of 2.80%, compounded annually, and originally required repayment upon maturity on February 12, 2024, unless converted earlier. If not earlier converted or repaid in connection with a qualifying initial public offering as defined or the sale of the Company, all of the outstanding principal and interest due under the original terms of the Convertible Note would have converted into preferred stock of the Company upon a preferred stock financing providing to the Company gross proceeds of at least $2.0 billion (including the value of the Convertible Note). The Convertible Note was exercised in July 2019. See Note 25 for additional information.

In January 2019, the Company and SBWW Cayman agreed to modify certain provisions of the Convertible Note. The Convertible Note, as amended, will now automatically convert to the Company's capital stock at the same time as the Amended 2018 Warrant, defined below, which, assuming no other exercise events prior to December 31, 2019, will now be automatically exercised on December 31, 2019, for a fixed per share price of $110. The interest accrual start date per the Convertible Note was also extended to December 31, 2019.

Based on the nature and significance of the modifications to the terms of the Convertible Note, the modification was accounted for as an extinguishment of the original convertible note and issuance of a new convertible note. As the Convertible Note is payable to a principal stockholder, the Company recognized the change in fair value of the Convertible Note before and after modification, as an increase to additional paid in capital in the amount of $236.4 million.

As the Convertible Note includes an interest-free period and the interest rate is also below the market effective rate for a similar borrowing, an original issue discount of $170.0 million was recorded upon the initial draw in August 2018 and an original issue discount of $286.8 million was recorded upon the modification in January 2019, each based on the fair value of the Convertible Note on the relevant date. As the borrowing at a discount was provided by a principal stockholder, the original discount of $170.0 million and the $116.9 million incremental increase in value of the discount upon amendment were both treated as capital contributions and included in additional paid in capital on the accompanying condensed consolidated balance sheet as of December 31, 2018 and June 30, 2019, respectively. In addition, the Company recognized $119.5 million of additional capital contributions during the six months ended June 30, 2019, relating to a change in fair value upon amendment of the terms of the Convertible Note. The Company estimated the fair values of the Convertible Note using a probability-weighted valuation scenario model.

The Convertible Note's original and amended terms also contain embedded redemption features that are required to be bifurcated and separately accounted for as derivatives. These embedded features have been accounted for together as a single compound derivative. The Company estimated the fair value of the compound derivative at inception, upon amendment and at each reporting period, by comparing the value of the Convertible Note to a similar note without redemption features, the difference between the two values representing the value of the bifurcated redemption features. The bifurcation of the embedded redemption features represented a value of $178.8 million at the date of issuance and $25.3 million upon the subsequent amendment. As of June 30, 2019, the embedded redemption derivative had a fair value of zero as the probability of the redemption became remote upon the draw of the Amended 2018 Warrant discussed below. The embedded redemption derivative is presented with the Convertible Note within the balance of convertible related party liabilities, net on the accompanying condensed consolidated balance sheet as of December 31, 2018 and June 30, 2019, and is accounted for in the same manner as a freestanding derivative pursuant to ASC 815, *Derivatives and Hedging*, with subsequent changes in fair value recorded as an increase to or a reduction of interest expense each period.

The fair value measurements of the debt discount and the embedded redemption features are considered to be Level 3 fair value measurements in the fair value hierarchy as per ASC 820, *Fair Value Measurements*, as they were determined using observable and unobservable inputs.

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

During the six months ended June 30, 2019, the Company recorded interest expense of $33.6 million, which represents the imputed interest on the Convertible Note at an effective interest rate of 10%. The Company also recorded a reduction of interest expense of $1.7 million which represents the decline in the fair value of the embedded redemption derivative liability from January 1, 2019 through January 7, 2019 and a reduction of interest expense of $25.3 million which represents the decline in the fair value of the embedded redemption derivative liability from January 7, 2019 through June 30, 2019. The Company's obligations under the Convertible Note are subordinate to the Company's obligations under its existing credit facilities (see Note 21) and its Senior Notes (see Note 14).

**Amended 2018 Warrant**—On November 1, 2018, the Company entered into a warrant agreement with SBWW Cayman, pursuant to which the Company agreed to issue to SBWW Cayman shares of the Company's capital stock (the "2018 Warrant"). Under the terms of the 2018 Warrant, in exchange for the issuance of the Company's capital stock in the future, SBWW Cayman originally agreed to make a payment of $1.5 billion on each of January 15, 2019 and April 15, 2019. Unless earlier exercised in connection with a qualifying initial public offering, a qualifying preferred stock financing, a sale of the Company or certain insolvency events, the right of SBWW Cayman to receive shares of the Company's capital stock would have been automatically exercised on September 30, 2019 at a per-share price of $110, pursuant to its original terms. During the year ended December 31, 2018, the Company recognized a capital contribution of $69.0 million and an equal off-setting amount within additional paid-in capital representing the fair value of the arrangement upon execution.

In January 2019, the Company and SBWW Cayman agreed to modify certain provisions of the 2018 Warrant (the "Amended 2018 Warrant"). Under the terms of the Amended 2018 Warrant, the January 2019 payment amount from SBWW Cayman to the Company was not changed, the April 2019 payment was reduced from $1.5 billion to $1.0 billion, and the conversion date was changed from September 30, 2019 to December 31, 2019. The amendment also modified the conversion price per share to be a fixed conversion price of $110 under all settlement scenarios. In January 2019 and April 2019 the Company drew down on the Amended 2018 Warrant and received $1.5 billion and $1.0 billion in cash, respectively. Upon the draws, the Company reclassified a combined total of $68.8 million of the equity asset associated with the original fair market value of the related party instrument established upon entering into the arrangement in November 2018 as an increase to additional paid in capital and a reduction in the warrant liability. As of June 30, 2019, the Amended 2018 Warrant was valued at $1.9 billion. During the six months ended June 30, 2019, the Company recorded a gain totaling $486.2 million, resulting from changes in fair value of the related party instrument. The Amended 2018 Warrant is classified as a liability in accordance with ASC 480, *Distinguishing Liabilities from Equity* ("ASC 480"), as the warrant embodies a potential cash settlement obligation to repurchase shares that is outside of the Company's control. In accordance with ASC 480, the warrant liability will be remeasured to fair value each reporting period, with changes recognized in the gain (loss) from change in fair value of financial instruments on the accompanying condensed consolidated statements of operations. The measurement of the Amended 2018 Warrant is considered to be a Level 3 fair value measurement, as it was determined using observable and unobservable inputs. The Amended 2018 Warrant was exercised in July 2019. See Note 25 for additional information.

**2019 Warrant**—In conjunction with the Amended 2018 Warrant, the Company also entered into an additional warrant with SBWW Cayman, pursuant to which the Company agreed to issue shares of the Company's capital stock (the "2019 Warrant"). Under the terms of the 2019 Warrant, in exchange for the issuance of the Company's capital stock, SBWW Cayman will make a payment of $1.5 billion on April 3, 2020. The right of SBWW Cayman to receive shares of the Company's capital stock will be automatically exercised on April 3, 2020 at a per-share price of $110. During the six months ended June 30, 2019, the Company recognized an additional capital contribution of $219.7 million and an equal off-setting amount within additional paid-in capital representing the fair value of the 2019 Warrant and modification of the 2018 Warrant prior to being drawn. The measurement of the 2019 Warrant is considered to be a Level 3 fair value measurement, as it was determined using observable and unobservable inputs.

