IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBAK EMAMIAN, NEW ANGEL CAPITAL, LLC, GEORGE INVESTMENT PARTNERS LP, DEVON GEORGE and HASSAN EMAMIAN, by and through their seller representative and attorney-in-fact, SHAREHOLDER REPRESENTATIVE SERVICES, LLC,<br><br>                          Plaintiffs,<br><br>     v.<br><br>ADAM NEUMANN, ARTHUR MINSON and ROHIT DAVE,<br><br>                          Defendants. | Civ. Action No. 1:21-cv-00414-GBW<br><br>**REDACTED - PUBLIC VERSION**<br>**Filed on April 24, 2023** |

**EXHIBITS 1-4 TO AFFIRMATIVE OF JAMUNA D. KELLEY**

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Kevin M. Coen (#4775)<br>Sara Barry (#6703)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 |
| OF COUNSEL: | kcoen@morrisnichols.com<br>stoscano@morrisnichols.com |
| Eric Seiler<br>Jamuna Kelley<br>FRIEDMAN KAPLAN<br>SEILER & ADELMAN LLP<br>7 Times Square<br>New York, NY 10036-6156<br>(212) 833-1100<br>eseiler@fklaw.com<br>jkelley@fklaw.com<br>   *Of Counsel for Defendant Adam*<br>   *Neumann* | *Attorneys for Defendants Adam Neumann, Arthur Minson and Rohit Dave* |

Sean Hecker
Benjamin White
Brandon Thompson
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, #7110
New York, NY 10019-6023
(212) 763-0883
shecker@kaplanhecker.com
bwhite@kaplanhecker.com
bthompson@kaplanhecker.com
    *Of Counsel for Defendants Arthur*
    *Minson and Rohit Dave*

April 17, 2023

# EXHIBITS 1-4

## REDACTED IN THEIR ENTIRETY