## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBAK EMAMIAN, NEW ANGEL CAPITAL, LLC, GEORGE INVESTMENT PARTNERS, LP, DEVON GEORGE AND HASSAN EMAMIAN, BY AND THROUGH THEIR SELLER REPRESENTATIVE AND ATTORNEY-IN-FACT SHAREHOLDER REPRESENTATIVE SERVICES, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>ADAM NEUMANN, ARTHUR MINSON AND ROHIT DAVE<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:21-CV-00414-GBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Sara Barry as counsel for Defendant Adam Neumann in the above-captioned matter. Defendant Adam Neumann will continue to be represented by all other counsel of record.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sara Barry*
William M. Lafferty (#2755)
Kevin M. Coen (#4775)
Sara Barry (#6703)
1201 N. Market Street
Wilmington, DE  19801
(302) 658-9200
wlafferty@morrisnichols.com
kcoen@morrisnichols.com
sbarry@morrisnichols.com
*Attorneys for Defendant Adam Neumann*

OF COUNSEL:

Eric Seiler
Jamuna D. Kelley
FRIEDMAN SEILER
  ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6156
(212) 833-1100
eseiler@fklaw.com
jkelley@fklaw.com

May 1, 2023