**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| BOBAK EMAMIAN, NEW ANGEL CAPITAL, LLC, GEORGE INVESTMENT PARTNERS, LP, DEVON GEORGE and HASSAN EMAMIAN, by and through their seller representative and attorney-in-fact SHAREHOLDER REPRESENTATIVE SERVICES, LLC <br><br> Plaintiffs, <br><br> -against- <br><br> ADAM NEUMANN, ARTHUR MINSON and ROHIT DAVE, <br><br> Defendants. | Case No. 1:21-CV-00414-GBW |

**STIPULATION AND [PROPOSED] ORDER ADJOURNING BRIEFING SCHEDULE**

WHEREAS, on January 17, 2023, the Court entered the current briefing schedule for the Motion to Dismiss the Amended Complaint in the above-captioned action (*see* ECF 30);

WHEREAS, on February 7, 2023, Plaintiffs filed their Amended Complaint (ECF 32);

WHEREAS, on April 17, 2023, Defendants filed their Motion to Dismiss the Amended Complaint (ECF 34-39);

WHEREAS, Plaintiffs' opposition to the Motion to Dismiss the Amended Complaint is due June 16, 2023, and Defendants' reply in further support of the Motion to Dismiss the Amended Complaint is due July 17, 2023 (*see* ECF 30);

WHEREAS, the parties have conferred and agreed to adjourn the remaining briefing relating to the Motion to Dismiss the Amended Complaint so that the parties can pursue a mediated resolution of this action;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that:

1.      The remaining deadlines relating to the briefing of the Motion to Dismiss the Amended Complaint shall be adjourned for 90 days from the date that this stipulation is so ordered by the Court;

2.      The parties shall report the outcome of their mediation efforts to the Court once that process has been completed;

   a.      If that process has not been completed within 90 days of the date that this stipulation is so ordered by the Court, the parties shall promptly provide an update to the Court, along with any further request concerning the schedule;

   b.      If that process is completed in less than 90 days and the case is not resolved, the parties will inform the Court within seven (7) days, after which Plaintiffs' opposition to the Motion to Dismiss the Amended Complaint would be due 30 days after the date the parties notify the Court and Defendants' reply in further support of the Motion to Dismiss the Amended Complaint would be due 45 days thereafter.

POTTER ANDERSON & CORROON LP

*/s/ John A. Sensing*
Christopher Samis (#4909)
John A. Sensing (#5232)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
csamis@potteranderson.com
jsensing@potteranderson.com

*Counsel for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kevin M. Coen*
William M. Lafferty (#2755)
Kevin M. Coen (#4775)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
wlafferty@morrisnichols.com
kcoen@morrisnichols.com

*Counsel for Defendants Adam Neumann, Arthur Minson and Rohit Dave*

OF COUNSEL:

Thomas E. Redburn, Jr.
Maya Ginsburg
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 419-5899
tredburn@lowenstein.com
mginsburg@lowenstein.com

OF COUNSEL:

Eric Seiler
Jamuna D. Kelley
FRIEDMAN KAPLAN
SEILER ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6156
(212) 833-1100
eseiler@fklaw.com
jkelley@fklaw.com

*Counsel for Defendant Adam Neumann*

Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
shecker@kaplanhecker.com

*Counsel for Defendants Arthur Minson and Rohit Dave*

**SO ORDERED this ___ day of _____, 2023.**

_____
**The Honorable Gregory B. Williams**