IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBAK EMAMIAN, NEW ANGEL CAPITAL, LLC, GEORGE INVESTMENT PARTNERS, LP, DEVON GEORGE and HASSAN EMAMIAN, by and through their seller representative and attorney-in-fact SHAREHOLDER REPRESENTATIVE SERVICES, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>ADAM NEUMANN, ARTHUR MINSON, and ROHIT DAVE,<br><br>Defendants. | Case No. 1:21-CV-00414-GBW |

## STATUS REPORT

The parties hereby provide the Court with a status report in accordance with the Court's October 16, 2023 Order (ECF No. 49). As of this date, the parties have finalized and executed a settlement agreement. The parties expect to file a stipulation of dismissal by no later than November 30, 2023.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

**Error! Unknown document property name.**

| POTTER ANDERSON & CORROON LP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ John A. Sensing* | */s/ Kevin M. Coen* |
| Christopher Samis (#4909) | William M. Lafferty (#2755) |
| John A. Sensing (#5232) | Kevin M. Coen (#4775) |
| Hercules Plaza, 6th Floor | 1201 N. Market Street |
| 1313 North Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6000 | wlafferty@morrisnichols.com |
| csamis@potteranderson.com | kcoen@morrisnichols.com |
| jsensing@potteranderson.com | |
| *Counsel for Plaintiffs* | *Counsel for Defendants Adam Neumann, Arthur Minson and Rohit Dave* |
| OF COUNSEL: | OF COUNSEL: |
| Thomas E. Redburn, Jr. | Eric Seiler |
| Maya Ginsburg | Jamuna D. Kelley |
| LOWENSTEIN SANDLER LLP | FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP |
| 1251 Avenue of the Americas | 7 Times Square |
| New York, NY 10020 | New York, NY 10036-6156 |
| (212) 419-5899 | (212) 833-1100 |
| tredburn@lowenstein.com | eseiler@fklaw.com |
| mginsburg@lowenstein.com | jkelley@fklaw.com |
| | *Counsel for Defendant Adam Neumann* |
| | Sean Hecker |
| | KAPLAN HECKER & FINK LLP |
| | 350 Fifth Avenue, 63rd Floor |
| | New York, NY 10118 |
| | (212) 763-0883 |
| | shecker@kaplanhecker.com |
| | *Counsel for Defendants Arthur Minson and Rohit Dave* |

Dated: November 15, 2023

2