IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBAK EMAMIAN, NEW ANGEL CAPITAL, LLC, GEORGE INVESTMENT PARTNERS, LP, DEVON GEORGE and HASSAN EMAMIAN, by and through their seller representative and attorney-in-fact SHAREHOLDER REPRESENTATIVE SERVICES, LLC<br><br>                Plaintiffs,<br><br>  -against-<br><br>ADAM NEUMANN, ARTHUR MINSON and ROHIT DAVE,<br><br>                Defendants. | Case No. 1:21-CV-00414-GBW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bobak Emamian, New Angel Capital, LLC, George Investment Partners, LP, Devon George and Hassan Emamian, and Defendants Adam Neumann, Arthur Minson, and Rohit Dave, by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned matter. Each party shall bear its own attorneys' fees and costs.

Dated: November 27, 2023

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ John A. Sensing*<br>Christopher Samis (#4909)<br>John A. Sensing (#5232)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street | */s/ Kevin M. Coen*<br>William M. Lafferty (#2755)<br>Kevin M. Coen (#4775)<br>1201 N. Market Street<br>Wilmington, DE 19801 |

Wilmington, DE 19801
(302) 984-6000
csamis@potteranderson.com
jsensing@potteranderson.com

*Counsel for Plaintiffs*

OF COUNSEL:

Thomas E. Redburn, Jr.
Maya Ginsburg
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 419-5899
tredburn@lowenstein.com
mginsburg@lowenstein.com

(302) 658-9200
wlafferty@morrisnichols.com
kcoen@morrisnichols.com

*Counsel for Defendants Adam Neumann, Arthur Minson and Rohit Dave*

OF COUNSEL:

Eric Seiler
Jamuna D. Kelley
FRIEDMAN KAPLAN
SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6156
(212) 833-1100
eseiler@fklaw.com
jkelley@fklaw.com

*Counsel for Defendant Adam Neumann*

Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10019-6023
(212) 763-0883
shecker@kaplanhecker.com

*Of Counsel for Defendants Arthur Minson and Rohit Dave*