**Table of Contents**

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

### Note 14. Long-Term Debt, Net

Long-term debt, net consists of the following:

| (Amounts in thousands, except percentages) | Maturity Year | Interest Rate | December 31, 2018 | June 30, 2019 |
|---|---|---|---|---|
| Senior Notes: | 2025 | 7.875% | | |
| Outstanding principal balance | | | $ 702,000 | $ 669,000 |
| Less: Unamortized debt issuance costs | | | (16,222) | (14,433) |
| Total Senior Notes, net | | | 685,778 | 654,567 |
| | | | | |
| 424 Fifth Venture Loans: | | | | |
| Mortgage Loan | 2022(1) | LIBOR(2) + 3.45% | — | 316,230 |
| Senior Mezzanine Loan | 2022(1) | LIBOR(2) + 5.27% | — | 95,184 |
| Junior Mezzanine Loan | 2022(1) | LIBOR(2) + 7.40% | — | 214,607 |
| Less: Unamortized debt issuance costs | | | — | (18,808) |
| Total 424 Fifth Venture Loans, net | | | — | 607,213 |
| Other Loans: | 2021 - 2026 | 2.5% - 6.2% | | |
| Outstanding principal balance | | | 65,742 | 83,656 |
| Less: Current portion of Other Loans | | | (2,706) | (2,776) |
| Total non-current portion Other Loans, net | | | 63,036 | 80,880 |
| Total long-term debt, net | | | $ 748,814 | $1,342,660 |

(1)     Excludes two one-year extension options available subject to extension fees and certain conditions.

(2)     The 424 Fifth Venture loan agreements include a LIBOR floor of 2.513% and a LIBOR cap of 4%. The LIBOR interest rate cap expires on February 9, 2021.

**Senior Notes** — In April 2018, the Company issued $702 million in aggregate principal amount of unsecured senior notes due 2025 (the "Senior Notes") at a 7.875% interest rate in a private offering pursuant to Rule 144A under the Securities Act and Regulation S under the Securities Act. The Company's gross proceeds of $702.0 million, from the issuance of the Senior Notes, were recorded net of debt issuance costs of $17.4 million. The debt issuance costs are deferred and will be amortized into interest expense over the term of the Senior Notes using the effective interest method. Interest on the Senior Notes accrues and is payable in cash semi-annually in arrears on May 1 and November 1 of each year. The Company may redeem the Senior Notes, in whole or in part, at any time prior to maturity, subject to certain make-whole premiums. The Senior Notes mature on May 1, 2025 at 100% of par.

During the six months ended June 30, 2019, the Company repurchased $33.0 million aggregate principal amount of the Senior Notes for total consideration of $32.4 million. The Company recorded a gain of $0.3 million in connection with these repurchases, net of the write off of related

unamortized debt issuance costs, which is included as a reduction to interest expense in the accompanying condensed consolidated statement of operations during the six months ended June 30, 2019.

Upon the occurrence of certain change of control triggering events, the Company may be required to repurchase the Senior Notes at a price equal to 101% of their principal amount, plus accrued and unpaid interest through the date of repurchase. The Senior Notes contain certain restrictive covenants that limit the Company's ability to create certain

F-107

**Table of Contents**

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

During the year ended December 31, 2018 and the six months ended June 30, 2019, there were no unrealized gains or (losses) relating to Level 3 assets held as of December 31, 2018 and June 30, 2019, respectively. The Company does not intend to sell its investments in available-for-sale convertible notes and it is not more likely than not that the Company will be required to sell the investments before recovery of their amortized cost bases.

During the year ended December 31, 2018, there were unrealized losses of $97.6 million included in interest expense and $76.4 million of unrealized losses included in growth and new market development expenses relating to Level 3 liabilities held as of December 31, 2018.

During the six months ended June 30, 2019, there were unrealized gains of $25.3 million included as a reduction in interest expense, $44.1 million of unrealized gains included as reduction in growth and new market development expenses, and $(126.7) million of unrealized loss included in gain (loss) from change in fair value of financial instruments relating to Level 3 liabilities held as of June 30, 2019.

The estimated fair value of the Company's accounts receivable, accounts payable, and accrued expenses approximate their carrying values due to their short maturity periods. As of June 30, 2019, the estimated fair value of the Company's Senior Notes, excluding unamortized debt issuance costs, was approximately $660.4 million based on recent trading activity. For the remainder of the Company's long-term debt, the carrying value approximated the fair value as of June 30, 2019.

## Note 16. Location Operating Expenses

Location operating expenses relate to locations that are open for member operations. The components of location operating expenses are as follows:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| (Amounts in thousands) | 2018 | 2019 |
| Real estate operating lease cost (see Note 4) | $416,016 | $ 835,800 |
| Employee compensation and benefits (excluding stock-based compensation) | 80,794 | 148,825 |
| Stock-based compensation | 6,420 | 25,953 |
| Other location operating expenses | 132,738 | 222,363 |
| Total location operating expenses | $635,968 | $1,232,941 |

Other location operating expenses primarily include office expenses, utilities, cleaning, consumables, repairs and maintenance, and safety and security expenses.

## Note 17. Pre-opening Location Expenses

Pre-opening location expenses consist of expenses incurred before a location opens for member operations. The components of pre-opening location expenses are as follows:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| (Amounts in thousands) | 2018 | 2019 |
| Real estate operating lease cost (see Note 4) | $153,291 | $245,437 |
| Other pre-opening location expenses | 3,692 | 9,696 |

| | | |
|---|---|---|
| Total pre-opening location expenses | $156,983 | $255,133 |

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

Other pre-opening location expenses primarily represent the costs incurred before a location opens for member operations excluding real estate lease costs. These primarily include employee compensation and benefits, utilities and cleaning expenses.

### Note 18. Convertible Preferred Stock

As of December 31, 2018 and June 30, 2019, the Company had outstanding the following series of convertible preferred stock, each par value $0.001 per share:

| (Amounts in thousands, except per share amounts) | December 31, 2018 | | June 30, 2019 | | | | |
|---|---|---|---|---|---|---|---|
| | Shares Issued and Outstanding | Carrying Amount | Conversion Price per Share | Liquidation Preference | Shares Authorized | Shares Issued and Outstanding | Carrying Amount |
| Series A | 38,393 | $ 17,350 | $ 0.46 | $ 17,500 | 38,393 | 38,393 | $ 17,350 |
| Series B | 22,165 | 40,995 | 1.85 | 41,039 | 22,165 | 22,165 | 40,995 |
| Series C | 28,404 | 154,699 | 5.36 | 152,227 | 29,189 | 28,404 | 154,699 |
| Series D-1 | 11,939 | 198,541 | 16.65 | 198,800 | 11,939 | 11,939 | 198,541 |
| Series D-2 | 9,380 | 155,996 | 16.65 | 156,200 | 9,381 | 9,380 | 155,996 |
| Series E | 13,194 | 433,507 | 32.89 | 433,934 | 13,194 | 13,194 | 433,507 |
| Series F | 13,759 | 675,913 | 50.19 | 690,612 | 14,942 | 13,759 | 675,913 |
| Series G | 33,114 | 1,729,997 | 57.90 | 2,017,338 | 34,742 | 33,114 | 1,729,997 |
| Series G-1 | — | — | 110.00 | — | 45,455 | — | — |
| Acquisition | 1,408 | 90,398 | 86.69 | 218,152 | 13,900 | 2,516 | 182,788 |
| Junior | 2 | 1,300 | 866.67 | 1,300 | 2 | 2 | 1,300 |
| Total | 171,758 | $ 3,498,696 | | $ 3,927,102 | 233,302 | 172,866 | $ 3,591,086 |

In March 2018, the Board of Directors of the Company designated 13,900,000 shares of authorized preferred stock as Acquisition Preferred Stock ("Acquisition Preferred Stock") which may be divided and issued from time to time in one or more series as designated by the Board of Directors. As of June 30, 2019, the Board of Directors had designated a total of 1,600,000 shares of Acquisition Preferred Stock as Series AP-1 Acquisition Preferred Stock ("Series AP-1") , 40,000 shares as Series AP-2 Acquisition Preferred Stock ("Series AP-2"), 1,100,000 shares as Series AP-3 Acquisition Preferred Stock ("Series AP-3") and 200,000 shares as Series AP-4 Acquisition Preferred Stock ("Series AP-4").

During the year ended December 31, 2018 and the six months ended June 30, 2019, the Company issued a total of 1,407,796 and 1,108,816 shares, respectively, of Acquisition Preferred Stock in connection with the acquisitions discussed in Note 8.

During the year ended December 31, 2018, the Company issued a total of 49,152 shares of Series G Preferred Stock in connection with the release of equity holdback amounts related to acquisitions.

During the year ended December 31, 2014, the Company issued a convertible note that is convertible into shares of Series C Preferred Stock. The convertible note was included as a component of the carrying amount of the Series C Preferred Stock upon its inception during 2014. As of June 30, 2019

and December 31, 2018, the remaining balance of the convertible note, included as a component of the carrying amount of the Series C Preferred Stock, is $4.2 million and represents the right to convert into 785,302 shares of Series C Preferred Stock.

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

The Series A, B, C, D-1, D-2, E, F, G and G-1 Preferred Stock are referred to as the "Senior Preferred Stock." The rights and preferences of the Senior Preferred Stock, Acquisition Preferred Stock, and Junior Preferred Stock are as follows:

**Conversion**—The Senior Preferred Stock and Acquisition Preferred Stock are convertible, at the option of the holder thereof, at any time and from time to time, and without the payment of additional consideration by the holder thereof, into such number of fully paid and nonassessable shares of Class A Common Stock as is determined by dividing the original issue price for such series of preferred stock by the conversion price for such series of preferred stock in effect at the time of conversion. The conversion price for each series of Senior Preferred Stock and Acquisition Preferred Stock was initially equal to the original issue price for such series of Senior Preferred Stock or Acquisition Preferred Stock, respectively, subject to adjustment as provided in the Company's restated certificate of incorporation. As of June 30, 2019, all shares of Senior Preferred Stock and Acquisition Preferred Stock are convertible into shares of Class A Common Stock on a one-to-one basis and all shares of Junior Preferred Stock are convertible into shares of Class B Common Stock on a one-to-one basis.

Upon either (a) the closing of the sale of shares of Class A Common Stock to the public in a firm commitment underwritten public offering pursuant to an effective registration statement under the Securities Act of 1933, as amended, resulting in at least $250.0 million of gross proceeds to the Company (a "Qualifying IPO"), or (b) the date and time, or the occurrence of an event, specified by vote or written consent of the holders of at least a majority of the then outstanding shares of Senior Preferred Stock (voting together as a single class on an as converted to common stock basis), all outstanding shares of preferred stock of the Company will automatically be converted into shares of Class A Common Stock, at the then-effective conversion rate for such series of preferred stock (subject to certain additional consent rights in favor of holders of each of the Series C Preferred Stock, Series D-1 and D-2 Preferred Stock, Series E Preferred Stock, Series F Preferred Stock, Series G Preferred Stock and Acquisition Preferred Stock), and such shares may not be reissued by the Company. For purposes of this conversion, each share of Junior Preferred Stock will convert into the number of shares of Class B Common Stock equal to the original issue price of the Junior Preferred Stock divided by the price per share of common stock issued in connection with a Qualifying IPO.

**Redemption**—The Senior Preferred Stock, Acquisition Preferred Stock, and Junior Preferred Stock are not redeemable at the option of any holder thereof (except in limited circumstances as set forth in the Company's restated certificate of incorporation).

**Voting**—The holders of Senior Preferred Stock and Acquisition Preferred Stock have the right to one vote for each share of Class A Common Stock into which such Senior Preferred Stock or Acquisition Preferred Stock could then be converted, except as expressly provided by the Company's restated certificate of incorporation or as provided by law. Except as expressly provided by the Company's restated certificate of incorporation or as provided by law, the holders of Class A Common Stock, Class B Common Stock, Senior Preferred Stock and Acquisition Preferred Stock vote together as a single class on an as converted to common stock basis on all matters upon which holders of Class A Common Stock, Class B Common Stock, Senior Preferred Stock and Acquisition Preferred Stock have the right to vote.

At any time when a specified number of shares of Senior Preferred Stock are outstanding, the Company may not take certain enumerated actions without (in addition to any other vote required by law or the Company's restated certificate of incorporation) the written consent or affirmative vote of the holders of at least a majority or two-thirds of the then outstanding shares of Senior Preferred Stock, given in writing or by vote at a meeting, consenting or voting (as the case may be) separately as a class on an as converted to Common Stock basis.

Additionally, at any time when a specified number of shares of Acquisition Preferred Stock are outstanding, the Company may not take certain enumerated actions without (in addition to any other vote required by law or the Company's restated certificate of incorporation) the holders of at least a majority of the then outstanding shares of Acquisition Preferred Stock, given in writing or by vote at a meeting, consenting or voting (as the case may be) separately as a class on an as converted to Common Stock basis.

Table of Contents

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

dividend rights, of the Class A common stock and Class B common stock are substantially identical, other than voting rights. Accordingly, the Class A common stock and Class B common stock share in our net losses.

Our participating securities include Series A, B, C, D-1, D-2, E, F, G and Acquisition Preferred Stock, as the holders of these series of preferred stock are entitled to receive a noncumulative dividend on a *pari passu* basis in the event that a dividend is paid on common stock, and holders of certain vested RSUs that have a non-forfeitable right to dividends in the event that a dividend is paid on common stock. The holders of our Junior Preferred Stock are not entitled to receive dividends and are not included as participating securities. The holders of Series A, B, C, D-1, D-2, E, F, G and Acquisition Preferred Stock as well as the holders of certain vested RSUs with a non-forfeitable right to dividends, do not have a contractual obligation to share in our losses. As such, our net losses for the six months ended June 30, 2018 and 2019 were not allocated to these participating securities.

Basic net loss per share is computed by dividing net loss attributable to WeWork Companies Inc. attributable to its Class A common and Class B common stockholders by the weighted-average number of shares of our Class A common stock and Class B common stock outstanding during the period.

For the computation of diluted net loss per share, net loss per share attributable to common stockholders for basic net loss per share is adjusted by the effect of dilutive securities, including awards under our equity compensation plans. Diluted net loss per share attributable to common stockholders is computed by dividing the resulting net loss attributable to WeWork Companies Inc. attributable to its Class A common and Class B common stockholders by the weighted-average number of fully diluted common shares outstanding. In the six months ended June 30, 2018 and 2019, our potential dilutive shares, such as stock options, restricted stock, RSUs, warrants, convertible notes, and shares of convertible Series A, B, C, D-1, D-2, E, F, G, Acquisition and Junior Preferred Stock were not included in the computation of diluted net loss per share as the effect of including these shares in the computation would have been anti-dilutive.

The numerators and denominators of the basic and diluted net loss per share computations for our common stock are calculated as follows for the six months ended June 30, 2018 and 2019:

| | Six Months Ended June 30, | |
| (Amounts in thousands, except share and per share data) | 2018 | 2019 |
| --- | --- | --- |
| **Numerator:** | | |
| Net loss attributed to WeWork Companies Inc. | $ (628,130) | $ (689,676) |
| Net loss attributable to Class A and Class B common stockholders | $ (628,130) | $ (689,676) |
| **Denominator:** | | |
| Basic shares: | | |
| Weighted-average shares - Basic | 162,482,366 | 166,301,575 |
| Diluted shares: | | |
| Weighted-average shares - Diluted | 162,482,366 | 166,301,575 |
| Net loss per share attributable to Class A and Class B common stockholders: | | |
| Basic | $ (3.87) | $ (4.15) |
| Diluted | $ (3.87) | $ (4.15) |

**Table of Contents**

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

The following table presents the total weighted-average number of potentially dilutive shares that were excluded from the computation of diluted net loss per share attributable to Class A and Class B common stockholders because their effect would have been anti-dilutive for the periods presented:

|  | Six Months Ended June 30, | |
|  | 2018 | 2019 |
| --- | ---: | ---: |
| Convertible Preferred Stock Series A, B, C, D-1, D-2, E, F, G, and Acquisition | 170,990,896 | 172,145,245 |
| Convertible Preferred Stock Series Junior | 1,500 | 1,500 |
| Convertible notes | 785,302 | 9,876,211 |
| Stock options not subject to performance conditions | 15,666,935 | 18,086,053 |
| Unvested restricted stock/RSUs not subject to performance conditions | 768,665 | 876,088 |
| Vested RSUs with non-forfeitable dividend rights | 231,883 | 391,985 |
| Warrants | 1,566,576 | 16,703,009 |

### *Pro Forma Net Loss Per Share (Unaudited)*

The unaudited pro forma basic and diluted net loss per share attributable to Class A and Class B common stockholders for the six months ended June 30, 2019 has been prepared to give effect to adjustments to the numerator in the pro forma basic and diluted net loss per share calculation to:

- remove the effect of interest expense and amortization of debt discount for the Convertible Note;

- remove gains or losses resulting from the remeasurement of the embedded derivative related to the Convertible Note;

- remove gains or losses resulting from the remeasurement of the Amended 2018 Warrant;

The unaudited pro forma net basic and diluted net loss per share attributable to Class A and Class B common stockholders for the six months ended June 30, 2019 has been prepared to give effect to adjustments to the denominator in the pro forma basic and diluted net income per share calculation to give effect to:

- the automatic conversion of all outstanding convertible preferred stock into Class A common stock other than our Junior Preferred Stock which automatically converts to Class B common stock in connection with a qualifying initial public offering. The Company used the if-converted method as though the conversion had occurred as of the beginning of the period or the original date of issuance, if later;

- the automatic conversion of our Convertible Note that would have ultimately automatically converted into Class A common stock, if not earlier converted in July 2019 as discussed in Note 25;

- the conversion of the convertible note that is convertible into shares of Series C Preferred stock that will ultimately automatically convert into Class A common stock at a conversion price of $5.36 per share;

- the automatic exercise of the Amended 2018 Warrant, that would have ultimately automatically converted into Class A common stock at a conversion price of $110 per share, if not earlier converted in July 2019 as discussed in Note 25.

- the issuance of common stock upon the vesting and settlement of RSUs for which the service-based vesting condition was satisfied as of June 30, 2019 and the qualifying event-based vesting condition will be satisfied in connection with an IPO.

The liquidation and dividend rights are identical among Class A and Class B common stock, and both classes of common stock share equally in our earnings and losses.

F-127

**Table of Contents**

# WEWORK COMPANIES INC.
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
## JUNE 30, 2019
### (UNAUDITED)

The numerators and denominators of the basic and diluted pro forma net loss per share computations for our common stock are calculated as follows for the six months June 30, 2019:

| (Amounts in thousands, except share and per share data) | Six Months Ended June 30, 2019 |
|---|---|
| **Numerator:** | |
| Net loss attributable to WeWork Companies Inc. as reported | $ (689,676) |
| Add: interest expense and amortization of debt discount for Convertible Note | 33,634 |
| Less: change in fair value of embedded redemption derivative liability | (27,049) |
| Less: change in fair value of Amended 2018 Warrant | (486,151) |
| Net loss attributable to Class A and Class B common stockholders for pro forma computation | $ (1,169,242) |
| **Denominator:** | |
| Basic shares: | |
| Weighted-average shares outstanding used for basic net loss per share computation | 166,301,575 |
| Pro forma adjustment to reflect assumed conversion of Series A, B, C, D-1, D-2, E, F, G, and Acquisition preferred stock to Class A common stock | 172,145,245 |
| Pro forma adjustment to reflect assumed conversion of convertible notes to Class A common stock | 9,876,211 |
| Pro forma adjustment to reflect assumed conversion of Junior Preferred Stock to Class B common stock | 1,500 |
| Pro forma adjustment to reflect assumed conversion of Amended 2018 Warrant to Class A common stock | 16,449,021 |
| Pro forma adjustment to reflect assumed conversion of vested IPO RSUs | 381,311 |
| Number of shares used for pro forma basic net loss per share computation | 365,154,863 |
| Diluted shares: | |
| Weighted-average shares - Diluted | 365,154,863 |
| Pro forma net loss per share attributable to Class A and Class B common stockholders: | |
| Basic | $ (3.20) |
| Diluted | $ (3.20) |

## Note 25. Subsequent Events

The Company has evaluated subsequent events from June 30, 2019 through August 12, 2019, which is the date the financial statements were available for issuance, and has determined that there are no subsequent events requiring adjustments to or disclosure in the condensed consolidated financial statements, other than as discussed below.

In July 2019, as a result of various reorganization transactions, The We Company became the holding company of all of the direct and indirect subsidiaries that were held by WeWork Companies Inc. prior to the reorganization transactions and the then-stockholders of WeWork Companies Inc.

became the stockholders of The We Company. The We Company holds an indirect general partner interest and indirect limited partner interests in the We Company Partnership. The We Company, through the We Company Partnership and other subsidiaries, holds all the assets held by WeWork Companies Inc. prior to the reorganization and is subject to all the liabilities to which WeWork Companies Inc. was subject prior to the reorganization.

# EXHIBIT 16

DRS/A 1 filename1.htm

As confidentially submitted to the Securities and Exchange Commission pursuant to Section 6(e) of the Securities Act of 1933 on April 25, 2019, as Amendment No. 1 to the Confidential Submission.
This draft registration statement has not been publicly filed with the Securities and Exchange Commission and all information herein remains strictly confidential.

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM S-1
## REGISTRATION STATEMENT
### UNDER
### THE SECURITIES ACT OF 1933

# WeWork Companies Inc.

### (Exact name of registrant as specified in its charter)

| Delaware | 7380 | 46-2918595 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Jennifer Berrent**
**Co-President and Chief Legal Officer**
**Jared DeMatteis**
**General Counsel**
**115 West 18th Street**
**New York, New York 10011**
**Telephone: (646) 491-9060**

**With copies to:**
**Graham Robinson**
**Ryan J. Dzierniejko**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**4 Times Square**
**New York, New York 10036**
**Telephone: (212) 735-3000**
**Facsimile: (212) 735-2000**

Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to Be Registered | | Proposed Maximum Aggregate | Amount of Registration Fee |
|---|---|---|---|

| | Offering Price[1][2] | |
|---|---|---|
| Class A common stock, par value $0.001 per share | | |

(1)    Includes             shares of Class A common stock that the underwriters have the option to purchase to cover overallotments, if any.

(2)    Estimated solely for purposes of calculating the registration fee in accordance with Rule 457 under the Securities Act of 1933.

**The Registrant hereby amends this Registration Statement on such date as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

- shares of Class A common stock issuable upon the exercise of warrants outstanding as of            , 2019 at an exercise price of $0.001 per share;

- shares of Class A common stock underlying restricted stock units outstanding as of            , 2019; and

- shares of Class A common stock reserved for future issuance under the new equity incentive plan we intend to adopt prior to the completion of this offering. See "Executive and director compensation—WeWork Companies Inc. 2019 Omnibus Incentive Plan".

Unless otherwise indicated, the information contained in this prospectus is as of the date set forth on the cover of this prospectus and assumes:

- no exercise of the outstanding options or warrants described above;

- the exercise of warrants held by SB WW Holdings (Cayman) Limited into an aggregate of           shares of Class A common stock, which will occur upon completion of this offering;

- the conversion of a convertible promissory note held by SB WW Holdings (Cayman) Limited into           shares of Class A common stock, which will occur upon completion of this offering;

- the conversion of a convertible promissory note held by one of our other investors into           shares of Series C preferred stock, which will occur upon completion of this offering;

- the conversion of all our outstanding Series A, Series B, Series C, Series D-1, Series D-2, Series E, Series F and Series G preferred stock (collectively, our "senior preferred stock"), and all of our Series AP-1, Series AP-2 and Series AP-3 preferred stock (collectively, our "acquisition preferred stock"), into shares of Class A common stock, which will occur upon completion of this offering;

- the conversion of all of our outstanding junior preferred stock into an aggregate of           shares of Class B common stock (based on an assumed initial offering price of $       per share, the midpoint of the price range set forth on the cover page of this prospectus), which will occur upon completion of this offering;

- the filing of our restated certificate of incorporation and the effectiveness of our amended and restated bylaws in connection with this offering;

- an initial public offering price of $       per share, which is the midpoint of the price range set forth on the cover page of this prospectus; and

- that the underwriters' option to purchase additional shares of our Class A common stock is not exercised.

11

# Summary consolidated financial and operating information

The following summary consolidated financial information for the years ended December 31, 2016, 2017 and 2018 and as of December 31, 2017 and 2018 has been derived from our audited consolidated financial statements and notes thereto included elsewhere in this prospectus. Our consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP"), and are presented in U.S. dollars. Our historical results are not necessarily indicative of the results to be expected for any future period.

The information presented below should be read in conjunction with the information under "Management's discussion and analysis of financial condition and results of operations" and our consolidated financial statements and related notes appearing elsewhere in this prospectus.

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| (Amounts in thousands, except share and per share data) | | 2016 | | 2017 | 2018 |
| **Consolidated statement of operations information:** | | | | | |
| Revenue | $ | 436,099 | $ 886,004 | $ | 1,821,751 |
| Expenses: | | | | | |
| Community operating expenses [1] | | 433,167 | 814,782 | | 1,521,129 |
| Other operating expenses [1] | | — | 1,677 | | 106,788 |
| Pre-opening community expenses | | 115,749 | 131,324 | | 357,831 |
| Sales and marketing expenses | | 43,428 | 143,424 | | 378,729 |
| Growth and new market development expenses | | 35,731 | 109,719 | | 477,273 |
| General and administrative expenses [2] | | 115,346 | 454,020 | | 357,486 |
| Depreciation and amortization | | 88,952 | 162,892 | | 313,514 |
| Total expenses | | 832,373 | 1,817,838 | | 3,512,750 |
| | | | | | |
| Loss from operations | | (396,274) | (931,834) | | (1,690,999) |
| Interest and other income (expense), net | | (33,400) | (7,387) | | (237,270) |
| Pre-tax loss | | (429,674) | (939,221) | | (1,928,269) |
| Income tax benefit (provision) | | (16) | 5,727 | | 850 |
| Net loss | | (429,690) | (933,494) | | (1,927,419) |
| Net loss attributable to noncontrolling interests | | — | 49,500 | | 316,627 |
| Net loss attributable to WeWork Companies Inc. | $ | (429,690) | $ (883,994) | $ | (1,610,792) |
| Net loss per share attributable to Class A and Class B common stockholders: [3] | | | | | |
| Basic | $ | (2.66) | $ (5.54) | $ | (9.87) |
| Diluted | $ | (2.66) | $ (5.54) | $ | (9.87) |
| Weighted-average shares used to compute net loss per share attributable to Class A and Class B common stockholders, basic and diluted | | 161,324,940 | 159,689,116 | | 163,148,918 |
| Pro forma net loss per share attributable to Class A and Class B common stockholders: [3] | | | | | |
| Basic | | | | $ | (4.76) |

| | | |
|---|---|---|
| Diluted | $ | (4.76) |
| Weighted-average shares used to compute pro forma net loss per share attributable to Class A and Class B common stockholders, basic and diluted | | 338,368,587 |

(1) Exclusive of depreciation and amortization shown separately on the depreciation and amortization line.

(2) Includes stock-based compensation expense of $17.4 million , $260.7 million and $18.0 million in 2016, 2017 and 2018, respectively.

(3) See Note 22 to our consolidated financial statements included elsewhere in this prospectus for a description of how we compute basic and diluted net loss per share attributable to Class A and Class B common stockholders and pro forma basic and diluted net loss per share attributable to Class A and Class B common stockholders.

12

| | | As of December 31, 2018 | |
|---|---|---|---|
| (Amounts in thousands) | Actual | Pro forma[1] | Pro forma as adjusted[2] |
| **Consolidated balance sheet information:** | | | |
| Cash and cash equivalents | $ 1,744,209 | $ | $ |
| Total current assets | 2,464,078 | | |
| Property and equipment, net | 4,368,772 | | |
| Total assets | 8,644,916 | | |
| Total liabilities | 6,284,159 | | |
| Total convertible preferred stock included as temporary equity | 3,498,696 | | |
| Total noncontrolling interests included as temporary equity | 1,320,637 | | |
| Total equity | (2,458,576) | | |

(1) The pro forma balance sheet information in this table gives effect to the exercise of warrants held by SB WW Holdings (Cayman) Limited into shares of Class A common stock, the conversion of a convertible promissory note held by SB WW Holdings (Cayman) Limited into shares of Class A common stock, the conversion of a convertible promissory note held by one of our other investors into shares of Series C preferred stock, the conversion of all of our outstanding senior preferred stock and acquisition preferred stock into shares of Class A common stock and the conversion of all of our outstanding junior preferred stock into shares of Class B common stock, each of which will occur upon completion of this offering. The pro forma balance sheet information in this table also gives effect to stock-based compensation expense of approximately $      million associated with restricted stock units, for which the portion of the service period had been rendered as of          ,      . This pro forma adjustment related to stock-based compensation expense of approximately $          million has been reflected as an increase to additional paid-in capital and accumulated deficit. See Note 2 to our consolidated financial statements included elsewhere in this prospectus.

(2) The pro forma as adjusted balance sheet information in this table gives effect to the transactions described in note (1) above as well as the issuance by us of          shares of Class A common stock in this offering at an assumed initial public offering price of $      per share, the midpoint of the price range set forth on the cover page of this prospectus, and the application of the net proceeds therefrom as described in "Use of proceeds".

## Key performance indicators

In connection with the management of our WeWork offering, we identify, measure and assess a variety of operational metrics that we refer to as key performance indicators. The principal metrics we use in managing and evaluating our business are set forth below. See the section titled "Certain Definitions" for a description of these metrics.

Any totals of the key performance indicators presented as of a period end reflect the count as of the first day of the last month in the period. First-of-the-month counts are used because the economics of those counts generally impact the results for that monthly period and most move-ins and openings occur on the first of the month.

| | As of December 31, | | |
|---|---|---|---|
| (Amounts in ones, except percentages) | 2016 | 2017 | 2018 |
| Total Locations | 111 | 200 | 425 |
| Desks | 107,000 | 214,000 | 466,000 |
| Desks added during the year ended | 63,000 | 107,000 | 252,000 |
| Memberships | 87,000 | 186,000 | 401,000 |
| Enterprise Membership Percentage | 19% | 29% | 37% |
| Mature Locations | 34 | 76 | 161 |

13

# Selected historical consolidated financial and operating information

The following selected historical consolidated financial information as of December 31, 2017 and 2018 and for the years ended December 31, 2016 , 2017 and 2018 has been derived from our audited consolidated financial statements and notes thereto included elsewhere in this prospectus. Our consolidated financial statements have been prepared in accordance with GAAP and are presented in U.S. dollars. Our historical results are not necessarily indicative of the results to be expected for any future period.

The information presented below should be read in conjunction with the information under "Management's discussion and analysis of financial condition and results of operations" and our consolidated financial statements and related notes appearing elsewhere in this prospectus.

| | Year Ended December 31, | | |
|---|---|---|---|
| (Amounts in thousands, except share and per share data) | 2016 | 2017 | 2018 |
| **Consolidated statement of operations information:** | | | |
| Revenue | $ 436,099 | $ 886,004 | $ 1,821,751 |
| Expenses: | | | |
| Community operating expenses [1] | 433,167 | 814,782 | 1,521,129 |
| Other operating expenses [1] | — | 1,677 | 106,788 |
| Pre-opening community expenses | 115,749 | 131,324 | 357,831 |
| Sales and marketing expenses | 43,428 | 143,424 | 378,729 |
| Growth and new market development expenses | 35,731 | 109,719 | 477,273 |
| General and administrative expenses [2] | 115,346 | 454,020 | 357,486 |
| Depreciation and amortization | 88,952 | 162,892 | 313,514 |
| Total expenses | 832,373 | 1,817,838 | 3,512,750 |
| Loss from operations | (396,274) | (931,834) | (1,690,999) |
| Interest and other income (expense), net | (33,400) | (7,387) | (237,270) |
| Pre-tax loss | (429,674) | (939,221) | (1,928,269) |
| Income tax benefit (provision) | (16) | 5,727 | 850 |
| Net loss | (429,690) | (933,494) | (1,927,419) |
| Net loss attributable to noncontrolling interests | — | 49,500 | 316,627 |
| Net loss attributable to WeWork Companies Inc. | $ (429,690) | $ (883,994) | $ (1,610,792) |
| Net loss per share attributable to Class A and Class B common stockholders: [3] | | | |
| Basic | $ (2.66) | $ (5.54) | $ (9.87) |
| Diluted | $ (2.66) | $ (5.54) | $ (9.87) |
| Weighted-average shares used to compute net loss per share attributable to Class A and Class B common stockholders, basic and diluted | 161,324,940 | 159,689,116 | 163,148,918 |
| Pro forma net loss per share attributable to Class A and Class B common stockholders: [3] | | | |
| Basic | | | $ (4.76) |
| Diluted | | | $ (4.76) |
| Weighted-average shares used to compute pro forma net loss per share attributable to Class A and Class B common stockholders, basic and diluted | | | 338,368,587 |

(1)   Exclusive of depreciation and amortization shown separately on the depreciation and amortization line.

(2)  Includes stock-based compensation of $17.4 million , $260.7 million and $18.0 million in 2016, 2017 and 2018, respectively.

45

(3)  See Note 22 to our consolidated financial statements included elsewhere in this prospectus for a description of how we compute basic and diluted net loss per share attributable to Class A and Class B common stockholders and pro forma basic and diluted net loss per share attributable to Class A and Class B common stockholders.

| | | As of December 31, | |
|---|---|---|---|
| (Amounts in thousands) | | 2017 | 2018 |
| **Consolidated balance sheet information:** | | | |
| Cash and cash equivalents | $ | 2,020,805 $ | 1,744,209 |
| Total current assets | | 2,427,096 | 2,464,078 |
| Property and equipment, net | | 2,337,092 | 4,368,772 |
| Total assets | | 5,364,072 | 8,644,916 |
| Total liabilities | | 2,406,511 | 6,284,159 |
| Total convertible preferred stock included as temporary equity | | 3,405,435 | 3,498,696 |
| Total noncontrolling interests included as temporary equity | | 854,577 | 1,320,637 |
| Total equity | | (1,302,451) | (2,458,576) |

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| (Amounts in thousands) | | 2016 | 2017 | 2018 | |
| **Consolidated cash flow information:** | | | | | |
| Net cash provided by (used in) operating activities | $ | 176,905 $ | 243,992 $ | (176,729) | |
| Net cash used in investing activities | | (818,525) | (1,376,767) | (2,475,798) | |
| Net cash provided by financing activities | | 727,908 | 2,724,315 | 2,658,469 | |
| Effects of exchange rate changes | | (2,261) | (763) | (13,119) | |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | $ | 84,027 $ | 1,590,777 $ | (7,177) | |

46

# Management's discussion and analysis of financial condition and results of operations

*The following discussion and analysis of our financial condition and results of operations should be read together with our audited consolidated financial statements and the related notes and the other financial information included elsewhere in this prospectus. This discussion contains forward-looking statements that involve risks and uncertainties. Our actual results, performance and achievements could differ materially from those anticipated in these forward-looking statements as a result of various factors, including those discussed below and elsewhere in this prospectus, particularly under "Risk factors". Our historical results are not necessarily indicative of the results to be expected for any future period.*

## Overview

Our business has evolved from its origins as a flexible, community-oriented workspace for entrepreneurs and small companies to a one-stop global workspace solution for companies of all sizes, including many of the Fortune 500. The broad appeal of our offering and brand has attracted a diverse member base and enabled us to achieve significant scale in a short period of time.

We opened our first shared workspace location in 2010 in downtown Manhattan and have since become a globally scaled platform centered around flexibility and collaboration. As of December 1, 2018 , our 425 locations served approximately 401,000 memberships across 27 countries. For the year ended December 31, 2018 , we generated a net loss of $(1,927.4) million , Community Adjusted EBITDA of $467.1 million , and Adjusted EBITDA loss of $(665.7) million .

We primarily generate revenue from WeWork membership fees. Through our WeWork offering, we provide our members with a complete, one-stop solution for their space needs, strategically designed to maximize collaboration and productivity. Our memberships offer access not only to beautifully designed spaces, but also to amenities, services, events, and to our global network of members.

We intend to continue to invest in our growth given the size of the market opportunity we believe is available to us and the improved returns on invested capital we expect we can realize by continuing to scale our platform, drive down our development costs and increase operating efficiencies. We believe that over time these investments will result in revenue increasing faster than the increase in our overall expenses as our global platform grows. As we scale rapidly, we expect that the costs and investments associated with this expansion will continue to increase, and we expect to continue to incur losses. We do not intend to achieve positive GAAP net income in the near term.

## WeWork

Members join WeWork by entering into flexible membership agreements with us, which can range from month-to-month to multi-year arrangements. As our WeWork offering and brand have evolved, we have been able to attract members across a range of industries and at all stages of development, ranging from startups to large multi-national enterprises.

### Memberships

We derive substantially all of our revenue from the fees associated with memberships.

Members can choose from a variety of products to suit all of their needs. Our off-the-shelf solutions allow our members access to space and amenities or private offices within our shared workspaces. Additionally, we offer a virtual membership solution that provides user login access to the WeWork member network, as well as access to our service offerings and the right to reserve space, among other benefits.

47

EXHIBIT 17

# WeWork says revenue more than doubled last year, but so did net loss

cnbc.com/2019/03/25/wework-says-sales-more-than-doubled-last-year-but-so-did-net-loss.html

Deirdre Bosa, Ari Levy                                                    March 25, 2019



Key Points

- WeWork's revenue increased to $1.8 billion in 2018 from $886 million the prior year.
- Over that same stretch, its net loss more than doubled to $1.9 billion.
- The company said that it's now in 425 locations and has over 400,000 members.

Adam Neumann, co-founder and former chief executive officer of WeWork.

Michael Nagle | Bloomberg | Getty Images

WeWork, the company whose co-working spaces are populating many of the world's biggest cities, said that revenue last year more than doubled, though its losses are growing just as fast.

In a presentation sent to CNBC on Monday, WeWork said revenue in 2018 climbed to $1.8 billion from $886 million a year earlier. Members, or the people who pay for monthly use of WeWork's facilities, jumped to 401,000 from 186,000, accounting for 88 percent of revenue. CEO Adam Neumann said in January that the company reached annualized revenue of $2.5 billion in the fourth quarter, though that number was reported as $2.43 billion in the latest presentation.

WeWork's business model continues to rely on heavy funding from private investors, namely SoftBank, which has poured over $10 billion into the company, including $2 billion this year. WeWork has to plunge cash into real estate in some of the most expensive markets and makes money back over time as companies and individuals pay their rent, or membership.

Those investments left WeWork with a net loss in 2018 of $1.9 billion, up from $933 million in 2017. By one metric, which WeWork calls "community adjusted" earnings before interest, taxes, depreciation and amortization, the company is becoming more profitable. That margin was 28 percent last year up from 27 percent a year earlier.

In January, WeWorks said that it's rebranding as the We Company as it intends to expand beyond just work spaces. The company has touted its move into residential living communities, dubbed WeLive, and early education schools called WeGrow. Each of those business segments will run as stand-alone units under the new We Company umbrella.

Within the WeWork business, enterprise members account for 32 percent of the total, up from 23 percent a year earlier. Those customer have longer commitments, generally three to five years, said Artie Minson, WeWork's finance chief.

WeWork's financials are hitting the market at a time when the company's peers in the broader sharing economy space are preparing to hit the public markets. Lyft is expected to debut later this week at a valuation north of $20 billion. Its larger ride-hailing rival, Uber, is reportedly not far behind, while room-sharing company Airbnb is also gearing up to go public.

"We're rooting for everyone's success," said Michael Gross, WeWork's vice chairman, in an interview. "We're watching it obviously, but it's not going to dictate our timeline. We have an incredibly strong hand."

EXHIBIT 18

# WeWork doubled revenue and loss in 2018

**axios.com**/2019/03/25/wework-doubled-revenue-loss-2018

March 25, 2019

Mar 25, 2019



Dan Primack, author of Axios Pro Rata

WeWork doubled its revenue, net loss and membership between 2017 and 2018, according to an investor presentation provided by the company.



WeWork quarterly financials



Data: WeWork; Chart: Axios Visuals

**Why it matters:** The co-working space operatorcontinues to push toward an IPO, but has plenty of cash if it wants to wait longer.

Financials

**Revenue:** 2018 revenue was $1.82 billion, up 105% from 2017. Of that, 88% is considered membership revenue — down from 93% in 2017.

- "We have a global membership network that sits on top of this global physical platform that we have the opportunity to further monetize," WeWork Vice Chairman Michael Gross tells Axios.

- Gross adds that WeWork's compound annual growth rate (CAGR) has been over 100% for each of the past eight years.

**Losses:** Net loss was $1.9 billion for 2018, larger than the revenue figure and up 103% from 2017.

- Included was $372 million for sales and marketing (+162% from 2017) and $237 million of interest related to 2018 bond issues.
- WeWork President and CFO Artie Minson says to expect both revenue and net loss figures to continue growing, as the latter relates largely to upfront construction and long-term rental contract costs. "I was previously at [Time Warner Cable] and it took decades for cable companies to show profits, but that doesn't mean they weren't creating lots of value."

**Alt measure:** WeWork prefers investors focus on a novel metric called "community-adjusted EBITDA, which more than doubled to $467.1 million in 2018.

Go deeper on community-adjusted EBITDA, which Minson likens to unit economics of a restaurant or retail chain.

Membership

Total memberships climbed 116% in 2018 to 401,000. It now has a presence in 425 facilities in 100 cities in 27 countries.

- 32% of members come via enterprise customers, while total occupancy climbed to 90%.
- WeWork reports a $2.2 billion "committed backlog" of new membership contracts.
- It also says that one out of every 8 first-time entrepreneurs in major U.S. cities are WeWork members.
- The company now has a presence in 425 facilities in 100 cities in 27 countries.
- When asked about the impact of slowed economic growth, Gross said: "We've lived through some level of economic pullback in regions like Latin America and China, but have only seen our growth accelerate."

Balance Sheet

WeWork had $2.2 billion of cash on hand at year-end, which is the same amount it had at the time of its public bond offering last April.

This does not include $400 million of committed capital from SoftBank, nor $4 billion of convertible note warrants from SoftBank ($1.5 billion of which was received in January).

# EXHIBIT 19

# WeWork Loses $1.9B On $1.8B In Revenue During 2018

cb **news.crunchbase.com**/venture/wework-loses-1-9b-on-1-8b-in-revenue-during-2018/

Alex Wilhelm





Alex Wilhelm alex

**Morning Markets:** *In today's boom, rare is the tech giant that makes money. And some even lose a lot. And then there's WeWork.*

WeWork, now styled as *The We Company*, grew quickly in 2018. The famous unicorn doubled its revenue from $886 million in 2017 to around $1.8 billion in 2018. That growth came stapled with stiff losses, however.

Reporting this week from Axios and CNBC and Bloomberg detail the cost of WeWork's growth, including the fact that the company's net losses grew by nearly $1 billion in 2018 alone.

Let's quickly explore WeWork's results and try to come up with a bull case. The bear case, as we'll see, writes itself.

## Burn

Up front, here are the top-line figures that show how quickly WeWork is growing, and how much that has cost the company in recent years:

- WeWork's 2017 revenue: $886 million
- WeWork's 2017 net loss: $933 million
- WeWorks 2018 revenue: $1.82 billion (+105.4 percent)
- WeWork's 2018 net loss: $1.9 billion (+103.6 percent)

That works out to a net margin of -105.3 percent in 2017, and -104.4 percent in 2018. That's flat. So, in 2018, WeWork did not manage to materially increase its profitability despite scaling revenue by more than 100 percent.

That trend does not appear set to change. According to Axios, "*WeWork President and CFO Artie Minson says to expect both revenue and net loss figures to continue growing, as the latter relates largely to upfront construction and long-term rental contract costs.*"

So what we can see is not a company that sells $1 bills for $.50. Instead, over the past two years, WeWork has sold them for a little less than $0.50. That's a great way to grow, but a difficult way to reach profitability.

Even adjusted profit metrics are struggling to grow in percent-of-revenue terms. According to CNBC, WeWork's much-mocked "community adjusted" earnings before interest, taxes, depreciation, and amortization "margin was 28 percent last year up from 27 percent a year earlier." In dollar terms those figures represent a large gain, as the revenue base they are levied against doubled. But, again, we're seeing WeWork post flat profitability metrics in terms of their percent of revenue despite large growth.

Summing, revenue scale isn't bringing much to WeWork aside from net losses scaling alongside growth. The WeWork wager, then, is unchanged in principle. It's simply now larger in practice.

## Good News?

Axios included a number of positive-ish WeWork results in its piece detailing its financial performance. They include a 90 percent occupancy rate, 116 percent membership growth in 2018, and that "32% of members come via enterprise customers." That figure, per CNBC, was up from 23 percent in 2017.

WeWork is managing to fill its spaces, and more stable corporate clients comprise nearly one-third of the seats. This provides some downturn protection. Since WeWork is nearly filled out, it has more space to lose customers without having to close venues if demand slips, and corporate clients are likely more stable than entrepreneurs and other shared-use fans in troubled economic times.

That's about where the good news ends. If WeWork can slow its build-out and cut cost expansion, perhaps the firm can grow into its extant cost structure. That would dampen unprofitability. But WeWork can scarcely afford to stop growing, as its sky-high valuation is tied to revenue growth. (The more unprofitable a company is, the faster it has to grow to keep investors content).

And that growth will engender more losses. So we're not looking at WeWork before it changes its tune, we're looking at the decacorn mid-tune.

I can't summarize the situation better than Winnie (it's a neat company) CEO and co-founder Sara Mauskopf's notes on WeWork's 2018 financial results:



Not precisely Sara. You'd lose a lot less money doing that than what WeWork is up to.

*Illustration: Li-Anne Dias.*

EXHIBIT 20

03-26-19

# WeWork reported nearly $2 billion in losses in 2018

WeWork's latest earnings statement reveals the company is expanding ever outward and so is its spending.



**BY RUTH READER**
1 MINUTE READ

In its latest earnings release, The We Company revealed it took $2 billion in losses last year. Revenues grew from $886 million in 2017 to $1.8 billion in 2018. The company also has $6.6 billion in cash.

Since launching eight years ago, the We Company has garnered 400,000 members in 100 cities across 27 countries. It's is eager to show that it's capable of shifting its business model away from rent arbitrage and towards higher margin products like office refurbishing and operation, which could be more resistant to market downturns. For the time being, membership to its coworking spaces is still generating the greatest revenue: $1.6 billion in revenue for 2018. A growing portion of revenues is coming from services: $84 million compared with $44.3 million in 2017. Its "other revenue" category, defined as "revenue associated with We Company Ventures businesses, which include PxWe, Meetup, Flatiron, Conductor, Creator Awards, and Strategic Events," jumped from $19.6 million in 2017 to $128 million in 2018. And enterprise related revenues now comprise 32% of the company's business.

International growth is also picking up. In Q4, international customers supplied 43% of revenues compared with 34% in Q4 2017. While new business seems to be moving along, 93% of revenues still come from membership. And, as *the Wall Street Journal* points out, WeWork's occupancy rates have dropped:

Privacy - Terms

WeWork said its occupancy rate at the end of last year fell to about 80% from 84% in the third quarter, while another metric watched closely by WeWork–the average

The We Company also suffered a small set back earlier this year when Softbank backed out of a funding deal for as much as $20 billion. The two instead struck a deal for $2 billion at a $47 billion valuation. But some have been left wondering whether the incident indicates a dwindling interest in WeWork.

ABOUT THE AUTHOR

Ruth Reader is a writer for *Fast Company*. She covers the intersection of health and technology. More

EXHIBIT 21

# Digging into WeWork's new financial metric

Λ **axios.com**/2018/04/26/digging-into-weworks-commun-1524754857

April 26, 2018

Apr 26, 2018



[Dan Primack](), author of [Axios Pro Rata]()



Photo by Jackal Pan/VCG via Getty Images

Axios has spoken to WeWork president and COO Artie Minson about "community adjusted EBITDA," a controversial new financial metric that appeared in his company's first-ever bond offering (which yesterday was upsized from $500 million to $700 million).

**Bottom line:** WeWork's intention is to best quantify its unit economics, as it continues to prepare for an IPO.

The introduction of community adjusted EBITDA generated much snickering on finance Twitter, thanks to [this WSJ description]():

> *"It subtracted not only interest, taxes, depreciation and amortization, but also basic expenses like marketing, general and administrative, and development and design costs."*

Axios has since learned that the metric includes costs *and expenses* specific to existing WeWork facilities. More:

- Community adjusted EBITDA includes all tenant fees, rent expense, staffing expense, facilities management expense, etc. for active WeWork buildings.
- The exclusions are company-wide expenditures, which do not get pro rated. Much of that relates to growth efforts, although not all of it (executive salaries, for example).
- One comp, and its not perfect, could be how Shake Shack reports "shack-level operating profit margins."
- So yes it's still kind of silly, but less silly than it at first appears. And obviously the ratings agencies and bond markets didn't seem put off.

Below is additional WeWork financial data from the bond offering documents:

- Revenue more than doubled between 2016 and 2017, from $436 million to $886 million. Nearly 93% of revenue is tied to membership.
- Net loss increased by 117.2% to $933 million. The largest expense increase was general/admin (+294%), followed by sales and marketing (+230%).
- $2.02 billion in cash at the end of 2017.